WILLIAM A. ISAACSON (*Pro hac vice forthcoming*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937

STACEY K. GRIGSBY (*Pro hac vice forthcoming*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL #1216
(djc@cwlawlv.com)
J. COLBY WILLIAMS #5549
(jcw@cwlawlv.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendants Zuffa, LLC
and Endeavor Group Holdings, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE**<br><br>**(First Request)** |

Pursuant to LR 7-1 and LR IA 6-1, the parties hereby stipulate to extend the time in which Defendants Zuffa, LLC and Endeavor Group Holdings, Inc. (collectively, "Zuffa") may respond to the Complaint (ECF No. 1). This is Zuffa's first request for an extension of time to respond to the Complaint.

On June 23, 2021, Plaintiffs Kajan Johnson and Clarence Dollaway (collectively, "Plaintiffs") filed a Complaint against Zuffa. Plaintiffs served Zuffa with the Complaint on June 30, 2021, and the current deadline for Zuffa to respond to the Complaint is July 21, 2021.

The parties have agreed that party and judicial efficiency would be best served by permitting Zuffa to have an extension to file a response to the Complaint. Therefore, the parties stipulate that Zuffa's response to the Complaint will be due on September 10, 2021.

The parties file this Stipulation and Proposed Order to provide Zuffa an opportunity to evaluate and respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: July 16, 2021

By:     /s/ J. Colby Williams

William A. Isaacson *(Pro hac vice forthcoming)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

Stacey K. Grigsby *(Pro hac vice forthcoming)*
COVINGTON & BURLING, LLP
850 10th Street, NW
Washington, DC 20001

Donald J. Campbell (Nev. Bar No. 1216)
J. Colby Williams (Nev. Bar No. 5549)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101

*Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

| | | |
|---|---|---|
| Dated: July 16, 2021 | By: | /s/ *Don Springmeyer* |

Don Springmeyer, Esq. (Nev. Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Eric L. Cramer (*Pro hac vice forthcoming*)
Michael Dell'Angelo (*Pro hac vice forthcoming*)
Patrick Madden (*Pro hac vice forthcoming*)
Mark R. Suter (*Pro hac vice forthcoming*)
BERGER & MONTAGUE, P.C.
1818 Market St., Suite 3600
Philadelphia, PA 19103

Richard A. Koffman (*Pro hac vice forthcoming*)
Benjamin D. Brown (*Pro hac vice forthcoming*)
Daniel Silverman (*Pro hac vice forthcoming*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005

Robert C. Maysey (*Pro hac vice forthcoming*)
Jerome K. Elwell (*Pro hac vice forthcoming*)
WARNER ANGLE HALLAM JACKSON & FORMNEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Joseph R. Saveri (*Pro hac vice forthcoming*)
Joshua P. Davis (*Pro hac vice forthcoming*)
Kevin E. Rayhill (*Pro hac vice forthcoming*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St, Suite 1000
San Francisco, California 94108

*Attorneys for Individual and Representative Plaintiffs Kajan Johnson and Clarence Dollaway*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT [MAGISTRATE] JUDGE

DATED: 7/19/2021