WILLIAM A. ISAACSON *(pro hac vice pending)*
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937

STACEY K. GRIGSBY *(pro hac vice)*
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL #1216
(djc@cwlawlv.com)
J. COLBY WILLIAMS #5549
(jcw@cwlawlv.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendants Zuffa, LLC
and Endeavor Group Holdings, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ZUFFA, LLC, (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**ZUFFA, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Zuffa, LLC ("Zuffa"), certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Endeavor Group Holdings, Inc., wholly owns Zuffa, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated:  September 10, 2021

Respectfully submitted,

By    /s/ Stacey K. Grigsby

William A. Isaacson *(pro hac vice pending)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW Washington, DC 20006

Stacey K. Grigsby *(pro hac vice)*
COVINGTON & BURLING, LLP
850 10th Street, NW Washington, DC 20001

Donald J. Campbell (Nev. Bar No. 1216)
J. Colby Williams (Nev. Bar No. 5549)
CAMPBELL & WILLIAMS
710 South 7th Street Las Vegas, NV 89101

*Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing, Zuffa, LLC's Certificate of Interested Parties, was served on the 10th day of the September, 2021 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

By   */s/ William A. Isaacson*