Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel.: (702) 385-6000
Fax: (702) 385-6001
Email: dspringmeyer@kempjones.com

*Attorneys for Plaintiffs Kajan Johnson and Clarence Dollaway*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson and Clarence Dollaway, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY DEADLINES TO DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Kajan Johnson and Clarence Dollaway (collectively "Plaintiffs"), by and through their counsel of record, and Defendants Zuffa, LLC and Endeavor Group Holdings, Inc. ("Zuffa"), by and through their respective counsel of record, hereby stipulate to extend the time in which Plaintiffs may respond to Defendants' Motion to Dismiss Class Action Complaint (ECF No. 17).

On September 10, 2021, Zuffa filed and served Defendants' Motion to Dismiss the Class Action Complaint; Plaintiffs' current deadline to file a response is September 24, 2021; and Defendants' current deadline to file a reply is October 1, 2021.

The parties have agreed to three-week extensions to file and serve the response and to file and serve the reply. Therefore, the parties stipulate that Plaintiffs' response to Defendants' Motion to Dismiss Class Action Complaint will be due on October 22, 2021 and Defendants' reply will be due on

1

1  November 18, 2021.

2  Dated this  14th  day of September, 2021.

3                                                KEMP JONES, LLP

4

5  By:  /s/ Don Springmeyer
        Don Springmeyer, Esq. (Nevada Bar No. 1021)
        3800 Howard Hughes Parkway, 17th Floor
6       Las Vegas, Nevada 89169

7       *Attorneys for Plaintiffs*

8

9  By:     /s/ William A. Isaacson
           William A. Isaacson *(Pro hac vice)*
10         PAUL, WEISS, RIFKIND, WHARTON &
           GARRISON LLP
11         2001 K Street, NW
           Washington, DC 20006
12
           Stacey K. Grigsby *(Pro hac vice)*
13         COVINGTON & BURLING, LLP
           850 10th Street, NW
14         Washington, DC 20001

15         Donald J. Campbell (Nev. Bar No. 1216)
16         J. Colby Williams (Nev. Bar No. 5549)
           CAMPBELL & WILLIAMS
17         710 South 7th Street
           Las Vegas, NV 89101
18

19         *Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*
20

21

22
                                **ORDER**
23

24  IT IS SO ORDERED.

25  DATED:  September 15, 2021.
                                                _____
                                                RICHARD E. BOULWARE, II
26                                              United States District Court

27

28

2