Eric L Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Mark R. Suter (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: msuter@bm.net

*Attorneys for Plaintiffs Kajan Johnson and Clarence Dollaway*

[*Additional counsel appear on signature page*]

William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 2006
Telephone: +1 (202) 223-7313
Fax: +1 (202) 379-4937
Email:  wisaacson@paulweiss.com

Stacey K. Grigsby (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: + 1 (202) 662-5238
Email:  sgrigsby@cov.com

Donald J. Campbell (Bar No. 1216)
J. Colby Williams (Bar No. 5549)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: +1 (702) 382-5222
Fax: +1 (702) 382-0540
Email: djc@cwlawlv.com, jcw@cwlawlv.com

*Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Civil Case No.: 2:21-cv-01189-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT DISCOVERY PLAN**<br><br>**(First Request)** |

Plaintiffs Kajan Johnson and Clarence Dollaway, by and through their counsel of record, and Defendants Zuffa, LLC and Endeavor Group Holdings, Inc., by and through their counsel of record, hereby stipulate to extend the time in which the parties must file a Joint Discovery Plan/Scheduling Order. *See* ECF No. 17.

On September 10, 2021, Defendants filed and served a Motion to Dismiss the Class Action Complaint. *Id.* On September 14, 2021, the parties filed a stipulation and proposed order extending Plaintiffs' deadline to respond to Defendants' Motion to Dismiss until October 22, 2021, and Defendants' deadline to file a reply until November 18, 2021. ECF No. 21. On September 15, this Court granted the parties' stipulated request. ECF No. 22.

The parties' deadline to file a joint discovery plan and scheduling order is currently set for October 25, 2021. ECF No. 17. Although the parties have begun to discuss the issues required by Federal Rule of Civil Procedure 26(f), there are still outstanding issues for the parties to discuss. In light of that fact and that briefing on Defendants' motion to dismiss is not yet complete, the parties have agreed to a 60-day extension to file the joint discovery plan. This is the parties' first stipulation for an extension of time to submit a joint discovery plan. Under this stipulation, the joint discovery plan and scheduling order will be due on December 24, 2021.

### Order

**IT IS SO ORDERED**

**DATED:** 10:04 am, October 22, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

|   |   |
|---|---|
|   | Respectfully submitted, |
| October 21, 2021 | BERGER MONTAGUE PC |
|   | By: */s/* Patrick F. Madden |
|   | Eric L Cramer (*pro hac vice*) |
|   | Michael Dell'Angelo (*pro hac vice*) |
|   | Patrick F. Madden (*pro hac vice*) |
|   | Mark R. Suter (*pro hac vice*) |
|   | BERGER MONTAGUE PC |
|   | 1818 Market St., Suite 3600 |
|   | Philadelphia, PA 19103 |
|   | Telephone: +1 (215) 875-3000 |
|   | Email: ecramer@bm.net |
|   | Email: mdellangelo@bm.net |
|   | Email: pmadden@bm.net |
|   | Email: msuter@bm.net |
|   |   |
|   | Richard A. Koffman (*pro hac vice* forthcoming) |
|   | Benjamin Brown (*pro hac vice* forthcoming) |
|   | Daniel Silverman (*pro hac vice* forthcoming) |
|   | COHEN MILSTEIN SELLERS & TOLL, PLLC |
|   | 1100 New York Ave., N.W., Suite 500 East, Tower |
|   | Washington, DC 20005 |
|   | Telephone: +1 (202) 408-4600 |
|   | Facsimile: +1 (202) 408-4699 |
|   | Email: rkoffman@cohenmilstein.com |
|   | Email: bbrown@cohenmilstein.com |
|   | Email: dsilverman@cohenmilstein.com |
|   |   |
|   | Joseph R. Saveri (*pro hac vice* forthcoming) |
|   | Joshua P. Davis (*pro hac vice* forthcoming) |
|   | Kevin E. Rayhill (*pro hac vice* forthcoming) |
|   | JOSEPH SAVERI LAW FIRM, INC. |
|   | 601 California St., Suite 1000 |
|   | San Francisco, CA 94108 |
|   | Telephone: +1 (415) 500-6800 |
|   | Facsimile: +1 (415) 395-9940 |
|   | Email: jsaveri@saverilawfirm.com |
|   | Email: jdavis@saverilawfirm.com |
|   | Email: krayhill@saverilawfirm.com |

|   |   |
|---|---|
| 1 | Don Springmeyer (Bar No. 1021) |
| 2 | KEMP JONES, LLP |
|   | 3800 Howard Hughes Parkway, 17th Floor |
| 3 | Las Vegas, Nevada 89169 |
|   | Telephone: + 1 (702) 385-6000 |
| 4 | Facsimile: + 1 (702) 385-6001 |
|   | Email:  dspringmeyer@kempjones.com |

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email:  dspringmeyer@kempjones.com

Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Attorneys for Plaintiffs Kajan Johnson and Clarence Dollaway*

October 21, 2021                                COVINGTON & BURLING LLP

By:  */s/* Stacey K. Grigsby
     Stacey K. Grigsby (*pro hac vice*)
     COVINGTON & BURLING LLP
     One CityCenter
     850 Tenth Street, NW
     Washington, DC 20001
     Telephone: + 1 (202) 662-5238
     Email:  sgrigsby@cov.com

     William A. Isaacson (*pro hac vice*)
     PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
     2001 K Street, NW
     Washington, DC 2006
     Telephone: +1 (202) 223-7313
     Fax: +1 (202) 379-4937
     Email:  wisaacson@paulweiss.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Donald J. Campbell (Bar No. 1216)
J. Colby Williams (Bar No. 5549)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: +1 (702) 382-5222
Fax: +1 (702) 382-0540
Email: djc@cwlawlv.com, jcw@cwlawlv.com

*Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*