Eric L Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Mark R. Suter (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: msuter@bm.net

*Attorneys for Plaintiffs Kajan Johnson and Clarence Dollaway*

[*Additional counsel appear on signature page*]

William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 2006
Telephone: +1 (202) 223-7313
Fax: +1 (202) 379-4937
Email: wisaacson@paulweiss.com

Stacey K. Grigsby (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: + 1 (202) 662-5238
Email: sgrigsby@cov.com

Donald J. Campbell (Bar No. 1216)
J. Colby Williams (Bar No. 5549)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Telephone: +1 (702) 382-5222
Fax: +1 (702) 382-0540
Email: djc@cwlawlv.com, jcw@cwlawlv.com

*Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Civil Case No.: 2:21-cv-01189-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT DISCOVERY PLAN**<br><br>**(Second Request)** |

Plaintiffs Kajan Johnson and Clarence Dollaway, by and through their counsel of record, and Defendants Zuffa, LLC and Endeavor Group Holdings, Inc., by and through their counsel of record, hereby stipulate to extend the time in which the parties must file a Joint Discovery Plan/Scheduling Order. *See* ECF No. 40. This is the parties' second request for an extension of this deadline.

On September 10, 2021, Defendants filed and served a Motion to Dismiss the Class Action Complaint, which became ripe for review on November 18, 2021. ECF Nos. 17, 41, 48. While briefing the motion to dismiss, the parties requested an extension of time to file the joint discovery plan and scheduling order, ECF No. 39, which the Court granted on October 22, 2021, ECF No. 40.

The parties' deadline to file a joint discovery plan and scheduling order is currently set for December 24, 2021, which is a court holiday. ECF No. 40. The parties have begun to discuss the issues required by Federal Rule of Civil Procedure 26(f), but need to resolve outstanding issues. The parties have agreed to a 21-day extension to file the joint discovery plan. Under this stipulation, the joint discovery plan and scheduling order will be due on January 14, 2022.

**ORDER**

IT IS SO ORDERED

**DATED:** 10:10 am, December 27, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| December 21, 2021 | BERGER MONTAGUE PC |
|     | By: */s/ Eric L. Cramer* |
|     | Eric L Cramer (*pro hac vice*) |
|     | Michael Dell'Angelo (*pro hac vice*) |
|     | Patrick F. Madden (*pro hac vice*) |
|     | Mark R. Suter (*pro hac vice*) |
|     | BERGER MONTAGUE PC |
|     | 1818 Market St., Suite 3600 |
|     | Philadelphia, PA 19103 |
|     | Telephone: +1 (215) 875-3000 |
|     | Email: ecramer@bm.net |
|     | Email: mdellangelo@bm.net |
|     | Email: pmadden@bm.net |
|     | Email: msuter@bm.net |

Richard A. Koffman (*pro hac vice* forthcoming)
Benjamin Brown (*pro hac vice* forthcoming)
Daniel Silverman (*pro hac vice* forthcoming)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice* forthcoming)
Joshua P. Davis (*pro hac vice* forthcoming)
Kevin E. Rayhill (*pro hac vice* forthcoming)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: jdavis@saverilawfirm.com
Email: krayhill@saverilawfirm.com

|   |   |
|---|---|
| | Don Springmeyer (Bar No. 1021) |
| | KEMP JONES, LLP |
| | 3800 Howard Hughes Parkway, 17th Floor |
| | Las Vegas, Nevada 89169 |
| | Telephone: + 1 (702) 385-6000 |
| | Facsimile: + 1 (702) 385-6001 |
| | Email:  dspringmeyer@kempjones.com |
| | |
| | Robert C. Maysey (*pro hac vice*) |
| | Jerome K. Elwell (*pro hac vice*) |
| | WARNER ANGLE HALLAM JACKSON & FORMANEK PLC |
| | 2555 E. Camelback Road, Suite 800 |
| | Phoenix, AZ 85016 |
| | Telephone: +1 (602) 264-7101 |
| | Facsimile: +1 (602) 234-0419 |
| | Email: rmaysey@warnerangle.com |
| | Email: jelwell@warnerangle.com |
| | |
| | *Attorneys for Plaintiffs Kajan Johnson and Clarence Dollaway* |
| December 21, 2021 | COVINGTON & BURLING LLP |
| | By:  /s/ Stacey K. Grigsby |
| | Stacey K. Grigsby (*pro hac vice*) |
| | COVINGTON & BURLING LLP |
| | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001 |
| | Telephone: + 1 (202) 662-5238 |
| | Email:  sgrigsby@cov.com |
| | |
| | William A. Isaacson (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 2001 K Street, NW |
| | Washington, DC 2006 |
| | Telephone: +1 (202) 223-7313 |
| | Fax: +1 (202) 379-4937 |
| | Email:  wisaacson@paulweiss.com |

| | |
|---|---|
| 1 | Donald J. Campbell (Bar No. 1216) |
| 2 | J. Colby Williams (Bar No. 5549) |
| | CAMPBELL & WILLIAMS |
| 3 | 710 South 7th Street |
| | Las Vegas, NV 89101 |
| 4 | Telephone: +1 (702) 382-5222 |
| | Fax: +1 (702) 382-0540 |
| 5 | Email: djc@cwlawlv.com, jcw@cwlawlv.com |

*Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*