UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **Kajan Johnson and Clarence Dollaway, on behalf of themselves and all others similarly situated,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**Zuffa, LLC, (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,**<br><br>　　Defendants. | Civil Case No.: 2:21-cv-01189-RFB-BNW<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**<br><br>Local Rule IA 11-6(b) |

　　Pursuant to Local Rule IA 11-6(b), Attorney Stacey K. Grigsby moves to withdraw her appearance on behalf of Defendants in the above-captioned case because, effective June 1, 2022, she is no longer practicing law with Covington & Burling LLP.

　　Counsel for Plaintiffs has been notified of this motion and consent to the motion.

Dated: June 3, 2022
Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stacey K. Grigsby

**ORDER**

IT IS SO ORDERED

DATED: 12:29 pm, June 07, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

　　　　　　　　　　　　　　　　　　　　　　　　　Stacey K. Grigsby (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　Covington & Burling LLP
　　　　　　　　　　　　　　　　　　　　　　　　　One City Center
　　　　　　　　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　　　　202-662-6000
　　　　　　　　　　　　　　　　　　　　　　　　　sgrigsby@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2022 a true and correct copy of **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system, and via first-class mail to Defendants.

/s/ *Stacey K. Grigsby*
Stacey K. Grigsby