1   WILLIAM A. ISAACSON (*pro hac vice*)
    (wisaacson@paulweiss.com)
2   PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
3   2001 K Street, NW
    Washington, DC 20006
4   Tel: (202) 223-7300; Fax: (202) 223-7420

5
    DANIELLE J. MARRYSHOW (*pro hac vice*)
6   (dmarryshow@paulweiss.com)
    PAUL, WEISS, RIFKIND, WHARTON &
7   GARRISON LLP
    1285 Avenue of the Americas
8   New York, NY 10019
    Tel: (212) 373-3000; Fax: (212) 757-3990
9

10  DONALD J. CAMPBELL #1216
    (djc@cwlawlv.com)
11  J. COLBY WILLIAMS #5549
    (jcw@cwlawlv.com)
12  CAMPBELL & WILLIAMS
    710 South 7th Street, Las Vegas, NV 89101
13  Telephone: (702) 382-5222; Fax: (702) 382-0540
14

15  *Attorneys for Defendants Zuffa, LLC*
    *and Endeavor Group Holdings, Inc.*
16

17              **UNITED STATES DISTRICT COURT**

18                  **DISTRICT OF NEVADA**

19
    KAJAN JOHNSON and CLARENCE          Case No.: 2:21-cv-01189-RFB-BNW
20  DOLLAWAY, on behalf of themselves and all
    others similarly situated,           **DEFENDANTS' MOTION FOR**
21                                       **LEAVE TO FILE A NOTICE OF**
                                         **SUPPLEMENTAL AUTHORITY**
22                  Plaintiffs,

23          v.

24  ZUFFA, LLC, (d/b/a Ultimate Fighting
    Championship and UFC) and Endeavor Group
25  Holdings, Inc.,

26                  Defendants.

27

28

    DEFENDANTS' MOTION FOR LEAVE TO FILE          Case No.: 2:21-cv-01189-RFB-BNW
    A NOTICE OF SUPPLEMENTAL AUTHORITY

1    Pursuant to Local Rule 7-2(g), Defendants seek leave to file this supplemental

2  authority, attached hereto as Exhibit B.  A court may grant a motion for leave to file a

3  supplemental notice for "good cause." Local Rule 7-2(g). "Good cause may exist either when the

4  proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps*

5  *Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, No. 19-709-MMD-CLB, 2021 WL 1032290, at *4

6  (D. Nev. Mar. 17, 2021) (internal citation omitted).  Defendants submit the attached case post-

7  dating the briefing in this case as supplemental authority, *In re Lantus Direct Purchaser Antitrust*

8  *Litigation*, No. 16-12652-LTS, 2022 WL 4239367 (D. Mass. August 17, 2022), *report and*

9  *recommendation adopted* 2022 WL 4237276 (D. Mass. September 14, 2022), as a case which

10  may be raised in oral argument at the hearing on September 30, 2022 on the issue of whether

11  Defendant Endeavor Group Holdings, Inc. is liable for claims of monopolization or

12  monopsonization.

13

14  Dated: September 29, 2022                    Respectfully Submitted,

15                                               PAUL, WEISS, RIFKIND, WHARTON &
                                                 GARRISON LLP
16

17                                               By: *William A. Isaacson*
                                                 WILLIAM A. ISAACSON (*pro hac vice*)
18                                               2001 K Street, NW
                                                 Washington, DC 20006
19

20                                               DANIELLE J. MARRYSHOW (*pro hac vice*)
                                                 PAUL, WEISS, RIFKIND, WHARTON &
21                                               GARRISON LLP
                                                 1285 Avenue of the Americas
22                                               New York, NY 10019

23                                               DONALD J. CAMPBELL (Nev. Bar No. 1216)
                                                 J. COLBY WILLIAMS (Nev. Bar No. 5549)
24                                               CAMPBELL & WILLIAMS
                                                 700 South 7th Street
25                                               Las Vegas, Nevada 89101

26
                                                 *Attorneys for Defendants Zuffa, LLC*
27                                               *and Endeavor Group Holdings, Inc.*

28

- 2 -

DEFENDANTS' MOTION FOR LEAVE TO FILE          Case No.: 2:21-cv-01189-RFB-BNW
A NOTICE OF SUPPLEMENTAL AUTHORITY

1

**CERTIFICATE OF SERVICE**

2              The undersigned hereby certifies that the foregoing Defendants' Motion for Leave

3    to File a Notice of Supplemental Authority was served on September 29, 2022 via the Court's

4    CM/ECF electronic filing system addressed to all parties on the e-service list.

5

6                                              */s/ William A. Isaacson*
                                              WILLIAM A. ISAACSON
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' MOTION FOR LEAVE TO FILE        Case No.: 2:21-cv-01189-RFB-BNW
A NOTICE OF SUPPLEMENTAL AUTHORITY