WILLIAM A. ISAACSON (*pro hac vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300; Fax: (202) 223-7420

DANIELLE J. MARRYSHOW (*pro hac vice*)
(dmarryshow@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000; Fax: (212) 757-3990

DONALD J. CAMPBELL #1216
(djc@cwlawlv.com)
J. COLBY WILLIAMS #5549
(jcw@cwlawlv.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendants Zuffa, LLC*
*and Endeavor Group Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

  **PLEASE TAKE NOTICE** that counsel of record for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc. (collectively "Defendants"), Danielle J. Marryshow, is departing Paul, Weiss, Rifkind, Wharton & Garrison LLP, and is no longer associated with this case no. 2:21-cv-01189-RFB-BNW.

  Consequently, Defendants hereby withdraw Ms. Marryshow as its counsel of record, and respectfully request that the Court and the parties remove Ms. Marryshow from all further notices.

  Defendants continue to be represented by the law firms of Paul, Weiss, Rifkind, Wharton & Garrison and Campbell & Williams.

Dated: September 14, 2023

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *Danielle J. Marryshow*
DANIELLE J. MARRYSHOW (*pro hac vice*)

*Attorney for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

**IT IS SO ORDERED**

**DATED:** 9:38 am, September 15, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendants' Notice of Supplemental Authority was served on September 14, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                             */s/ Danielle J. Marryshow*
                                             DANIELLE J. MARRYSHOW