| | |
|---|---|
| ERIC L. CRAMER (*Pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| JOSEPH R. SAVERI (*Pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@paulweiss.com<br>JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON&<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006 |
| RICHARD A. KOFFMAN (*Pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br>Email: djc@cwlawlv.com<br>Email: jcw@cwlawlv.com |
| *Counsel for the Proposed Class and Attorneys for All Individual and Representative Plaintiffs* | *Attorneys for Defendant Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.* |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendant. | No.: 2:21-cv-01189-RFB-BNW<br><br>**JOINT SCHEDULING STIPULATION FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED ANTITRUST CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

1    Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and
2 Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.
3 ("Defendants," and collectively with Plaintiffs, the "Parties"), submit this stipulation on a briefing
4 schedule for Defendants' forthcoming motion to dismiss Plaintiffs' Amended Antitrust Class
5 Action Complaint ("Amended Complaint").  On December 1, 2023, Defendant Endeavor filed its
6 Second Motion to Dismiss Plaintiffs' initial Antitrust Class Action Complaint ("Initial
7 Complaint"). ECF No. 112.  In lieu of responding to that motion, on December 15, 2023, Plaintiffs
8 filed their Amended Complaint. ECF No. 118.  Accordingly, the Parties have conferred and agreed
9 to the following briefing schedule for Defendants to file a motion to dismiss the Amended
10 Complaint:

| Case Event | Date |
| --- | --- |
| Defendants' Motion to Dismiss Due | Monday, January 29, 2024 |
| Plaintiffs' Opposition Due | Friday, March 1, 2024 |
| Defendants' Reply Due | Monday, March 25, 2024 |

The Parties agree that, if the Court grants this stipulated schedule for Defendants to file a motion to dismiss the Amended Complaint, then Defendant Endeavor's pending motion to dismiss the Initial Complaint, ECF No. 112, may be denied without prejudice as moot.

The foregoing stipulation does not affect any other existing Court deadlines or scheduling previously set in this case or in *Le, et al. v. Zuffa, LLC*, No. 15-cv-0145 (D. Nev.).

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated: 1/2/2024

1

| | |
|---|---|
| Respectfully Submitted, | Dated:  December 20, 2023 |
| By: */s/ Eric L. Cramer* | By: */s/ Christopher S. Yates* |
| Eric L. Cramer (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| Michael Dell'Angelo (*Pro hac vice*) | chris.yates@lw.com |
| Patrick F. Madden (*Pro hac vice*) | LATHAM & WATKINS LLP |
| Najah Jacobs (*Pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| BERGER MONTAGUE PC | San Francisco, CA 94111 |
| 1818 Market St., Suite 3600 | Tel: (415) 395-8095 |
| Philadelphia, PA 19103 | |
| Telephone: +1 (215) 875-3000 | SEAN M. BERKOWITZ (*Pro hac vice*) |
| Email: ecramer@bm.net | sean.berkowitz@lw.com |
| Email: mdellangelo@bm.net | LATHAM & WATKINS LLP |
| Email: pmadden@bm.net | 330 North Wabash Ave, Suite 2800 |
| Email: njacobs@bm.net | Chicago, IL 60611 |
| | |
| Joshua P. Davis (*Pro hac vice*) | LAURA WASHINGTON (*Pro hac vice*) |
| BERGER MONTAGUE PC | laura.washington@lw.com |
| 505 Montgomery Street, Suite 625 | LATHAM & WATKINS LLP |
| San Francisco, CA 94111 | 10250 Constellation Blvd, Suite 1100 |
| Telephone: +1 (415) 906-0684 | Los Angeles, CA 90067 |
| Email: jdavis@bm.net | |
| | DAVID L. JOHNSON (*Pro hac vice*) |
| Richard A. Koffman (*Pro hac vice*) | david.johnson@lw.com |
| Benjamin Brown (*Pro hac vice*) | LATHAM & WATKINS LLP |
| Daniel Silverman (*Pro hac vice*) | 555 Eleventh Street NW, Suite 1000 |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Washington, D.C. 20004 |
| 1100 New York Ave., N.W., Suite 500 East, Tower | WILLIAM A. ISAACSON (*Pro hac vice*) |
| Washington, DC 20005 | wisaacson@paulweiss.com |
| Telephone: +1 (202) 408-4600 | JESSICA PHILLIPS (*Pro hac vice*) |
| Facsimile: +1 (202) 408-4699 | jphillips@paulweiss.com |
| Email: rkoffman@cohenmilstein.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Email: bbrown@cohenmilstein.com | 2001 K Street, NW |
| Email: dsilverman@cohenmilstein.com | Washington, DC 20006 |
| | |
| Joseph R. Saveri (*Pro hac vice*) | BRETTE M. TANNENBAUM (*Pro hac vice*) |
| Christopher Young (*Pro hac vice*) | btannenbaum@paulweiss.com |
| Kevin E. Rayhill (*pro hac vice*) | YOTAM BARKAI (*Pro hac vice*) |
| JOSEPH SAVERI LAW FIRM, INC. | ybarkai@paulweiss.com |
| 601 California St., Suite 1000 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| San Francisco, CA 94108 | 1285 Avenue of the Americas |
| Telephone: +1 (415) 500-6800 | New York, NY 10019 |
| Facsimile: +1 (415) 395-9940 | |
| Email: jsaveri@saverilawfirm.com | |
| Email: krayhill@saverilawfirm.com | |
| Email: cyoung@saverilawfirm.com | |

2

| | | |
|---|---|---|
| 1 | | DONALD J. CAMPBELL (No. 1216) |
| 2 | | djc@campbellandwilliams.com |
| | Don Springmeyer (Bar No. 1021) | J. COLBY WILLIAMS (No. 5549) |
| 3 | KEMP JONES, LLP | jcw@campbellandwilliams.com |
| | 3800 Howard Hughes Parkway, 17th Floor | CAMPBELL & WILLIAMS |
| 4 | Las Vegas, Nevada 89169 | 700 South 7th Street |
| | Telephone: + 1 (702) 385-6000 | Las Vegas, Nevada 89101 |
| 5 | Facsimile: + 1 (702) 385-6001 | Tel: (702) 382-5222 |
| 6 | Email: dspringmeyer@kempjones.com | |
| | | *Attorneys for Defendant Zuffa, LLC, TKO* |
| 7 | Robert C. Maysey (*Pro hac vice*) | *Operating Company, LLC, and Endeavor* |
| | Jerome K. Elwell (*Pro hac vice*) | *Group Holdings, Inc.* |
| 8 | WARNER ANGLE HALLAM JACKSON & | |
| | FORMANEK PLC | |
| 9 | 2555 E. Camelback Road, Suite 800 | |
| | Phoenix, AZ 85016 | |
| 10 | Telephone: +1 (602) 264-7101 | |
| 11 | Facsimile: +1 (602) 234-0419 | |
| | Email: rmaysey@warnerangle.com | |
| 12 | Email: jelwell@warnerangle.com | |
| 13 | | |
| | *Counsel for the Proposed Class and Attorneys* | |
| 14 | *for All Individual and Representative* | |
| | *Plaintiffs* | |

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Scheduling Stipulation for Defendants' Motion to Dismiss Plaintiffs' Amended Antitrust Class Action Complaint was served on December 20, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Christopher S. Yates*
Christopher S. Yates of
LATHAM & WATKINS LLP

4