ERIC L. CRAMER (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

JOSEPH R. SAVERI (*Pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1200
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

RICHARD A. KOFFMAN (*Pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL,
PLLC
1100 New York Ave., N.W., Suite 500, East
Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Counsel for the Proposed Class and
Attorneys for All Individual and
Representative Plaintiffs*

[Additional Counsel Listed on Signature
Page]

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON&
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendant Zuffa, LLC, TKO
Operating Company, LLC, and Endeavor
Group Holdings, Inc.*

[Additional Counsel Listed on Signature
Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: **2:21-cv-01189-RFB-BNW**<br><br>**JOINT SCHEDULING STIPULATION FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED ANTITRUST CLASS ACTION COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), submit this stipulation on a briefing schedule for Defendant Endeavor's motion to dismiss Plaintiffs' Amended Antitrust Class Action Complaint ("Amended Complaint"). On December 1, 2023, Defendant Endeavor Group Holdings, Inc. ("Endeavor") filed its Second Motion to Dismiss Plaintiffs' initial Antitrust Class Action Complaint. ECF No. 112. In lieu of responding to that motion, on December 15, 2023, Plaintiffs filed their Amended Complaint. ECF No. 118.

On December 20, 2023, the Parties filed a joint stipulation regarding a briefing schedule on Defendants' motion to dismiss the Amended Complaint, ECF No. 119, which the Court granted on January 2, 2024. ECF No. 120.

On January 26, 2024, the Parties filed a second joint stipulation regarding a briefing schedule on Defendants' motion to dismiss the Amended Complaint, ECF No. 126, which the Court granted on January 29, 2024. ECF No. 127.

On February 5, 2024, Defendant Endeavor filed its Third Motion to Dismiss, ECF No. 128, and Defendants Zuffa, LLC and TKO Operating Company, LLC filed their Answer to the Amended Complaint. ECF No. 129.

In light of the ongoing trial preparations in *Le, et al. v. Zuffa, LLC*, No. 15-cv-0145 (D. Nev.), which is scheduled to begin on April 15, 2024, and for good cause shown, the Parties have conferred and agreed to the following briefing schedule for Defendant Endeavor's Third Motion to Dismiss:

| Case Event | Date |
|---|---|
| Plaintiffs' Opposition Due | Monday, April 1, 2024 |
| Defendants' Reply Due | Thursday, May 9, 2024 |

This is the third request for an amendment of the motion to dismiss briefing deadlines, and the foregoing stipulation does not affect any other existing Court deadlines or scheduling previously set in this case or in *Le, et al. v. Zuffa, LLC*, No. 15-cv-0145 (D. Nev.).

1

Respectfully Submitted,

Dated:  February 28, 2024

By: _/s/ Eric L. Cramer_

By: _/s/ David L. Johnson_

Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Ellen T. Noteware *(Pro hac vice)*
Patrick F. Madden (*Pro hac vice*)
Najah Jacobs (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (*Pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (*Pro hac vice*)
Benjamin Brown (*Pro hac vice*)
Daniel Silverman (*Pro hac vice*)
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

BRETTE M. TANNENBAUM (*Pro hac vice*)
btannenbaum@paulweiss.com
YOTAM BARKAI (*Pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

| | |
|---|---|
| 1 | Joseph R. Saveri (*Pro hac vice*) |
| 2 | Christopher Young (*Pro hac vice*) |
| | Kevin E. Rayhill (*pro hac vice*) |
| 3 | JOSEPH SAVERI LAW FIRM, INC. |
| 4 | 601 California St., Suite 1000 |
| | San Francisco, CA 94108 |
| 5 | Telephone: +1 (415) 500-6800 |
| | Facsimile: +1 (415) 395-9940 |

1 Joseph R. Saveri (*Pro hac vice*)
2 Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
3 JOSEPH SAVERI LAW FIRM, INC.
4 601 California St., Suite 1000
San Francisco, CA 94108
5 Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
6 Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
7 Email: cyoung@saverilawfirm.com
Don Springmeyer (Bar No. 1021)
8 KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
9 Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
10 Facsimile: + 1 (702) 385-6001
11 Email: dspringmeyer@kempjones.com

12 Robert C. Maysey (*Pro hac vice*)
Jerome K. Elwell (*Pro hac vice*)
13 WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
14 2555 E. Camelback Road, Suite 800
15 Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
16 Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
17 Email: jelwell@warnerangle.com
18
*Counsel for the Proposed Class and Attorneys*
19 *for All Individual and Representative*
*Plaintiffs*
20

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

3

1

## **CERTIFICATE OF SERVICE**

2

3

The undersigned hereby certifies that the foregoing Joint Scheduling Stipulation for

4
Defendants' Motion to Dismiss Plaintiffs' Amended Antitrust Class Action Complaint was served

5
on February 28, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on

6
the e-service list.

7

8
                                            */s/ Eric L. Cramer*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4