# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated,
    Plaintiff(s),

vs.

ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,
    Defendant(s).

Case #2:21-cv-01189-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Brian D. Clark_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Lockridge Grindal Nauen, PLLP
(firm name)

with offices at    100 Washington Ave S, Suite 2200  ,
(street address)

Minneapolis , Minnesota , 55401 ,
(city) (state) (zip code)

612-339-6900 , bdclark@locklaw.com .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Kajan Johnson to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __10/30/2009__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Minnesota__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Minnesota State Court | 10/30/2009 | 390069 |
| U.S. District Court - District of Minnesota | 11/13/2009 | 390069 |
| Iowa State Court | 01/17/2018 | 79082 |
| U.S. District Court - District of Colorado | 11/15/2022 | |
| U.S. District Court - Northern District of Illinois | 05/03/2018 | 390069 |
| U.S. District Court - Eastern District of Wisconsin | 11/06/2009 | 390069 |
| Additional Courts See Attachment A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
none
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
American Bar Association
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 02/01/2024 | 24-cv-00103 | District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Petitioner's signature*

STATE OF   Minnesota   )
                               )
COUNTY OF   Hennepin   )

    Brian D. Clark  , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Petitioner's signature*

Subscribed and sworn to before me this

16th day of September, 2024.

Notary Public or Clerk of Court

Joseph P. Dailey
State of Minnesota
Notary Public
Commission No. 1193056700037
My Commission Expires 1/31/2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Michael J. Gayan  , (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

    3800 Howard Hughes Parkway, 17 Floor
(street address)

Las Vegas, Nevada, 89169,
(city)    (state)    (zip code)

702-385-6000, m.gayan@kempjones.com.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael J. Gayan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kajan Johnson
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11135                    m.gayan@kempjones.com
Bar number               Email address

APPROVED:

Dated: this __23d__ day of ____September____, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Attachment A

Fourth Circuit Court of Appeals, 01/12/2021

Seventh Circuit Court of Appeals, 07/24/2015

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

BRIAN DAVID CLARK

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 2009

Given under my hand and seal of this court on

August 29, 2024

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration

# The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that Brian David Clark was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on January 17, 2018, and at the present time he is in good standing at the bar in this Court. *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 5th day of September, 2024.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines IA 50319