**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| KAJAN JOHNSON, *et. al.*, *on behalf of themselves and all others similarly situated*, | Case No. 2:21-cv-01189-RFB-BNW |
|---|---|
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| ZUFFA, LLC, *et al.*, | |
| Defendants. | |

In accordance with the Court's October 4, 2024, Order (ECF No. 159), the following schedule and deadlines will apply in this matter.

| EVENT | DATE |
|---|---|
| Defendants' Fourth Motion to Dismiss | October 7, 2024 |
| Plaintiffs' Response to Defendants' Fourth Motion to Dismiss<br>     or<br>Fourth Amended Complaint | October 21, 2024 |
| Status Conference | October 22, 2024, at 1:00 p.m. PST |
| Parties begin rolling production of documents responsive to any document requests served before December 31, 2023 | October 31, 2024 |
| Defendants' Reply re: Fourth Motion to Dismiss<br>     or<br>Defendants' Fifth Motion to Dismiss | November 22, 2024 |
| Parties substantially complete production of documents responsive to any document requests served before December 31, 2023 | December 13, 2024 |
| Plaintiffs' Response to the Fifth Motion to Dismiss (if filed) | December 20, 2024 |
| Defendants' Reply re: the Fifth Motion to Dismiss (if filed) | January 17, 2024 |
| Parties substantially complete production of documents | April 18, 2024 |

| | |
|---|---|
| responsive to any document requests served before December 6, 2024 | |
| Close of fact discovery, including all non-expert depositions | October 17, 2025 |
| Plaintiffs' opening expert reports on class and merits | November 14, 2025 |
| Opposition expert reports on class and merits | January 12, 2026 |
| Plaintiffs' rebuttal expert reports on class and merits | March 9, 2026 |
| Last day to depose each Party's experts | April 10, 2026 |
| Plaintiffs' Class Certification Motion and Both Parties' Daubert Motions | May 11, 2026 |
| Defendants' Response to Class Certification and Responses to any Daubert Motions | June 8, 2026 |
| Replies re: any Daubert Motions | July 10, 2026 |
| Plaintiffs' Reply re: Class Certification | July 17, 2026 |
| Any Motions for Summary Judgement | 60 days after the later of (a) the Court's order on class certification, (b) if a party takes an appeal under Fed. R. Civ. P. 23(f), 45 days after an order resolving the petition to appeal or appeal (if the petition is granted and an appeal is allowed) |
| Responses to any Motions for Summary Judgement | 60 days following the filing of the relevant Motion for Summary Judgment |
| Replies re: any Motions for Summary Judgment | 90 days following the filing of the relevant Motion for Summary Judgment |
| Joint Pretrial Order | 30 days following the Courts' resolution of all Motions for Summary Judgement |

**IT IS SO ORDERED**.

**DATED:** October 4, 2024.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**