UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | **No.: 2:21-cv-01189-RFB-BNW**<br><br>**DEFENDANTS' UNOPPOSED MOTION TO RESET TIME OF OCTOBER 22, 2024, STATUS CONFERENCE**<br><br>(FIRST REQUEST) |

|   |   |
|---|---|
| 1 | Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule IA 6-1 of this Court, Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), submit this unopposed motion to reset the time currently set for the October 22, 2024, Status Conference in the above-captioned matter.  This is the first motion by either party to reset the time of the October 22, 2024, Status Conference. |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule IA 6-1 of this Court, Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), submit this unopposed motion to reset the time currently set for the October 22, 2024, Status Conference in the above-captioned matter.  This is the first motion by either party to reset the time of the October 22, 2024, Status Conference.

On October 4, 2024, the Court issued an Order setting a Status Conference in this matter for Tuesday, October 22, 2024, at 1:00 p.m. PT.  *See* Dkt. No. 159.  Since the entry of that Order, Defendants have informed Plaintiffs of a personal family conflict for Defense Counsel William Isaacson that has arisen so that he cannot travel on October 21.  The Parties have conferred, and Plaintiffs have informed Defendants that they do not oppose a three-hour postponement of the October 22 Status Conference from 1:00 p.m. PT to 4:00 p.m. PT on the same date.  Pursuant to LR IA 6-1, Defendants have good cause for the requested three-hour change in time for the October 22 Status Conference, at a time that accommodates all parties, in order for Defendants' chosen counsel of record to fully participate in the upcoming Status Conference.  In the event that 4:00 p.m. PT on Tuesday, October 22, 2024, is not convenient for the Court's calendar, the Parties will promptly confer and propose alternative dates and times.

For the foregoing reasons, Defendants respectfully request that the Court strike the Status Conference currently set for 1:00 p.m. PT on October 22, 2024, and enter an Order resetting the Status Conference to 4:00 p.m. PT on October 22, 2024.

DATED this eighth day of October, 2024.

| | | |
|---|---|---|
| 1 | Respectfully Submitted, | Dated: October 8, 2024 |
| 2 | | By: */s/ William A. Isaacson* |
| 3 | | WILLIAM A. ISAACSON (*Pro hac vice*) |
| | | wisaacson@paulweiss.com |
| 4 | | JESSICA PHILLIPS (*Pro hac vice*) |
| | | jphillips@paulweiss.com |
| 5 | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 6 | | 2001 K Street, NW |
| 7 | | Washington, DC 20006 |
| 8 | | BRETTE M. TANNENBAUM (*Pro hac vice*) |
| | | btannenbaum@paulweiss.com |
| 9 | | YOTAM BARKAI (*Pro hac vice*) |
| | | ybarkai@paulweiss.com |
| 10 | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 11 | | 1285 Avenue of the Americas |
| 12 | | New York, NY 10019 |
| 13 | | CHRISTOPHER S. YATES (*Pro hac vice*) |
| | | chris.yates@lw.com |
| 14 | | AARON T. CHIU (*Pro hac vice*) |
| 15 | | aaron.chiu@lw.com |
| | | LATHAM & WATKINS LLP |
| 16 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, CA 94111 |
| 17 | | Tel: (415) 395-8095 |
| 18 | | SEAN M. BERKOWITZ (*Pro hac vice*) |
| 19 | | sean.berkowitz@lw.com |
| | | LATHAM & WATKINS LLP |
| 20 | | 330 North Wabash Ave, Suite 2800 |
| | | Chicago, IL 60611 |
| 21 | | |
| 22 | | LAURA WASHINGTON (*Pro hac vice*) |
| | | laura.washington@lw.com |
| 23 | | LATHAM & WATKINS LLP |
| | | 10250 Constellation Blvd, Suite 1100 |
| 24 | | Los Angeles, CA 90067 |
| 25 | | DAVID L. JOHNSON (*Pro hac vice*) |
| 26 | | david.johnson@lw.com |
| | | LATHAM & WATKINS LLP |
| 27 | | 555 Eleventh Street NW, Suite 1000 |
| | | Washington, D.C. 20004 |
| 28 | | |

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

\*\*\*

IT IS SO ORDERED.

By: _____

Hon. Richard F. Boulware

UNITED STATES DISTRICT JUDGE

DATED: _____, 2024

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Unopposed Motion to Reset Time of October 22, 2024 Status Conference was served on October 8, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/   *William A. Isaacson*
William A. Isaacson