**LOCKRIDGE GRINDAL NAUEN PLLP**
W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001/Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

**LOCKRIDGE GRINDAL NAUEN PLLP**
Kyle Pozan (admitted *pro hac vice*)
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Counsel for the Proposed Class and Attorneys for
Individual and Representative Plaintiffs Kajan Johnson,
Clarence Dollaway and Tristan Connelly*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, Zuffa Parent LLC n/k/a TKO Operating Company, LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ENDEAVOR GROUP HOLDINGS, INC.'S FOURTH MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

2:21-cv-01189-RFB-BNW

DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ENDEAVOR GROUP HOLDINGS, INC.'S FOURTH MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

I, W. Joseph Bruckner, declare as follows:

1. I am a partner of the law firm of Lockridge Grindal Nauen PLLP, counsel for the proposed class and attorneys for individual and representative Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly in *Johnson v. Zuffa, LLC*, No. 2:21-cv1189 (D. Nev.)). I am a member in good standing of the State Bar of Minnesota and have been admitted pro hac vice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this Declaration in support of Plaintiffs' Opposition to Defendant Endeavor Group Holdings, Inc.'s Fourth Motion to Dismiss Plaintiffs' Amended Complaint.

3. Attached as Exhibit 1 is a true and correct copy of Defendant Endeavor Group Holdings, Inc.'s Responses and Objections to Plaintiffs' First Requests for Production of Documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 21st day of October, 2024, in Minneapolis, MN.

*s/ W. Joseph Bruckner*

DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ENDEAVOR GROUP HOLDINGS, INC.'S FOURTH MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Declaration of W. Joseph Bruckner In Support of Plaintiffs' Opposition to Defendant Endeavor Group Holdings, Inc.'s Fourth Motion to Dismiss Plaintiffs' Amended Complaint was served on October 21, 2024 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ W. Joseph Bruckner*

W. Joseph Bruckner

LOCKRIDGE GRINDAL NAUEN PLLP