| | |
|---|---|
| Eric L. Cramer (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net | William A. Isaacson (*pro hac vice*)<br>Jessica Phillips (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7313<br>Facsimile: (202) 379-4937<br>wisaacson@paulweiss.com<br>jphillips@paulweiss.com |
| Joseph R. Saveri (*pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | Christopher S. Yates (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-8095<br>chris.yates@lw.com |
| Richard A. Koffman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL,<br>PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | Donald J. Campbell<br>J. Colby Williams<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br>djc@cwlawlv.com<br>jcw@cwlawlv.com |
| *Attorneys for All Individual and Representative Plaintiffs* | *Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.* |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>    Defendants. | No.: 2:21-cv-01189-RFB-BNW<br><br>**JOINT STIPULATION TO CONTINUE MOTION HEARING ON DEFENDANT ENDEAVOR'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. ("Endeavor") (collectively, "Defendants," and together with Plaintiffs: the "Parties"), submit this joint scheduling stipulation to continue the date of the motion hearing on Defendant Endeavor's Motion to Dismiss Plaintiffs' Amended Class Action Complaint ("Amended Complaint").

On October 7, 2024, Endeavor filed its Fourth Motion to Dismiss Plaintiffs' Complaint. ECF No. 160. On October 21, 2024, Plaintiffs filed their Opposition to Endeavor's Motion to Dismiss. ECF No. 163. On November 22, 2024, Endeavor filed its reply in support of its Motion to Dismiss. ECF No. 167. On January 25, 2025, the Court set a hearing on Endeavor's Motion to Dismiss for February 19, 2025 at 1:45 p.m. ECF No. 168.

In light of various scheduling conflicts, Endeavor requested that Plaintiffs stipulate to reschedule the hearing on Endeavor's Motion to Dismiss from February 19, 2025, to February 26, 2025, March 3, 2025, or March 4, 2025. Plaintiffs have agreed to do so.

This joint stipulation does not affect any other existing Court deadlines or scheduling previously set in this case.

Dated: February 12, 2025  

Respectfully Submitted,

By: */s/ Eric L. Cramer*
Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
enoteware@bm.net
pmadden@bm.net

Joshua P. Davis (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684

By: */s/ William A. Isaacson*
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313
Facsimile: (202) 379-4937
wisaacson@paulweiss.com
jphillips@paulweiss.com

Brette M. Tannenbaum (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
btannenbaum@paulweiss.com

JOINT STIPULATION TO CONTINUE MOTION HEARING

| | | |
|---|---|---|
| 1 | Email: jdavis@bm.net | ybarkai@paulweiss.com |
| 2 | Richard A. Koffman (*pro hac vice*)<br>Benjamin Brown (*pro hac vice*)<br>Daniel Silverman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>dsilverman@cohenmilstein.com | Christopher S. Yates (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-8095<br>chris.yates@lw.com<br><br>Sean M. Berkowitz (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 North Wabash Ave, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>sean.berkowitz@lw.com |
| | Joseph R. Saveri (*pro hac vice*)<br>Christopher Young (*pro hac vice*)<br>Kevin E. Rayhill (*pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>krayhill@saverilawfirm.com<br>cyoung@saverilawfirm.com | Laura Washington (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (213) 485-1234<br>laura.washington@lw.com<br><br>David L. Johnson (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>david.johnson@lw.com |
| | Don Springmeyer (Bar No. 1021)<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>Facsimile: (702) 385-6001<br>dspringmeyer@kempjones.com | Donald J. Campbell<br>J. Colby Williams<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br>djc@cwlawlv.com<br>jcw@cwlawlv.com |
| | Robert C. Maysey (*pro hac vice*)<br>Jerome K. Elwell (*pro hac vice*)<br>WARNER ANGLE HALLAM JACKSON & FORMANEK PLC<br>2555 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016<br>Telephone: (602) 264-7101<br>Facsimile: (602) 234-0419<br>rmaysey@warnerangle.com<br>jelwell@warnerangle.com | *Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.* |
| | *Attorneys for All Individual and Representative Plaintiffs* | |

- 3 -
JOINT STIPULATION TO CONTINUE MOTION HEARING

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on February 12, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Date: February 12, 2025                    */s/ William A. Isaacson*

JOINT STIPULATION TO CONTINUE MOTION HEARING