1 | AARON D. FORD
    Attorney General
2 | MATTHEW FEELEY (Bar No. 13336)
    Deputy Attorney General
3 | State of Nevada
    Office of the Attorney General
4 | 1 State of Nevada Way, Suite 100
    Las Vegas, Nevada  89119
5 | (702) 486-3120 (phone)
    (702) 486-3768 (fax)
6 | E-mail:  mfeeley@ag.nv.gov

7 | *Attorneys for Non-Party*
    *Nevada Athletic Commission*

8 |

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 | KAJAN JOHNSON and CLARENCE
     DOLLAWAY, on behalf of themselves          Case No.  2:21-cv-01189-RFB-BNW
13 | and all others similarly situated,

14 |                  Plaintiffs,               **NOTICE OF WITHDRAWAL OF**
                                                **MOTION TO QUASH PLAINTIFF'S**
15 | v.                                         **SUBPOENA TO PRODUCE**
                                                **DOCUMENTS, INFORMATION, OR**
16 | Zuffa LLC, TKO Operating Company,          **OBJECTS OR TO PERMIT**
     LLC f/k/a Zuffa Parent LLC (d/b/a          **INSPECTION OF PREMISES IN A**
17 | Ultimate Fighting Championship and         **CIVIL ACTION**
     UFC) and Endeavor Group Holdings,
18 | Inc.,

19 |                  Defendants.

20 |        Non-party Nevada Athletic Commission ("NAC"), a State Agency, and Jeff Mullen,

21 | in his official capacity as Executive Director of the NAC, by and through counsel, Aaron D.

22 | Ford, Attorney General of the State of Nevada, and Matthew Feeley, Deputy Attorney

23 | General, hereby withdraws the Motion to Quash Plaintiff's Subpoena to Produce

24 | Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action,

25 | filed on February 5, 2025 (ECF 169) ("Subpoena").

26 | . . .

27 | . . .

28 | . . .

1                   **MEMORANDUM OF POINTS AND AUTHORITIES**

2  **I.       INTRODUCTION**

3         On February 5, 2025, undersigned counsel filed a Motion to Quash the subpoena (ECF

4  169). As stated in the motion, a primary need to file the motion was as due to the fact that

5  although a phone call occurred between undersigned counsel and Plaintiff's counsel, "… no

6  actual substantive modification was made to the requested documents or the due date." ECF

7  169 at p.3 lns.3,4.

8         Since the filing of that motion, the above-mentioned counsel have spoken numerous

9  times to discuss the issues raised in the motion. Plaintiff's counsel has provided clarification

10  and assurances concerning the subpoena.

11         As such, the motion is no longer necessary at this time and is hereby withdrawn.

12  **II.     CONCLUSION**

13         Based on discussions between counsel, the Motion to Quash is withdrawn.

14         Dated this 12th day of February, 2025.

15                              AARON D. FORD
                                    Attorney General

16

17                            By:    /s/  Matthew P. Feeley
                                   MATTHEW FEELEY (Bar No. 13336)

18                                    Deputy Attorney General

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 12, 2025, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO QUASH PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

*/s/ Danielle Wright*
Danielle Wright, an employee of the
Office of the Nevada Attorney General