# DECLARATION OF CHRISTOPHER YATES WITH APPENDIX 1
# FILED UNDER SEAL
# IN THEIR ENTIRETY