1 | ERIC L. CRAMER (*pro hac vice*)
BERGER MONTAGUE PC
2 | 1818 Market Street, Suite 3600
Philadelphia, PA 19103
3 | Telephone: (215) 875-3000
Facsimile: (215) 875-4604
4 | ecramer@bm.net

5 | JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
6 | 601 California Street, Suite 1505
San Francisco, California 94108
7 | Telephone: (415) 500-6800
Facsimile: (415) 395-9940
8 | jsaveri@saverilawfirm.com

9 | RICHARD A. KOFFMAN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL,
10 | PLLC
1100 New York Ave., N.W.,
11 | Suite 500, East Tower
Washington, DC 20005
12 | Telephone: (202) 408-4600
Facsimile: (202) 408 4699
13 | rkoffman@cohenmilstein.com

14 | *Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs*

CHRISTOPHER S. YATES (*pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

WILLIAM A. ISAACSON (p*ro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendant Zuffa, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION** |

# [PROPOSED] ORDER

This Court, having read and considered the parties' Joint Stipulation Regarding Discovery Schedule, and good cause appearing therefor,

**IT IS ORDERED THAT** the following schedule and deadlines[1] will apply in this matter:

| Date | Event |
|---|---|
| Parties complete negotiations regarding the scope of Defendants' production. | April 23, 2025 |
| Parties complete negotiations regarding sources of responsive documents and information and custodians. | April 25, 2025 |
| Deadline to file motions to compel regarding disputes, if any, regarding the scope of Defendants' production, sources of responsive documents, and custodians. | April 30, 2025 |
| Parties complete negotiations regarding search terms absent a pending motion to compel regarding disputes regarding the scope of Defendants' production, sources of responsive documents, and custodians. | April 30, 2025 |
| Deadline to file motions to compel regarding disputes, if any, regarding search terms. | May 9, 2025 |
| Parties substantially complete production of documents responsive to any document requests served before April 13, 2025 | July 17, 2025 |
| Deadline to propose additional search terms, sources and custodians. | October 1, 2025 |
| Close of fact discovery, including all non-expert depositions as to all parties, including Plaintiffs, Zuffa, TKO and Endeavor | January 16, 2026 |
| Plaintiffs' opening expert reports on class and merits | February 13, 2026 |
| Opposition expert reports on class and merits | April 13, 2026 |
| Plaintiffs' rebuttal expert reports on class and merits | June 8, 2026 |
| Last day to depose each opposing parties' experts | July 10, 2026 |
| Plaintiffs' Class Certification Motion | August 10, 2026 |

---

[1] The dates listed in April and May 2025 do not apply to Defendant Endeavor Group Holdings, Inc.

| Date | Event |
|---|---|
| and<br>All parties' Daubert Motions | |
| Defendants' Response to Class Certification and<br>Responses to any Daubert Motions | September 7, 2026 |
| Replies re: any Daubert Motions | October 9, 2026 |
| Plaintiffs' Reply re: Class Certification | October 16, 2026 |
| Any Motions for Summary Judgement | 60 days after the later of (a) the Court's order on class certification, (b) if a party takes an appeal under Fed. R. Civ. P. 23(f), 45 days after an order resolving the petition to appeal or appeal (if the petition is granted and an appeal is allowed) |
| Responses to any Motions for Summary Judgement | 60 days following the filing of the relevant Motion for Summary Judgment |
| Replies re: any Motions for Summary Judgment | 90 days following the filing of the relevant Motion for Summary Judgment |
| Joint Pretrial Order | 30 days following the Courts' resolution of all Motions for Summary Judgement |

**IT IS SO ORDERED**.

**DATED:** This 22nd day of April, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**