Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:(415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       cyoung@saverilawfirm.com
       krayhill@saverilawfirm.com
       imoradi@saverilawfirm.com

*Co-lead Class Counsel and Attorneys for Individual and Representative Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT ENDEAVOR GROUP HOLDINGS, INC., TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFFS' FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION AND FOR SANCTIONS** |

Case No.: 2:21-cv-01189-RFB-BNW

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL ENDEAVOR TO PRODUCE DOCUMENTS AND FOR SANCTIONS

I, Joseph R. Saveri, declare and state as follows:

1. I am the founder of the Joseph Saveri Law Firm, LLP and co-lead counsel for the class and attorney for individual and representative plaintiffs, Kajan Johnson, Clarence Dollaway, and Tristan Connelly (collectively, "Plaintiffs"). I am a member in good standing of the California Bar and have been admitted *pro hac vice* in this court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746

2. I make this Declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Defendant Endeavor Group Holdings, Inc. to Produce Documents in Response to Plaintiffs' First and Second Sets of Requests for Production and for Sanctions.

3. Attached as **Exhibit A** is a true and correct copy of letter sent to Plaintiffs by Endeavor's counsel Jessica E. Phillips on April 7, 2025.

4. Attached as **Exhibit B** is a true and correct copy of an email sent to Plaintiffs by Defendants' counsel Robert Medina on April 23, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28 day of April, 2025.

*/s/ Joseph R. Saveri*
Joseph R. Saveri

1   Case No.: 2:21-cv-01189-RFB-BNW
DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL ENDEAVOR TO PRODUCE DOCUMENTS AND FOR SANCTIONS