# EXHIBIT B

| | |
|---|---|
| **From:** | Robert.Medina-Garcia@lw.com |
| **To:** | Daniel Silverman; Benjamin Brown; Joe Bruckner; Joseph Saveri; Christopher Young; Itak Moradi; Patrick F. Madden; Kevin Rayhill; Michael Dell"Angelo; Kyla Gibboney; Danny Gifford; Joshua P. Davis; Richard A. Koffman; Robert Maysey; Matthew Summers; Paul Bland; Alice Ilie; Susan Leo |
| **Cc:** | Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; wisaacson@paulweiss.com; jphillips@paulweiss.com; btannenbaum@paulweiss.com; jdasilva@paulweiss.com; ybarkai@paulweiss.com; bcabranes@paulweiss.com; eaghili@paulweiss.com; jcw@campbellandwilliams.com |
| **Subject:** | Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW |
| **Date:** | Wednesday, April 23, 2025 8:03:21 PM |

Counsel,

We write in response to your requests relayed during the parties' April 9, 2025 meet and confer and in your letter dated April 11, 2025 in connection with the non-parties' April 2, 2025 responses and objections to Plaintiffs' subpoenas. We provide Defendants' responses below. As we have previously disclosed, unless otherwise specified below, Zuffa, TKO, and Endeavor consolidate the below responses for efficiency's sake and for the sole purpose of responding to Plaintiffs' individual subpoenas and questions regarding ESI sources associated with individual subpoena recipients who have worked for Zuffa, TKO, and/or Endeavor. The agreement to consolidate Zuffa/TKO/Endeavor's responses regarding these individuals and their enterprise devices and communication channels is not a waiver or limitation of any right or previously-lodged objection to the discovery requests made to Zuffa, TKO, or Endeavor, and does not otherwise impact TKO's and Endeavor's separate corporate forms.

- Plaintiffs requested that Zuffa clarify its position regarding whether it has possession, custody, or control over certain individuals' electronic devices and communications therein.
    - Zuffa confirms it does not have access to, or possession, custody, and control over, individuals' personal social media accounts and/or communications made from personal devices via non-enterprise communication channels, *e.g.*, text messages sent from a personal device. Zuffa acknowledges that it has access to and possession, custody, or control over enterprise devices (to the extent they exist for particular custodians), *e.g.*, company cell phones, and Zuffa will review and produce any relevant documents from such sources. Zuffa also acknowledges that it has access to and possession, custody, or control over enterprise communication channels, *e.g.*, company emails or company Teams messages (to the extent they exist for particular custodians), and Zuffa will review and produce any relevant documents from such sources.

- Plaintiffs requested a list of the digital devices used by the subpoenaed individuals for work purposes, and whether they had access and/or used enterprise communication channels installed by Defendants.
    - Defendants have identified the following corporate devices for the non-parties. For each Defendant-issued device listed below, Defendants installed Microsoft Teams. Defendants do not have enterprise solutions to manage or back up other non-enterprise communication channels, such as SMS, Facebook, WhatsApp, or Instagram. Any personal devices with potentially relevant information of current employees are subject to

preservation requirements under operative legal hold(s), regardless of whether the information exists on a company-issued or personal device.  Non-employees have been advised of their preservation obligations, and counsel for the individuals is in the process of confirming the full scope of potentially relevant ESI sources that are not in Defendants' possession, custody, or control.  To the extent that we learn of any potentially relevant ESI sources in the possession, custody, or control of individuals that is not in Zuffa's possession, custody, or control, we will continue to make all good-faith efforts to collect and produce documents from such sources, subject to the parties' and individuals subpoena recipients' previously-lodged objections.

| Non-Party | User Status | Current Enterprise Device Type | Current Enterprise Mobile Device & Model | Other Current Enterprise Devices | Other Devices with Potentially Relevant Information | Non-Enterprise Source(s) with Potentially Relevant Data Identified |
|---|---|---|---|---|---|---|
| Andrew Schleimer | ACTIVE | Apple Desktop | iPhone 16 Plus | Apple Laptop | Prior cell phone | cell phone, computer hard drive |
| Ariel Emanuel | ACTIVE | Apple Desktop | iPhone 16 Pro 1TB | iPad Pro (12.9-inch) (6th generation) | Prior cell phone | |
| Craig Borsari | ACTIVE | Windows Desktop | iPhone 16 Pro Max | | Prior cell phone | cell phone |
| Dana White | ACTIVE | Windows Laptop | iPhone 16 Pro | | Prior cell phone | |
| Grant Norris-Jones | ACTIVE | Windows Laptop | iPhone 16 Pro Max | | Prior cell phone | |
| Hunter Campbell | ACTIVE | Apple Desktop | iPhone 15 Pro | | Prior cell phone | cell phone, computer hard drive |
| Ike Epstein | ACTIVE | Windows Desktop | iPhone 16 Pro | | Prior cell phone | cell phone, paper files, computer hard drive |
| Jason Lublin | ACTIVE | Windows Desktop | iPhone 16 Pro Max | iPad Pro 13-inch (2024) 2TB | | |
| Marc Ratner | ACTIVE | Windows Desktop | iPhone 16 Pro Max | | Prior cell phone | |

| Name | Status | Computer | Current Cell Phone | Tablet | Prior Cell Phone | Other |
|---|---|---|---|---|---|---|
| Mark Shapiro | ACTIVE | Apple Desktop | iPhone 16 Pro 1TB | iPad Pro 12.9 4th Gen 256GB | Prior cell phone | |
| Mick Maynard | ACTIVE | Apple Laptop | None | | Prior cell phone | cell phone |
| Patrick Whitesell | ACTIVE | Windows Desktop | iPhone 16 Pro Max 1TB | iPad Pro 12.9-inch (6th Generation) | | |
| Peter Dropick | ACTIVE | Windows Desktop | iPhone 16 Pro Max | | Prior cell phone | cell phone |
| Sean Shelby | ACTIVE | Apple Laptop | None | | Prior cell phone | cell phone |
| Seth Krauss | ACTIVE | Apple Laptop | iPhone 15 Pro Max 512TB | iPad Pro 12.9 4th Gen 256GB | | |
| Tracy Long | ACTIVE | Windows Desktop | None | | Prior cell phone | cell phone |

Best,
Robert

**Robert Medina**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8572
Email: robert.medina-garcia@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
*-**External sender. Please use caution when clicking on any attachments or links** -*