BENJAMIN D. BROWN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com

ERIC L. CRAMER (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

[Additional Counsel Listed on Signature Page]

CHRISTOPHER S. YATES (*pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

WILLIAM A. ISAACSON (*pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON&
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendant Zuffa, LLC*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br>　　　　　　　Defendants. | No.: 2:21-cv-01189-RFB-BNW<br><br>**JOINT STIPULATION TO ADDRESS DEFENDANT ZUFFA'S MOTION TO DENY CLASS CERTIFICATION OR, IN THE ALTERNATIVE, STRIKE CLASS ALLEGATIONS** |

WHEREAS, on April 2, 2025, Defendant Zuffa filed a Motion to Deny Class Certification or, in the Alternative, Strike Class Allegations ("Motion"). (ECF No. 179). As part of the Motion, Defendant Zuffa argued, inter alia, that Plaintiffs' class definition in the Amended Complaint was improper because a majority of the putative class signed Promotion Agreements that contain arbitration agreements and/or class action waivers.

WHEREAS, Plaintiffs have not opposed the Motion but, instead, propose to submit a further amended complaint with a narrowed class definition that excludes any fighter who has signed Promotion Agreements that contain arbitration agreements and/or class action waivers (the "Further Amended Complaint").

WHEREAS, the Parties have met and conferred and agree that this Stipulation and the filing of the Further Amended Complaint, will eliminate the need for Plaintiffs to oppose, Zuffa to reply, and for the Court to rule on the Motion. Defendant Zuffa does not waive its right to object to the proposed class in the Further Amended Complaint, nor does Defendant Zuffa agree or concede that the proposed class in the Further Amended Complaint can or should be certified.

WHEREFORE, Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and Defendant Zuffa, LLC ("Defendant," and collectively with Plaintiffs, the "Parties"), submit this joint stipulation with respect to the Motion (ECF No. 179), to allow for amendment of Plaintiffs' Amended Complaint (ECF No. 118) to include a narrowed class definition, and also to confirm certain discovery commitments of Defendants. The Parties Stipulate as follows:

1. Plaintiffs' Amended Complaint brings claims on behalf of a Class defined as follows:

> All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from July 1, 2017 until the illicit scheme alleged herein ceases ("Class Period"). The Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought or broadcast in the United States.

Am. Compl. ¶ 37.

2. Pursuant to the Parties' stipulation, Plaintiffs agree to amend and narrow this Class Definition to bring claims on behalf of the following Class:

All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from July 1, 2017 until the scheme alleged herein ceases ("Class Period"). The Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought or broadcast in the United States. The Class also excludes all persons who have signed a Promotion Agreement or other contract with Zuffa, LLC that contains an arbitration agreement and/or class-action waiver.

3. Plaintiffs agree, with Defendants' consent, to file a Second Amended Complaint incorporating this Class Definition no later than May 9, 2025.

4. The Parties agree that the Court need not rule on the Motion and that Defendant Zuffa will withdraw the Motion, without prejudice, once Plaintiffs file a Second Amended Complaint containing the narrowed Class Definition (and no other changes).

5. Defendants agree that, notwithstanding Plaintiffs' amendment to their Class Definition, Defendants (a) will produce responsive, proportional, non-privileged documents relating to the negotiation and execution of the arbitration agreements in former putative *Johnson* class members' contracts; and (b) will not withhold otherwise responsive documents from production on the basis that any fighter referenced in the document signed an arbitration agreement or class-action waiver.

6. The *foregoing* stipulation does not affect any existing Court deadlines or scheduling previously set in this case.

Dated: April 30, 2025

/s/ *Michael Dell'Angelo*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis (admitted *pro hac vice*)
Robert C. Maysey (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile: (215) 875-4604
jdavis@bm.net
rmaysey@bm.net

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Chris Young (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
cyoung@saverilawfirm.com

Respectfully submitted,

/s/ *Christopher S. Yates*

Christopher S. Yates (*Pro hac vice*)
chris.yates@lw.com
Aaron T. Chiu (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

Sean M. Berkowitz (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

Laura Washington (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

David L. Johnson (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 200046

William A. Isaacson (*Pro hac vice*)
wisaacson@paulweiss.com
Karen L. Dunn (*Pro hac vice*)
kdunn@paulweiss.com
Jessica Phillips (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Benjamin D. Brown (admitted *pro hac vice*) | Brette M. Tannenbaum (*Pro hac vice*) |
| Richard A. Koffman (admitted *pro hac vice*) | btannenbaum@paulweiss.com |
| Daniel H. Silverman (admitted *pro hac vice*) | Yotam Barkai (*Pro hac vice*) |
| Daniel Gifford (admitted *pro hac vice*) | ybarkai@paulweiss.com |
| COHEN MILSTEIN SELLERS | PAUL, WEISS, RIFKIND, WHARTON |
|   & TOLL, PLLC |   & GARRISON LLP |
| 1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005 | 1285 Avenue of the Americas New York, NY 10019 |
| Telephone: (202) 408-4600 | |
| Facsimile: (202) 408 4699 | |
| bbrown@cohenmilstein.com | |
| rkoffman@cohenmilstein.com | |
| dsilverman@cohenmilstein.com | |
| dgifford@cohenmilstein.com | |
| | |
| W. Joseph Bruckner (admitted *pro hac vice*) | Donald J. Campbell |
| Brian D. Clark (admitted *pro hac vice*) | J. Colby Williams |
| LOCKRIDGE GRINDAL NAUEN PLLP | CAMPBELL & WILLIAMS |
| 100 Washington Ave S, Suite 2200 | 710 South Seventh Street, Ste. A |
| Minneapolis, MN 55401 | Las Vegas, NV 89101 |
| Telephone: (612) 596-4001 | Telephone: (702) 382-5222 |
| Facsimile: (612) 339-0981 | Facsimile: (702) 382-0540 |
| wjbruckner@locklaw.com | Email: djc@cwlawlv.com |
| bdclark@locklaw.com | Email: jcw@cwlawlv.com |
| | |
| | *Attorneys for Defendant Zuffa, LLC* |

Kyle Pozan (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com

*Attorneys for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

Michael J. Gayan
CLAGGET & SYKES
4101 Meadows Lane, Ste. 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Fax: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

| | |
|---|---|
| 1 | IT IS SO ORDERED: |
| 2 | |
| 3 | _____ |
|   | UNITED STATES DISTRICT JUDGE |
| 4 | DATED: _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on April 30, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Date: April 30, 2025                              */s/ Michael Dell'Angelo*
                                                                Michael Dell'Angelo