Don Springmeyer, Esq. (#1021)
d.springmeyer@kempjones.com
**KEMP JONES, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
T: (702) 385-6000
F: (702) 385-6001

*Counsel for Plaintiffs Kajan Johnson and
Clarence Dollaway and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa LLC, Zuffa Parent LLC n/k/a TKO Operating Company, LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**KEMP JONES' MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** |

**PLEASE TAKE NOTICE** that the law firm of KEMP JONES, LLP, 3800 Howard Hughes Pkwy, Floor 17, Las Vegas, NV 89169, (702) 385-6000 (phone), (702) 385-6001 (facsimile), has disassociated and is no longer counsel of record for Plaintiffs Kajan Johnson, Clarence Dollaway, Tristan Connelly, and the Proposed Class, in the above-captioned matter.

Plaintiffs Kajan Johnson, Clarence Dollaway, Tristan Connelly, and the Proposed Class are and will continue to be represented by Michael Gayan of the law firm Claggett & Sykes, 4101 Meadows Lane, Ste. Las Vegas, NV 89107, (702) 333-7777 (phone), (702) 655-3763 (facsimile), mike@claggettlaw.com (email) and all other Plaintiffs' Counsel**.**

Kemp Jones hereby requests an order from the Court removing any and all attorneys from the law

firm from the service lists in this matter.

DATED this 2nd day of May, 2025.

Respectfully submitted,

KEMP JONES, LLP

By: */s/ Don Springmeyer*
Don Springmeyer, Esq. (#1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Counsel for Plaintiffs Kajan Johnson and Clarence Dollaway and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2025, I served a true and correct copy of the foregoing **KEMP JONES' MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** via the Eighth Judicial District Court's electronic service system on all parties on the Court's service list.

*/s/ Ali Lott*
An employee of Kemp Jones, LLP