ERIC L. CRAMER (*pro hac vice*)
MICHAEL DELL'ANGELO *(pro hac vice)*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

BENJAMIN D. BROWN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com

JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

*Attorneys for Individual and Representative
Plaintiffs Kajan Johnson, Clarence Dollaway,
and Tristan Connelly*

[Additional Counsel Listed on Signature Page]

CHRISTOPHER S. YATES (*pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

WILLIAM A. ISAACSON (*pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON&
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendants Zuffa LLC, TKO
Operating Company, LLC, and Endeavor Group
Holdings, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>    Defendants. | No.: 2:21-cv-01189-RFB-BNW<br><br>**JOINT STIPULATION TO PLAINTIFFS' FILING OF SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), LR 7-1, and LR IA 6-2, the parties hereby stipulate to Plaintiffs' filing of their proposed Second Amended Complaint, as set forth in the parties' April 30, 2025 Joint Stipulation to Address Defendant Zuffa's Motion to Deny Class Certification or, in the Alternative, Strike Class Allegations, ECF No. 191. In accordance with LR 15-1, the proposed Second Amended Complaint is attached as Exhibit A. The foregoing stipulation does not affect any other existing Court deadlines or scheduling previously set in this case.

Dated: May 9, 2025                                                    Respectfully submitted,

/s/ *Michael Dell'Angelo*                                          /s/ *Christopher S. Yates*

Eric L. Cramer (admitted *pro hac vice*)                 Christopher S. Yates (*Pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)        chris.yates@lw.com
Patrick F. Madden (admitted *pro hac vice*)            Aaron T. Chiu (*Pro hac vice*)
BERGER MONTAGUE PC                                       aaron.chiu@lw.com
1818 Market Street, Suite 3600                              LATHAM & WATKINS LLP
Philadelphia, PA 19103                                          505 Montgomery Street, Suite 2000
Telephone: (215) 875-3000                                     San Francisco, CA 94111
Facsimile:  (215) 875-4604                                     Tel: (415) 395-8095
ecramer@bm.net
mdellangelo@bm.net                                            Sean M. Berkowitz (*Pro hac vice*)
pmadden@bm.net                                                sean.berkowitz@lw.com
                                                                        LATHAM & WATKINS LLP
Joshua P. Davis (admitted *pro hac vice*)               330 North Wabash Ave, Suite 2800
Robert C. Maysey (admitted *pro hac vice*)            Chicago, IL 60611
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625                         Laura Washington (*Pro hac vice*)
San Francisco, CA 94111                                       laura.washington@lw.com
Telephone: (415) 906-0684                                     LATHAM & WATKINS LLP
Facsimile: (215) 875-4604                                     10250 Constellation Blvd, Suite 1100
jdavis@bm.net                                                     Los Angeles, CA 90067
rmaysey@bm.net
                                                                        David L. Johnson (*Pro hac vice*)
                                                                        david.johnson@lw.com
                                                                        LATHAM & WATKINS LLP
                                                                        555 Eleventh Street NW, Suite 1000
                                                                        Washington, D.C. 200046

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Chris Young (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
cyoung@saverilawfirm.com

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Daniel Gifford (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS
  & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East
Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com
dgifford@cohenmilstein.com

W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle Pozan (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com

*Attorneys for Plaintiffs Kajan Johnson, Clarence
Dollaway, and Tristan Connelly and the Proposed
Class*

William A. Isaacson (*Pro hac vice*)
wisaacson@paulweiss.com
Karen L. Dunn (*Pro hac vice*)
kdunn@paulweiss.com
Jessica Phillips (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

Brette M. Tannenbaum (*Pro hac vice*)
btannenbaum@paulweiss.com
Yotam Barkai (*Pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

Donald J. Campbell
J. Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendants Zuffa LLC, TKO
Operating Company, LLC, and Endeavor Group
Holdings, Inc.*

Joint Stipulation to Plaintiffs' Filing of Second Amended Complaint

Michael J. Gayan
CLAGGET & SYKES
4101 Meadows Lane, Ste. 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Fax: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson,
Clarence Dollaway, and Tristan Connelly and
the Proposed Class*

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE


DATED: _____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on May 9, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.


Date: May 9, 2025

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo
