ERIC L. CRAMER (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

BENJAMIN D. BROWN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com

JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>    v.<br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>                    Defendants. | No.: 2:21-cv-01189-RFB-BNW<br><br>**NOTICE OF RELATED CASE AND RENEWED REQUEST TO ENTER STIPULATIONS** |

Pursuant to LR 42-1, Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly submit this Notice of Related Case to inform the Court that, on May 23, 2025, Counsel for Plaintiffs and the Proposed Class filed a related action in this District, captioned *Mikhail Cirkunovs, on behalf of himself and all others similarly situated v. Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.*, No. 2:25-cv-00914-ART-BNW (D. Nev.). The *Cirkunovs* Complaint substantively mirrors the *Johnson* Complaint, but it brings claims on behalf of *only* those UFC Fighters in the present *Johnson* Proposed Class who have signed arbitration agreements and/or class-action waivers, according to the following Class Definition:

> All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from July 1, 2017 until the scheme alleged herein ceases ("Class Period"), where such persons signed a contract with Zuffa LLC that contained an arbitration clause and/or class-action waiver. The Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought or broadcast in the United States.

*See Cirkunovs* Compl. ¶ 37, No. 2:25-cv-00914-ART-BNW, ECF No. 1. Plaintiffs filed the *Cirkunovs* Complaint as related to this case. However, it was randomly assigned to Judge Anne R. Traum. Plaintiffs are filing a notice of related action in *Cirkunovs* seeking to have the *Cirkunovs* case be reassigned to Your Honor.

In light of the filing of the *Cirkunovs* Complaint, Plaintiffs renew their request for the Court to enter the Parties' Stipulation to Address Defendant Zuffa's Motion to Deny Class Certification or, in the Alternative, Strike Class Allegations, ECF No. 191, and Stipulation to Plaintiffs' Filing of Second Amended Complaint, ECF No. 194. In those Stipulations, the Parties agreed to Plaintiffs' amendment of the *Johnson* Class Definition to bring claims on behalf of the following Class:

> All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from July 1, 2017 until the scheme alleged herein ceases ("Class Period"). The Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought or broadcast in the United States. The Class also excludes all persons who have signed a Promotion Agreement or other contract with Zuffa, LLC that contains an arbitration agreement and/or class-action waiver.

*See* ECF No. 191 ¶ 2.

Together, this revised proposed Class and the proposed *Cirkunovs* Class collectively brings the

same claims on behalf of the same set of UFC Fighters as had the original *Johnson* Proposed Class but allows UFC Fighters with arbitration agreements and/or class-action waivers in their contracts to litigate the enforceability of those clauses separate and apart from UFC Fighters who did not sign such agreements. Plaintiffs thus respectfully request that the Court enter the Parties' Stipulations allowing Zuffa to withdraw its Motion to Deny Class Certification or, in the Alternative, Strike Class Allegations, as set forth in ECF No. 191, and stipulation allowing Plaintiffs to file the Second Amended Complaint attached as Exhibit A to ECF No. 194, in order to effectuate this dual-track litigation. Defendants do not oppose the requested relief.

Dated: May 28, 2025

Respectfully submitted,

/s/ *Eric L. Cramer*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis (admitted *pro hac vice*)
Robert C. Maysey (admitted *pro hac vice*)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile: (215) 875-4604
jdavis@bm.net
rmaysey@bm.net

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Daniel Gifford (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS
  & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com
dgifford@cohenmilstein.com

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Chris Young (admitted *pro hac vice*)
Itak Moradi (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
Consuela Abotsi-Kowu  (*pro hac vice*
  forthcoming)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
cmabotsi-kowu@locklaw.com

Kyle Pozan (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com

*Attorneys for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

Michael J. Gayan
CLAGGET & SYKES
4101 Meadows Lane, Ste. 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Fax: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on May 28, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

　　　　　　　　　　　　　　　　　　　　　/s/ Eric L. Cramer
　　　　　　　　　　　　　　　　　　　　Eric L. Cramer