| | |
|---|---|
| WILLIAM A. ISAACSON (*pro hac vice*) <br> wisaacson@dirllp.com <br> JESSICA PHILLIPS (*pro hac vice*) <br> jphillips@dirllp.com <br> DUNN ISAACSON RHEE LLP <br> 401 Ninth Street NW <br> Washington, DC 20004 <br><br> DONALD J. CAMPBELL (No. 1216) <br> djc@cwlawlv.com <br> J. COLBY WILLIAMS (No. 5549) <br> jcw@cwlawlv.com <br> CAMPBELL & WILLIAMS <br> 710 South 7th Street <br> Las Vegas, NV 89101 | CHRISTOPHER S. YATES (*pro hac vice*) <br> chris.yates@lw.com <br> AARON T. CHIU (*pro hac vice*) <br> aaron.chiu@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br><br> SEAN M. BERKOWITZ (*pro hac vice*) <br> sean.berkowitz@lw.com <br> LATHAM & WATKINS LLP <br> 330 North Wabash Ave, Suite 2800 <br> Chicago, IL 60611 <br><br> LAURA WASHINGTON (*pro hac vice*) <br> laura.washington@lw.com <br> LATHAM & WATKINS LLP <br> 10250 Constellation Blvd, Suite 1100 <br> Los Angeles, CA 90067 |

*Attorneys for Defendants Zuffa, LLC, TKO Operating Company, and Endeavor Group Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc., <br><br> Defendants. | No. 2:21-cv-01189-RFB-BNW <br><br> **NOTICE OF CHANGE OF FIRM AND ADDRESS** |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

Pursuant to L.R. IA 3-1, the undersigned attorneys of record for Defendants file this Notice of Change of Address and Firm Name and request the Court's docket in the above-captioned matter to be updated accordingly.

PLEASE TAKE NOTICE effective immediately, attorneys William A. Isaacson and Jessica Phillips, are no longer with PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP and are now affiliated with the law firm DUNN ISAACSON RHEE LLP and have a new contact information as follows:

>DUNN ISAACSON RHEE LLP
>401 Ninth Street NW
>Washington DC 20004
>Tel: (202) 240-2900
>Email: wisaacson@dirllp.com
>jphillips@dirllp.com

Please note that the addresses and contact information for Defendants' other counsel of record remain unchanged.

| | | |
|---|---|---|
| 1 | Dated: May 28, 2025 | Respectfully Submitted, |
| 2 | | /s/ J. Colby Williams |
| 3 | WILLIAM A. ISAACSON (*pro hac vice*) | CHRISTOPHER S. YATES (*pro hac vice*) |
| 4 | wisaacson@dirllp.com<br>JESSICA PHILLIPS (*pro hac vice*) | chris.yates@lw.com<br>AARON T. CHIU (*pro hac vice*) |
| 5 | jphillips@dirllp.com<br>DUNN ISAACSON RHEE LLP | aaron.chiu@lw.com<br>LATHAM & WATKINS LLP |
| 6 | 401 Ninth Street NW<br>Washington, DC 20004 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 7 | | Tel: (415) 395-8095 |
| 8 | YOTAM BARKAI<br>ybarkai@paulweiss.com | SEAN M. BERKOWITZ (*pro hac vice*)<br>sean.berkowitz@lw.com |
| 9 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP | LATHAM & WATKINS LLP |
| 10 | 1285 Avenue of the Americas<br>New York, NY 10019 | 330 North Wabash Ave, Suite 2800<br>Chicago, IL 60611 |
| 11 | | |
| 12 | DONALD J. CAMPBELL (No. 1216)<br>djc@campbellandwilliams.com | LAURA WASHINGTON (*pro hac vice*)<br>laura.washington@lw.com |
| 13 | J. COLBY WILLIAMS (No. 5549)<br>jcw@campbellandwilliams.com | LATHAM & WATKINS LLP<br>10250 Constellation Blvd, Suite 1100 |
| 14 | CAMPBELL & WILLIAMS<br>710 South 7th Street | Los Angeles, CA 90067 |
| 15 | Las Vegas, Nevada 89101<br>Tel: (702) 382-5222 | DAVID L. JOHNSON (*pro hac vice*)<br>david.johnson@lw.com |
| 16 | | LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000 |
| 17 | | Washington, D.C. 20004 |
| 18 | | |
| 19 | *Attorneys for Defendants Zuffa, LLC,* | |
| 20 | *TKO Operating Company,*<br>*and Endeavor Group Holdings, Inc.* | |

2

NOTICE OF CHANGE OF FIRM AND ADDRESS    NOS. 21-CV-01189-RFB-BNW

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Change of Firm and Address was served on May 28, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *J. Colby Williams*
J. Colby Williams of CAMPBELL & WILLIAMS