| | |
|---|---|
| WILLIAM A. ISAACSON (pro hac vice) <br> wisaacson@dirllp.com <br> JESSICA PHILLIPS (pro hac vice) <br> jphillips@dirllp.com <br> DUNN ISAACSON RHEE LLP <br> 401 Ninth Street NW <br> Washington, DC 20004 | CHRISTOPHER S. YATES (pro hac vice) <br> chris.yates@lw.com <br> AARON T. CHIU (pro hac vice) <br> aaron.chiu@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 |
| YOTAM BARKAI (pro hac vice) <br> ybarkai@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 | SEAN M. BERKOWITZ (pro hac vice) <br> sean.berkowitz@lw.com <br> LATHAM & WATKINS LLP <br> 330 North Wabash Ave, Suite 2800 <br> Chicago, IL 60611 |
| DONALD J. CAMPBELL (No. 1216) <br> djc@cwlawlv.com <br> J. COLBY WILLIAMS (No. 5549) <br> jcw@cwlawlv.com <br> CAMPBELL & WILLIAMS <br> 710 South 7th Street <br> Las Vegas, NV 89101 | LAURA WASHINGTON (pro hac vice) <br> laura.washington@lw.com <br> JOSEPH AXELRAD (pro hac vice) <br> joseph.axelrad@lw.com <br> LATHAM & WATKINS LLP <br> 10250 Constellation Blvd, Suite 1100 <br> Los Angeles, CA 90067 |
| | *Attorneys for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc., <br><br> Defendants. | No.: 2:21-cv-01189-RFB-BNW <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that counsel of record for Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc. (collectively "Defendants"), Brette Tannenbaum of Paul, Weiss, Rifkind, Wharton & Garrison LLP, will no longer be associated with this case no. 2:21-cv-01189-RFB-BNW.

Consequently, Defendants hereby withdraw Ms. Tannenbaum as their counsel of record, and respectfully request that the Court and the parties remove Ms. Tannenbaum from all further notices.

Defendants continue to be represented by the law firms of Dunn Issacson Rhee LLP, Latham & Watkins and Campbell & Williams.

Dated: June 12, 2025

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/*Brette Tannenbaum*

BRETTE TANNENBAUM (*pro hac vice*)

*Attorney for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

IT IS SO ORDERED:
DATED: _____

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendants' Notice of Supplemental Authority was served on June 12, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/Brette Tannenbaum*
BRETTE TANNENBAUM