**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**ORDER GRANTING JOINT SCHEDULING STIPULATION REGARDING ZUFFA, LLC'S REPLY IN SUPPORT OF ZUFFA, LLC'S MOTION TO DENY CLASS CERTIFICATION OR, IN THE ALTERNATIVE, STRIKE CLASS ALLEGATIONS** |

Defendant Zuffa, LLC ("Zuffa") and Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs"), on behalf of themselves and all others similarly situated, stipulated to continue to deadline for Zuffa to file its reply to Plaintiffs' response to Zuffa's Motion to Deny Class Certification or, In The Alternative, Strike Class Allegations (ECF No. 179) from June 17, 2025 to July 18, 2025. The stipulation does not affect any other existing Court deadlines or scheduling previously set in this case or related cases. Having considered the stipulation presented to the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT**:

The deadline for Zuffa to file its reply to Plaintiffs' response to Zuffa's Motion to Deny Class Certification or, In The Alternative, Strike Class Allegations (ECF No. 179) shall be continued from June 17, 2025 to July 18, 2025.

**IT IS SO ORDERED**.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 17, 2025.