# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>              PLAINTIFFS,<br>       v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>              DEFENDANTS. | No.: 2:21-cv-01189-RFB<br><br>**JOINT STIPULATION TO ADVANCE STATUS CONFERENCE** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>       v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>              Defendants. | No.: 2:25-cv-914-RFB |
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>       v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>              Defendants. | No.: 2:25-cv-00946-RFB |

1

1    Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly (the "*Johnson* Plaintiffs"), Plaintiff Mikhail Cirkunovs (the "*Cirkunovs* Plaintiff"), Plaintiff Phil Davis (the "*Davis* Plaintiff") (collectively "Plaintiffs"), and Defendants Zuffa, LLC, TKO Operating Company, LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc. (collectively "Defendants," and, together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    On June 30, 2025, the Court set a status conference for August 28, 2025, at 1:00pm in the matters of *Johnson et al. v. Zuffa, LLC dba Ultimate Fighting Championship et al.*, 2:21-cv-01189, ECF No. 202; *Cirkunovs v. Zuffa LLC et al.*, 2:25-cv-00914, ECF No. 9; and *Davis v. Zuffa, LLC et al.*, 2:25-cv-00946, ECF No. 13.

2.    Due to a scheduling conflict arising from a family matter, counsel for Defendants is unavailable to attend the status conference as currently scheduled.

3.    Defendants requested, and Plaintiffs have agreed, to advance the status conference by one or two days, from August 28, 2025, to either August 27, 2025 or August 26, 2025.

4.    Accordingly, the Parties jointly stipulate and respectfully request that the Court reschedule the status conference currently set for August 28, 2025, to either August 27, 2025 or August 26, 2025.

5.    This joint stipulation does not affect any other existing deadlines previously set by the Court in these matters.

| | | |
|---|---|---|
| 1 | Respectfully Submitted, | Dated: July 29, 2025 |
| 2 | By: *s/ Eric L. Cramer* | By: *s/ William A. Isaacson* |

Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (*Pro Hac Vice*)
Kyla Gibboney (*Pro Hac Vice*)
Robert C. Maysey (*Pro Hac Vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 215-0962
jdavis@bm.net
kgibboney@bm.net
rmaysey@bm.net

*Counsel for Plaintiffs and the Proposed Classes*

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@DIRLLP.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@DIRLLP.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

3

1  W. Joseph Bruckner (*Pro hac vice*)
   Brian D. Clark (*Pro hac vice*)
2  LOCKRIDGE GRINDAL NAUEN PLLP
   100 Washington Ave S, Suite 2200
3  Minneapolis, MN 55401
   Phone: (612) 596-4001/Fax: (612) 339-0981
4  wjbruckner@locklaw.com
   bdclark@locklaw.com
5
   Kyle J. Pozan (*Pro hac vice*)
6  LOCKRIDGE GRINDAL NAUEN PLLP
   1165 N. Clark Street, Ste. 700
7  Chicago, IL 60610
   Phone: (612) 339-6900
8  Email: kjpozan@locklaw.com

   DONALD J. CAMPBELL (No. 1216)
   djc@campbellandwilliams.com
   J. COLBY WILLIAMS (No. 5549)
   jcw@campbellandwilliams.com
   CAMPBELL & WILLIAMS
   700 South 7th Street
   Las Vegas, Nevada 89101
   Tel: (702) 382-5222

   *Attorneys for Defendant Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

9
10 *Additional Counsel for Plaintiffs and the Proposed Classes*

11 Michael J. Gayan
12 CLAGGETT & SYKES
   4101 Meadows Lane, Suite 100
13 Las Vegas, NV 89107
   Tel: (702) 333-7777
14 Fax: (702) 655-3763
   mike@claggettlaw.com
15
16 *Liaison Counsel for Plaintiffs and the Proposed Classes*

17
18
19
20
21
22
23
24
25
26
27
28

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on July 29, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Date: July 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　*s/ William A. Isaacson*
　　　　　　　　　　　　　　　　　　　　　　　William A. Isaacson
　　　　　　　　　　　　　　　　　　　　　　　DUNN ISAACSON RHEE LLP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>DEFENDANTS. | No.: 2:21-cv-01189-RFB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADVANCE STATUS CONFERENCE** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-914-RFB |
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

.

1

1   Upon review of the Parties Joint Stipulation to Advance Status Conference (ECF No. 220),
2  and good causing appearing, **IT IS HEREBY ORDERED** that the status conference currently set
3  for August 28, 2025, at 1:00 p.m. is **ADVANCED** to August 26, 2025], at
4  10:00 a.m.

5   Dated this 30th day of July, 2025

_____
Richard F. Boulware, II
United States District Judge

2