

1  PETER S. CHRISTIANSEN, ESQ.
   Nevada Bar No. 5254
2  pete@christiansenlaw.com
   KEELY P. CHIPPOLETTI, ESQ.
3  Nevada Bar No. 13931
   keely@christiansenlaw.com
4  CHRISTIANSEN TRIAL LAWYERS
   710 South 7th Street, Suite B
5  Las Vegas, Nevada 89101
   Telephone:   (702) 240-7979
6  Facsimile:   (866) 412-6992

7  *Attorneys for Nonparty
   Dominance MMA, LLC*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a Zuffa Parent, LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-01189-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NONPARTY DOMINANCE MMA, LLC TO RESPOND TO MOTION TO COMPEL [ECF No. 216]**<br><br>**(First Request)** |
|---|---|

　　Plaintiffs, Kajan Johnson, Clarence Dollaway and Tristan Connelly ("Plaintiffs"), and Nonparty, Dominance MMA, LLC ("Dominance"), by and through their undersigned counsel of record, hereby stipulate as follows:

　　1.　　Plaintiffs filed a motion to compel against Nonparty Dominance (ECF No. 216), with a current deadline for response set for August 6, 2025.

　　2.　　The parties have conferred and agreed to a one-week extension of time for Dominance to file its response to the motion to compel.

　　3.　　Accordingly, the deadline for Dominance to respond to the motion shall be extended from August 6, 2025, to August 13, 2025.



4. Good cause exists for this extension because Counsel for Dominance requires additional time to prepare a complete and accurate response due to (i) the volume of the issues raised in the motion, (ii) the need to coordinate with Dominance, which is not a litigant in the underlying case, and (iii) previously scheduled obligations and deadlines in other matters. The requested extension will allow for more efficient resolution of the issues and may facilitate narrowing the dispute.

5. This is the first request to extend Dominance's response deadline.

6. The requested extension is made in good faith and not for the purpose of delay.

Dated this 1st day of August, 2025.

| Respectfully Submitted By:<br>CHRISTIANSEN TRIAL LAWYERS | Approved as to Form and Content:<br>JOSEPH SAVERI LAW FIRM, LLP |
|---|---|
| */s/ Keely P. Chippoletti* | */s/ Kevin E. Rayhill* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South 7th Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Nonparty*<br>*Dominance MMA, LLC* | KEVIN E. RAYHILL, ESQ. (*Pro Hac Vice*)<br>ITAK MORADI, ESQ. (*Pro Hac Vice*)<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

### ORDER

The Court, having reviewed the parties' stipulation and good cause appearing, hereby ORDERS that deadline for Nonparty Dominance MMA, LLC to file a response to Plaintiffs' motion to compel (ECF No. 216) shall be extended to August 13, 2025.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**DATED:** This 1st day of August, 2025.