PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:    (866) 412-6992

*Attorneys for Nonparty
Dominance MMA, LLC*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a Zuffa Parent, LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR HOLDINGS, INC.,<br><br>Defendants. | CASE NO.: 2:21−cv−01189−RFB−BNW<br><br>**ERRATA TO NONPARTY DOMINANCE MMA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF No. 226]** |

Nonparty Dominance MMA, LLC ("Dominance"), by and through its undersigned counsel, hereby submits this Errata to Nonparty Dominance, LLC's Opposition to Plaintiffs' Motion to Compel [ECF No. 226].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   In Dominance's Opposition to Plaintiffs' Motion to Compel, filed on August 13, 2025, page 21, lines 3-4, the sentence currently reads: "It is contractually authorized to access or produce their complete financial records." However, it should read: "It is **not** contractually authorized to access or produce their complete financial records." The word "not" was inadvertently omitted from the original filing due to a clerical error. Accordingly, Dominance submits the instant Errata to correct the above-referenced clerical error.

Dated this 14th day of August, 2025.

CHRISTIANSEN TRIAL LAWYERS

By  /s/ Keely Chi[signature]
PETER S. CHRISTIANSEN, ESQ.
KEELY P. CHIPPOLETTI, ESQ.

*Attorneys for Nonparty*
*Dominance MMA, LLC*



**CERTIFICATE OF SERVICE**

I certify that I am an employee of CHRISTIANSEN TRIAL LAWYERS, and that on this 14th day of August, 2025, I caused the foregoing document entitled **ERRATA TO NONPARTY DOMINANCE MMA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF No. 226]** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

_____
An employee of Christiansen Trial Lawyers