ERIC L. CRAMER (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

RICHARD A. KOFFMAN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

CHRISTOPHER S. YATES (*pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

WILLIAM A. ISAACSON (*pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendant Zuffa, LLC*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**JOINT STIPULATION CONTINUING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL (DKT NO. 234); [PROPOSED] ORDER** |

Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and Defendants Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) (collectively, "Zuffa") and Endeavor Group Holdings, Inc. ("Defendants" and together with Plaintiffs, the "Parties") submit this joint stipulation regarding Defendants' Opposition to Plaintiffs' Motion to Compel (Dkt. No. 234 ("Motion to Compel")). Good cause exists to continue Defendants' Opposition to September 24, 2025, based on the following:

1.  On January 17, 2025, Plaintiffs served their First Set of Interrogatories (the "Interrogatories") on Defendants.

2.  On February 18, 2025, Zuffa served initial responses and objections to the Interrogatories.

3.  Beginning on February 19, 2025, the Parties engaged in a meet and confer process over the scope of Defendants' responses, ultimately reaching agreement on the scope of such responses to Interrogatory Nos. 1, 4-7, and 9 on March 30, 2025, and as to Interrogatories 2, 3, and 8 of the Interrogatories on June 2, 2025.

4.  Thereafter, the Parties continued to meet and confer regarding Defendants' responses to Plaintiffs' Interrogatories, all of which Plaintiffs contend are incomplete or insufficient and which lack the verification required by Fed. R. Civ. P. 33(b)(5).

5.  On August 15, 2025, Defendants emailed Plaintiffs that they intended to supplement Zuffa's responses to the Interrogatories by identifying responsive documents pursuant to Fed. R. Civ. P. 33(d) following the production of their privilege log and related documents.

6.  On August 23, 2025, Plaintiffs requested that Defendants provide the date by which they would produce a privilege log for their document production to date. Defendants responded that they had not withheld any documents as privileged by the July 17, 2025 substantial completion deadline, but that they had withheld documents as privileged from their August 17, 2025 production. Defendants committed to producing a privilege log by September 17, 2025, but did

1  not provide a date on which Defendants would produce their privilege logs or supplemental
2  responses to Plaintiffs' Interrogatories.

3     7.    On August 25, 2025, Plaintiffs filed a Motion to Compel regarding the
4  Interrogatories ("Motion to Compel"). (*See* Dkt. No. 234). The deadline for Defendants to oppose
5  the Motion to Compel is September 8, 2025.

6     8.    On August 29, 2025, Defendants contacted Plaintiffs to inform Plaintiffs that Zuffa
7  would provide supplemental responses to Plaintiffs' Interrogatory Nos. 5 and 6 by September 4,
8  2025, and to the remaining interrogatories by September 17, 2025 and produce a privilege log
9  containing reference to documents withheld on privilege grounds under Fed. R. Civ. P. 26(b)(5)
10 on September 17, 2025.

11    9.    Defendants have not provided supplemental responses to any of Plaintiffs'
12 Interrogatories. However, by September 17, 2025, Defendants have agreed to produce (i) a
13 privilege log pursuant to Fed. R. Civ. P. 26(b)(5) and the applicable orders of this Court ("Privilege
14 Logs"); and (ii) signed and verified supplemental answers to Interrogatory Nos. 1-9 in accordance
15 with Federal Rule of Civil Procedure 33(b)(3), (5) ("Supplemental Answers").

16    10.   Given Defendants' forthcoming supplemental responses to the Interrogatories, and
17 the potential that Defendants' supplemental responses may moot some of the issues raised or relief
18 sought in the Motion to Compel regarding the Interrogatories, the parties agree to continue the
19 deadline for Defendants to oppose the Motion to Compel to September 24, 2025 to allow the
20 //
21 //

3

Parties to meet and confer regarding Defendants' Privilege Logs and Supplemental Answers in advance of Defendants' Response date. Accordingly, the Parties agree to the following stipulated schedule:

    a. September 17, 2025: Defendants to Transmit Supplemental Responses to Interrogatories and Privilege Log

    b. September 24, 2025: Deadline for Defendants to Oppose the Motion to Compel

    c. October 3, 2025: Deadline for Plaintiffs to File a Reply in Support of Motion to Compel.

Dated: September 8, 2025

By: */s/ Michael Dell'Angelo*

Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (*pro hac vice*)
Robert C. Maysey (*pro hac vice*)
Kyla J. Gibboney (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net
Email: kgibboney@bm.net

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher K. L. Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940

Respectfully submitted,

By: */s/ Christopher S. Yates*

WILLIAM A. ISAACSON (*pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

CHRISTOPHER S. YATES (*pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

SEAN M. BERKOWITZ (*pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*pro hac vice*)
laura.washington@lw.com
JOSEPH AXELRAD (*pro hac vice*)
joseph.axelrad@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

*Co-Lead* Counsel *for the Class and Attorneys for Individual and Representative Plaintiffs*

W. Joseph Bruckner (*pro hac vice*)
Brian D. Clark (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
Email: bdclark@locklaw.com

Kyle Pozan (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Telephone: (612) 339-6900
Email: kjpozan@rlocklaw.com

*Attorneys for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane
Ste #100
Las Vegas, NV 89107
702-655-2346
Fax: 702-655-3763
Email: mike@claggettlaw.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1505
Washington, D.C. 20004

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Zuffa, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL (DKT NO. 234)** |

Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and Defendants Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) (collectively, "Zuffa") and Endeavor Group Holdings, Inc. ("Defendants" and together with Plaintiffs, the "Parties") stipulated to continue the deadline for Defendants to file their opposition to Plaintiffs' Motion to Compel (Dkt. No. 234) from September 8, 2025, to September 24, 2025. Having considered the stipulation presented to the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT**:

1. The deadline for Defendants to transmit amended responses to Plaintiffs' First Set of Interrogatories and to produce a privilege log is September 17, 2025.

2. The deadline for Defendants to file an opposition to Plaintiffs' Motion to Compel (Dkt. No. 234) is continued from September 8, 2025, to September 24, 2025.

3. If Defendants file an opposition, Plaintiffs' reply will be due October 3, 2025.

**IT IS SO ORDERED**.

**DATED**: September 9, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**