# EXHIBIT 6

| | |
|---|---|
| **From:** | Benjamin Cabranes |
| **To:** | Michael Dell"Angelo; Robert.Medina-Garcia@lw.com; Daniel Silverman; Benjamin Brown; Joe Bruckner; Joseph Saveri; Christopher Young; Itak Moradi; Patrick F. Madden; Kevin Rayhill; Kyla Gibboney; Danny Gifford; Joshua P. Davis; Richard A. Koffman; Robert Maysey; Matthew Summers; Paul Bland; Susan Leo |
| **Cc:** | Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; William Isaacson; Jessica Phillips; Agbeko Petty; jcw@campbellandwilliams.com |
| **Subject:** | RE: Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW |
| **Date:** | Wednesday, July 23, 2025 10:07:15 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>image008.png |

Counsel,

We have been working to respond to your letters (four in the past five days, by our count), and we will be responding as promptly as we can to the issues raised. Suffice to say, we have been working diligently to continue to collect and produce relevant documents from our agreed upon custodians, as evidenced by our productions last week of many of the specific documents that Plaintiffs letters have been requesting. We are, and will continue, making rolling productions in the coming weeks, including from custodians and ESI sources you identify in your most recent letter. For the avoidance of doubt, Defendants reject and deny your assertions regarding Defendants' compliance with their discovery obligations, including your erroneous assertions that Defendants have failed to meet the substantial completion deadline or engaged in spoliation.

We will be sending correspondence regarding your letters and are available to meet and confer shortly thereafter. We will separately be responding to Plaintiffs' latest coordination proposals regarding the *Cirkunovs*, *Davis*, and *Johnson* actions, which further reinforces that Plaintiffs' latest discovery-related correspondence is unhelpful and premature.



**Ben Cabranes** | Associate
**Dunn Isaacson Rhee LLP**

bcabranes@dirllp.com
(202) 240-2914  (direct) | (203) 687-7099 (cell)
401 9th Street NW, Washington, DC 20004

Website | LinkedIn

---

**From:** Michael Dell'Angelo <mdellangelo@bergermontague.com>
**Sent:** Tuesday, July 22, 2025 8:39 PM
**To:** Robert.Medina-Garcia@lw.com; Daniel Silverman <dsilverman@cohenmilstein.com>; Benjamin

Brown <bbrown@cohenmilstein.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Kyla Gibboney <kgibboney@bergermontague.com>; Danny Gifford <dgifford@cohenmilstein.com>; Joshua P. Davis <jdavis@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Robert Maysey <rmaysey@bm.net>; Matthew Summers <msummers@bm.net>; Paul Bland <pbland@bm.net>; Susan Leo <sleo@bm.net>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; William Isaacson <WIsaacson@dirllp.com>; Jessica Phillips <JPhillips@dirllp.com>; Benjamin Cabranes <BCabranes@dirllp.com>; jcw@campbellandwilliams.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW

Counsel:

Please see the attached correspondence.

Regards,

Michael

**Michael Dell'Angelo** / *Executive Shareholder & General Counsel*

215.875.3080    610.608.8766



1818 MARKET STREET, SUITE 3600
PHILADELPHIA PA 19103
101 LINDENWOOD DRIVE, SUITE 225
MALVERN, PA 19355

**From:** Michael Dell'Angelo
**Sent:** Saturday, July 19, 2025 8:24 PM
**To:** Robert.Medina-Garcia@lw.com; Daniel Silverman <dsilverman@cohenmilstein.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Kyla Gibboney <kgibboney@bergermontague.com>; Danny Gifford <dgifford@cohenmilstein.com>; Joshua P. Davis <jdavis@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Robert Maysey <rmaysey@bm.net>; Matthew Summers <msummers@bm.net>; Paul Bland <pbland@bm.net>; Susan Leo <sleo@bm.net>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; BCabranes@dirllp.com;

jcw@campbellandwilliams.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW

Counsel:

Please see the attached correspondence.

Regards,

Michael

---

**From:** Michael Dell'Angelo
**Sent:** Friday, July 18, 2025 7:17 PM
**To:** Robert.Medina-Garcia@lw.com; Daniel Silverman <dsilverman@cohenmilstein.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Kyla Gibboney <kgibboney@bergermontague.com>; Danny Gifford <dgifford@cohenmilstein.com>; Joshua P. Davis <jdavis@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Robert Maysey <rmaysey@bm.net>; Matthew Summers <msummers@bm.net>; Paul Bland <pbland@bm.net>; Susan Leo <sleo@bm.net>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@campbellandwilliams.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW

Counsel:

Please see the attached correspondence.

Regards,

Michael

---

**From:** Michael Dell'Angelo
**Sent:** Thursday, July 17, 2025 6:57 PM
**To:** Robert.Medina-Garcia@lw.com; Daniel Silverman <dsilverman@cohenmilstein.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Kyla Gibboney <kgibboney@bergermontague.com>; Danny Gifford

<dgifford@cohenmilstein.com>; Joshua P. Davis <jdavis@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Robert Maysey <rmaysey@bm.net>; Matthew Summers <msummers@bm.net>; Paul Bland <pbland@bm.net>; Susan Leo <sleo@bm.net>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@campbellandwilliams.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW

Counsel:

Please see the attached correspondence.

Regards,

Michael

---

**From:** Michael Dell'Angelo
**Sent:** Wednesday, July 9, 2025 11:16 PM
**To:** Robert.Medina-Garcia@lw.com; Daniel Silverman <dsilverman@cohenmilstein.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Kyla Gibboney <kgibboney@bm.net>; Danny Gifford <dgifford@cohenmilstein.com>; Joshua P. Davis <jdavis@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Robert Maysey <rmaysey@bm.net>; Matthew Summers <msummers@bm.net>; Paul Bland <pbland@bm.net>; Susan Leo <sleo@bm.net>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@campbellandwilliams.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW

Counsel:

Please see the attached correspondence.

Regards,

Michael

---

**From:** Robert.Medina-Garcia@lw.com <Robert.Medina-Garcia@lw.com>
**Sent:** Friday, July 4, 2025 1:39 AM

**To:** Daniel Silverman <dsilverman@cohenmilstein.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Kyla Gibboney <kgibboney@bm.net>; Danny Gifford <dgifford@cohenmilstein.com>; Joshua P. Davis <jdavis@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Robert Maysey <rmaysey@bm.net>; Matthew Summers <msummers@bm.net>; Paul Bland <pbland@bm.net>; Susan Leo <sleo@bm.net>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Joseph.Axelrad@lw.com; Clayton.Wiggins@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@campbellandwilliams.com
**Subject:** Johnson et al v. Zuffa, LLC et al; Case No.: 2:21-cv-01189-RFB-BNW

Counsel,

Please see the attached correspondence.

Best,
Robert

**Robert Medina**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8572
Email: robert.medina-garcia@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
**-\*\*External sender. Please use caution when clicking on any attachments or links\*\***
-

*-\*\*External sender. Please use caution when clicking on any attachments or links\*\* -*