# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>    PLAINTIFFS,<br><br>  v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>    DEFENDANTS. | No.: 2:21-cv-01189-RFB-BNW<br><br>**[PROPOSED] JOINT SCHEDULING ORDER REGARDING DOMINANCE MMA'S PRODUCTION IN RESPONSE TO PLAINTIFFS' SUBPOENA** |

Pursuant to the Court's Minute Order at ECF No. 245, the under-signed parties Plaintiffs and third-party Dominance MMA, LLC ("the Parties") stipulate to the following:

1) By October 27, 2025, the Parties shall determine and agree on:

   a. custodians from the inventoried list of identified discoverable sources for collection of all potentially relevant and responsive information to Requests 5 through 11 of the Subpoena; and

   b. the location of any devices and applications used for all such potentially relevant and responsive information;

2) By November 3, 2025, the Parties shall agree upon the process for the collection and hosting of potentially relevant and responsive information, including:

   a. the vendor for collection of responsive documents;

   b. the search terms to be used to identify potentially responsive documents; and

   c. the use of hit reports to guide search term negotiations.

3) By November 17, 2025, Dominance MMA shall provide a list of information sufficient to set a collection schedule for the agreed upon custodians.

4) By November 18, the parties will meet and confer to draft a proposed schedule establishing specific deadlines for the collection, review, and production of documents, as well as the production of a privilege log by Dominance MMA.

5) The Parties shall meet and confer to resolve any disputes that arise in this production schedule and may agree to modest extensions of these deadlines without Court involvement.

Respectfully submitted,                                   Dated: October 13, 2025

By: *s/ Joseph R. Saveri*                                 By: *s/ Peter S. Christiansen*
Joseph R. Saveri                                          Peter S. Christiansen
                                                          Keely P. Chippoletti, Esq.
*Counsel for Plaintiffs*
                                                          *Counsel for Nonparty Dominance MMA, LLC*

**IT IS SO ORDERED.**

Dated: October 29, 2025

Brenda Weksler
United States Magistrate Judge