IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>DEFENDANTS. | No.: 2:21-cv-01189-RFB-BNW<br><br>**[PROPOSED] PROTECTIVE ORDER - THIRD PARTY DOMINANCE MMA ADDENDUM** |

1    Pursuant to Rule 26(c) of the Federal Civil Procedure, the Court's Minute Order at ECF
2    No. 245, and for good cause, it is hereby stipulated between the under-signed parties Plaintiffs
3    and third-party Dominance MMA, LLC ("the Parties"):
4    The Parties declare that they have read in its entirety and understand the Stipulated
5    Protective Order issued by the United States District Court for the District of Nevada in *Johnson*
6    *et al.* v. *Zuffa, LLC, et al.*, No. 2:21-cv-01189-RFB (ECF No. 248). The Parties agree to comply
7    with and to be bound by all the terms of the Stipulated Protective Order, and stipulate that the
8    terms of the Protective Order govern with respect to Dominance MMA's production of
9    documents in response to Plaintiffs' Subpoena.
10   Notwithstanding Paragraph 5.4 of the Stipulated Protective Order, to the extent
11   Dominance MMA is in possession of documents or materials containing the confidential
12   information of another person or entity, Dominance MMA may, in good faith, designate such
13   materials as "Confidential" or "Highly Confidential - Attorney's Eyes Only" under the operative
14   terms and definitions contained in the Protective Order. Such a designation shall not be
15   construed as an assertion of ownership of the underlying confidentiality interest.
16   In the event Dominance MMA designates materials as "Confidential" or "Highly
17   Confidential" in good faith to protect the confidentiality rights of others, and such designation is
18   subsequently challenged or removed, Plaintiffs will be responsible for the costs associated with
19   re-production or de-designation.
20   Any Party that intends to file materials designated as "Confidential" or "Highly
21   Confidential" by Dominance MMA shall provide written notice to counsel for Dominance MMA
22   no less than three (3) business days prior to such filing, to allow Dominance MMA an
23   opportunity to seek appropriate protection, including filing a motion to seal.
24   //
25
26
27
28

The Parties further agree to submit to the jurisdiction of the United States District Court for the District of Nevada for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this litigation.

Respectfully submitted,                                  Dated: October 13, 2025

By: *s/ Joseph R. Saveri*                                By: *s/ Peter S. Christiansen*
Joseph R. Saveri                                         Peter S. Christiansen
                                                         Keely P. Chippoletti, Esq.
*Counsel for Plaintiffs*
                                                         *Counsel for Nonparty Dominance MMA, LLC*

**IT IS SO ORDERED.**

Dated:  October 29, 2025                                 _____
                                                         Brenda Weksler
                                                         United States Magistrate Judge