# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

_____,
            Plaintiff(s)

v.

_____,
            Defendant(s).

Case No.: _____

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____, request permission for live
              (name of requestor)
remote public access to the civil proceeding set for _____
                                                                    (date)
at _____ before Judge _____.
        (time)                                        (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: _____

Requestor's Full Name: _____

Mailing Address: _____

_____

Telephone number: _____

E-mail address: _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

_*Notice:_  This form and the information provided will be public record.