**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

_____ ,
    Plaintiff(s)

v.

_____ ,
    Defendant(s).

Case No.: _____

**NOTICE OF PARTY
REQUEST  FOR
REMOTE ACCESS  TO
CIVIL PROCEEDING**

I, _____ , request permission for live
        (name of requestor)

remote public access to the civil proceeding set for _____
                                                                                                    (date)

at _____ before Judge _____ .
        (time)                                                      (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: _____

Requestor's Full Name: _____

Mailing Address: _____

_____

Telephone number: _____

E-mail address: _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

_*Notice:_  _This form and the information provided will be public record._