UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Johnson
_____ ,
         Plaintiff(s)

v.

Zuffa, LLC DBA Ultimate Fighting Champ
_____ ,
         Defendant(s).

Case No.: 2:21-cv-1189

**NOTICE OF PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, _____Mike Scarcella_____, request permission for live
         (name of requestor)
remote public access to the civil proceeding set for _____12/4/25_____
                                                          (date)
at ___11am___ before Judge _____Richard Boulware III_____.
   (time)                         (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 12/3/2025

Requestor's Full Name: Michael A. Scarcella

Mailing Address: Reuters

1333 H Street NW, Suite 700 Washington DC 20005

Telephone number: 202-985-8228

E-mail address: mike.scarcella@tr.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice*:  This form and the information provided will be public record.