IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-914-RFB |
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

I, Michael Dell'Angelo, declare and state as follows:

1. I am an attorney at Berger Montague PC ("Berger Montague"), counsel for the proposed class and all individual and representative plaintiffs, Kajan Johnson, Clarence Dollaway, Tristan Connelly, Mikhail Cirkunovs, and Phil Davis (collectively, "Plaintiffs"). I am a member in good standing of the State Bar of New Jersey and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2. I make this Declaration in support of Plaintiffs' Motion to Compel Production from Third Parties Pursuant to the Court's January 6, 2026 Directive.

3. Attached as **Exhibit 1** are true and correct copies of the March 18, 2025 Subpoena to Dana White and Non-Party Dana White's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

4. Attached as **Exhibit 2** are true and correct copies of the March 18, 2025 Subpoenas to Ariel Emanuel and Non-Party Ariel Emanuel's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

5. Attached as **Exhibit 3** are true and correct copies of the March 18, 2025 Subpoena to Craig Borsari and Non-Party Craig Borsari's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

6. Attached as **Exhibit 4** are true and correct copies of the March 18, 2025 Subpoenas to Patrick Whitesell and Non-Party Patrick Whitesell's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

7. Attached as **Exhibit 5** are true and correct copies of the March 18, 2025 Subpoena to Jason Lublin and Non-Party Jason Lublin's April 2, 2025 Responses and Objections to

1

DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS.  2:21-CV-1189; 2:25-CV-00914; 2:25-CV-00946

Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

8. Attached as **Exhibit 6** are true and correct copies of the March 18, 2025 Subpoenas to Mark Shapiro and Non-Party Mark Shapiro's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

9. Attached as **Exhibit 7** are true and correct copies of the March 18, 2025 Subpoena to Andrew Schleimer and Non-Party Andrew Schleimer's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

10. Attached as **Exhibit 8** are true and correct copies of the March 18, 2025 Subpoenas to Seth Krauss and Non-Party Seth Krauss's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

11. Attached as **Exhibit 9** are true and correct copies of the March 18, 2025 Subpoena to Sean Shelby and Non-Party Sean Shelby's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

12. Attached as **Exhibit 10** are true and correct copies of the March 18, 2025 Subpoena to Mick Maynard and Non-Party Mick Maynard's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

13. Attached as **Exhibit 11** are true and correct copies of the March 18, 2025 Subpoena to Ike Epstein and Non-Party Ike Epstein's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

14. Attached as **Exhibit 12** are true and correct copies of the March 18, 2025 Subpoena to Marc Ratner and Non-Party Marc Ratner's April 2, 2025 Responses and Objections

to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

15. Attached as **Exhibit 13** are true and correct copies of the March 18, 2025 Subpoena to Tracy Long and Non-Party Tracy Long's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

16. Attached as **Exhibit 14** are true and correct copies of the March 18, 2025 Subpoena to Hunter Campbell and Non-Party Hunter Campbell's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

17. Attached as **Exhibit 15** are true and correct copies of the March 18, 2025 Subpoena to Peter Dropick and Non-Party Peter Dropick's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

18. Attached as **Exhibit 16** are true and correct copies of the March 18, 2025 Subpoena to Grant Norris-Jones and Non-Party Grant Norris-Jones's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

19. Attached as **Exhibit 17** are true and correct copies of the March 18, 2025 Subpoena to Denitza Batchvarova and Non-Party Denitza Batchvarova's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

20. Attached as **Exhibit 18** are true and correct copies of the March 18, 2025 Subpoenas to Egon Durban and Non-Party Egon Durban's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

21. Attached as **Exhibit 19** are true and correct copies of the March 18, 2025 Subpoena to Joe Silva and Non-Party Joe Silva's April 2, 2025 Responses and Objections to

3

DECLARATION OF MICHAEL DELL'ANGLEO IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS. 2:21-CV-1189; 2:25-CV-00914; 2:25-CV-00946

1  Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of
2  Premises in a Civil Action.
3      22.     Attached as **Exhibit 20** are true and correct copies of the March 18, 2025
4  Subpoena to Michael Mossholder and Non-Party Michael Mossholder's April 15, 2025
5  Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects
6  or to Permit Inspection of Premises in a Civil Action.
7      23.     Attached as **Exhibit 21** is a true and correct copy of the March 18, 2025 Subpoena
8  to Nakisa Bidarian.
9      24.     Attached as **Exhibit 22** is a true and correct copy of the March 18, 2025 Subpoena
10  to Chad Hurley.
11      25.     Attached as **Exhibit 23** is a true and correct copy of the March 18, 2025 Subpoena
12  to Marshall Zelaznik.
13      26.     Attached as **Exhibit 24** are true and correct copies of the December 17, 2025
14  Subpoenas to the following carriers: AT&T Corp., T-Mobile USA, Inc., and Verizon Wireless
15  LLC – *A PUBLIC/REDACTED version and a SEALED version were filed.*
16      27.     Attached as **Exhibit 25** are true and correct copies of the December 17, 2025
17  Subpoenas to the following Apps: WhatsApp LLC; Instagram, LLC; Meta Platforms, Inc.;
18  Discord Inc.; TikTok Inc.; Life360, Inc.; Viber Media, Inc.; Tencent America, LLC; Microsoft
19  Corporation; X Corp.; Signal Messenger, LLC; Telegram Messenger Inc.; and Snap Inc. - *A*
20  *PUBLIC/REDACTED version and a SEALED version were filed.*
21      28.     Attached as **Exhibit 26** is a true and correct copy of a January 9, 2026 email sent
22  from Jeremy Gradwohl to counsel for Defendants and the Individual Subpoena Recipients.

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration is executed at Philadelphia, Pennsylvania on January 9, 2026.

                                                                  */s/ Michael Dell'Angelo*
                                                                 Michael Dell'Angelo