**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>            Defendants. | No.: 2:21-cv-01189-RFB<br><br>**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>            Defendants. | No.: 2:25-cv-914-RFB |
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>            Defendants. | No.: 2:25-cv-00946-RFB |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | True and correct copies of the March 18, 2025 Subpoena to Dana White and Non-Party Dana White's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 2 | True and correct copies of the March 18, 2025 Subpoenas to Ariel Emanuel and Non-Party Ariel Emanuel's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 3 | True and correct copies of the March 18, 2025 Subpoena to Craig Borsari and Non-Party Craig Borsari's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 4 | True and correct copies of the March 18, 2025 Subpoenas to Patrick Whitesell and Non-Party Patrick Whitesell's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 5 | True and correct copies of the March 18, 2025 Subpoena to Jason Lublin and Non-Party Jason Lublin's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 6 | True and correct copies of the March 18, 2025 Subpoenas to Mark Shapiro and Non-Party Mark Shapiro's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 7 | True and correct copies of the March 18, 2025 Subpoena to Andrew Schleimer and Non-Party Andrew Schleimer's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 8 | True and correct copies of the March 18, 2025 Subpoenas to Seth Krauss and Non-Party Seth Krauss's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 9 | True and correct copies of the March 18, 2025 Subpoena to Sean Shelby and Non-Party Sean Shelby's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| 10 | True and correct copies of the March 18, 2025 Subpoena to Mick Maynard and Non-Party Mick Maynard's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |

INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

| | | |
|---|---|---|
| | 11 | True and correct copies of the March 18, 2025 Subpoena to Ike Epstein and Non-Party Ike Epstein's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 12 | True and correct copies of the March 18, 2025 Subpoena to Marc Ratner and Non-Party Marc Ratner's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 13 | True and correct copies of the March 18, 2025 Subpoena to Tracy Long and Non-Party Tracy Long's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 14 | True and correct copies of the March 18, 2025 Subpoena to Hunter Campbell and Non-Party Hunter Campbell's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 15 | True and correct copies of the March 18, 2025 Subpoena to Peter Dropick and Non-Party Peter Dropick's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 16 | True and correct copies of the March 18, 2025 Subpoena to Grant Norris-Jones and Non-Party Grant Norris-Jones's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 17 | True and correct copies of the March 18, 2025 Subpoena to Denitza Batchvarova and Non-Party Denitza Batchvarova's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 18 | True and correct copies of the March 18, 2025 Subpoenas to Egon Durban and Non-Party Egon Durban's April 2, 2025 Responses and Objections to Plaintiffs' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 19 | True and correct copies of the March 18, 2025 Subpoena to Joe Silva and Non-Party Joe Silva's April 2, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 20 | True and correct copies of the March 18, 2025 Subpoena to Michael Mossholder and Non-Party Michael Mossholder's April 15, 2025 Responses and Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. |
| | 21 | A true and correct copy of the March 18, 2025 Subpoena to Nakisa Bidarian. |
| | 22 | A true and correct copy of the March 18, 2025 Subpoena to Chad Hurley. |

3

INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

| | |
|---|---|
| 23 | A true and correct copy of the March 18, 2025 Subpoena to Marshall Zelaznik. |
| 24 | True and correct copies of the December 17, 2025 Subpoenas to the following carriers: AT&T Corp., T-Mobile USA, Inc., and Verizon Wireless LLC. *A PUBLIC/REDACTED version and a SEALED version were filed.* |
| 25 | True and correct copies of the December 17, 2025 Subpoenas to the following Apps: WhatsApp LLC; Instagram, LLC; Meta Platforms, Inc.; Discord Inc.; TikTok Inc.; Life360, Inc.; Viber Media, Inc.; Tencent America, LLC; Microsoft Corporation; X Corp.; Signal Messenger, LLC; Telegram Messenger Inc.; and Snap Inc. *A PUBLIC/REDACTED version and a SEALED version were filed.* |
| 26 | True and correct copy of a January 9, 2026 email sent from Jeremy Gradwohl to counsel for Defendants and the Individual Subpoena Recipients. |

INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

Dated: January 9, 2026

Respectfully Submitted,

By: */s/ Michael Dell'Angelo*
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

Joshua P. Davis (*Pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com

*Counsel for Plaintiffs and the Proposed Classes*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com

INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS.  2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001/Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Classes*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Classes*

6

INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946