# EXHIBIT 26

| | |
|---|---|
| **From:** | Jeremy Gradwohl |
| **Sent:** | Friday, January 9, 2026 6:37 PM |
| **To:** | Joseph Axelrad (LA) |
| **Cc:** | Jesus (Robert) Medina-Garcia (LA); Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Clayton.Wiggins@lw.com; Max.Shapiro@lw.com; Adam.Peterson@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; My.Ngo@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; APetty@dirllp.com; BCabranes@dirllp.com; jcw@cwlawlv.com; srm@cwlawlv.com; Daniel Silverman; Benjamin Brown; Joe Bruckner; Joseph Saveri; Christopher Young; Itak Moradi; Patrick F. Madden; Kevin Rayhill; Amara Getzell; Michael Dell'Angelo; Kyla Gibboney; Danny Gifford; Joshua P. Davis; Richard A. Koffman; Robert Maysey; Matthew Summers; Paul Bland; Susan Leo; Jessica Seigel; Justin Cole |
| **Subject:** | 2:21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC dba Ultimate Fighting Championship |

Counsel:

The Court has granted Plaintiffs leave to move to compel production from the Individual Subpoena Recipients. Jan. 6, 2026 Hr'g Tr. at 33:20-35:15. As you know, the places of compliance for these subpoenas are the recipients' offices. For the below-listed individuals, please state whether they maintain an office within 100 miles of the District of Nevada courthouse in Las Vegas. For any of the following individuals whom you contend do not maintain an office within 100 miles of the District of Nevada courthouse in Las Vegas, please let us know whether that individual will consent to a transfer of jurisdiction for enforcement of the subpoena from the court of compliance to the District of Nevada, the subpoena issuing court, pursuant to Fed. R. Civ. P. 45(f). Please provide the address of the office of any individual that does not consent to a transfer of jurisdiction, as requested.

Ariel Emanuel
Egon Durban
Jason Lublin
Seth Krauss
Michael Mossholder
Grant Norris-Jones
Mark Shapiro
Joe Silva
Patrick Whitesell

Sincerely,

Jeremy