# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>        Defendants. | No.: 2:21-cv-01189-RFB<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>        Defendants. | No.: 2:25-cv-914-RFB |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>        Defendants. | No.: 2:25-cv-00946-RFB |

CASE NOS.  2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION
FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE

Before this Court is Plaintiffs' Motion to Compel Production from Third Parties Pursuant to the Court's January 6, 2026 Directive. Having considered the papers and arguments of counsel, the Court finds that good cause exists to grant Plaintiffs' Motion to Compel Production from Third Parties Pursuant to the Court's January 6, 2026 Directive.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Compel Production from Third Parties Pursuant to the Court's January 6, 2026 Directive is **GRANTED**;

**IT IS FURTHER ORDERED** that Dana White and Tracy Long shall produce all nonprivileged documents responsive to Plaintiffs' subpoenas within seven (7) days of this Order; and

**IT IS FURTHER ORDERED** that Denitza Batchvarova, Craig Borsari, Hunter Campbell, Peter Dropick, Lawrence "Ike" Epstein, Mick Maynard, Marc Ratner, Andrew Schleimer, and Sean Shelby shall produce all nonprivileged documents responsive to of Plaintiffs' subpoenas within fourteen (14) days of this Order.

Dated: _____, 2026

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION
FROM THIRD PARTIES PURSUANT TO THE COURT'S JANUARY 6, 2026 DIRECTIVE