| | | |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE DISTRICT OF NEVADA | |
| 3 | KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>　　　　　　　Defendants. | No.: 2:21-cv-01189-RFB<br><br>**CERTIFICATE OF SERVICE** |
| | MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>　　　　　　　Defendants. | No.: 2:25-cv-914-RFB |
| | PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>　　　　　　　Defendants. | No.: 2:25-cv-00946-RFB |

The undersigned hereby certifies that the foregoing document, Plaintiffs' Motion to Compel Production from Third Parties Pursuant to the Court's January 6, 2026 Directive and all supporting documents were served on January 9, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list. The documents filed under seal were subsequently served on the appropriate counsel of record via electronic mail.

/s/ Michael Dell'Angelo