Joseph R. Saveri (*Pro Hac Vice*)
Christopher K.L. Young (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
Itak Moradi (*Pro Hac Vice*)
T. Brent Jordan *(Pro Hac Vice)*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 315-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**JOINT MOTION TO REQUEST EXTENSION OF TIME TO FILE AMENDED STIPULATED PROTECTIVE ORDER ADDENDUM RE THIRD PARTY IRIDIUM SPORTS AGENCY, LLC, PER ECF NO. 348 (FIRST REQUEST)** |

1  Pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule IA 6-
2  1(a), Plaintiffs Kajan Johnson and Clarence Dollaway ("Plaintiffs") and third-party Iridium Sports
3  Agency, LLC ("Iridium") jointly submit this first motion for an extension of time to file an amended
4  stipulated protective order addendum, per Magistrate Judge Weksler's Minute Order dated January 5,
5  2026 (ECF No. 348).
6  As set forth in ECF No. 341, Plaintiffs and Iridium seek to file an addendum to the Stipulated
7  Protective Order issued by the United States District Court for the District of Nevada in *Johnson et
8  al.* v. *Zuffa, LLC, et al.*, No. 2:21-cv-01189-RFB (ECF No. 248), in order to ensure additional
9  requested protections for the confidentiality concerns of Iridium. Magistrate Judge Weksler has
10 denied that addendum. ECF No. 348.
11 Plaintiffs and Defendants in this action are in the process of negotiating amendments to the
12 Stipulated Protective Order with respect to sealing procedure, and are also in the process of seeking
13 the Court's guidance in executing the same. Plaintiffs and Defendants intend for that Stipulated
14 Protective Order to further clarify non-party obligations with respect to sealing motions.
15 Plaintiffs and Iridium believe it is prudent to execute a stipulated protective order addendum
16 after an amended Stipulated Protective Order is executed between the named parties, so as to
17 decrease potential confusion with operative procedures for the filing of sealing motions.
18 //
19 //

Plaintiffs and Iridium thus respectfully request that the January 12, 2026 deadline for the filing requested by the Court in ECF No. 348 be continued until after the named parties execute an amended Stipulated Protective Order, and no later than February 9, 2026.

Respectfully submitted,                                    Dated: January 9, 2025

By: *s/ Joseph R. Saveri*
Joseph R. Saveri
Christopher K.L. Young
Kevin E. Rayhill
Itak Moradi
T. Brent Jordan
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 315-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

*Counsel for Plaintiffs*

By: *s/ Jordan T. Smith*
JORDAN T. SMITH, ESQ.
Nevada Bar No. 12097
jtsmith@bhfs.com
BRIANNA SMITH, ESQ.,
Nevada Bar No. 11795
bsmith@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Counsel for Nonparty Iridium Sports Agency, LLC*

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
Hon. Brenda Weksler
United States Magistrate Judge