# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Kajan Johnson, et al.,

             Plaintiffs,

   v.

Zuffa LLC, et al.,

             Defendants.

Case No. 2:21-cv-01189-RFB-BNW

**ORDER**

Plaintiffs filed a motion to seal certain exhibits in support of its December 30, 2025, Joint Status Report (at ECF No. 344). ECF No. 345. The sealed documents are currently at ECF No. 346. Plaintiffs rely on the protective order entered into by the parties as the rationale for sealing/redacting documents in both motions. Stipulated protective orders alone do not justify sealing court records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1183 (9th Cir. 2006).

The party wishing to maintain these exhibits under seal must file the appropriate motion no later than February 20, 2026. Should no motion be filed by that deadline, this Court will unseal the documents at ECF No. 346.

**IT IS THEREFORE ORDERED** that Plaintiffs' motions to seal (ECF No. 345) is **DENIED** without prejudice

**IT IS FURTHER ORDERED** the Clerk's Office is directed to maintain ECF No. 346 until further orders from the Court.

DATED: January 20, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE