| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@dirllp.com<br>JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@dirllp.com<br>AGBEKO PETTY (*Pro hac vice*)<br>apetty@dirllp.com<br>DUNN ISAACSON RHEE LLP<br>401 Ninth Street NW<br>Washington, DC 20004<br>Tel: (202) 240-2900<br><br>DONALD J. CAMPBELL (No. 1216)<br>djc@cwlawlv.com<br>J. COLBY WILLIAMS (No. 5549)<br>jcw@cwlawlv.com<br>CAMPBELL & WILLIAMS<br>710 South 7th Street<br>Las Vegas, NV 89101<br>Tel: (702) 382-5222 | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>AARON T. CHIU (*Pro hac vice*)<br>aaron.chiu@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 391-0600<br><br>[Additional counsel listed on signature page]<br><br>*Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC and Endeavor Group Holdings, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**INDEX OF EXHIBIT IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY ORDER** |

# INDEX OF EXHIBIT

Pursuant to Local Rule IA 10-3(d), Defendants Zuffa, LLC, Endeavor Group Holdings, Inc., TKO Operating Company, LLC, Zuffa Parent, LLC, and TKO Group Holdings, Inc., (collectively, "Defendants"), submit this Index of Exhibit in Support of Defendants' Motion to Stay Discovery Order:

| Exhibit | Description |
|---------|-------------|
| A.      | Petition for a Writ of Mandamus |