**FILED**

JAN 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ZUFFA LLC; et al. <br><br> ──────────────── <br><br> ZUFFA LLC; et al., <br><br>　　　　Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, <br><br>　　　　Respondent, <br><br> KAJAN JOHNSON; et al., <br><br>　　　　Real Parties in Interest. | No. 26-415 <br><br> D.C. No. 2:21-cv-01189 District of Nevada, Las Vegas <br><br> ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

The court has received the emergency motion to stay. The request for an administrative stay is granted. The district court's January 6, 2026 order is temporarily stayed. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019) ("A temporary stay in this context (sometimes referred to as an administrative stay) is only intended to preserve the status quo until the substantive motion for a stay pending appeal can be considered on the merits, and does not constitute in any way a decision as to the merits of the motion for stay pending appeal.").

Real parties in interest must file an answer to the petition for a writ of mandamus and a response to the emergency motion to stay by 5:00 p.m. on January 26, 2026. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioners may file a reply by 5:00 p.m. on January 27, 2026.

The clerk will send a copy of this order to the district court and Judge Boulware.