IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com
*Counsel for Plaintiffs and
the Proposed Classes*

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>  v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>    Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS' PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHITE AND TRACY LONG** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br>    Plaintiff,<br>  v.<br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br>    Defendants. | No.: 2:25-cv-914-RFB |

1
2
|  |  |
|---|---|
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br>          Plaintiff,<br>     v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>          Defendants. | No.: 2:25-cv-00946-RFB |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# REDACTED/PUBLIC VERSION

25
26
27
28

I, Michael Dell'Angelo, declare and state as follows:

1. I am an attorney at Berger Montague PC ("Berger Montague"), counsel for the proposed class and all individual and representative plaintiffs, Kajan Johnson, Clarence Dollaway, Tristan Connelly, Mikhail Cirkunovs, and Phil Davis (collectively, "Plaintiffs"). I am a member in good standing of the State Bar of New Jersey and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2. I make this Declaration in support of Plaintiffs' List of Items Missing from Defendants' Production of Documents Collected from Dana White and Tracy Long.

3. Attached as Exhibit 1 is a true and correct copy of a Chart entitled, "Periods for Defendants' Collection of Dana White's and Tracy Long's Devices." *FILED UNDER SEAL; Redacted version filed on public docket.*

4. Attached as Exhibit 2 is a true and correct copy of a Chart entitled, "Periods for Defendants' Collection and Production of Dana White's and Tracy Long's Text Messages." *FILED UNDER SEAL; Redacted version filed on public docket.*

5. On December 17, 2025, Plaintiffs served a subpoena on AT&T Corp. ("AT&T") seeking, *inter alia*, call logs, text reports, and subscriber information for telephone numbers belonging to several of Defendants' executives and employees, including Dana White.

6. On January 15, 2026, Plaintiffs received a production of records from AT&T.

7. Plaintiffs processed and reproduced that production to Defendants on January 20, 2026. Excerpted pages from AT&T's production are compiled and attached as Exhibit 3 *(FILED UNDER SEAL)*.

8. I have personally reviewed the records produced by AT&T.

9. Based on my and my team's review and analysis of the AT&T records and Defendants' productions for the cellphone number ending in ▮▮▮▮, Plaintiffs determined the following:

    a. Dana White used an iPhone 6S in connection with that cellphone number from no later than October 2, 2017 through September 4, 2018, including to send business-related

1

CASE NOS.  2:21-CV-1189; 2:25-CV-914; 2:25-CV-946
DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS' PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHTIE AND TRACY LONG

text messages. *See* Ex. 3 at ATT_UFCJOHNSON_080050, ATT_UFCJOHNSON _080180 (voice); *id.* at ATT_UFCJOHNSON_080211, ATT_UFCJOHNSON _081261 (text).

b. On July 22, 2018, Dana White used a device connected to his ▮▮▮ number to contact ▮▮▮▮▮▮▮. Ex. 3 at ATT_UFCJOHNSON_080162. The ▮▮▮ number belongs to Hunter Campbell. ECF No. 333-2.

c. On July 22, 2018, Dana White received a call on a device connected to his ▮▮▮ number from ▮▮▮▮▮▮▮. Ex. 3 at ATT_UFCJOHNSON_080163. Hunter Campbell included that ▮▮▮ number in his email signature in business-related communications in 2018. ECF Nos. 329-4 at 17; *see also* ECF No. 329-30.

10. I and my team have also reviewed documents produced by Defendants in this action that identified business-related communications with Sean Shelby, Lorenzo Fertitta, Lawrence Epstein, Joe Silva, and Craig Borsari that Dana White sent or received using a device connected to his ▮▮▮ number.

11. Based on my and my team's review and analysis of the AT&T records for the cellphone number ending in ▮▮▮, Plaintiffs determined the following:

a. Dana White used an iPhone 6S in connection with that cellphone number from no later than October 1, 2017 through July 2, 2019. *See* Ex. 3 at ATT_UFCJOHNSON_059833, ATT_UFCJOHNSON _061498 (voice); *id.* at ATT_UFCJOHNSON_066638, ATT_UFCJOHNSON _068608 (text).

b. Dana White used an iPhone 7 in connection with that cellphone number from July 3, 2019 through January 28, 2021. *See* Ex. 3 at ATT_UFCJOHNSON_061498, ATT_UFCJOHNSON _062961 (voice); *id.* at ATT_UFCJOHNSON _068608, ATT_UFCJOHNSON_072108 (text).

c. Dana White used an iPhone 11 Pro in connection with that cellphone number from January 28, 2021 through at least November 13, 2024. *See* Ex. 3 at ATT_UFCJOHNSON _062961, ATT_UFCJOHNSON _066592 (voice); *id.* at ATT_UFCJOHNSON_072108, ATT_UFCJOHNSON _074454 (text).

12. I and my team have also reviewed all text message, instant message, and chat documents produced by Defendants in this action and have identified eight text messages collected from a device connected to Dana White's ▮▮▮ number that were sent or received between January 28, 2021, and May 21, 2022.

2

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946
DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS' PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHTIE AND TRACY LONG

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration is executed at Philadelphia, Pennsylvania on January 26, 2026.

                         */s/ Michael Dell'Angelo*
                         Michael Dell'Angelo

3

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946
DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS' PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHTIE AND TRACY LONG