IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com
*Counsel for Plaintiffs and*
*the Proposed Classes*

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**INDEX OF EXHIBITS TO PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS' PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHITE AND TRACY LONG** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-914-RFB |

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 8 | Phil Davis, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>               Defendants. | No.: 2:25-cv-00946-RFB |

ii

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | True and correct copy of a Chart entitled, "Periods for Defendants' Collection of Dana White's and Tracy Long's Devices." *FILED UNDER SEAL; Redacted version filed on public docket.* |
| 2 | True and correct copy of a Chart entitled, "Periods for Defendants' Collection and Production of Dana White's and Tracy Long's Text Messages." *FILED UNDER SEAL; Redacted version filed on public docket.* |
| 3 | True and correct copy of excerpted pages of records produced by AT&T Corp. *FILED UNDER SEAL* |

| | | |
|---|---|---|
| 1 | Dated: January 26, 2026 | Respectfully Submitted, |
| 2 | | By: /s/ Michael Dell'Angelo |
| | | Eric L. Cramer (Pro hac vice) |
| 3 | | Michael Dell'Angelo (Pro hac vice) |
| | | Patrick F. Madden (Pro hac vice) |
| 4 | | BERGER MONTAGUE PC |
| | | 1818 Market St., Suite 3600 |
| 5 | | Philadelphia, PA 19103 |
| | | Telephone: +1 (215) 875-3000 |
| 6 | | Email: ecramer@bergermontague.com |
| | | Email: mdellangelo@bergermontague.com |
| 7 | | Email: pmadden@bergermontague.com |
| 8 | | Joshua P. Davis (Pro hac vice) |
| | | BERGER MONTAGUE PC |
| 9 | | 505 Montgomery Street, Suite 625 |
| | | San Francisco, CA 94111 |
| 10 | | Telephone: +1 (415) 906-0684 |
| | | Email: jdavis@bergermontague.com |
| 11 | | |
| | | *Counsel for Plaintiffs and the Proposed Classes* |
| 12 | | |
| | | Richard A. Koffman (Pro hac vice) |
| 13 | | Benjamin D. Brown (Pro hac vice) |
| | | Daniel H. Silverman (Pro hac vice) |
| 14 | | COHEN MILSTEIN SELLERS |
| | | & TOLL PLLC |
| 15 | | 1100 New York Ave., N.W. |
| | | Suite 500 East, Tower |
| 16 | | Washington, DC 20005 |
| | | Telephone: +1 (202) 408-4600 |
| 17 | | Facsimile: +1 (202) 408-4699 |
| | | Email: rkoffman@cohenmilstein.com |
| 18 | | Email: bbrown@cohenmilstein.com |
| | | Email: dsilverman@cohenmilstein.com |
| 19 | | |
| | | Joseph R. Saveri (Pro hac vice) |
| 20 | | Christopher Young (Pro hac vice) |
| | | Kevin E. Rayhill (Pro hac vice) |
| 21 | | JOSEPH SAVERI LAW FIRM, INC. |
| | | 601 California St., Suite 1000 |
| 22 | | San Francisco, CA 94108 |
| | | Telephone: +1 (415) 500-6800 |
| 23 | | Facsimile: +1 (415) 395-9940 |
| | | Email: jsaveri@saverilawfirm.com |
| 24 | | Email: krayhill@saverilawfirm.com |
| | | Email: cyoung@saverilawfirm.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4

INDEX OF EXHIBITS TO PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS' PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHITE AND TRACY LONG

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

```
 1                                        W. Joseph Bruckner (Pro hac vice)
                                          Brian D. Clark (Pro hac vice)
 2                                        LOCKRIDGE GRINDAL NAUEN PLLP
                                          100 Washington Ave S, Suite 2200
 3                                        Minneapolis, MN 55401
                                          Phone: (612) 596-4001/Fax: (612) 339-0981
 4                                        wjbruckner@locklaw.com
                                          bdclark@locklaw.com
 5
                                          Kyle J. Pozan (Pro hac vice)
 6                                        LOCKRIDGE GRINDAL NAUEN PLLP
                                          1165 N. Clark Street, Ste. 700
 7                                        Chicago, IL 60610
                                          Phone: (612) 339-6900
 8                                        Email: kjpozan@locklaw.com

 9                                        Additional Counsel for Plaintiffs and the Proposed
                                          Classes
10
                                          Michael J. Gayan
11                                        CLAGGETT & SYKES
                                          4101 Meadows Lane, Suite 100
12                                        Las Vegas, NV 89107
                                          (702) 323-7777
13                                        mike@claggettlaw.com

14                                        Liaison Counsel for Plaintiffs and the Proposed
                                          Classes
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              5
   INDEX OF EXHIBITS TO PLAINTIFFS' LIST OF ITEMS MISSING FROM DEFENDANTS'        CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946
   PRODUCTION OF DOCUMENTS COLLECTED FROM DANA WHITE AND TRACY LONG
```