# EXHIBIT 1
# PUBLIC/REDACTED VERSION

**PERIODS FOR DEFENDANTS' COLLECTION OF DANA WHITE'S AND TRACY LONG'S DEVICES**

Summarizing information set forth in more detail in Plaintiffs' January 26, 2026 Submission Detailing Devices and Data of Dana White and Tracy Long That have Been Omitted from Defendants' Productions.

