# EXHIBIT 2
# PUBLIC/REDACTED VERSION

**PERIODS FOR DEFENDANTS' COLLECTION AND PRODUCTION OF DANA WHITE'S AND TRACY LONG'S TEXT MESSAGES**

Summarizing information set forth in more detail in Plaintiffs' January 26, 2026 Submission Detailing Devices and Data of Dana White and Tracy Long That have Been Omitted from Defendants' Productions.

| Employee | Phone Number | 2015 | | 2016 | | | | 2017 | | | | 2018 | | | | 2019 | | | | 2020 | | | | 2021 | | | | 2022 | | | | 2023 | | | | 2024 | | | | 2025 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 |
| Custodians to be searched in connection with Plaintiffs' Arbitration Proposals per Plaintiffs' 12/1/2025 Letter |||||||||||||||||||||||||||||||||||||||||||
| White | ▮ | No Texts Collected ||||||||||||||||||| Texts Collected |||||||| No Texts Collected ||||||||||| |
| White | ▮ | No Texts Produced ||||||||||||||||||||||| Texts Produced |||| No Texts Produced ||||||||| |
| White | ▮ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Texts Collected | | |
| White | ▮ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Texts Produced | | |
| White | ▮ | No Texts Collected ||||||||||||| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| White | ▮ | No Texts Produced ||||||||||||| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Long | ▮ | No Texts Collected ||||||||||||||||||| Texts Collected |||||| No Texts Collected |||| Texts Collected ||||| |
| Long | ▮ | No Texts Produced ||||||||||||||||||||||||||| No Texts Produced ||| No Texts Produced ||| No Texts Produced | |

Total 5 Days of Texts Produced