# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>　　　　　　Defendants. | No.: 2:21-cv-01189-RFB<br><br>**CERTIFICATE OF SERVICE** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC., <br><br>　　　　　　Defendants. | No.: 2:25-cv-914-RFB |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>　　　　　　Defendants. | No.: 2:25-cv-00946-RFB |

1  The undersigned hereby certifies that the foregoing Plaintiffs' List of Items Missing from
2  Defendants' Production of Documents Collected from Dana White and Tracy Long with
3  all supporting papers were served on January 26, 2026, via the Court's CM/ECF electronic
4  filing system addressed to all parties on the e-service list.  The documents filed under
5  seal were subsequently served on the appropriate counsel of record via electronic mail.

                                                                              */s/ Michael Dell'Angelo*