

**MICHAEL DELL'ANGELO**
*EXECUTIVE SHAREHOLDER & GENERAL COUNSEL*
d 215.875.3080  m 610.608.8766  |  mdellangelo@bm.net

January 28, 2026

**VIA ECF**

The Honorable Richard F. Boulware
U.S. District Court for the District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101

    **Re:** *Cirkunovs v. Zuffa LLC et al.*, No. 2:25-cv-914-RFB;
          *Johnson v. Zuffa LLC et al.*, No. 2:21-cv-1198-RFB;
          *Davis v. Zuffa LLC*, No. 2:25-cv-946-RFB.

Dear Judge Boulware:

    The Parties write to request a brief extension of the deadline to "submit their respective positions to the Court" regarding Plaintiffs' search term proposal for all discovery in these actions, as set forth in the Court's Minute Entry from the January 6, 2026 Status Conference. *Johnson*, ECF No. 366. Prior to the entry of the Minute Order at ECF 366, the Parties had met and conferred regarding the search term proposal and agreed to exchange an additional round of revisions in an attempt to further streamline the search term proposal and reduce the total number of hits. The Parties had agreed upon a final exchange on January 28, 2026, and, with the Court's approval, propose to submit a final proposal shortly thereafter, on January 30, 2026. The Parties respectfully submit that the contemplated additional round of revisions will likely reduce the total number of hits and yield more focused proposals for the Court's consideration.

                                      Respectfully submitted,

                                      */s/ Michael Dell'Angelo*
                                      Michael Dell'Angelo

                                      *Lead Counsel for Plaintiffs and*
                                      *the Proposed Classes*

cc:    All Counsel of Record *(via ECF)*

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM