**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kajan et al,
　　Plaintiff(s)

v.

Zuffa, LLC,
　　Defendant(s).

Case No.: No.: 2:21-cv-01189-RFB-BNW

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, __JohnNash__ (name of requestor), request permission for live remote public access to the civil proceeding set for __2/4/2026__ (date) at __9:00 AM__ (time) before Judge __Richard Boulware III__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 02/02/2026

Requestor's Full Name: John S. Nash

Mailing Address: 1791 N. Sycamore Ave Los Angeles CA 90028

Telephone number: 213-447-9457

E-mail address: heynottheface@gmail.com

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.