UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kajan et al,
    Plaintiff(s)

v.

Zuffa, LLC,
    Defendant(s).

Case No.: No.: 2:21-cv-01189-RFB-BNW

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, _JohnNash_, request permission for live remote public access to the civil proceeding set for _2/5/2026_ (date) at _9:00 AM_ (time) before Judge _Richard Boulware III_ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 02/02/2026

Requestor's Full Name: John S. Nash

Mailing Address: 1791 N. Sycamore Ave Los Angeles CA 90028

Telephone number: 213-447-9457

E-mail address: heynottheface@gmail.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.