**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

_____,        Case No.: _____
             Plaintiff(s)
                                                                    **NON-PARTY REQUEST**
    v.                                                              **FOR REMOTE ACCESS**
                                                                    **TO CIVIL PROCEEDING**
_____,
             Defendant(s).


    I, _____, request permission for live
                    (name of requestor)
remote public access to the civil proceeding set for _____
                                                                                   (date)
at _____ before Judge _____.
        (time)                                          (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: _____

Requestor's Full Name: _____

Mailing Address: _____

_____

Telephone number: _____

E-mail address: _____


**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov


*Notice:*  This form and the information provided will be public record.