# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Johnson et al,
    Plaintiff(s)

v.

Zuffa, LLC,
    Defendant(s).

Case No.: 2:21-cv-01189-RFB-BNW

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Mike Scarcella__ (name of requestor), request permission for live remote public access to the civil proceeding set for __2/4/26__ (date) at __9 am__ (time) before Judge __US District Judge Richard Boulware III__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 2/3/2026

Requestor's Full Name: Michael A. Scarcella

Mailing Address: 1333 H Street NW, Suite 700

Washington, DC 20005

Telephone number: 202-519-3044

E-mail address: mike.scarcella@tr.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.