UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| _____, <br> Plaintiff(s) <br> v. <br> _____, <br> Defendant(s). | Case No.: _____ <br><br> **NON-PARTY REQUEST <br> FOR REMOTE ACCESS <br> TO CIVIL PROCEEDING** |

I, _____, request permission for live
       (name of requestor)

remote public access to the civil proceeding set for _____
                                                                                          (date)

at _____ before Judge _____.
    (time)                                                 (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: _____

Requestor's Full Name: _____

Mailing Address: _____

_____

Telephone number: _____

E-mail address: _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.