| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) <br> wisaacson@dirllp.com <br> JESSICA PHILLIPS (*Pro hac vice*) <br> jphillips@dirllp.com <br> AGBEKO PETTY (*Pro hac vice*) <br> apetty@dirllp.com <br> DUNN ISAACSON RHEE LLP <br> 401 Ninth Street NW <br> Washington, DC 20004 <br> Tel: (202) 240-2900 | CHRISTOPHER S. YATES (*Pro hac vice*) <br> chris.yates@lw.com <br> AARON T. CHIU (*Pro hac vice*) <br> aaron.chiu@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Tel: (415) 391-0600 <br><br> [Additional counsel listed on signature page] |
| DONALD J. CAMPBELL (No. 1216) <br> djc@cwlawlv.com <br> J. COLBY WILLIAMS (No. 5549) <br> jcw@cwlawlv.com <br> CAMPBELL & WILLIAMS <br> 710 South 7th Street, Ste. A <br> Las Vegas, NV 89101 <br> Tel: (702) 382-5222 | *Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC and Endeavor Group Holdings, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC., <br><br> Defendants. | Case No.: 2:21-cv-01189-RFB-BNW <br><br> **DEFENDANTS' NOTICE OF** ***IN CAMERA*** **SUBMISSION** |

1 | Pursuant to Local Rule IA 10-4, please take notice that Defendants Zuffa, LLC ("Zuffa"), TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants") have submitted to Chambers for *in camera* review the litigation hold notices issued by Defendants in *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW (D. Nev. 2014) and *Johnson v. Zuffa, LLC*, No. 2:21-cv-01189-RFB-BNW (D. Nev. 2021). Per the Court's January 27, 2026 Supplemental Order, Defendants also submit a Privilege Log that describes the documents over which Defendants currently "plan to invoke a claim of privilege." (*See* Dkt. No. 375 at 8.) Defendants have logged materials related to their litigation hold notices, document collections, and preservation obligations from 2014 to the time of the alleged spoliation that is the subject of the February 4 and 5, 2026 hearing.

| | | |
|---|---|---|
| 1 | Dated: February 3, 2026 | Respectfully Submitted, |
| 2 | | /s/ *Christopher S. Yates* |
| 3 | WILLIAM A. ISAACSON<br>(*Pro hac vice*) | CHRISTOPHER S. YATES<br>(*Pro hac vice*) |
| | wisaacson@dirllp.com | chris.yates@lw.com |
| 4 | JESSICA PHILLIPS<br>(*Pro hac vice*) | AARON T. CHIU<br>(*Pro hac vice*) |
| 5 | jphillips@dirllp.com | aaron.chiu@lw.com |
| | AGBEKO PETTY | LATHAM & WATKINS LLP |
| 6 | (*Pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| | apetty@dirllp.com | San Francisco, CA 94111 |
| 7 | DUNN ISAACSON RHEE LLP<br>401 Ninth Street NW | Tel:  (415) 391-0600 |
| 8 | Washington, DC 20004 | SEAN M. BERKOWITZ |
| | Tel:  (202) 240-2900 | (*Pro hac vice*) |
| 9 | | sean.berkowitz@lw.com |
| | DONALD J. CAMPBELL (No. 1216) | LATHAM & WATKINS LLP |
| 10 | djc@cwlawlv.com | 330 North Wabash Ave, Suite 2800 |
| | J. COLBY WILLIAMS (No. 5549) | Chicago, IL 60611 |
| 11 | jcw@cwlawlv.com | Tel:  (312) 876-7700 |
| | CAMPBELL & WILLIAMS | |
| 12 | 710 South 7th Street | LAURA WASHINGTON |
| | Las Vegas, NV 89101 | (*Pro hac vice*) |
| 13 | Tel:  (702) 382-5222 | laura.washington@lw.com |
| | | JOSEPH AXELRAD |
| 14 | | (*Pro hac vice*) |
| | | joseph.axelrad@lw.com |
| 15 | | LATHAM & WATKINS LLP |
| | | 10250 Constellation Blvd, Suite 1100 |
| 16 | | Los Angeles, CA 90067 |
| | | Tel:  (424) 653-5500 |
| 17 | | |
| 18 | *Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC, and* | |
| 19 | *Endeavor Group Holdings, Inc.* | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendants' Notice of *In Camera* Submission was served on February 3, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Christopher S. Yates*
Christopher S. Yates (*Pro hac vice*) of
LATHAM & WATKINS LLP