**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

_____,   Case No.: _____
            Plaintiff(s)

v.                                          **NON-PARTY REQUEST**
                                            **FOR REMOTE ACCESS**
_____,   **TO CIVIL PROCEEDING**
            Defendant(s).

I, _____, request permission for live
               (name of requestor)

remote public access to the civil proceeding set for _____
                                                                    (date)

at _____ before Judge _____.
         (time)                            (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: _____

Requestor's Full Name: _____

Mailing Address: _____

_____

Telephone number: _____

E-mail address: _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:*  This form and the information provided will be public record.