**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Johnson, et al.,<br>    Plaintiff(s)<br>v.<br>Zuffa, LLC, et al.,<br>    Defendant(s). | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**NON-PARTY REQUEST<br>FOR REMOTE ACCESS<br>TO CIVIL PROCEEDING** |

I, __Itak Moradi__, request permission for live
    (name of requestor)
remote public access to the civil proceeding set for __February 4 and 5, 2026__
    (date)
at __9:00am PST__ before Judge __Richard F. Boulware__.
  (time)                                  (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 2/3/2026

Requestor's Full Name: Itak Moradi

Mailing Address: 601 California Street, Suite 1505

San Francisco, CA 94108

Telephone number: 415.500.6800

E-mail address: imoradi@saverilawfirm.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.