IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>                Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**JOINT MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES BEFORE MAGISTRATE JUDGE WEKSLER; [PROPOSED] ORDER** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>                Defendants. | No.: 2:25-cv-00914-RFB-BNW |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>                Defendants. | No.: 2:25-cv-00946-RFB-BNW |

1   The Parties, by and through their undersigned counsel, move this Court, pursuant to Local Rule 7-
2   2 and the Individual Practices of the Honorable Magistrate Judge Brenda Weksler, for a brief remote
3   conference to discuss sealing procedure under the Stipulated Protective Order (*Johnson*, ECF No. 248),
4   the Court's preference for future sealing practices, and an efficient practice in relation to confidential
5   third party productions. The parties seek this guidance in light of recent orders entered by the Court as to
6   party sealing filings. Plaintiffs also seek this guidance in light of Judge Weksler's order denying the
7   addendum to the Stipulated Protective Order executed as to third-party Iridium Sports Agency, LLC
8   (*Johnson*, ECF No. 348), and on that basis likewise seek a continuance of the February 9, 2026 filing
9   deadline for an amended addendum until after the conference.


| | |
|---|---|
| Respectfully Submitted, | Dated: February 6, 2026 |
| By: /s/ *Joseph R. Saveri* | By: /s/ *Joseph Axelrad* |
| Joseph R. Saveri (*Pro hac vice*) | JOSEPH AXELRAD |
| Christopher Young (*Pro hac vice*) | (*Pro hac vice*) |
| Kevin E. Rayhill (*Pro hac vice*) | joseph.axelrad@lw.com |
| Itak Moradi (*Pro hac Vice*) | LAURA WASHINGTON |
| **JOSEPH SAVERI LAW FIRM, LLP** | (*Pro hac vice*) |
| 601 California St., Suite 1505 | laura.washington@lw.com |
| San Francisco, CA 94108 | ROBERT MEDINA |
| Telephone: +1 (415) 500-6800 | (*Pro hac vice*) |
| Facsimile: +1 (415) 395-9940 | robert.medina@lw.com |
| Email: jsaveri@saverilawfirm.com | ADAM B. PETERSON |
| Email: krayhill@saverilawfirm.com | (*Pro hac vice*) |
| Email: cyoung@saverilawfirm.com | adam.peterson@lw.com |
| Email: imoradi@saverilawfirm.com | **LATHAM & WATKINS LLP** |
| | 10250 Constellation Blvd, Suite 1100 |
| Eric L. Cramer (*Pro hac vice*) | Los Angeles, CA 90067 |
| Michael Dell'Angelo (*Pro hac vice*) | Tel: (424) 653-5500 |
| Patrick F. Madden (*Pro hac vice*) | |
| **BERGER MONTAGUE PC** | CHRISTOPHER S. YATES |
| 1818 Market St., Suite 3600 | (*Pro hac vice*) |
| Philadelphia, PA 19103 | chris.yates@lw.com |
| Telephone: +1 (215) 875-3000 | AARON T. CHIU |
| Email: ecramer@bm.net | (*Pro hac vice*) |
| Email: mdellangelo@bm.net | aaron.chiu@lw.com |
| Email: pmadden@bm.net | **LATHAM & WATKINS LLP** |
| | 505 Montgomery Street, Suite 2000 |
| Joshua P. Davis (*Pro Hac Vice*) | San Francisco, CA 94111 |
| Kyla Gibboney (*Pro Hac Vice*) | Tel: (415) 391-0600 |
| Robert C. Maysey (*Pro Hac Vice*) | |
| **BERGER MONTAGUE PC** | SEAN M. BERKOWITZ |
| 505 Montgomery Street, Suite 625 | (*Pro hac vice*) |
| San Francisco, CA 94111 | sean.berkowitz@lw.com |
| Phone: (415) 215-0962 | **LATHAM & WATKINS LLP** |
| jdavis@bm.net | 330 North Wabash Ave, Suite 2800 |
| kgibboney@bm.net | Chicago, IL 60611 |
| rmaysey@bm.net | Tel: (312) 876-7700 |
| | |
| | WILLIAM A. ISAACSON |
| | (*Pro hac vice*) |
| | wisaacson@dirllp.com |
| | JESSICA PHILLIPS |
| | (*Pro hac vice*) |
| | jphillips@dirllp.com |
| | AGBEKO PETTY |

1  Benjamin D. Brown (*Pro Hac Vice)*
   Richard A. Koffman (*Pro Hac Vice*)
2  Daniel H. Silverman (*Pro Hac Vice*)
3  **COHEN MILSTEIN SELLERS & TOLL, PLLC**
4  1100 New York Ave., N.W., Suite 500
   Washington, DC 20005
5  Phone: (202) 408-4600/Fax: (202) 408-4699
6  bbrown@cohenmilstein.com
7  rkoffman@cohenmilstein.com
   dsilverman@cohenmilstein.com
8
9  W. Joseph Bruckner (*Pro hac vice*)
   Brian D. Clark (*Pro hac vice*)
10 **LOCKRIDGE GRINDAL NAUEN PLLP**
11 100 Washington Ave S, Suite 2200
   Minneapolis, MN 55401
12 Phone: (612) 596-4001/Fax: (612) 339-0981
13 wjbruckner@locklaw.com
   bdclark@locklaw.com
14
15 Kyle J. Pozan (*Pro hac vice*)
   **LOCKRIDGE GRINDAL NAUEN PLLP**
16
17 1165 N. Clark Street, Ste. 700
   Chicago, IL 60610
18 Phone: (612) 339-6900
   Email: kjpozan@locklaw.com
19
20 *Counsel for Plaintiffs and the Proposed Classes*

21 Michael J. Gayan
22 **CLAGGETT & SYKES**
   4101 Meadows Lane, Suite 100
23 Las Vegas, NV 89107
   Tel: (702) 333-7777
24 Fax: (702) 655-3763
   mike@claggettlaw.com
25
26 *Liaison Counsel for Plaintiffs and the Proposed Classes*
27
28

(*Pro hac vice*)
apetty@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
**CAMPBELL & WILLIAMS**
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

**PROPOSED ORDER**

Before this Court is a Joint Motion for Status Conference Regarding Protective Order and Sealing Practices and Continuance of February 9 Deadline to File Amended Protective Order Addendum regarding Iridium

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that a Status Conference is set for _____, 2026 at _____.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Brenda Weksler
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on February 6, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                               */s/ Joseph R. Saveri*
                                               Joseph R. Saveri
                                               **JOSEPH SAVERI LAW FIRM, LLP**