| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@dirllp.com<br>JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@dirllp.com<br>AGBEKO PETTY (*Pro hac vice*)<br>apetty@dirllp.com<br>YOTAM BARKAI (*Pro hac vice*)<br>ybarkai@dirllp.com<br>DUNN ISAACSON RHEE LLP<br>401 Ninth Street NW<br>Washington, DC 20004<br>Tel: (202) 240-2900<br><br>J. COLBY WILLIAMS (No. 5549)<br>jcw@cwlawlv.com<br>CAMPBELL & WILLIAMS<br>710 South 7th Street<br>Las Vegas, NV 89101<br>Tel: (702) 382-5222 | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>AARON T. CHIU (*Pro hac vice*)<br>aaron.chiu@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 391-0600<br><br>JOSEPH AXELRAD (*Pro hac vice*)<br>joseph.axelrad@lw.com<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd, Suite 1100<br>Los Angeles, CA 90067<br><br>*Attorneys for Defendants Zuffa, LLC, TKO Operating Company, and Endeavor Group Holdings, Inc.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS** |

1 | PLEASE TAKE NOTICE that on February 9th, 2026, Yotam Barkai appeared as counsel of record for Defendants Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc. in the above captioned matter.

Dated: February 9, 2026

Respectfully Submitted,

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

JOSEPH AXELRAD (*Pro hac vice*)
joseph.axelrad@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

/s/ Yotam Barkai
WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
YOTAM BARKAI (*Pro hac vice*)
ybarkai@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on February 9, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Yotam Barkai
YOTAM BARKAI
**DUNN ISAACSON RHEE LLP**
