Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
T. Bren Jordan (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:(415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
        cyoung@saverilawfirm.com
        krayhill@saverilawfirm.com
        imoradi@saverilawfirm.com
        tbjordan@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF FEBRUARY 9, 2026 DEADLINE TO FILE PROTECTIVE ORDER ADDENDUM; [PROPOSED] ORDER** |
|---|---|

Case No. 2:21-cv-01189-RFB-BNW

PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF FEBRUARY 9, 2026 DEADLINE TO FILE PROTECTIVE ORDER ADDENDUM; [PROPOSED] ORDER

Plaintiffs move this Court, pursuant to Local Rule 7-2 and the Individual Practices of the Honorable Magistrate Judge Brenda Weksler, for a continuance of the February 9, 2026 filing deadline for an addendum to the Stipulated Protective Order executed as to third-party Iridium Sports Agency, LLC (*Johnson*, ECF No. 348) until one week following the status conference requested in the parties' Motion for Status Conference (ECF No. 416). Iridium Sports Agency does not oppose this request, nor do Defendants. Plaintiffs note that this request was also included in the status conference request.

Dated: February 9, 2026

Respectfully submitted,

*/s/ Joseph R. Saveri*
    Joseph R. Saveri

Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
T. Bren Jordan (*pro hac vice)*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:(415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

Kyle Pozan (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com
cmabotsi-kowu@locklaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Michael J. Gayan
**CLAGGET & SYKES**
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Facsimile:  (702) 655-3763
Email: mike@claggettlaw.com

*Liaison Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, Phil Davis, and Mikhail Cirkunovs and the Proposed Classes*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
**BERGER & MONTAGUE, P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis (admitted *pro hac vice*)
Robert C. Maysey (admitted *pro hac vice*)
**BERGER & MONTAGUE, P.C.**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile:  (215) 875-4604
jdavis@bm.net
rmaysey@bm.net

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
1100 New York Avenue, N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Unopposed Motion for a Continuance of the February 9, 2026 deadline to file an addendum to the Stipulated Protective Order executed as to third-party Iridium Sports Agency, LLC, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

The February 9, 2026 deadline to file the addendum to the Stipulated Protective Order executed as to third-party Iridium Sports Agency, LLC is continued to one week after the status conference requested in ECF No. 416, or to _____.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            Honorable Brenda Weksler
                                            United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on February 9, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

          */s/ Joseph R. Saveri*
          Joseph R. Saveri
          **JOSEPH SAVERI LAW FIRM, LLP**

Case No. 2:21-cv-01189-RFB-BNW    6

PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF FEBRUARY 9, 2026 DEADLINE TO FILE PROTECTIVE ORDER ADDENDUM; [PROPOSED] ORDER