# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**JOINT MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES BEFORE MAGISTRATE JUDGE WEKSLER; [PROPOSED] ORDER** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00914-RFB-BNW |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB-BNW |

Case No. 2:21-cv-01189-RFB-BNW

The Parties, by and through their undersigned counsel, move this Court, pursuant to Local Rule 7-2 and the Individual Practices of the Honorable Magistrate Judge Brenda Weksler, for a brief remote conference to discuss sealing procedure under the Stipulated Protective Order (*Johnson*, ECF No. 248), the Court's preference for future sealing practices, and an efficient practice in relation to confidential third party productions. The parties seek this guidance in light of recent orders entered by the Court as to party sealing filings. Plaintiffs also seek this guidance in light of Judge Weksler's order denying the addendum to the Stipulated Protective Order executed as to third-party Iridium Sports Agency, LLC (*Johnson*, ECF No. 348), and on that basis likewise seek a continuance of the February 9, 2026 filing deadline for an amended addendum until after the conference.

Case No. 2:21-cv-01189-RFB-BNW                        2

PLAINTIFFS' MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES; [PROPOSED ORDER]

Respectfully Submitted,

By: /s/ *Joseph R. Saveri*
Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (*Pro Hac Vice*)
Kyla Gibboney (*Pro Hac Vice*)
Robert C. Maysey (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 215-0962
jdavis@bm.net
kgibboney@bm.net
rmaysey@bm.net

Dated:  February 6, 2026

By: /s/ *Joseph Axelrad*
JOSEPH AXELRAD
(*Pro hac vice*)
joseph.axelrad@lw.com
LAURA WASHINGTON
(*Pro hac vice*)
laura.washington@lw.com
ROBERT MEDINA
(*Pro hac vice*)
robert.medina@lw.com
ADAM B. PETERSON
(*Pro hac vice*)
adam.peterson@lw.com
**LATHAM & WATKINS LLP**
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500

CHRISTOPHER S. YATES
(*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU
(*Pro hac vice*)
aaron.chiu@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

SEAN M. BERKOWITZ
(*Pro hac vice*)
sean.berkowitz@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

WILLIAM A. ISAACSON
(*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS
(*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY

Benjamin D. Brown (*Pro Hac Vice)*
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
**COHEN MILSTEIN SELLERS &
TOLL, PLLC**
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408
4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN
PLLP**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001/Fax: (612) 339-
0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN
PLLP**
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Counsel for Plaintiffs and the Proposed
Classes*

Michael J. Gayan
**CLAGGETT & SYKES**
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Tel: (702) 333-7777
Fax: (702) 655-3763
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the
Proposed Classes*

(*Pro hac vice*)
apetty@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
**CAMPBELL & WILLIAMS**
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC, TKO Operating
Company, LLC, and Endeavor Group Holdings, Inc.*

## PROPOSED ORDER

Before this Court is a Joint Motion for Status Conference Regarding Protective Order and Sealing Practices and Continuance of February 9 Deadline to File Amended Protective Order Addendum regarding Iridium

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that a Status Conference is set for February 13, 2026 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 10, 2026

_____
Honorable Brenda Weksler
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on February 6, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.


*/s/ Joseph R. Saveri*
Joseph R. Saveri
**JOSEPH SAVERI LAW FIRM, LLP**

PLAINTIFFS' MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES; [PROPOSED ORDER]