# EXHIBIT 2

**Name:** Ali Abdelaziz
**Role / Title:** Founder, President & CEO
**Role Description:** Founder and head of Dominance MMA. Oversees athlete management, negotiations with promotions/sponsors, and company strategy. Public spokesperson and decision-maker.
**Time Period:** Jan 2015 – Present
**Location:** Las Vegas, NV & New York City
**Email(s):** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Email Hosting:** dominancemma.com
**Phone Number(s):** ▮▮▮▮▮▮▮▮▮▮
**Messaging / Comms:** Mostly in person, some Calls, email, WhatsApp, SMS
**Devices Used:** Multiple personal devices (international use)
**Storage / Systems:** dominancemma.com email; personal devices;
**Notes:** Central owner.



**Name:** Yalda Ghiasi-Odetalla
**Role / Title:** Operations Manager (Independent Contractor)
**Role Description:** Yalda's role is overall administrative but limited to support role.
**Time Period:** 2019 – Present
**Location:** New York, USA
**Email(s):** ▮
**Email Hosting:** dominancemma.com
**Phone Number(s):** ▮
**Messaging / Comms:** Calls; occasional Text/WhatsApp/EMail
**Devices Used:** Personal laptop and phone
**Storage / Systems:** dominancemma.com email; personal devices
**Notes:** Independent contractor

**Name:** Firdaws Khalim
**Role / Title:** Independent Contractor (Manager)
**Role Description:** Assisted athlete management; scheduling; sponsor/promoter communications; limited negotiation; not legal. Support role.
**Time Period:** 2015 – Present
**Location:** New York & Las Vegas
**Email(s):** [redacted]
**Email Hosting:** dominancemma.com
**Phone Number(s):** [redacted]
**Messaging / Comms:** Calls; occasional Text/WhatsApp /Email
**Devices Used:** Personal laptop and phone
**Storage / Systems:** dominancemma.com email; personal devices
**Notes:** Independent contractor; no enterprise archive



**Name:** Terrell Hunsinger Jr.
**Role / Title:** Executive Consultant (Independent Contractor)
**Role Description:** From a support role, reviewed business understanding of agreements; clarified expectations outlined in agreement and other duties/responsibilities of athletes; completed generic data in Dominance MMA representation agreements; coordinated with attorneys when legal counsel was needed.
**Time Period:** May 2019 – Present
**Location:** Arizona (remote)
**Email(s):**
**Email Hosting:** dominancemma.com
**Phone Number(s):**
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal laptop and phone
**Storage / Systems:** dominancemma.com email; personal devices
**Notes:** Independent contractor; no enterprise archive

**Name:** Laura Markes
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Late 2022 – Present
**Location:** Natal, Brazil
**Email(s):** ▇▇▇▇▇▇▇▇
**Email Hosting:** icloud.com
**Phone Number(s):** ▇▇▇▇▇▇▇▇
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal laptop and phone
**Storage / Systems:** dominancemma.com email; personal devices
**Notes:** Independent contractor; no enterprise archive

DRAFT

**Name:** Dan Ige
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Jan 2015 – Present
**Location:** Las Vegas/ Hawaii
**Email(s):** ▉
**Email Hosting:** dominancemma.com
**Phone Number(s):** ▉
**Messaging / Comms:** Calls; Email; occasional Text/WhatsApp
**Devices Used:** Personal devices
**Storage / Systems:** dominancemma.com email; personal devices
**Notes:** Independent contractor; no enterprise archive



**Name:** Paulette Ige
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Feb 2020 – April 2023
**Location:** Las Vegas, Nevada
**Email(s):** Unknown
**Email Hosting:** unknown
**Phone Number(s):** [redacted]
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems** personal devices
**Notes:** Independent contractor; no enterprise archive



**Name:** Christian Fernandez
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed, including obtaining 3rd party sponsors for athletes under representation.
**Time Period:** April 2022 – Present
**Location:** Florida
**Email(s):** █
**Email Hosting:** dominancemma.com
**Phone Number(s):** █
**Messaging / Comms:** Calls; Email; occasional Text/WhatsApp
**Devices Used:** Personal devices
**Storage / Systems:** dominancemma.com email; personal devices
**Notes:** Independent contractor; no enterprise archive

**Name:** Shamil Abdulzhanov
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Jan 2017 – Jan 2020
**Location:** Las Vegas, Nevada
**Email(s):** ███████████
**Email Hosting:** gmail.com
**Phone Number(s):** ███████
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems:** email; personal devices
**Notes:** Independent contractor; no enterprise archive

**Name:** Zade Satari
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Jan 2022 – March 2024
**Location:** Los Angeles, CA
**Email(s):** ▮▮▮▮▮▮▮▮▮▮
**Email Hosting:** gmail.com
**Phone Number(s):** Personal phone
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems:** email; personal devices
**Notes:** Independent contractor; no enterprise archive

**Name:** Brigida Bernardo
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** April 2019 – February 2020
**Location:** Florida
**Email(s):** ▮▮▮▮▮▮▮▮▮▮
**Email Hosting:** hotmail.com
**Phone Number(s):** ▮▮▮▮▮▮
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems:** email; personal devices
**Notes:** Independent contractor; no enterprise archive

**Name:** Daniella Morgan
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Nov 2022 – Present
**Location:** Las Vegas, Nevada
**Email(s):**
**Email Hosting:** gmail.com
**Phone Number(s):**
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems:** email; personal devices
**Notes:** Independent contractor; no enterprise archive



**Name:** Rizvan Magomedov
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** Jan 2015 – Present
**Location:** Dagestan
**Email(s):** ▮▮▮▮▮▮▮▮▮▮
**Email Hosting:** gmail.com
**Phone Number(s):** ▮▮▮▮▮
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems:** email; possibly personal devices
**Notes:** Independent contractor; no enterprise archive

**Name:** Ajmal Sherzai
**Role / Title:** Support Role (Independent Contractor)
**Role Description:** Role limited to providing support and assistance as needed.
**Time Period:** July 2022 – Present
**Location:** Los Angeles, California
**Email(s):**
**Email Hosting:** gmail.com
**Phone Number(s):**
**Messaging / Comms:** Calls; occasional Text/WhatsApp/Email
**Devices Used:** Personal devices
**Storage / Systems:** email; personal devices
**Notes:** Independent contractor; no enterprise archive