Joseph R. Saveri (*Pro hac vice*)
Christopher K.L. Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile:  (415) 315-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>　　　　　　　　　Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THIRD PARTY DOMINANCE MMA, LLC SHOULD NOT BE: (1) HELD IN CONTEMPT FOR DEFYING THE COURT'S PRIOR ORDER (ECF NO. 245); (2) ORDERED TO COMPLY WITH THE COURT'S PRIOR ORDER; AND (3) ORDERED TO REIMBURSE PLAINTIFFS' REASONABLE ATTORNEYS' FEES AND COSTS** |

1  Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Local Rule IA 10-5(a), and the
2  Stipulated Protective Order issued in this action on September 3, 2025 (ECF No. 248), Plaintiffs
3  move this Court for leave to lodge under seal an unredacted version of Exhibit 2 ("Exhibit 2") to the
4  Declaration of Kevin E. Rayhill in Support of Plaintiffs' Application For An Order To Show Cause
5  Why Third Party Dominance MMA, LLC Should Not Be: (1) Held in Contempt for Defying the
6  Court's Prior Order (ECF No. 245); (2) Ordered to Comply With the Court's Prior Order; And (3)
7  Ordered to Reimburse Plaintiffs' Reasonable Attorneys' Fees and Costs (" the "Application").

8  Exhibit 2 contains a list of Dominance employees, including telephone numbers and email addresses for most of the employees. The list was produced to Plaintiffs by Dominance for the purpose of identifying potential document custodians during discovery negotiations. Plaintiffs filed it with their Application to provide background to the Court about negotiations with Dominance.

Because Exhibit 2 was not produced with a confidentiality designation by Dominance, Plaintiffs did not believe it was necessary to file the document under seal. However, the day after Exhibit 2 was filed, Plaintiffs received a letter from Dominance that, after conceding that the document had not been given a confidentiality designation, demanded nonetheless that the document be taken down immediately, and proposed that the parties stipulate that Exhibit 2 would be sealed or redacted.

Cognizant of Dominance's status as a third party and out of an abundance of caution, Plaintiffs agreed to stipulate to filing a redacted version of Exhibit 2 for the public docket. Accordingly, Plaintiffs are filing a redacted version of Exhibit 2 along with this Motion, and will serve the unredacted version on Defendants, in accordance with LR IC 4-1(c)(4).

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential – Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority."

Case 2:21-cv-01189-RFB-BNW   Document 433   Filed 02/12/26   Page 3 of 5

| | |
|---|---|
| 1  Dated: February 11, 2026 | Respectfully submitted, |
| 2 | */s/ Joseph R. Saveri* |
| 3 | Joseph R. Saveri |

Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com

Kyle Pozan (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com
cmabotsi-kowu@locklaw.com

*Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, Phil Davis, and Mikhail Cirkunovs and the Proposed Classes*

Michael J. Gayan
**CLAGGET & SYKES**
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Facsimile: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, Phil Davis, and Mikhail Cirkunovs and the Proposed Classes*

2

PLAINTIFFS' MOTION FOR LEAVE TO LODGE UNREDACTED OPPOSITION TO DEFENDANTS' MOTION TO SEAL (ECF NO. 272) UNDER SEAL

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
**BERGER & MONTAGUE, P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis (admitted *pro hac vice*)
**BERGER & MONTAGUE, P.C.**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile:  (215) 875-4604
jdavis@bm.net

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
1100 New York Avenue, N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

PLAINTIFFS' MOTION FOR LEAVE TO LODGE UNREDACTED OPPOSITION TO DEFENDANTS' MOTION TO SEAL (ECF NO. 272) UNDER SEAL

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on February 11, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Joseph R. Saveri*
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP