1  Michael Dell'Angelo
   **BERGER MONTAGUE PC**
2  1818 Market Street, Suite 1818
   Philadelphia, PA 19103
3  (215) 875-3000
   mdellangelo@bergermontague.com
4  *Counsel for Plaintiffs and
   the Proposed Classes*
5

6  **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEVADA**
7

| | |
|---|---|
| 8   KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37** |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

I, Michael Dell'Angelo, declare and state as follows:

1. I am an attorney at Berger Montague PC ("Berger Montague"), counsel for the proposed classes and all individual and representative plaintiffs, Kajan Johnson, Clarence Dollaway, Tristan Connelly, and Phil Davis (collectively, "Plaintiffs"). I am a member in good standing of the State Bar of New Jersey and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2. I make this Declaration in support of Plaintiffs' Motion for Sanctions Pursuant to Federal Rules of Civil Procedure 26 and 37.

3. I have reviewed text messages, instant messages, and chat documents ("Chats") produced by Defendants in this action. Based on my review of Defendants' produced Chats, the earliest text Defendants produced from Tracy Long's iPhone 11 is dated April 19, 2022.

4. Attached as **Exhibit 1** is a true and correct copy of a chart entitled, "Appendix of the Court's Spoliation-Related Findings."

5. Attached as **Exhibit 2** is a true and correct copy of Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc.'s Initial Disclosures Pursuant to FRCP 26(A)(1) dated October 13, 2023.

6. Attached as **Exhibit 3** is a true and correct copy of Declaration of Emily Marcus in Support of Plaintiffs' Motion for Sanctions Pursuant to Federal Rules of Civil Procedure 26 and 37. FILED UNDER SEAL

7. Attached as **Exhibit 4** is an EssentiallySports Article entitled, "WATCH: UFC Fighter Takes Dana White's Phone After Getting a UFC Contract."

8. Attached as **Exhibit 5** is a chart entitled, "White's Communications: Oct. 1, 2017- July 3, 2020 and May 20, 2022-Nov. 14, 2024."

9. Attached as **Exhibit 6** is a true and correct copy of the Declaration of Philip Favro in Support of Plaintiffs' Motion for Sanctions dated February 25, 2026. PUBLIC AND SEALED VERSIONS FILED

1

DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

CASE NOS.  2:21-CV-1189; 2:25-CV-00946

10. Attached as **Exhibit 7** are true and correct copies of documents Bates stamped UFC-04746305, UFC-04745124, UFC-04754047, UFC-04746734, UFC-04752694, UFC-04751238, UFC-04748256, UFC-04751006.  FILED UNDER SEAL

11. Attached as **Exhibit 8** is a true and correct copy of a document Bates stamped UFC-04747041. FILED UNDER SEAL

12. Attached as **Exhibit 9** is a true and correct copy of a document Bates stamped UFC-04752136. FILED UNDER SEAL

13. Attached as **Exhibit 10** is a true and correct copy of a document Bates stamped UFC-04754202. FILED UNDER SEAL

14. Attached as **Exhibit 11** is a true and correct copy of a document Bates stamped UFC-04747832. FILED UNDER SEAL

15. Attached as **Exhibit 12** is a chart entitled "White Spoliated Audio Messages Known to Plaintiffs from Produced Texts Evidencing that the Recipient 'Kept an Audio Message' from White." PUBLIC AND SEALED VERSIONS FILED

16. Attached as **Exhibit 13** is a true and correct copy of a document Bates stamped UFC-04581526. FILED UNDER SEAL

17. Attached as **Exhibit 14** is a Notice of Revised Third-Party Subpoena (Verizon) dated January 24, 2026. PUBLIC AND SEALED VERSIONS FILED

18. Attached as **Exhibit 15** is a true and correct copy of a document Bates stamped UFC-04748428, which was marked as Exhibit 20 at the 2/4/2026 spoliation hearing. FILED UNDER SEAL

19. Attached as **Exhibit 16** is a true and correct copy of a document Bates stamped UFC-04752266, which was marked as Exhibit 21 at the 2/4/2026 spoliation hearing. FILED UNDER SEAL

20. Attached as **Exhibit 17** is a true and correct copy of a chart entitled, "Campbell's -7084 Line: Communications with Fighter Representatives."

21. Attached as **Exhibit 18** is a true and correct copy of a chart entitled, "Texts between White and Campbell's -1109 and -7084 Lines: 2017-2025."

2

DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

CASE NOS.  2:21-CV-1189; 2:25-CV-00946

22. Attached as **Exhibit 19** are true and correct copies of documents Bates stamped UFC-04744677, UFC-04753215, UFC-04754249. *Emphasis/highlighting added.* FILED UNDER SEAL

23. Attached as **Exhibit 20** is a true and correct copy of the Declaration of Veronica Perez in Support of Plaintiffs' Motion dated February 25, 2026. PUBLIC AND SEALED VERSIONS FILED.

24. Attached as **Exhibit 21** are true and correct copies of documents Bates stamped JOHNSONPLTFF_BRAZIL000245, JOHNSONPLTFF_BRAZIL000249, JOHNSONPLTFF_BRAZIL000257, JOHNSONPLTFF_BRAZIL000258, JOHNSONPLTFF_BRAZIL000271, JOHNSONPLTFF_BRAZIL000280, JOHNSONPLTFF_BRAZIL000282.

