Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and
the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**INDEX OF EXHIBITS TO THE DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37** |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | A true and correct copy of a chart entitled, "Appendix of the Court's Spoliation-Related Findings." |
| 2 | A true and correct copy of Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc.'s Initial Disclosures Pursuant to FRCP 26(A)(1) dated October 13, 2023. |
| 3 | A true and correct copy of Declaration of Emily Marcus in Support of Plaintiffs' Motion for Sanctions Pursuant to Federal Rules of Civil Procedure 26 and 37. *FILED UNDER SEAL* |
| 4 | EssentiallySports Article entitled, "WATCH: UFC Fighter Takes Dana White's Phone After Getting a UFC Contract" |
| 5 | Chart entitled, "White's Communications: Oct. 1, 2017-July 3, 2020 and May 20, 2022-Nov. 14, 2024" |
| 6 | A true and correct copy of the Declaration of Philip Favro in Support of Plaintiffs' Motion for Sanctions dated February 25, 2026. *PUBLIC AND SEALED VERSIONS FILED* |
| 7 | True and correct copies of documents Bates stamped UFC-04746305, UFC-04745124, UFC-04754047, UFC-04746734, UFC-04752694, UFC-04751238, UFC-04748256, UFC-04751006. *FILED UNDER SEAL* |
| 8 | A true and correct copy of a document Bates stamped UFC-04747041. *FILED UNDER SEAL* |
| 9 | A true and correct copy of a document Bates stamped UFC-04752136. *FILED UNDER SEAL* |
| 10 | A true and correct copy of a document Bates stamped UFC-04754202. *FILED UNDER SEAL* |
| 11 | A true and correct copy of a document Bates stamped UFC-04747832. *FILED UNDER SEAL* |
| 12 | Chart entitled "White Spoliated Audio Messages Known to Plaintiffs from Produced Texts Evidencing that the Recipient 'Kept an Audio Message' from White" *PUBLIC AND SEALED VERSIONS FILED*. |
| 13 | A true and correct copy of a document Bates stamped UFC-04581526. *FILED UNDER SEAL* |
| 14 | Notice of Revised Third-Party Subpoena (Verizon) dated January 24, 2026. *PUBLIC AND SEALED VERSIONS FILED*. |
| 15 | A true and correct copy of a document Bates stamped UFC-04748428, which was marked as Exhibit 20 at the 2/4/2026 spoliation hearing. *FILED UNDER SEAL* |

| | | |
|---|---|---|
| | 16 | A true and correct copy of a document Bates stamped UFC-04752266, which was marked as Exhibit 21 at the 2/4/2026 spoliation hearing. *FILED UNDER SEAL* |
| | 17 | A true and correct copy of a chart entitled, "Campbell's -7084 Line: Communications with Fighter Representatives" |
| | 18 | A true and correct copy of a chart entitled, "Texts between White and Campbell's -1109 and -7084 Lines: 2017-2025" |
| | 19 | True and correct copies of documents Bates stamped UFC-04744677, UFC-04753215, UFC-04754249. *Emphasis/highlighting added. FILED UNDER SEAL* |
| | 20 | A true and correct copy of the Declaration of Veronica Perez dated February 25, 2026. *PUBLIC AND SEALED VERSIONS FILED.* |
| | 21 | True and correct copies of documents Bates stamped JOHNSONPLTFF_BRAZIL000245, JOHNSONPLTFF_BRAZIL000249, JOHNSONPLTFF_BRAZIL000257, JOHNSONPLTFF_BRAZIL000258, JOHNSONPLTFF_BRAZIL000271, JOHNSONPLTFF_BRAZIL000280, JOHNSONPLTFF_BRAZIL000282 |
| | 22 | A true and correct copy of a chart entitled, "Texts Between White and Batchvarova: 2017-2025." *PUBLIC AND SEALED VERSIONS FILED.* |
| | 23 | Intentionally left blank |
| | 24 | A true and correct copy of the DMV Records for Denitza Batchvarova. *FILED UNDER SEAL* |
| | 25 | A true and correct copy of a chart entitled, "Chat Documents Not Produced from the Files of All Chat Participants" *PUBLIC AND SEALED VERSIONS FILED.* |
| | 26 | A true and correct copy of a chart of Screenshotted Messages. *FILED UNDER SEAL.* |
| | 27 | A true and correct copy of document Bates stamped UFC-04754866, which was marked as Ex. 24 at the Feb. 5 Hrg. *FILED UNDER SEAL* |
| | 28 | A true and correct copy of the Declaration of Patrick F. Madden in Support of Plaintiffs' Motion for Sanctions dated February 25, 2026 |
| | 29 | A true and correct copy of a document beginning with Bates number UFC-04164281, which was marked as Exhibit 15 at the 2/4/2026 spoliation hearing. *FILED UNDER SEAL* |
| | 30 | A true and correct copy of a chart entitled, "Defendants' Representations Regarding Discovery." |
| | 31 | A true and correct copy of Deposition Exhibit 99 from the deposition of Denitza Batchvarova dated January 25, 2017. *FILED UNDER SEAL* |

