# EXHIBIT 2

1  WILLIAM A. ISAACSON (*pro hac vice*)
   (wisaacson@paulweiss.com)
2  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
3  2001 K Street, NW
   Washington, DC 20006
4  Tel: (202) 223-7300; Fax: (202) 223-7420
5
   DONALD J. CAMPBELL #1216
6  (djc@cwlawlv.com)
   J. COLBY WILLIAMS #5549
7  (jcw@cwlawlv.com)
   CAMPBELL & WILLIAMS
8  Tel: (212) 373-3000; Fax: (212) 757-3990
9  710 South 7th Street
   Las Vegas, NV 89101
10 Telephone: (702) 382-5222; Fax: (702) 382-0540

11 *Attorneys for Defendants Zuffa, LLC,*
   *and Endeavor Group Holdings, Inc.*
12

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DEFENDANTS ZUFFA, LLC, AND ENDEAVOR GROUP HOLDINGS, INC.'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1)** |

**PRELIMINARY STATEMENT**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Zuffa, LLC ("Zuffa"), and Endeavor Group Holdings, Inc., hereby make the following initial disclosures. Defendants have made a reasonable and good-faith effort to prepare the disclosures set forth herein. However, Defendants have not completed their review of the evidence in connection with this case. Consequently, other potential witnesses, subjects of information, and/or categories of documents within the scope of these disclosures may be identified as discovery proceeds and as the case develops. Therefore, Defendants reserve the right to modify, amend, or supplement these disclosures at a later time as appropriate, and at any time before trial in this matter.

These disclosures are made without waiving: (i) the right to object on the grounds of competency, the attorney-client privilege, attorney work-product protections, undue burden, relevancy, materiality, hearsay or any other proper ground; (ii) the right to object to the production or use of any information, for any purpose, in whole or in part, in any proceeding in this or any other action; or (iii) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

**I.    FRCP 26(A)(1)(A)(I): INDIVIDUALS**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the chart below sets forth (1) the individuals, not including expert witnesses, that Defendants have identified who are likely to have discoverable information that Defendants may use to support their denials or defenses; and (2) to the extent reasonably determinable by Defendants at this time, the subjects of the information about which these individuals may have knowledge. Defendants have attempted to provide complete information regarding the subjects about which the identified individual has knowledge, but the individual may have knowledge of subjects in addition to, or other than, those listed. References to an individual's employment title refer either to the individual's current or prior title.

| INDIVIDUAL | TITLE | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|---|
| Dana White | President, Zuffa, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 223-7300 | Mr. White is likely to have information about competition, the history of the UFC, Defendants' business model, and issues related to Defendants' relationships with fighters, event venues, sponsors, media outlets, and other partners. |
| Ike Lawrence Epstein | Senior Executive Vice President and Chief Operating Officer, Zuffa, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 223-7300 | Mr. Epstein is likely to have information about competition, the history of the UFC, Defendants' business model, and issues related to Defendants' relationships with fighters, event venues, sponsors, media outlets, and other partners. |
| Hunter Campbell | Executive Vice President & Chief Business Officer, Zuffa, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 223-7300 | Mr. Campbell is likely to have information about competition, the history of the UFC, Defendants' business model, and issues related to Defendants' relationships with fighters, event venues, sponsors, media outlets, and other partners. |
| Peter Dropick | Senior Vice President, Event Development and Operations, Zuffa, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 223-7300 | Mr. Dropick is likely to have information about competition, the development of sports entertainment events, and Defendants' relationships with event venues. |

| INDIVIDUAL | TITLE | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|---|
| Grant Norris-Jones | Senior Vice President, Global Partnerships, Ultimate Fighting Championship | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP 2001 K Street, NW Washington, DC 20006 Tel: (202) 223-7300 | Mr. Norris-Jones is likely to have information about competition and Defendants' relationships with the UFC's marketing partners. |
| Denitza Batchvarova | Senior Vice President, Strategy, Zuffa, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP 2001 K Street, NW Washington, DC 20006 Tel: (202) 223-7300 | Ms. Batchvarova is likely to have information about competition, the history of the UFC, Defendants' business model, and Defendants' business strategy. |

Other parties and individuals are also likely to have discoverable information that Defendants may use to support their defenses. These include the individuals listed below. In addition to those individuals, Defendants expressly incorporate into these Initial Disclosures all of the individuals and entities that have been identified in the initial disclosures or other discovery responses of any plaintiff in this action as individuals or entities likely to have discoverable information.

