# EXHIBIT 4

# ESSENTIALLYSPORTS

Latest    Sports    Newsletters    Think Tank    Events

Home > UFC

## WATCH: UFC Fighter Takes Dana White's Phone After Getting a UFC Contract

Deepit Sharma    Share:

Aug 19, 2020 | 8:55 AM EDT



The UFC is back on track in its endeavor to recruit fresh talent in this world full of eager martial artists waiting to prove their mettle. Dana White restarted distributing contracts earlier this month. And why not? Dana White's Contender Series has always picked up some top talents in the sport.

### Watch What's Trending Now!



The **Bossman** himself sits outside the octagon along with his team, intently looking at fighters who would serve as good competition for the promotion. Of course, there are only so many contracts he can distribute. However, the vacancies falls paltry compared to the number of requests he receives from fighters all over the world.

ADVERTISEMENT



ADVERTISEMENT

In a hilarious turn of events, one fighter who used to send Dana these requests ensured that he saw them. How so?

ADVERTISEMENT

### Related Stories

1  Former UFC Champ In Disbelief Over Dana White's $15M Flex For Signing Conor Benn

2  Sean O'Malley Lands Future Fight With Influencer Elbowed On Rampage Jackson's Livestream

3  Eddie Hearn's Father Revives Conor Benn's Doping Scandal After "Classless" Shift To Dana White's Zuffa Boxing





| Latest | Sports | Newsletters | Think Tank | Events |



Cheyanne Buys took part in DWCS and won her fight. On her way out of the Octagon, she **confronted** Dana White regarding her Instagram DMs that he ignored!

> Been making her case for two years 📱 @CheyWarPrincess wants The Boss to know she'll "be a star." #DWCS pic.twitter.com/XVRrAhfuJ6
>
> — UFC (@ufc) August 19, 2020

As soon as Chey encountered Dana, she asked him to check his Instagram account. She told the UFC President that she had been texting him for a shot in the UFC for two whole years.

**Cheyanne finally confirms a UFC contract with Dana White**

Dana handed his phone to Chey after she said she just wanted replies to her messages. Truly, what better way to ensure that your messages receive a reply!

Of course, Cheyanne deserves every bit of elation that she displayed after her fight. She squared off with another promising prospect in Hilarie Rose.



In a fight that went the distance, Buys emerged the victor via unanimous decision. She employed her impeccable striking to dominate the formidable Rose. Truly, the show she

**Related Stories**

1  Former UFC Champ In Disbelief Over Dana White's $15M Flex For Signing Conor Benn

2  Sean O'Malley Lands Future Fight With Influencer Elbowed On Rampage Jackson's Livestream

3  Eddie Hearn's Father Revives Conor Benn's Doping Scandal After "Classless" Shift To Dana White's Zuffa Boxing



The judges scored the fight 30-27, 30-27, and 30-27, depicting a victory deserving of the UFC contract. DWCS carries on picking up talent, waiting to take the world by storm.

**Share This With A Friend:**

### Posts on Related Topics

**DANA WHITE**


UFC
Ronda Rousey Issues Stark Warning to Dana White's UFC Amid Ongoing Class Action Lawsuit
12 hrs ago


UFC
UFC Mexico Given Added Security as U.S. Embassy Continues "Business as Usual" Amid Jalisco…
13 hrs ago


UFC
Ronda Rousey Reveals Motive Behind Trusting MVP Over Dana White…
18 hrs ago

### Written by

**Deepit Sharma**
474 Articles

Know More

### More From EssentiallySports On MMA

### Related Stories

1. Former UFC Champ In Disbelief Over Dana White's $15M Flex For Signing Conor Benn

2. Sean O'Malley Lands Future Fight With Influencer Elbowed On Rampage Jackson's Livestream

3. Eddie Hearn's Father Revives Conor Benn's Doping Scandal After "Classless" Shift To Dana White's Zuffa Boxing

