# EXHIBIT 5

# White's Communications*:
# Oct. 1, 2017-July 3, 2020 and May 20, 2022-Nov. 14, 2024

During the periods from October 1, 2017 to July 3, 2020, and May 20, 2022 to November 14, 2024, AT&T records reflect the following number of texts between White and UFC/TKO executives:

| Name | Count |
| --- | ---: |
| Hunter Campbell (-7084) | 3,084 |
| Hunter Campbell (-1109) | 614 |
| Denitza Batchvarova | 2,829 |
| Ari Emanuel | 275 |
| Mick Maynard | 1,881 |

*These figures incorporate White's text records for each of his phone numbers: (1) line ending in -3127, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; (2) line ending in -1092, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454 ; and (3) line ending in -0682, ATT_UFCJOHNSON_75406-ATT_UFCJOHNSON_75580. AT&T produced data beginning on October 1, 2017.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).

# White's Communications*:
# Oct. 1, 2017-July 3, 2020 and May 20, 2022-Nov. 14, 2024

During the periods from October 1, 2017 to July 3, 2020, and May 20, 2022 to November 14, 2024, AT&T records reflect the following number of texts between White and MMA fighters:

| Name | Count |
|---|---|
| Rashad Evans | 194 |
| Josh Burkman | 144 |
| Dustin Poirier | 132 |
| Miesha Tate | 72 |
| Diego Sanchez | 64 |
| Anthony Pettis | 54 |
| Bryan Caraway | 46 |
| Daniel Cormier | 38 |
| Tony Ferguson | 32 |
| Michael Bisping | 28 |
| Cris Cyborg | 26 |

*These figures incorporate White's text records for each of his phone numbers: (1) line ending in -3127, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; (2) line ending in -1092, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454 ; and (3) line ending in -0682, ATT_UFCJOHNSON_75406-ATT_UFCJOHNSON_75580. AT&T produced data beginning on October 1, 2017.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).

# White's Communications*:
# Oct. 1, 2017-July 3, 2020 and May 20, 2022-Nov. 14, 2024

During the periods from October 1, 2017 to July 3, 2020, and May 20, 2022 to November 14, 2024, AT&T records reflect the following number of texts between White and MMA fighter representatives:

| Name | Count |
|---|---|
| Ali Abdelaziz | 367 |
| Audie Attar | 340 |
| Josh Gomez | 331 |
| Tiki Ghosn | 48 |
| Dan Lambert | 47 |
| Ed Soares | 41 |
| Matt Hume | 32 |
| Urijah Faber | 16 |
| Malki Kawa | 14 |

*These figures incorporate White's text records for each of his phone numbers: (1) line ending in -3127, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; (2) line ending in -1092, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454 ; and (3) line ending in -0682, ATT_UFCJOHNSON_75406-ATT_UFCJOHNSON_75580. AT&T produced data beginning on October 1, 2017.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).