# EXHIBIT 12
# PUBLIC/REDACTED VERSION

**White's Spoliated Audio Messages Known to Plaintiffs from Produced Texts Evidencing that the Recipient "Kept an Audio Message" from White**

| No. | Bates | Date Sent | Audio Message Recipient |
|---|---|---|---|
| 1 | UFC-04747743 | 8/11/2025 | Nick Khan < ▮ > |
| 2 | UFC-04747832 | 8/11/2025 | Benny Johnson < ▮ > |
| 3 | UFC-04753927 | 6/22/2025 | Mark Shapiro < ▮ > |
| 4 | UFC-04752080 | 6/5/2025 | Steve Tecci < ▮ > |
| 5 | UFC-04747372 | 5/13/2025 | Ali Abdelaziz < ▮ > |
| 6 | UFC-04443470 | 1/24/2025 | Tom Loeffler < ▮ > |
| 7 | UFC-04748040 | 12/16/2024 | Tom Loeffler < ▮ > |
| 8 | UFC-04755203 | 11/25/2024 | Ari Emanuel < ▮ > |
| 9 | UFC-04752732 | 5/11/2022 | "Ggg -Tom" < ▮ > |
| 10 | UFC-04752769 | 5/8/2022 | Ali Abdelaziz < ▮ > |
| 11 | UFC-04752018 | 5/7/2022 | Ari Emanuel < ▮ > |
| 12 | UFC-04751442 | 4/27/2022 | "Matt" < ▮ > |
| 13 | UFC-04744881 | 4/10/2022 | Steve Tecci < ▮ > |
| 14 | UFC-04754099 | 3/8/2022 | Reed Harris < ▮ > |
| 15 | UFC-04754267 | 1/2/2022 | Nick Khan < ▮ > |
| 16 | UFC-04748780 | 1/2/2022 | Hunter Campbell <+ ▮ 1109> |
| 17 | UFC-04751895 | 1/1/2022 | "Carla Esparaza ▮ 7> |
| 18 | UFC-04754126 | 12/21/2021 | Ali Abdelaziz < ▮ > |
| 19 | UFC-04754759 | 12/15/2021 | Hunter Campbell < ▮ 1109> |
| 20 | UFC-04744578 | 12/7/2021 | Mark Coleman < ▮ > |
| 21 | UFC-04749177 | 12/6/2021 | Brad Slater < ▮ > |
| 22 | UFC-04749262 | 11/12/2021 | Steve Tecci < ▮ > |
| 23 | UFC-04751520 | 10/16/2021 | Hunter Campbell < ▮ 1109> |
| 24 | UFC-04747433 | 10/12/2021 | Hunter Campbell < ▮ 1109> |
| 25 | UFC-04752136 | 10/6/2021 | Hunter Campbell < ▮ 1109> |
| 26 | UFC-04748842 | 9/16/2021 | Hunter Campbell < ▮ 1109> |
| 27 | UFC-04751855 | 9/15/2021 | Gilbert Burns < ▮ > |
| 28 | UFC-04751470 | 9/9/2021 | Mark Coleman < ▮ > |
| 29 | UFC-04751863 | 8/3/2021 | Kevin Iole < ▮ > |
| 30 | UFC-04744747 | 7/23/2021 | Hunter Campbell < ▮ 1109> |
| 31 | UFC-04748891 | 7/13/2021 | Kevin Iole < ▮ > |
| 32 | UFC-04754221 | 6/11/2021 | Chris Kartsmart < ▮ > |
| 33 | UFC-04744707 | 5/4/2021 | Kevin Iole < ▮ > |
| 34 | UFC-04748193 | 4/23/2021 | Reed Harris < ▮ > |
| 35 | UFC-04754335 | 4/23/2021 | Steve Tecci < ▮ > |
| 36 | UFC-04754140 | 3/5/2021 | Holly Holm < ▮ > |
| 37 | UFC-04745870 | 2/26/2021 | Nick Khan < ▮ > |
| 38 | UFC-04747503 | 2/18/2021 | Hunter Campbell < ▮ 1109> |
| 39 | UFC-04754202 | 2/6/2021 | Brad Slater < ▮ > |