# EXHIBIT 17

# Campbell's -7084 Line:
# Communications with Fighter Representatives

Between October 1, 2017 and December 1, 2023, AT&T records reflect that Campbell's -7084 line sent and received the following number of texts with phone numbers belonging to fighter representatives:

| Fighter Representative | Number of Texts |
|---|---:|
| Audie Attar | 661 |
| Abe Kawa | 288 |
| Ed Soares | 132 |
| Lloyd Pierson | 106 |
| Gilberto Faria | 90 |
| Robert Roveta | 42 |
| Bob Cook | 27 |
| Lenny Fresquez | 27 |

Source: ATT_UFCJOHNSON_024995 through ATT_UFCJOHNSON_029004; UFC-04665213.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).