# EXHIBIT 18

# Texts Between White and Campbell's -1109 and -7084 Line: 2017-2025

Between October 1, 2017 and December 1, 2025, AT&T records reflect the following number of texts between White* and Campbell's -1109 and -7084 Lines:

| | |
|---|---:|
| **Texts between White and Campbell's -1109 Line** | 1,077 |
| **Texts between White and Campbell's -7084 Line** | 3,081 |

*These figures incorporate White's text records for each of his phone numbers: (1) line ending in -3127, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; (2) line ending in -1092, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454 ; and (3) line ending in -0682, ATT_UFCJOHNSON_75406-ATT_UFCJOHNSON_75580. AT&T produced data beginning on October 1, 2017.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).

# Texts Between White and Campbell's -1109 and -7084 Lines: During the White Text Gap Periods

Between October 1, 2017 and July 3, 2020, and May 20, 2022 and November 14, 2024, AT&T records reflect the following number of texts between White* and Campbell's -1109 and -7084 Lines:

| | |
|---|---:|
| **Texts between White and Campbell's -1109 Line** | 614 |
| **Texts between White and Campbell's -7084 Line** | 3,046 |

*These figures incorporate White's text records for each of his phone numbers: (1) line ending in -3127, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; (2) line ending in -1092, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454 ; and (3) line ending in -0682, ATT_UFCJOHNSON_75406-ATT_UFCJOHNSON_75580. AT&T produced data beginning on October 1, 2017.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).