# EXHIBIT 21

```
10/07/2019 18:57 - Marcelo Brigadeiro: 🫠
24/07/2019 16:53 - Marcelo Brigadeiro: when do you arrive in Edmonton brother?
24/07/2019 19:32 - Mick Maynard: Thursday
24/07/2019 20:57 - Marcelo Brigadeiro: I thought you would come today...

I need to have a word with you about Taila Santos... i dont think she will be
able to fight.

Just hard some scary news about her from her dad... i want to explain you but we
cannot disclose this
24/07/2019 20:57 - Mick Maynard: Ok
24/07/2019 21:00 - Marcelo Brigadeiro: Do you want me to write an email today or
better wait for tomorrow?
24/07/2019 21:04 - Mick Maynard: Today would be better
24/07/2019 21:04 - Mick Maynard: Especially if I have to replace her
24/07/2019 21:05 - Marcelo Brigadeiro: Ok.. i will drop you an email explaining
the situation shortly
24/07/2019 21:19 - Marcelo Brigadeiro: Just sent you... have a look and let me
know what you think please bro
24/07/2019 21:27 - Mick Maynard: Yeah we should pull her
24/07/2019 21:27 - Mick Maynard: Is she ok with us pulling her ?
24/07/2019 21:29 - Marcelo Brigadeiro: I tried to talk to her and all she does
is cry... i told her i need to preserve her and she understands..

but can you believe that the asshole is pushing her to fight so he will have her
money?
24/07/2019 21:29 - Marcelo Brigadeiro: unbelievable
24/07/2019 21:30 - Marcelo Brigadeiro: I found out this situation comes since
the Contender Series... but it has been aggravated until this unbearable point
24/07/2019 21:33 - Mick Maynard: Yes this is horrible
24/07/2019 21:38 - Marcelo Brigadeiro: If you need Gabriela Colombo (6-1 from
Argentina, legit fighter, BJJ brown belt, good striker and nice looking) will
take this fight on short notice.

She is originally a 115er just like Ariane
25/07/2019 21:52 - Marcelo Brigadeiro: Are you in Canada already?
25/07/2019 21:52 - Mick Maynard: No not yet
25/07/2019 21:53 - Marcelo Brigadeiro: Ok...

We speak later...
25/07/2019 21:53 - Mick Maynard: Cool
26/07/2019 12:22 - Mick Maynard: Mensagem apagada
26/07/2019 15:04 - Marcelo Brigadeiro: Some drinks tonight?
26/07/2019 15:06 - Mick Maynard: 💯
30/07/2019 19:53 - Mick Maynard: Would it make it easier if Taila fought August
31 or is it still a bad situation
30/07/2019 19:53 - Mick Maynard: ?
30/07/2019 19:57 - Marcelo Brigadeiro: Too early brother... i think i will need
a litle more time to sort all shit out and to get her 100% of that wrist
30/07/2019 19:57 - Marcelo Brigadeiro: i would say oct
30/07/2019 19:59 - Mick Maynard: No worries just thought I would check
30/07/2019 20:00 - Marcelo Brigadeiro: Oss
08/08/2019 17:18 - Marcelo Brigadeiro: Brother,
```

20/05/2020 16:05 - Marcelo Brigadeiro: if it were Canada it would be easy... its all online.

Will check with US consulate now
20/05/2020 16:23 - Mick Maynard: I think we should wait until fight island or August
21/05/2020 00:10 - Marcelo Brigadeiro: Whatever you decide brother.

I spoke to the UFC crew that handles the visas and they said they will try to get it done for June 20.

But she will be ready for whenever you decide
21/05/2020 00:16 - Mick Maynard: Ok cool
21/05/2020 00:16 - Mick Maynard: Let's move her
21/05/2020 00:19 - Marcelo Brigadeiro: 🙏
22/05/2020 19:41 - Mick Maynard: Taila vs molly McCann July 15 most likely on fight island
22/05/2020 19:45 - Marcelo Brigadeiro: Great fight
15/06/2020 20:12 - Mick Maynard: Can dusko fight 3 days earlier on the 15th?
15/06/2020 20:48 - Marcelo Brigadeiro: Let me double check but i think so
15/06/2020 20:49 - Mick Maynard: Cool
15/06/2020 20:54 - Marcelo Brigadeiro: I messaged him but its quite late in Serbia now... he might take some hours to reply.

