# EXHIBIT 22
# PUBLIC/REDACTED VERSION

# Texts Between White and Batchvarova: 2017-2025

Between October 1, 2017 and December 1, 2025, AT&T records reflect the following number of texts between White and Batchvarova's ▮▮▮▮ line:

| | |
|---|---|
| **White Gap Period: Oct. 1, 2017-July 3, 2020*** | 2,344 |
| **White Gap Period: May 20, 2022-Nov. 14, 2024** | 485 |
| **White Non-Gap Period** | 358 |
| **Total** | 3,187 |

These figures incorporate White's text records for each of his phone numbers: (1) line ending in -3127, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; (2) line ending in -1092, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454 ; and (3) line ending in -0682, ATT_UFCJOHNSON_75406-ATT_UFCJOHNSON_75580.

*AT&T produced data beginning on October 1, 2017.

*Johnson v. Zuffa,* LLC, 2:21-cv-01189-RFB-BNW (D. Nev.).