# EXHIBIT 25
# PUBLIC/REDACTED VERSION

## Chat Documents Not Produced from the Files of All Chat Participants

**Red** text indicates that the text conversation occurred outside of the custodian's collection window according to Defendants' December 15, 2025 device disclosure (ECF 333-2).

| No. | Bates | "All Custodians" Field | Chat Participants Omitted from "All Custodians" Field | Date Sent |
|---|---|---|---|---|
| 1 | UFC-04443439 | White | **Borsari** | 8/10/2025 |
| 2 | UFC-04443438 | White | **Borsari** | 8/9/2025 |
| 3 | UFC-04443433 | White | **Borsari** | 8/7/2025 |
| 4 | UFC-04443430 | White | **Borsari** | 8/5/2025 |
| 5 | UFC-04443428 | White | **Borsari** | 7/29/2025 |
| 6 | UFC-04443426 | White | **Borsari** | 7/22/2025 |
| 7 | UFC-04443421 | White | **Borsari** | 7/12/2025 |
| 8 | UFC-04443419 | White | **Borsari** | 7/1/2025 |
| 9 | UFC-04443416 | White | **Borsari** | 6/24/2025 |
| 10 | UFC-04443414 | White | **Borsari** | 6/17/2025 |
| 11 | UFC-04443409 | White | Borsari | 6/3/2025 |
| 12 | UFC-04443400 | White | Borsari | 5/22/2025 |
| 13 | UFC-04443396 | White | Borsari | 5/13/2025 |
| 14 | UFC-04443394 | White | Borsari | 5/6/2025 |
| 15 | UFC-04443392 | White | Borsari | 4/29/2025 |
| 16 | UFC-04443387 | White | Borsari | 4/8/2025 |
| 17 | UFC-04443385 | White | Borsari | 4/1/2025 |
| 18 | UFC-04663214 | Long | Maynard | 3/28/2025 |
| 19 | UFC-04443382 | White | Borsari | 3/11/2025 |
| 20 | UFC-04443376 | White | Borsari | 2/20/2025 |
| 21 | UFC-04443375 | White | Borsari | 2/18/2025 |
| 22 | UFC-04443370 | White | Borsari | 2/13/2025 |
| 23 | UFC-04443367 | White | Borsari | 2/11/2025 |
| 24 | UFC-04443366 | White | Borsari | 2/6/2025 |
| 25 | UFC-04443365 | White | Borsari | 1/30/2025 |
| 26 | UFC-04443359 | White | Borsari | 12/17/2024 |

| No. | Bates | "All Custodians" Field | Chat Participants Omitted from "All Custodians" Field | Date Sent |
|---|---|---|---|---|
| 27 | UFC-04443357 | White | Borsari | 12/10/2024 |
| 28 | UFC-04193781 | Maynard | Campbell (-1109), Shelby | 11/23/2024 |
| 29 | UFC-04443353 | White | Borsari | 11/19/2024 |
| 30 | UFC-04443345 | White | Borsari | 11/15/2024 |
| 31 | UFC-04663773 | Shelby | Maynard , Shelby **White (-1092)** | 11/2/2024 |
| 32 | UFC-04748280 | Long | **Batchvarova** | 10/10/2024 |
| 33 | UFC-04663431 | Epstein | Borsari ), **Schleimer** | 10/16/2023 |
| 34 | UFC-04663122 | Epstein | **Schleimer** | 10/7/2023 |
| 35 | UFC-04663357 | Epstein | Emanuel , **White (-1092)** | 9/6/2023 |
| 36 | UFC-04663184 | Borsari | **Batchvarova** , Shaw , **White (-1092)** | 6/11/2023 |
| 37 | UFC-04664130 | Shelby | Campbell (-1109), Maynard , Shelby , **White (-1092)** | 10/15/2022 |
| 38 | UFC-04663624 | Shelby | White (-1092) | 4/24/2022 |
| 39 | UFC-03730871 | Emanuel | White (-1092) | 8/16/2021 |
| 40 | UFC-04745704 | White | Campbell (-1109), Maynard , Shelby | 8/3/2021 |
| 41 | UFC-04664407 | Campbell | Long (-8722) | 3/11/2021 |
| 42 | UFC-04664481 | Shelby | White (-1092) | 11/21/2020 |
| 43 | UFC-04663288 | Epstein | Schleimer , Borsari | 10/31/2020 |
| 44 | UFC-03562477 | Epstein | White (-1092) | 9/9/2020 |
| 45 | UFC-03796895 | Campbell | Maynard , Shelby White (-1092) | 7/18/2020 |
| 46 | UFC-03706792 | Maynard | Shelby ), **White (-1092)** | 9/28/2019 |
| 47 | UFC-04664537 | Maynard | Shelby ), **White (-1092)** | 9/12/2019 |
| 48 | UFC-04269805 | Campbell | **White (-1092)** | 8/31/2019 |
| 49 | UFC-04050763 | Epstein | Emanuel ), **White (-1092)** | 8/25/2019 |
| 50 | UFC-04664438 | Maynard | Campbell (-1109), Shelby ( ), **White (-1092)** | 7/3/2019 |
| 51 | UFC-03642079 | Campbell | Maynard , Shelby ), Silva , **White (-1092)** | 6/23/2019 |
| 52 | UFC-03877839 | Shelby | Campbell (-1109), Maynard , **Silva** , **White (-1092)** | 4/12/2019 |
| 53 | UFC-04663567 | Campbell | Shelby , **White (-1092)** | 3/2/2019 |
| 54 | UFC-04663790 | Shelby | **Silva** | 10/28/2018 |
| 55 | UFC-04663880 | Maynard | **Campbell (-7084)**, Shelby , **White (-1092)** | 4/19/2018 |

2

| No. | Bates | "All Custodians" Field | Chat Participants Omitted from "All Custodians" Field | Date Sent |
|---|---|---|---|---|
| 56 | UFC-04072038 | Maynard | **White (-1092)** | 1/30/2018 |
| 57 | UFC-04663184 | Borsari | **Campbell (-7084), White (-1092)**, Shaw | 10/27/2017 |
| 58 | UFC-04110656 | Maynard | **Campbell (-7084)** | 10/24/2017 |
| 59 | UFC-04663690 | Shelby | **Campbell (-1109)**, Maynard, **Silva**, **White (-1092)** | 5/28/2017 |
| 60 | UFC-04664277 | Shelby | **Campbell (-1109)**, Maynard, **Silva**, **White (-1092)** | 1/11/2017 |
| 61 | UFC-04663556 | Shelby | **Campbell (-1109)**, Maynard, **Silva**, **White (-1092)** | 1/4/2017 |
| 62 | UFC-04663966 | Shelby | **Campbell (-1109)**, Maynard ), **Silva** ), **White (-1092)** | 1/3/2017 |
| 63 | UFC-04664001 | Shelby | **Campbell (-1109)**, Maynard, **Silva (** ), **White (-1092)** | 12/14/2016 |
| 64 | UFC-04185832 | Shelby | **White (-1092)** | 9/30/2016 |
| 65 | UFC-03404530 | Shelby | **White (-1092)** | 9/23/2016 |
| 66 | UFC-04010762 | Epstein | **White (-1092)** | 9/16/2016 |
| 67 | UFC-04705362 | Shelby | **Campbell (-1109)**, Maynard, **Silva**, **White (-1092)** | 6/19/2016 |

3