# EXHIBIT 36

[Exhibit 32 to Transmittal Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation]

Filed Publicly on Dec. 23, 2025 in:

*In re World Wrestling Entertainment Inc. Merger Litig.,* In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 4 | Date Range: 2/28/2023 |

## Outline of Conversations

💬 **CHAT - 02257 - 2023/03/01** • 4 messages on 2/28/2023 • Nick Khan ▮▮▮▮▮ • Vince McMahon ▮▮▮▮▮ • Vince McMahon ▮▮▮▮▮

CONFIDENTIAL                                                                                    VKM-Merger00002457
THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.

**Messages in chronological order** (times are shown in GMT -05:00)

### CHAT - 02257 - 2023/03/01

**Vince McMahon** — 2/28/2023, 19:21

Text from me to Paul and Bruce: "Hey guys just double checking. Does Roman and Cody know the new creative re WM and next year ?"
Bruce : "Not to my knowledge.
I don't know if Paul has had a conversation with either. Roman's first appearance since we spoke is Friday in DC. Both will be there in person"
Me to Paul: " Paul have U "?

**Nick Khan** — 2/28/2023, 19:37

Langis

**Vince McMahon** — 2/28/2023, 19:41

What in the blue hell is "Langis" lol

**Nick Khan** — 2/28/2023, 19:41

Read it backwards!

CONFIDENTIAL

VKM-Merger00002458

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.