# EXHIBIT 37

[Exhibit 33 to Transmittal Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation] Filed Publicly on Dec. 23, 2025 in:

*In re World Wrestling Entertainment Inc. Merger Litig.*, In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 2 | Date Range: 4/3/2023 |

## Outline of Conversations



**CHAT - 02257 - 2023/04/03** • 2 messages on 4/3/2023 • Nick Khan ▮▮▮▮▮ • Vince McMahon ▮▮▮▮▮ • Vince McMahon ▮▮▮▮▮

CONFIDENTIAL                                                                       VKM-Merger00002502

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.

**Messages in chronological order** (times are shown in GMT -04:00)

**CHAT - 02257 - 2023/04/03**

**VM** **Vince McMahon** ▮▮▮▮▮▮    4/3/2023, 8:34 AM
Talk ?

**NK** **Nick Khan** ▮▮▮▮▮▮    4/3/2023, 8:34 AM
Sig

CONFIDENTIAL                                                                                                                                 VKM-Merger00002503
THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.