# EXHIBIT 38

[Exhibit 34 to Transmittal Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation]

Filed Publicly on Dec. 23, 2025 in:
*In re World Wrestling Entertainment Inc. Merger Litig.,* In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL



CONFIDENTIAL - SENSITIVE/PROPRIETARY BUSINESS INFORMATION          WWEM-SML-0000669
THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.