# EXHIBIT 39

[Exhibit 35 to Transmittal Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation]

Filed Publicly on Dec. 23, 2025 in:
*In re World Wrestling Entertainment Inc. Merger Litig.,* In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL

```
 1  IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
 2  ------------------------------------------X
 3  IN RE WORLD WRESTLING
 4  ENTERTAINMENT, INC. MERGER     CONSOLIDATED
                                   C.A. No. 2023-1166-JTL
 5  LITIGATION
 6  ------------------------------------------
 7
 8            ** HIGHLY CONFIDENTIAL **
 9
10            ** VIDEOTAPED DEPOSITION**
11            STEPHANIE MCMAHON LEVESQUE
12              Friday, October 24, 2025
13
14
15
16  Reported by:
17  Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR
18  Job 45482
19
20
21
22
23
24
25
```

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.

HIGHLY CONFIDENTIAL

Deposition of Stephanie McMahon Levesque — In re World Wrestling Entertainment, Inc. Merger Litigation

Page 45

1  business?
2  A. Yes.
3  Q. What email addresses did you use in the
4  year 2022?
5  A. So I have three. One personal and two
6  business. I'm sorry, can you repeat the year?
7  Q. 2022.
8  A. 2022. So it would be ▮▮▮▮▮▮▮▮▮▮
9  And prior to that I had a ▮▮▮▮▮▮▮▮▮▮ And my
10 personal is ▮▮▮▮▮▮▮▮
11 Q. And did you ever -- did you also have sort
12 of like an email address that had your name,
13 Stephanie McMahon, or anything like that?
14 A. No, and that was done intentionally.
15 Q. Got it.
16    Did you ever use your personal email
17 address for any sort of business purpose?
18 A. Not that I recall. I tried to be very
19 good about not mixing the two. There could have
20 been a few or you know. So not that I recall.
21 Q. Did you text in connection with work?
22 A. Yes.
23 Q. Did you ever delete text messages related
24 to WWE business?
25 A. Not that I remember.

Page 46

1  Q. Did you have an auto delete function set
2  up on your cell phone?
3  A. No.
4  Q. Did you use WhatsApp?
5  A. Yes.
6  Q. Why did you use WhatsApp?
7  A. It was just another method to communicate.
8  A lot of international folks use WhatsApp so it
9  became just another text service.
10 Q. Okay. And how did you differentiate
11 between whether you use regular text messaging or
12 WhatsApp?
13 A. I didn't use WhatsApp a ton so most of my
14 stuff was via text message. So WhatsApp was really
15 just -- really just another platform depending on
16 the partner, the person, what they preferred to use.
17 Q. Primarily with your international people?
18 A. I mean, I would say that's how it got
19 started. But then you know, others use WhatsApp.
20 But honestly not a ton.
21 Q. Okay. Do you know who you most frequently
22 used WhatsApp with?
23 A. I do not remember.
24 Q. Did you ever communicate for business
25 using the Signal app?

Page 47

1  A. Yes.
2  Q. Why?
3  A. That was I would say -- well, especially
4  when I became CEO with Nick. That was really our
5  like shorthand for pressing. So if I was in a
6  meeting, you know, and you see your phone ding, if
7  it's a Signal, that's got to be something really
8  important and I would check it in the moment. If it
9  were a text message I probably wouldn't check it
10 until the meeting was over. That kind of thing.
11 Q. Okay. And you mentioned that you used it
12 with Nick Khan?
13 A. Correct.
14 Q. Did you use Signal with anyone else?
15 A. My husband.
16 Q. Anyone else?
17 A. I believe I Signaled Brad, maybe Brad Blum
18 maybe one time. Because I remember that. I don't
19 remember what we Signaled about but it was something
20 that stuck out in my mind, but primarily it was Nick
21 and Paul.
22 Q. And why would you typically communicate
23 with Paul using Signal?
24    MR. PICCIRILLO: Object to form.
25    MS. FACCENDA: You can answer.

