# EXHIBIT 41

[Exhibit 36 to Transmittal Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation]

Filed Publicly on Dec. 23, 2025 in:
*In re World Wrestling Entertainment Inc. Merger Litig.,* In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 2 | Date Range: 4/13/2023 |

### Outline of Conversations

**CHAT - E138_0000001 - 00002 - 2023/04/13** • 2 messages on 4/13/2023 • ARI EMANUEL • ▇▇▇▇ • System Message • Vince ▇▇▇▇

CONFIDENTIAL                                                                                                    VKM-Merger00019632
THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.

**Messages in chronological order** (times are shown in GMT +00:00)

> 💬 **CHAT - E138_0000001 - 00002 - 2023/04/13**
>
> **AE**    **ARI EMANUEL** ▮▮▮▮▮▮      4/13/2023, 6:25 PM
> Hi
>
> **SM**    **System Message**      4/13/2023, 6:32 PM
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL      VKM-Merger00019633

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.