# EXHIBIT 42

[Exhibit 37 to Transmittal Affidavit of James Janison in Support of Plaintiffs' Motion to Compel Information Regarding Document Deletion and Potential Spoliation]

Filed Publicly on Dec. 23, 2025 in:
*In re World Wrestling Entertainment Inc. Merger Litig.,* In the Court of Chancery of the State of Delaware, C.A. No. 2023-1166-JTL

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 1 | Date Range: 6/12/2023 |

## Outline of Conversations



**CHAT - E138_0000001 - 00001 - 2023/06/12** · 1 message on 6/12/2023 · ARI EMANUEL ▓▓▓▓▓▓▓ · Nick Khan ▓▓▓▓▓▓▓ · System Message · Vince ▓▓▓▓▓▓▓

CONFIDENTIAL

VKM-Merger00019638

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **CHAT - E138_0000001 - 00001 - 2023/06/12**

**SM**   **System Message**   6/12/2023, 8:31 PM

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

VKM-Merger00019639

THIS DOCUMENT IS A CONFIDENTIAL FILING. ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY RULE 5.1 OR BY COURT ORDER.