# EXHIBIT 45

**Joseph Axelrad**
Direct Dial: +1.213.891.8002
joseph.axelrad@lw.com

10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500  Fax: +1.424.653.5501
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

February 12, 2026

**VIA EMAIL**

Michael C. Dell'Angelo
Patrick Madden
Eric Cramer
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia PA 19103

Re:   *Johnson v. Zuffa, LLC*, Case No. 2:21-cv-01189 (D. Nev.); *Davis v. Zuffa, LLC*, Case No. 2:25-cv-00946 (D. Nev.)

Counsel:

On February 10, 2026, Defendants learned that you improperly sought and obtained confidential information ("Confidential Information") related to Defendants in violation of a protective order in an unrelated action in Delaware, *In Re WWE Merger Litig.*, C.A. No. 2023-1166-JTL ("Delaware Action"). Because our investigation is ongoing, we do not currently know whether you obtained this information by informally requesting it or via service of a subpoena on counsel in the Delaware Action. To the extent that the Confidential Information was obtained via subpoena, we are particularly concerned given the publicly available information that is readily accessible on the court's docket in the Delaware Action — leaving the impression that the only reason you would have sought the information via subpoena was to obtain sealed information in violation of a protective order.

This conduct is further indication that Plaintiffs are engaged in a nationwide fishing expedition for confidential or privileged material, and for the purposes of potentially fabricating issues and allegations regarding individual custodians that have no basis and are otherwise meritless in this case. Indeed, Defendants believe Plaintiffs have employed similarly inappropriate tactics in another unrelated litigation, *In Re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR.

We are also deeply disturbed by the way in which this matter has been handled. Rather than immediately addressing your improper receipt of the Confidential Information with Defendants, you chose to raise this issue yesterday in open court, without first even addressing it with us, further compounding the harm and prejudice created by your misconduct.

Defendants request that you immediately provide a full accounting related to the Confidential Information. Specifically, please immediately disclose and provide the following:

**LATHAM&WATKINS**LLP

- all informal communications you have had with counsel in the Delaware Action to obtain the Confidential Information;
- any subpoenas used to obtain the Confidential Information;
- all communications between you and counsel in the Delaware Action related to the Confidential Information;
- the date on which you received the Confidential Information and the manner in which you received it;
- how you used the Confidential Information;
- those person(s) who viewed the Confidential Information;
- when and how you learned that you improperly received the Confidential Information; and
- what steps, if any, you have taken to destroy or return the Confidential Information.

Relatedly, Defendants request that you immediately provide an accounting of all other litigation in which you have served subpoenas or informally contacted other plaintiffs' counsel related to this action and what, if any, documents or information you may have obtained. This information is necessary for Defendants to determine the scope of the harm caused by your conduct.

Please provide this information no later than 5 p.m. PST on Friday, February 13, 2026, so that Defendants may determine whether court intervention in the instant action is necessary to address your conduct. Defendants reserve all rights.

        Respectfully,

        */s/ Joseph Axelrad*
        Joseph Axelrad
        of LATHAM & WATKINS LLP

cc:    Counsel of Record