# **EXHIBIT 47**

Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
jgradwohl@bergermontague.com

*Counsel for Plaintiffs and
the Proposed Classes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>  v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>    Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF JEREMY GRADWOHL REGARDING AT&T RECORDS** |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br>    Plaintiff,<br>  v.<br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>    Defendants. | No.: 2:25-cv-00946-RFB |

I, Jeremy Gradwohl, declare and state as follows:

1.  I am an attorney at Berger Montague PC ("Berger Montague"), counsel for the Proposed Classes and all individual and representative Plaintiffs, Kajan Johnson, Clarence Dollaway, Tristan Connelly, and Phil Davis (collectively, "Plaintiffs"). I am a member in good standing of the State Bar of California and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2.  On December 17, 2025, Plaintiffs served a subpoena on AT&T Corp. ("AT&T") seeking business records of, *inter alia*, call logs, text reports, and subscriber information, including for telephone numbers that Defendants disclosed as belonging to their custodians in this action.

3.  On January 15, 2026, Plaintiffs received a production of business records from AT&T.

4.  Plaintiffs processed and reproduced the production of AT&T's business records to Defendants on January 20, 2026, with documents bearing bates numbers ATT_UFCJOHNSON_000001 through ATT_UFCJOHSON_100359.

5.  I have personally reviewed the business records produced by AT&T. The business records produced by AT&T include subscriber information as well as communication logs reflecting the originating and terminating numbers and dates and times of voice call and SMS text activity corresponding to, *inter alia*, the following mobile telephone lines:

    a.  for a telephone number ending in -1092, which Defendants disclosed as belonging to Dana White ("White") in this litigation, ECF No. 333-2, subscriber information, ATT_UFCJOHNSON_090595 at -625, and an SMS text log reflecting activity for the period from October 1, 2017 to December 1, 2025, ATT_UFCJOHNSON_066638-ATT_UFCJOHNSON_074454;

    b.  for a telephone number ending in -0682, which Defendants disclosed as belonging to White in this litigation, ECF No. 333-2, subscriber information,

        ATT_UFCJOHNSON_090595 at -618, and an SMS text log reflecting activity for the period from November 14, 2024 to December 1, 2025, ATT_UFCJOHNSON_075406-ATT_UFCJOHNSON_075580;

    c. for a telephone number ending in -3127, which Defendants admitted as belonging to White in *Le v. Zuffa, LLC*, 2:15-cv-1045-BNW (D. Nev.), *see Johnson*, ECF No. 329-6 at Topic 13, subscriber information, ATT_UFCJOHNSON_090595 at -637, and an SMS text log reflecting activity for the period from October 1, 2017 to September 4, 2018, ATT_UFCJOHNSON_080211-ATT_UFCJOHNSON_081261; and

    d. for a telephone number ending in -7084 belonging to Hunter Campbell ("Campbell"), Feb. 5, 2026 Hrg. Tr. at 222:7-224:9; UFC-04746639, an SMS text log reflecting activity for the period from October 1, 2017 to December 1, 2025, ATT_UFCJOHNSON_024995-ATT_UFCJOHNSON_029004.

6. A declaration supplied by AT&T attests that the records AT&T produced were generated and maintained by AT&T in the ordinary course of business. *See* Ex. A.

7. The records AT&T produced are too voluminous to be conveniently examined in court in either paper or electronic form, as they span over 100,000 pages and comprise over 500 megabytes of data.

8. I prepared the following exhibits by reviewing the underlying AT&T records corresponding to White's -1092, -0682, and -3127 numbers, and Campbell's -7084 number:

    a. A Chart: "Texts Between White and Campbell's -1109 and -7084 Line: 2017-2025";

    b. a Chart: "Texts Between White and Batchvarova: 2017-2025";

    c. a Chart: "Campbell's -7084 Line: Communications with Fighter Representatives": and

    d. a Chart: "White's Communications: Oct. 1, 2017-July 3, 2020 and May 20, 2022-Nov. 14, 2024."

9. The above-mentioned exhibits accurately reflect the contents of the underlying telephone records produced by AT&T.

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration is executed at Philadelphia, Pennsylvania on February 25, 2026.

                               */s/ Jeremy Gradwohl*
                               Jeremy Gradwohl

# EXHIBIT A

4497651 KEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF RECORDS CUSTODIAN REGARDING SUBPOENA DIRECTED TO AT&T CORP.** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:25-cv-914-RFB |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946

DECLARATION OF RECORDS CUSTODIAN (AT&T)

CONFIDENTIAL                                    ATT_UFCJOHNSON_100358

I, __Keivandra Lang__, the __Custodian of Records__ at AT&T Corp., am designated to address the Subpoena Duces Tecum ("Subpoena"), and declare as follows:

1. A thorough review of all files was conducted to produce all documents requested in the Subpoena.

2. After conducting a complete review of our files, the documents produced represent a complete set of the documents requested. No documents within the scope of the subpoena have been destroyed or withheld.

3. The requested records are being produced as they are kept in the normal course of AT&T Corp.'s business.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my information and belief. EXECUTED at __North Palm Beach, FL__, this __12th__ day of __January__, __2026__.

[City]   [State]

_Signature_

Keivandra Lang
Print Name

EDWIN TABARES
Notary Public - State of Florida
Commission # HH 384401
My Comm. Expires Apr 9, 2027
Bonded through National Notary Assn.

1

CASE NOS. 2:21-CV-1189; 2:25-CV-914; 2:25-CV-946
DECLARATION OF RECORDS CUSTODIAN (AT&T)

CONFIDENTIAL   ATT_UFCJOHNSON_100359