IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>    Defendants. | No.: 2:21-cv-01189-RFB<br><br>**CERTIFICATE OF SERVICE** |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>    Defendants. | No.: 2:25-cv-00946-RFB |

The undersigned hereby certifies that the foregoing to Plaintiffs' Motion for Sanctions Pursuant to Federal Rules of Civil Procedure 26 and 37 with all supporting papers was served on February 25, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list. The documents filed under seal were subsequently served on the appropriate counsel of record via electronic mail.

/s/ Michael Dell'Angelo