Joseph R. Saveri (*Pro Hac Vice*)
Christopher K.L. Young (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
Itak Moradi (*Pro Hac Vice*)
T. Brent Jordan (*Pro Hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile:  (415) 315-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**PLAINTIFFS' MOTION TO STRIKE EXHIBITS A & B FILED WITH DOMINANCE'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DOMINANCE MMA, LLC SHOULD NOT BE HELD IN CONTEMPT FOR DEFYING THE COURT'S PRIOR ORDER ECF NO. 245** |

1  Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") hereby
2  move this Court to strike Exhibits A and B filed in support of Dominance's Opposition to Plaintiffs'
3  Application for an Order to Show Cause, ECF No. 445, on the following grounds.
4  First, the proffered exhibits do not comport with Local Rule IC 2–2 (Filer Responsibilities
5  when Electronically Filing Document), as they are incorrectly filed as part of the base document.
6  Accordingly, the exhibits are not submitted with an accompanying declaration attesting to their
7  authentication, origination, contents, or features, nor are they in a manner of writing such that they
8  constitute a part of the official record. *See* Fed. R. Civ. P. 7(b)(1); L.R. IC 1–1(e) (". . . electronic
9  files constitute the court's official record. The clerk will not maintain a hard copy of documents once
10 the documents are electronically filed.")
11 Second, the proffered Exhibits do not comport with Local Rule IA 10–3 [Exhibits],
12 subsections (c), (d), or (g), governing format of exhibits.

Dated: February 27, 2026

Respectfully submitted,

*/s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
T. Brent Jordan (*pro hac vice)*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:(415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

|   |   |
|---|---|
| 1 | Eric L. Cramer (admitted *pro hac vice*) |
| 2 | Michael Dell'Angelo (admitted *pro hac vice*) |
|   | Patrick F. Madden (admitted *pro hac vice*) |
| 3 | **BERGER MONTAGUE, P.C.** |
|   | 1818 Market Street, Suite 3600 |
| 4 | Philadelphia, PA 19103 |
|   | Telephone: (215) 875-3000 |
| 5 | Facsimile: (215) 875-4604 |
| 6 | ecramer@bm.net |
|   | mdellangelo@bm.net |
| 7 | pmadden@bm.net |

Joshua P. Davis (admitted *pro hac vice*)
**BERGER MONTAGUE, P.C.**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile: (215) 875-4604
jdavis@bm.net

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
1100 New York Avenue, N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle Pozan (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com

*Counsel for Plaintiffs Kajan Johnson and Clarence Dollaway and the Proposed Class*

Michael J. Gayan
**CLAGGET & SYKES**
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Facsimile: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson and Clarence Dollaway and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on February 27, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                          */s/ Joseph R. Saveri*
                                          Joseph Saveri
                                          JOSEPH SAVERI LAW FIRM, LLP