25. Attached as **Exhibit 22** is a true and correct copy of a chart entitled, "Texts Between White and Batchvarova: 2017-2025." PUBLIC AND SEALED VERSIONS FILED

26. **Exhibit 23** is intentionally left blank.

27. Attached as **Exhibit 24** is a true and correct copy of the DMV Records for Denitza Batchvarova. FILED UNDER SEAL

28. Attached as **Exhibit 25** is a true and correct copy of a chart entitled, "Chat Documents Not Produced from the Files of All Chat Participants" PUBLIC AND SEALED VERSIONS FILED.

29. Attached as **Exhibit 26** is a true and correct copy of a chart of Screenshotted Messages. FILED UNDER SEAL.

30. Attached as **Exhibit 27** is a true and correct copy of document Bates stamped UFC-04754866, which was marked as Ex. 24 at the Feb. 5 Hrg. FILED UNDER SEAL

31. Attached as **Exhibit 28** is a true and correct copy of the Declaration of Patrick F. Madden in Support of Plaintiffs' Motion for Sanctions dated February 25, 2026.

32. Attached as **Exhibit 29** is a true and correct copy of a document beginning with Bates number UFC-04164281, which was marked as Exhibit 15 at the 2/4/2026 spoliation hearing. FILED UNDER SEAL

DECLARATION OF MICHAEL DELL'ANGLEO IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

CASE NOS. 2:21-CV-1189; 2:25-CV-00946

33. Attached as **Exhibit 30** is a true and correct copy of a chart entitled, "Defendants' Representations Regarding Discovery."

34. Attached as **Exhibit 31** is a true and correct copy of Deposition Exhibit 99 from the deposition of Denitza Batchvarova dated January 25, 2017.  FILED UNDER SEAL

35. Attached as **Exhibit 32** is a true and correct copy of a document Bates stamped UFC-02857307. FILED UNDER SEAL

36. Attached as **Exhibit 33** is a true and correct copy of a document Bates stamped UFC-02918995.  FILED UNDER SEAL

37. Attached as **Exhibit 34** is a true and correct copy of a document Bates stamped UFC-04616273.  FILED UNDER SEAL

38. Attached as **Exhibit 35** is a true and correct copy of Exhibit 10 to Plaintiffs' Motion to Modify Scheduling Order, filed publicly on Nov. 14, 2025 in *In re World Wrestling Entertainment Inc. Merger Litig.*(In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL) [A November 5, 2025 email from Ben Potts to Jordan Mundell, et al. re WWE – Signal application usage/deletion.]

39. Attached as **Exhibit 36** is a true and correct copy of Exhibit 32 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A February 28, 2023 redacted chat conversation between Vince McMahon and now-TKO executive Nick Khan.]

40. Attached as **Exhibit 37** is a true and correct copy of Exhibit 33 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [An April 3, 2023 redacted chat conversation between Vince McMahon and now-TKO executive Nick Khan.]

4

DECLARATION OF MICHAEL DELL'ANGLEO IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

CASE NOS.  2:21-CV-1189; 2:25-CV-00946

| | |
|---|---|
| 1 | 41. Attached as **Exhibit 38** is a true and correct copy of Exhibit 34 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 30, 2023 redacted text conversation between Stephanie McMahon Levesque and now-TKO executive Nick Khan.] |

41.     Attached as **Exhibit 38** is a true and correct copy of Exhibit 34 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 30, 2023 redacted text conversation between Stephanie McMahon Levesque and now-TKO executive Nick Khan.]

42.     Attached as **Exhibit 39** is a true and correct copy of Exhibit 35 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 30, 2023 redacted excerpt of deposition of Stephanie McMahon Levesque.]

43.     Attached as **Exhibit 40** is a true and correct copy of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, redacted and filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL).

44.     Attached as **Exhibit 41** is a true and correct copy of Exhibit 36 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [An April 13, 2023 redacted chat exchange between Ari Emanie and "System Message – Vince"]

45.     Attached as **Exhibit 42** is a true and correct copy of Exhibit 37 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 12, 2023 redacted chat exchange between Ari Emanuel, Nick Khan and "System Message – Vince".]

5

DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

CASE NOS. 2:21-CV-1189; 2:25-CV-00946

46. Attached as **Exhibit 43** is a true and correct copy of Exhibit 39 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in In re World Wrestling Entertainment Inc. Merger Litigation (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [An email thread ending with a redacted December 2, 2025 email from Ben Potts to Jordan Mundell, Allie O'Hara re WWE – Signal application usage/deletion.]

47. Attached as **Exhibit 44** is a true and correct copy of Exhibit 41 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in In re World Wrestling Entertainment Inc. Merger Litigation (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL).[An email thread ending with a November 19, 2025 email from Madeleine Xu to Lindsay Faccenda, Edward Timlin re McMahon Production Issue.]

48. Attached as **Exhibit 45** is a true and correct copy of a February 12, 2026 letter from Joseph Axelrad to Michael Dell'Angelo, et al.

49. Attached as **Exhibit 46** true and correct copy of a February 12, 2026 letter from Michael Dell'Angelo to Joseph Axelrad.

50. Attached as **Exhibit 47** is a true and correct copy of the Declaration of Jeremy Gradwohl Regarding AT&T Records.

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration is executed at Philadelphia, Pennsylvania on February 25, 2026.

                                                */s/ Michael Dell'Angelo*
                                                Michael Dell'Angelo

6

DECLARATION OF MICHAEL DELL'ANGLEO IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

CASE NOS. 2:21-CV-1189; 2:25-CV-00946