3

INDEX OF EXHIBITS TO THE DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS'   CASE NOS.  2:21-CV-1189; 2:25-CV-946
MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37

| | | |
|---|---|---|
| | 32 | A true and correct copy of a document Bates stamped UFC-02857307. *FILED UNDER SEAL* |
| | 33 | A true and correct copy of a document Bates stamped UFC-02918995. *FILED UNDER SEAL* |
| | 34 | A true and correct copy of a document Bates stamped UFC-04616273. *FILED UNDER SEAL* |
| | 35 | A true and correct copy of Exhibit 10 to Plaintiffs' Motion to Modify Scheduling Order, filed publicly on Nov. 14, 2025 in *In re World Wrestling Entertainment Inc. Merger Litig.* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL) [A November 5, 2025 email from Ben Potts to Jordan Mundell, et al. re WWE – Signal application usage/deletion.] |
| | 36 | A true and correct copy of Exhibit 32 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A February 28, 2023 redacted chat conversation between Vince McMahon and now-TKO executive Nick Khan.] |
| | 37 | A true and correct copy of Exhibit 33 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [An April 3, 2023 redacted chat conversation between Vince McMahon and now-TKO executive Nick Khan.] |
| | 38 | A true and correct copy of Exhibit 34 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 30, 2023 redacted text conversation between Stephanie McMahon Levesque and now-TKO executive Nick Khan.] |
| | 39 | A true and correct copy of Exhibit 35 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 30, 2023 redacted excerpt of deposition of Stephanie McMahon Levesque.] |
| | 40 | A true and correct copy of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, redacted and filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). |

| | | |
|---|---|---|
| 1 | 41 | A true and correct copy of Exhibit 36 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [An April 13, 2023 redacted chat exchange between Ari Emanie and "System Message – Vince"] |
| | 42 | A true and correct copy of Exhibit 37 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in *In re World Wrestling Entertainment Inc. Merger Litigation* (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [A June 12, 2023 redacted chat exchange between Ari Emanuel, Nick Khan and "System Message – Vince".] |
| | 43 | A true and correct copy of Exhibit 39 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in In re World Wrestling Entertainment Inc. Merger Litigation (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL). [An email thread ending with a redacted December 2, 2025 email from Ben Potts to Jordan Mundell, Allie O'Hara re WWE – Signal application usage/deletion.] |
| | 44 | A true and correct copy of Exhibit 41 to the Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation, filed publicly on December 23, 2025, in In re World Wrestling Entertainment Inc. Merger Litigation (In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL).[An email thread ending with a November 19, 2025 email from Madeleine Xu to Lindsay Faccenda, Edward Timlin re McMahon Production Issue.] |
| | 45 | A true and correct copy of a February 12, 2026 letter from Joseph Axelrad to Michael Dell'Angelo, et al. |
| | 46 | A true and correct copy of a February 12, 2026 letter from Michael Dell'Angelo to Joseph Axelrad. |
| | 47 | A true and correct copy of the Declaration of Jeremy Gradwohl Regarding AT&T Records. |

| | | |
|---|---|---|
| 1 | Dated: February 25, 2026 | Respectfully Submitted, |
| 2 | | By: */s/ Michael Dell'Angelo* |
| | | Eric L. Cramer (*Pro hac vice*) |
| 3 | | Michael Dell'Angelo (*Pro hac vice*) |
| | | Patrick F. Madden (*Pro hac vice*) |
| 4 | | Jeremy Gradwohl I(*Pro hac vice*) |
| | | BERGER MONTAGUE PC |
| 5 | | 1818 Market St., Suite 3600 |
| | | Philadelphia, PA 19103 |
| 6 | | Telephone: +1 (215) 875-3000 |
| | | Email: ecramer@bergermontague.com |
| 7 | | Email: mdellangelo@bergermontague.com |
| | | Email: pmadden@bergermontague.com |
| 8 | | Email: jgradwohl@bergermontague.com |
| 9 | | Joshua P. Davis (*Pro hac vice*) |
| | | Robert Maysey (*Pro hac vice*) |
| 10 | | BERGER MONTAGUE PC |
| | | 505 Montgomery Street, Suite 625 |
| 11 | | San Francisco, CA 94111 |
| | | Telephone: +1 (415) 906-0684 |
| 12 | | Email: jdavis@bergermontague.com |
| | | Email: rmaysey@bergermontague.com |
| 13 | | *Counsel for Plaintiffs and the Proposed Classes* |
| 14 | | |
| | | Richard A. Koffman (*Pro hac vice*) |
| 15 | | Benjamin D. Brown (*Pro hac vice*) |
| | | Daniel H. Silverman (*Pro hac vice*) |
| 16 | | Daniel Gifford (*Pro hac vice)* |
| | | COHEN MILSTEIN SELLERS |
| 17 | |  & TOLL PLLC |
| | | 1100 New York Ave., N.W. |
| 18 | | Suite 500 East, Tower |
| | | Washington, DC 20005 |
| 19 | | Telephone: +1 (202) 408-4600 |
| | | Email: rkoffman@cohenmilstein.com |
| 20 | | Email: bbrown@cohenmilstein.com |
| | | Email: dsilverman@cohenmilstein.com |
| 21 | | Email: dgifford@cohenmilstein.com |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

6

INDEX OF EXHIBITS TO THE DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37     CASE NOS.  2:21-CV-1189; 2:25-CV-946

| | |
|---|---|
| 1 | Joseph R. Saveri (*Pro hac vice*) |
| 2 | Christopher Young (*Pro hac vice*) |
|   | Kevin E. Rayhill (P*ro hac vice*) |
|   | Itak Moradi (*Pro hac vice*) |
| 3 | JOSEPH SAVERI LAW FIRM, INC. |
|   | 601 California St., Suite 1000 |
| 4 | San Francisco, CA 94108 |
|   | Telephone: +1 (415) 500-6800 |
| 5 | Email: jsaveri@saverilawfirm.com |
|   | Email: krayhill@saverilawfirm.com |
| 6 | Email: cyoung@saverilawfirm.com |
|   | Email: imoradi@saverilawfirm.com |

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Classes*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Classes*

7