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| Kajan Johnson | c/o Kemp Jones, LLP 3800 Howard Hughes Pkwy., 17th Floor Las Vegas, Nevada 89169 Tel.: (702) 385-6000 | Mr. Johnson is likely to have information regarding the alleged basis for his claims in this matter. |
| Clarence Dollaway | c/o Kemp Jones, LLP 3800 Howard Hughes Pkwy., 17th Floor Las Vegas, Nevada 89169 Tel.: (702) 385-6000 | Mr. Dollaway is likely to have information regarding the alleged basis for his claims in this matter. |

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| Mac Danzig | c/o Kemp Jones, LLP<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, Nevada 89169<br>Tel.: (702) 385-6000 | Mr. Danzig is likely to have information regarding the alleged basis for the claims in this matter. |
| Matt Stansell | 1716 Forest Avenue<br>Carlsbad, CA 92008 | Mr. Stansell is likely to have information regarding athletes' relationships with Defendants, other promoters, venues, and sponsors, and competition in the industry. |
| Bob Cook | 5 River Park Place West, Ste 203<br>Fresno, CA 93720 | Mr. Cook is likely to have information regarding athletes' relationships with Defendants, other promoters, venues, and sponsors, and competition in the industry. |
| Audie Attar | 2203 Watermarke Place<br>Irvine, CA 92612 | Mr. Attar is likely to have information regarding athletes' relationships with Defendants, other promoters, venues, and sponsors, and competition in the industry. |
| Monte Cox | fiteiowa@aol.com | Mr. Cox is likely to have information regarding athletes' relationships with Defendants, other promoters, venues, and sponsors, and competition in the industry. |
| Shu Hirata | shu@suckerpunchent.com | Mr. Hirata is likely to have information regarding athletes' relationships with Defendants, other promoters, venues, and sponsors, and competition in the industry. |
| Jason Genet | Ingrained Media<br>618 Castillo St.<br>Santa Barbara, CA 93101<br>jason@ingrainedmedia.com | Mr. Genet is likely to have information regarding athletes' relationships with Defendants, other promoters, venues, and sponsors, and competition in the industry. |

| | **Third Parties** | | |
|---|---|---|---|
| | **INDIVIDUAL** | **CONTACT INFORMATION IF KNOWN** | **SUBJECT MATTER** |
| | Professional Fighters League | 320 W 37th St. New York, NY 10018 | The Professional Fighters League is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| | Top Rank, Inc. | 748 Pilot Rd. Las Vegas, NV 89119 702-732-2717 | Top Rank, Inc., is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| | Lion Fight Promotions | 3801 Las Vegas Blvd. S Las Vegas, NV 89109 661-421-7406 | Lion Fight Promotions is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| | Bellator Sport Worldwide LLC | 1575 N Gower St. Los Angeles, CA 90028 | Bellator is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms |

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| | | that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Titan Fighting Championships, LLC | 2800 Gateway Drive Pompano Beach, FL 33069<br><br>224 Datura Street, Ste. 815 West Palm Beach, FL 33401 | Titan is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Legacy Fighting Alliance | 1999 Bryan St., Ste. 900 Dallas, TX 75201 | Legacy is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Invicta Fighting Championships, LLC | 5360 College Blvd., Suite 200 Overland Park, KS 66211 | Invicta is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Golden Boy Promotions, Inc. | 626 Wilshire Blvd., Ste. 350 Los Angeles, CA 90017 213-489-5631 | Golden Boy is likely to have information related to its business success, including its ability to put on successful bouts, its ability to |

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| | | attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| One Championship Pte Ltd. | 3 Fraser St., #14-24<br>DUO Tower<br>Singapore 189352<br>+65 6659-8700 | One Championship is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Global Combat Collective, LLC | 800 North West 31st St., Ste. 9<br>Doral, FL 33122 | Global Combat is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Bare Knuckle Fighting Championships, LLC | 303 W. Lancaster Ave. #288<br>Wayne, PA 19087 | Bare Knuckle is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| XFC (Xtreme Fighting Championship) | 495 Grand Blvd., Unit 206<br>Miramar Beach, FL 32550 | XFC is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Combate Global LLC | 3900 W. Alameda Ave., Ste. 1200<br>Burbank, CA 91505 | Combate is likely to have information related to its business success, including its ability to put on successful bouts, its ability to attract fighters, and its ability to attract sponsors and broadcast partners—all of which confirms that there are no barriers to entry, that UFC does not have monopsony power, and that Plaintiffs' market definition is incorrect. |
| Wynn Las Vegas | 3131 Las Vegas Blvd. S<br>Las Vegas, NV 89105<br>702-770-7000 | Wynn Las Vegas is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| MGM Grand Hotel & Casino | 3799 Las Vegas Blvd. S<br>Las Vegas, NV 89109<br>702-891-1111 | MGM Grand is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| Mandalay Bay Hotel & Casino | 3950 Las Vegas Blvd. S<br>Las Vegas, NV 89119<br>702-632-7777 | Mandalay Bay is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| Palms Casino Resort | 4321 W. Flamingo Rd.<br>Las Vegas, NV 89103<br>702-942-7777 | The Palms is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| The Hard Rock Hotel & Casino | 4455 Paradise Rd.<br>Las Vegas, NV 89169<br>702-693-5000 | The Hard Rock Hotel & Casino is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| Planet Hollywood Las Vegas Resort & Casino | 3667 Las Vegas Blvd. S<br>Las Vegas, NV 89109<br>866-919-7472 | Planet Hollywood is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| Sam Boyd Stadium | 4505 S. Maryland Pkwy, Box 450003<br>Las Vegas, NV 89154<br>702-895-3761 | Sam Boyd Stadium is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| The Orleans Hotel & Casino | 4500 W. Tropicana Ave.<br>Las Vegas, NV 89103<br>702-365-7111 | The Orleans is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |
| Thomas & Mack Center | 4505 S. Maryland Pkwy, Box 450003<br>Las Vegas, NV 89154<br>702-895-3761 | Thomas & Mack Center is likely to have information related to the relevant market definition, contracts with sports and entertainment promoters, promoters' access to and use of venues, and competition. |