I will let you know as soon as he replies but it should be ok.
15/06/2020 20:55 - Mick Maynard: Thank you
15/06/2020 20:56 - Marcelo Brigadeiro: By the way brother...

Sent you an email about Hasan Mezhiev, an 11-0 heavyweight from Latvia.

If you need a late replacemebt he is ready to go.
15/06/2020 20:56 - Marcelo Brigadeiro: oss
15/06/2020 21:05 - Mick Maynard: Thank you
16/06/2020 12:25 - Marcelo Brigadeiro: All good with Dusko for the 15th bro
16/06/2020 12:26 - Mick Maynard: Awesome
02/07/2020 21:37 - Mick Maynard: Vinicius is out
02/07/2020 21:38 - Marcelo Brigadeiro: Covid?
02/07/2020 21:47 - Mick Maynard: Im not sure
02/07/2020 21:47 - Marcelo Brigadeiro: so, not out yet?
02/07/2020 21:48 - Marcelo Brigadeiro: or was his opponent who pulled out?
02/07/2020 21:52 - Mick Maynard: He is out
02/07/2020 21:52 - Mick Maynard: Mensagem apagada
02/07/2020 21:54 - Mick Maynard: I'm in don't know if I can share why but he is out
02/07/2020 21:56 - Marcelo Brigadeiro: Ok, just need any basic info so i can inform him. He will ask why for sure..
02/07/2020 21:58 - Marcelo Brigadeiro: I dont know whats going on yet but if you need a replacement we have Alexander Poppeck ready to go and already in Germany.

Comes off a KO win, 10-3.