Page 48

1  A. Well, just personal communications really.
2  BY MS. EVANS:
3  Q. Not in the course of business?
4  A. Not really in the course of business, no,
5  but maybe. But that's just our primary go to is
6  Signal.
7  Q. Okay. So you and your husband primarily
8  communicate using Signal?
9  A. Yes, to this day.
10 Q. Okay. And you mentioned Brad Blum. Why
11 would you communicate with him using Signal?
12 A. I wouldn't typically, which is why it
13 stands out to me that I had had that one exchange.
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮
17 ▮▮
18 ▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 Q. Do you recall ever receiving a litigation
23 hold notice in the context of your work at WWE?
24 A. Specifically related to anything?
25 Q. Yes, in 2022.



THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.

HIGHLY CONFIDENTIAL

Deposition of Stephanie McMahon Levesque — In re World Wrestling Entertainment, Inc. Merger Litigation



Page 49

1  A. In 2022. I don't remember specifically in
2  2022, but throughout my time at the company
3  certainly there were hold notices.
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12  Q. And was your Signal app -- let me start
13 over.
14      In connection with our litigation that we
15 were talking about earlier.
16  A. Yes.
17  Q. Your attorney collected documents and
18 produced them in our litigation.
19      Do you remember that?
20  A. Yes.
21  Q. And was your phone searched and collected?
22  A. Yes. I gave my phone.
23  Q. Was your phone searched for Signal
24 messages?
25  A. I don't know.

Page 50

1  [REDACTED]
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  Q. And you mentioned that when you were
8  co-CEO with Nick Khan, you used Signal exclusively
9  or primarily. Is that what you said?
10  A. No, from more of a prioritization
11 standpoint. So if things were really, you know,
12 pressing, if there was a high-level you know
13 situation that needed to be addressed quickly,
14 pieces of information we may have been waiting to
15 hear that were important, you know timely, that kind
16 of thing.
17  Q. Okay. And how frequently would you say
18 you communicated with Nick Khan using Signal?
19  A. Probably a couple of times a day.
20  Q. And you attended meetings in connection
21 with your business, right?
22  A. Yes.
23  Q. Were those typically in person?
24  A. Meetings can be in person or via Zoom.
25  Q. Okay.

Page 51

1  A. Or yeah, in person or Zoom.
2  Q. Phone?
3  A. Phone. Variety of ways.
4  Q. Do you know when, if you were having a
5  meeting by Zoom, whether the Zoom was recorded?
6  A. I don't know.
7  Q. When you were acting in your capacity as a
8  board member, how did you typically receive board
9  materials?
10  A. Board materials were through a portal that
11 we had. At one point in time it was Boardvantage,
12 but then they changed over. I can't remember the
13 name of the new portal that they used, but it was
14 primarily through email and through the portal.
15  Q. Okay. Were you able to sort of
16 communicate with other directors through the portal?
17  A. No. That was more for materials. I mean,
18 that capability may exist, but I did not use it that
19 way.
20  Q. Do you know if there's any sort of
21 note-taking function through the portal?
22  A. I don't know.
23  Q. Did you use any other apps or other
24 methods of communication that we haven't already
25 talked about?

Page 52

1  A. I learned how to use something that's
2  irrelevant, but Slack, I learned how to use Slack.
3  Q. And were you using Slack in the 2022 time
4  period?
5  A. I mean, I wouldn't call it "used." I knew
6  how to read it, and I think I could communicate a
7  little bit so there could be some Slack
8  communications but it's pretty minimal.
9  Q. Was Slack a normal mode of communication
10 amongst people at WWE?
11  A. No. There was a time when we had a new
12 CFO named Kristina Salen and she loved Slack. So I
13 think she really introduced Slack into our culture,
14 but it didn't really catch on.
15  Q. Who do you recall messaging with on the
16 Slack?
17  A. Various members of a team. I used it
18 really to say, you know, where to go on certain
19 things. You know, more for that type stuff.
20      MS. EVANS: Let's take a like five-minute
21 break.
22      MR. PICCIRILLO: Absolutely.
23      MS. FACCENDA: Okay.
24      THE VIDEOGRAPHER: Off the record,
25 10:09 a.m.

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.