## II. FRCP 26(A)(1)(A)(II): DOCUMENTS

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Defendants identify the following categories and locations of documents as likely to contain information relevant to disputed matters in this case that Defendants may use to support their claims or defenses, unless solely for impeachment. These disclosures relate solely to documents within Defendants' possession, custody, or control. The categories below reflect those that Defendants have identified as of the date of this disclosure and may not reflect all categories of documents in Defendants' possession, custody, or control. Defendants reserve the right to supplement or amend these categories. By setting forth this information, Defendants do not admit the relevance or admissibility of any category or any document in any category; nor do Defendants acknowledge that any request for documents comprising all or part of any of these categories would be reasonably calculated to lead the discovery of admissible evidence in this case, or that the request is otherwise appropriate. Defendants expressly reserve the right to object to and/or withhold production of any documents in any of the categories set forth below. These documents are in the form of electronically stored information or hard copy documents. Defendants reserve the right to use any relevant evidence in support of its claims or defenses, regardless of the categories listed below.

### A. Categories of documents

- Documents related to competition in the promotion of sports and entertainment events and content.
- Documents related to competition for the services of athletes.
- Documents related to competition for and by sponsors for sports and entertainment events and content.
- Documents related to competition for and by merchandisers for sports and entertainment events and content.
- Documents related to competition for and by media distribution channels for sports and entertainment events and content.
- Documents related to competition for and by physical venues for sports and entertainment events.

**B.      Locations of documents**

The above categories of documents include Defendants' electronic and hard-copy documents. The electronic documents are located on the computer systems for Defendants and on individual media. Documents potentially related to Plaintiffs' complaints are located at Zuffa's headquarters at 2960 West Sahara Avenue, Las Vegas, Nevada 89102. Defendants' investigation is ongoing. If, as the case develops, Defendants identify additional documents or categories of documents in its possession, custody or control that support their position, they will identify them in supplemental disclosures as required under Fed. R. Civ. P. 26(e).

**III.     FRCP 26(A)(1)(A)(III): DAMAGES**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), other than fees and costs to which it may be entitled under applicable law, Defendants do not seek damages for this matter from Plaintiffs at this time.

**IV.     FRCP 26(A)(1)(A)(IV): INSURANCE**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), subject to applicable protections under a protective order, Defendants will make any such agreement(s) available to Plaintiffs.

**V.      FRCP 26(G): CERTIFICATION**

Pursuant to Fed. R. Civ. P. 26(g)(1), the undersigned counsel certifies that to the best of its knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, these initial disclosures are complete and correct as of the time Defendants makes them.

| | |
|---|---|
| 1 | Dated: October 13, 2023 |

|     |                                                              |
|-----|--------------------------------------------------------------|
|     | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**             |
|     |                                                              |
|     | By: *William A. Isaacson*                                    |
|     | WILLIAM A. ISAACSON (*Pro hac vice*)                         |
|     | (wisaacson@paulweiss.com)                                    |
|     | 2001 K Street, NW                                            |
|     | Washington, DC 20006                                         |
|     | Tel: (202) 223-7300; Fax: (202) 223-7420                     |
|     |                                                              |
|     | DONALD J. CAMPBELL (State Bar No. 1216)                      |
|     | (djc@campbellandwilliams.com)                                |
|     | J. COLBY WILLIAMS (State Bar No. 5549)                       |
|     | (jcw@campbellandwilliams.com)                                |
|     | CAMPBELL & WILLIAMS                                          |
|     | 700 South 7th Street                                         |
|     | Las Vegas, Nevada 89101                                      |
|     | Tel: (702) 382-5222; Fax: (702) 382-0540                     |
|     |                                                              |
|     | *Attorneys for Defendants Zuffa, LLC,*                       |
|     | *and Endeavor Group Holdings, Inc.*                          |