If you need..
02/07/2020 22:07 - Mick Maynard: He has COVID FYI
02/07/2020 22:09 - Marcelo Brigadeiro: shit!

```
He might need up to 30 days rest to heal so wont be able to fight in January...
i think March the earliest unfortunately
09/12/2020 21:58 - Mick Maynard: Ok cool
28/12/2020 18:31 - Mick Maynard: Can Su fight Zarrukh adashev Jan 20?
28/12/2020 18:58 - Marcelo Brigadeiro: I think so!

Let me confirm brother
28/12/2020 19:00 - Mick Maynard: Awesome
28/12/2020 20:08 - Marcelo Brigadeiro: Lets do it brother!

You can confirm
28/12/2020 20:14 - Mick Maynard: Awesome
28/12/2020 21:21 - Marcelo Brigadeiro: 🙏
29/12/2020 19:01 - Mick Maynard: New 4 fight deal . 23/23 up by 3s?
29/12/2020 19:10 - Marcelo Brigadeiro: Let me speak to him... but i am happy with that.

Is the fight confirmed?
29/12/2020 19:14 - Mick Maynard: Yes
29/12/2020 19:15 - Marcelo Brigadeiro: Beautiful!
29/12/2020 23:18 - Marcelo Brigadeiro: Mick,

Is there room for any improvement on those numbers?

I wouldnt do it, but Su is friends with Song Yadong and he found out he renewed
his contract afyer his 3rd fight for 45k + 45k and is pushing me for a something
better than 23/23
29/12/2020 23:21 - Mick Maynard: Mensagem apagada
29/12/2020 23:21 - Mick Maynard: He can fight it out it's fine
29/12/2020 23:23 - Mick Maynard: Song is also ranked 14
29/12/2020 23:25 - Mick Maynard: <Arquivo de mídia oculto>
29/12/2020 23:25 - Mick Maynard: Look at who Song has fought
29/12/2020 23:25 - Marcelo Brigadeiro: Yeah, but he means that he also
renegotiated for this numbers after his 3rd fight
29/12/2020 23:26 - Mick Maynard: <Arquivo de mídia oculto>
29/12/2020 23:26 - Mick Maynard: He is also 1-2 and didn't fight anywhere near
the same caliber
29/12/2020 23:27 - Mick Maynard: All good
29/12/2020 23:27 - Mick Maynard: They are not currently near yhr same level
29/12/2020 23:27 - Mick Maynard: The
29/12/2020 23:27 - Marcelo Brigadeiro: I agree with you
29/12/2020 23:28 - Mick Maynard: 2-1
29/12/2020 23:29 - Marcelo Brigadeiro: and i am not crazy to ask for the same
terms of Song Yadong... just checking would be possible any increase.

I would not ask 45/45 for Su at this stage
29/12/2020 23:29 - Mick Maynard: His two wins are over one person that is no
longer in the ufc and one is has yet to win a fight in the ufc. His loss was
against someone I cut
29/12/2020 23:29 - Mick Maynard: It should be 20/20 but I was trying to be nice
29/12/2020 23:30 - Mick Maynard: One win against a flyweight who is 0-2
29/12/2020 23:31 - Marcelo Brigadeiro: You are nice
29/12/2020 23:31 - Marcelo Brigadeiro: kkkk
29/12/2020 23:31 - Mick Maynard: Let's forget this matchup and make a different
```

```
matchup
29/12/2020 23:31 - Mick Maynard: He can fight It out and let's see how it plays
out
29/12/2020 23:32 - Marcelo Brigadeiro: Now you are not being so nice
29/12/2020 23:32 - Marcelo Brigadeiro: no... we want this fight
29/12/2020 23:32 - Mick Maynard: He is about to fight a guy that is 3-2
29/12/2020 23:32 - Mick Maynard: Let's see how he does against someone tougher
and then revisit
29/12/2020 23:33 - Marcelo Brigadeiro: I prefer to convince him to get the 23/23
29/12/2020 23:33 - Marcelo Brigadeiro: kkkkk
29/12/2020 23:33 - Marcelo Brigadeiro: just give me few minutes..  i am using a
chinese translator
29/12/2020 23:34 - Mick Maynard: Because up to this point he has not faced
anyone to warrant comparisons to Song
29/12/2020 23:35 - Marcelo Brigadeiro: agreed
29/12/2020 23:36 - Marcelo Brigadeiro: i was just checking... doesn mean i agree
with him
29/12/2020 23:38 - Mick Maynard: He is in a division with 20 people but has not
faced a single ranked guy.
29/12/2020 23:40 - Marcelo Brigadeiro: Agreed
29/12/2020 23:41 - Marcelo Brigadeiro: I am talking to him and to the chinese
gentleman who is translating now
29/12/2020 23:42 - Mick Maynard: After this fight I will put him v a ranked
opponent. If he wins he will only have 2 fights left on that contract
29/12/2020 23:42 - Mick Maynard: If he wins this one of course
29/12/2020 23:44 - Marcelo Brigadeiro: Perfect.
29/12/2020 23:44 - Marcelo Brigadeiro: I like the idea of a ranked opponent
after this fight
29/12/2020 23:44 - Mick Maynard: Cool
29/12/2020 23:45 - Mick Maynard: Let me know if he wants this new deal or
prefers to fight it out
29/12/2020 23:45 - Mick Maynard: Right now he has faced the lower level of the
division. One person in the division in fact that is 0-2
29/12/2020 23:47 - Marcelo Brigadeiro: He will take it.

Just bringing him down to earth now... the fact that i need to use a chinese
translator to do it delays the process but in few minutes we should have it
sorted
29/12/2020 23:48 - Mick Maynard: Ok thank you
29/12/2020 23:48 - Marcelo Brigadeiro: Thank you brother
29/12/2020 23:48 - Mick Maynard: 🤝🤝
29/12/2020 23:59 - Marcelo Brigadeiro: Done!

You can send us the new agreement brother.

Thanks for that.. next time we meet i will buy you a beer and show you a very
top secret Luta Livre footlock!
30/12/2020 00:03 - Mick Maynard: Let's gooooooo
30/12/2020 00:03 - Marcelo Brigadeiro: 🤝🤝
05/01/2021 22:01 - Mick Maynard: Mensagem apagada
10/02/2021 17:53 - Mick Maynard: Stephanie v Sarah alpar may 22?
10/02/2021 18:21 - Marcelo Brigadeiro: I am happy with that.. let me confirm
with her coach asap
10/02/2021 18:25 - Mick Maynard: Ok thank you
```

```
05/10/2021 21:32 - Marcelo Brigadeiro: <Arquivo de mídia oculto>
05/10/2021 21:33 - Mick Maynard: Ok cool
06/10/2021 00:59 - Mick Maynard: Mensagem apagada
06/10/2021 00:59 - Mick Maynard: Mensagem apagada
06/10/2021 17:25 - Mick Maynard: Kathryn Paprocki is in
06/10/2021 17:25 - Mick Maynard: Good to go?
06/10/2021 17:28 - Marcelo Brigadeiro: Yes sir, lets go!
06/10/2021 17:35 - Mick Maynard: Sweet
06/10/2021 17:39 - Marcelo Brigadeiro: Thanks brother
18/10/2021 16:41 - Marcelo Brigadeiro: <Arquivo de mídia oculto>
18/10/2021 16:43 - Marcelo Brigadeiro: Sumudaerji went back to his doctor and he
said his knee is still not good enough.

He says he is more likely to fight in February.
18/10/2021 16:47 - Marcelo Brigadeiro: And i think you forgot to offer me this
fight... lol
18/10/2021 18:34 - Mick Maynard: Ok I don't think I did I sent out out a long
time ago but no worries
18/10/2021 18:36 - Marcelo Brigadeiro: 🤝
18/10/2021 18:36 - Marcelo Brigadeiro: I hope you are well my friend
18/10/2021 18:42 - Mick Maynard: You too!
19/10/2021 20:23 - Mick Maynard: Dusko vaccinated ?
19/10/2021 20:23 - Marcelo Brigadeiro: Let me confirm brother.
21/10/2021 14:33 - Mick Maynard: Can Su fight Feb 5?
21/10/2021 14:33 - Mick Maynard: Vs Dvorak ?
21/10/2021 14:37 - Marcelo Brigadeiro: Let me check brother
21/10/2021 15:24 - Marcelo Brigadeiro: He said it might be too soon for his
knee.

I think its better wait until we get a clear picture of how his knee will be
because he keeps giving me dates and postponing it
21/10/2021 15:26 - Mick Maynard: Ok
03/11/2021 11:20 - Mick Maynard: <Arquivo de mídia oculto>
03/11/2021 11:20 - Mick Maynard: This is completely untrue
03/11/2021 12:17 - Marcelo Brigadeiro: Who is he talking about?
03/11/2021 12:30 - Mick Maynard: Jiri
03/11/2021 12:33 - Mick Maynard: I used to think he was going to be the man. He
has become a wrestler that won't take fights unless it's what he wants when he
wants it., imagine  if he was champ??!! Omg
03/11/2021 12:35 - Marcelo Brigadeiro: He knows that i asked for Jiri and you
said no... he also knows that Jiri might take Glover next and that the only
offer we have is Jan
03/11/2021 12:35 - Marcelo Brigadeiro: Dont know why he posted that
03/11/2021 12:36 - Mick Maynard: Same reason he failed to mention to everyone he
had actually been offered jiri a while ago
03/11/2021 12:36 - Mick Maynard: Before you
03/11/2021 12:37 - Mick Maynard: I'm really starting to think next matchup
should be magomed
03/11/2021 12:39 - Marcelo Brigadeiro: I am not aware of that
03/11/2021 12:40 - Mick Maynard: I told you that
03/11/2021 12:40 - Mick Maynard: A long time ago
03/11/2021 12:41 - Marcelo Brigadeiro: Anyways, he knows Jan is next and that
soon, being a champion or not, he will have to face anybody in the division
03/11/2021 12:44 - Mick Maynard: Jan isn't done yet and I am really thinking we
```

22/04/2022 17:39 - Marcelo Brigadeiro: I sent you an email now with some very interesting names for DWCS... some names can be interesting for upcoming shows too (Aaron Aby - UK, Eslam Syaha - Abu Dhabi, Anthony Salamone - France).

👊
22/04/2022 17:44 - Mick Maynard: 👊
23/04/2022 12:50 - Mick Maynard: Still nothing huh? Lol
23/04/2022 15:00 - Marcelo Brigadeiro: Hi brother..

Unbelievable.

To be honest? And between us only please... But Sumudaerji is creating all sort of issues to avoid Kape's fight.
23/04/2022 15:02 - Mick Maynard: Why?
23/04/2022 15:02 - Mick Maynard: So weird
23/04/2022 15:02 - Mick Maynard: I figured
23/04/2022 15:04 - Marcelo Brigadeiro: I think it got to deal with his coach influence... he denied the fight at first and i had to play hard to make them take it
23/04/2022 15:04 - Mick Maynard: Shit
23/04/2022 15:05 - Marcelo Brigadeiro: just annoying as fuck
23/04/2022 15:07 - Mick Maynard: Yeah big time
23/04/2022 15:09 - Marcelo Brigadeiro: Just give him the toughest match up possible next brother
23/04/2022 15:11 - Mick Maynard: Crazy
23/04/2022 15:11 - Mick Maynard: So he is definitely a no?
23/04/2022 15:12 - Marcelo Brigadeiro: Yeah
23/04/2022 15:13 - Mick Maynard: Ok
25/04/2022 18:38 - Mick Maynard: Mensagem apagada
25/04/2022 19:51 - Mick Maynard: Stephanie v Josiane nunes august 6?
25/04/2022 20:00 - Marcelo Brigadeiro: Any other possibility?

If i get them fighting each other at this stage i will probably lose one of them.

Josiane's shoulder is bad... she is in physio and will take a while until she fully recovers.

Stephanie is dying to fight... anyone... she wanted Mcmann or someone ranked actually
25/04/2022 20:05 - Mick Maynard: Ok so Josiane declines?
25/04/2022 20:05 - Mick Maynard: Mcmann won't take it
25/04/2022 20:05 - Mick Maynard: She wants to fight up not an unranked person
25/04/2022 20:05 - Marcelo Brigadeiro: <Arquivo de mídia oculto>
25/04/2022 20:06 - Mick Maynard: You really think l two wins earns a shot at rankings?
25/04/2022 20:07 - Marcelo Brigadeiro: The way she won these two fights.... and in the female 135lbs division yeah
25/04/2022 20:08 - Mick Maynard: I don't agree at all
25/04/2022 20:08 - Mick Maynard: So to be clear Josiane declines ?
25/04/2022 20:09 - Marcelo Brigadeiro: You want to get them against each other... ok

I am just asking you to consider any other opponent for Stephanie if possible

```
29/04/2022 17:01 - Mick Maynard: I want to match him vs James Lawson I'm contenders
29/04/2022 17:01 - Mick Maynard: Sept 6
29/04/2022 17:29 - Marcelo Brigadeiro: They want him as back up fighter for the tournament but promised me to release him if i had an offer from the UFC
29/04/2022 17:29 - Marcelo Brigadeiro: Let me work on that
01/05/2022 12:41 - Mick Maynard: Amy word on Giancomo?
01/05/2022 20:44 - Marcelo Brigadeiro: Will have their final answer very soon i believe.
03/05/2022 14:32 - Mick Maynard: Any luck ?
03/05/2022 14:40 - Marcelo Brigadeiro: has a call with PFL yesterday and they said they will release him for me... said they would work on it today.

I will let you know as soon as i hear from them again
03/05/2022 14:42 - Mick Maynard: Ok thank you
03/05/2022 14:42 - Mick Maynard: So it's a go?
03/05/2022 14:43 - Marcelo Brigadeiro: Just let me receive the official release to confirm it...
03/05/2022 14:44 - Mick Maynard: Ok
04/05/2022 11:59 - Mick Maynard: Mensagem apagada
05/05/2022 11:31 - Marcelo Brigadeiro: Hi brother,

Just a quick update about Giacomo.

I have been back and forth with PFL because now they are saying that they would release him for an UFC opportunity but not for  DWCS.

I am battling here and will keep you posted.
05/05/2022 11:33 - Mick Maynard: Is he clean ?
05/05/2022 11:34 - Marcelo Brigadeiro: On steroids you mean?
05/05/2022 11:36 - Mick Maynard: Yeah
05/05/2022 11:36 - Marcelo Brigadeiro: Yeah.. he is.
05/05/2022 11:37 - Mick Maynard: Ok cool
```