# EXHIBIT C

| | |
|---|---|
| **From:** | Max Shapiro (LA) |
| **To:** | Michael Dell"Angelo; Patrick F. Madden |
| **Cc:** | Eric L. Cramer; Joseph Saveri; Richard A. Koffman; Daniel Silverman; Itak Moradi; Danny Gifford; Emily Marcus; Jeremy Gradwohl; Kyle Jacobsen; Mike Gayan; Kyle J. Pozan; Joe Bruckner; Chris Yates (Bay Area); wisaacson@dirllp.com; Aaron Chiu (Bay Area); jcw@cwlawlv.com; Joseph Axelrad (LA); jphillips@dirllp.com; Danielle Leneck (LA); Clayton Wiggins (DC); Hanna Nunez Tse (Bay Area); Quinlan Cummings (LA); willsears@quinnemanuel.com; Maaren Shah; kristintahler@quinnemanuel.com; Jesus (Robert) Medina-Garcia (LA); bcabranes@dirllp.com; My Ngo (SF) |
| **Subject:** | RE: UFC - Further Document Search Protocol Proposal |
| **Date:** | Monday, March 23, 2026 12:48:54 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | 2026-03-23 Def."s Counter Proposal Terms(169725606.2).xlsx |

Counsel,

As previewed, attached is the hit report applying Defendants' counterproposal search terms. Defendants applied their counterproposal search terms against the same custodians and sources listed in Defendants' January 28, 2026 email to Plaintiffs, limited to a time period of July 1, 2017 through December 31, 2024.

While Defendants are always willing to confer to cooperatively address discovery disputes, the nearly four thousand search terms offered by Plaintiffs make any term-by-term engagement near impossible.  Rather than construct a new list of Defendants' terms, Defendants have taken the terms offered by Plaintiffs and proposed reasonable cuts or revisions to over-inclusive terms that result in irrelevant hits.  Any notion that Defendants must undergo a detailed review to prove that certain terms Plaintiffs proposed are overbroad is baseless.  As just one example, it does not require a specific review of documents to argue Plaintiffs' proposed terms "Jones", "Hernandez", and "Ali"—each of which result in more than one million hits—are not proportional.  If Plaintiffs maintain their position that they are unwilling to change their proposal absent a particularized explanation for all edits to their proposed terms, Defendants are happy to raise the issue with the Court.

To the extent Plaintiffs are willing to engage with Defendants' counterproposal terms, Defendants propose that Plaintiffs provide proposed revisions to Defendants' terms by **EOD tomorrow**, so that Defendants can have a hit report run and share it with Plaintiffs in advance of Thursday's filing.

With respect to the Thursday filing, Defendants will agree to the three-page limit set out in your email from last week.  In light of the delays with Defendants' discovery database over the weekend, Defendants would also be amenable to a Friday filing to afford additional time to negotiate and run search terms.  Please let us know on which day Plaintiffs intend to file.  As

with previous JSRs, Defendants will plan for an exchange at 10 a.m., then at 2 p.m., and then for Plaintiffs to file.

Thank you,
Max

**Max A. Shapiro**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5418

---

**From:** Hanna Nunez Tse (Bay Area) <Hanna.NunezTse@lw.com>
**Sent:** Saturday, March 21, 2026 8:58 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Jesus (Robert) Medina-Garcia (LA) <Robert.Medina-Garcia@lw.com>; Joseph Axelrad (LA) <Joseph.Axelrad@lw.com>; Aaron Chiu (Bay Area) <Aaron.Chiu@lw.com>; Chris Yates (Bay Area) <Chris.Yates@LW.com>; wisaacson@dirllp.com; jphillips@dirllp.com; Adam Peterson (LA) <Adam.Peterson@lw.com>; jcw@cwlawlv.com; Danielle Leneck (LA) <Danielle.Leneck@lw.com>; Clayton Wiggins (DC) <Clayton.Wiggins@lw.com>; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Quinlan Cummings (LA) <Quinlan.Cummings@lw.com>; Max Shapiro (LA) <Max.Shapiro@lw.com>; My Ngo (SF) <My.Ngo@lw.com>; willsears@quinnemanuel.com; Maaren Shah <maarenshah@quinnemanuel.com>; kristintahler@quinnemanuel.com
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel,

Please find attached a revised hit report applying Plaintiffs' March 16 modifications to the search terms—the prior version included a run error. Additionally, attached is a hit report applying the Plaintiffs' search terms, including the proposed March 16 modifications, to the below custodians. As we continue ingesting new data, we will update the hit report accordingly.

Acosta, Albert
Arias, Ozzie
Barboza, Tony
Durand, Nichole
Genauer, Rami

Goessing, Christoph

Hall, Krista

Harris, Reed

Kapral, Shane

Krauss, Seth

Provino, Chris

Shin, Jonathan

Stuckenberg, Brandon

Sullivan, Crowley

Yoshingaga, Chika

Zombolas, Nick

Zussman, Sam


Best,
Hanna


**Hanna Nunez Tse**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8153
Email: hanna.nuneztse@lw.com
https://www.lw.com

---

**From:** Nunez Tse, Hanna (Bay Area)
**Sent:** Friday, March 20, 2026 6:48 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Medina-Garcia, Robert (LA) <Robert.Medina-Garcia@lw.com>; Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; wisaacson@dirllp.com; jphillips@dirllp.com; Peterson, Adam (LA) <Adam.Peterson@lw.com>; jcw@cwlawlv.com; Leneck, Danielle (LA) <Danielle.Leneck@lw.com>; Wiggins, Clayton (DC) <Clayton.Wiggins@lw.com>; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Cummings, Quinlan (LA) <Quinlan.Cummings@lw.com>; Shapiro, Max (LA) <Max.Shapiro@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel,

Please find attached Defendants' hit report applying Plaintiffs' March 16 modifications to the search terms.

Moreover, Defendants are diligently working on running their counterproposal search terms and will provide a hit report as soon as available.

Best,
Hanna


**Hanna Nunez Tse**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8153
Email: hanna.nuneztse@lw.com
https://www.lw.com

---

**From:** Patrick F. Madden <pmadden@bergermontague.com>
**Sent:** Monday, March 16, 2026 6:02 PM
**To:** Medina-Garcia, Robert (LA) <Robert.Medina-Garcia@lw.com>; Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; wisaacson@dirllp.com; jphillips@dirllp.com; Peterson, Adam (LA) <Adam.Peterson@lw.com>; jcw@cwlawlv.com; Nunez Tse, Hanna (Bay Area) <Hanna.NunezTse@lw.com>; Leneck, Danielle (LA) <Danielle.Leneck@lw.com>; Wiggins, Clayton (DC) <Clayton.Wiggins@lw.com>; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Cummings, Quinlan (LA) <Quinlan.Cummings@lw.com>; Shapiro, Max (LA) <Max.Shapiro@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel:

Plaintiffs are disappointed that Defendants continue to be unwilling to engage in the cooperative process required to reduce Defendants' review burden by tailoring search terms to discriminate between the responsive and non-responsive documents in Defendants' collection. That Defendants would not even share their proposal until after Plaintiffs make their final proposal further evidences the problem with Defendants' position. If Defendants had a valid proposal (or even individually valid search term edits), it would have made sense to share such proposal with Plaintiffs so that Plaintiffs could consider it in making Plaintiffs' final proposal. Instead, Defendants have made clear their intent to sandbag Plaintiffs with a belated proposal that merely seeks to reduce Plaintiffs' terms without connecting the proposed cuts to any demonstrated issues with hits on non-responsive documents.

Defendants' apparent intention to indiscriminately cut Plaintiffs' proposal without a real, transparent effort to narrow Plaintiffs' proposal based on the non-responsive documents Plaintiffs' proposal may hit is unreasonable. That unreasonableness is both heightened and made obvious by the fact that Zuffa engaged in a cooperative process in the *Le* case whereby the parties jointly worked to eliminate non-responsive hits. Plaintiffs cannot force Defendants to engage in the appropriate transparent and cooperative process, but Plaintiffs will not agree to any proposal Defendants make without insight into what specific issues Defendants take with Plaintiffs' proposal based on demonstrated instances of potential overbreadth where Plaintiffs' terms are pulling a significant volume of non-responsive hits. Merely pointing to abstract problems (e.g., Defendants' prior claims that Plaintiffs use common names without limiters) without showing that such purported problems actually result in hits on significant volumes of non-responsive documents (particularly in the absence of information as to the degree of the terms' hits on responsive documents) is insufficient to show that Plaintiffs' terms are overbroad. Plaintiffs will not change their proposal based on such unsubstantiated and abstract purported problems.

Moreover, Plaintiffs do not agree to limit the March 26 filing to two pages per side. By March 26, Plaintiffs believe the parties should be able to state with some specificity what issues remain. Plaintiffs propose each side take no more than three pages to set forth their take on the search term progress. While it would be desirable for the parties to approach the Court with a resolution following further discussions on April 14, given Defendants' apparent position that they will not agree to anything unless it is less than whatever Plaintiffs request, there cannot be a mutually agreed resolution. If that changes, Defendants should let us know. Otherwise, Plaintiffs believe three pages per side for the current state is appropriate.

That said, as agreed, Plaintiffs make the following final search term proposal. For clarity, Plaintiffs again include the entirety of the proposal, with the prior elements in normal font and the additions in **bold**. Please note that, to the extent any of Plaintiffs' additional custodians are

determined to be appropriate for producing documents, such custodians may be added to the groups in the Second, Third, Tenth, and Eleventh Proposal Elements.

-

_First Proposal Element_**:** As noted in the January 30, 2026 Joint Status Report (at 5, n.5), Plaintiffs' prior proposal includes two terms targeted at the UFC's broadcast deals. These two terms are:

- (Broadcast* OR stream* OR Pay-per-view OR PPV OR pay per view OR media) W/25 (deal OR agreement OR Contract OR meet* OR rights)
- (ESPN OR BAMTech OR Disney OR Prime OR Amazon OR Disney OR paramount* OR fox OR DAZN OR Netflix OR NBC* OR HBO OR Cox OR Comcast OR Xfinity OR Time Warner OR Viacom) W/40 (negotiat* OR deal OR agreement OR Contract OR meet* OR media rights)

Plaintiffs understand from their conversation with Defendants on March 3, that Defendants have central files that contain materials relating to _both_ consummated and unconsummated broadcast deals and the negotiations thereof since July 1, 2015. Thus, Plaintiffs propose to table the above two terms as well as the additional **three** terms below that relate to such deals:

- distribut* W/65 (UFC AND (event OR fight OR program OR broadcast OR (fighter W/10 rank) OR champion* OR title OR contend*))
- ((distribution OR license) W/5 (deal OR contract OR agreement))
- **(Broadcast* OR Distrib* OR Pay-per-view OR PPV OR pay per view OR media rights OR negotiat* OR deal OR agreement OR Contract OR meet*) W/30 (TVA OR Spectrum OR Showtime OR showtimeseg OR Spike OR G4 OR Bravo OR Dish OR DirectTV OR DirecTV)**

_Second Proposal Element_**:** Plaintiffs have proposed a handful of terms relating to key UFC fighters and industry persons as well as terms relating to specific elements of Plaintiffs' claims that Plaintiffs cannot forgo. However, Plaintiffs believe that Defendants' overbreadth contentions can be mitigated by restricting the custodial collections against which these terms are run. As a result, Plaintiffs propose to run these search terms only against the following custodial files: (1) Dana White; (2) Hunter Campbell; (3) Mick Maynard; (4) Sean Shelby; (5) Tracy Long; (6) Denitza Batchvarova; (7) Ari Emanuel; (8) Patrick Whitesell; (9) Mark Shapiro. These individuals are responsible for business strategy for the three defendants and/or fighter negotiations, matchmaking, compensation, and/or contracting for the UFC. **Please note that where a term includes both the term below and other terms, _e.g._, we propose to include "Ramos" in this set but not "Ramon OR Ramona," the omitted portion of the term should remain in the main search term set and the included portion should be**

**run against only this group.** The fighter name terms for this proposal are:

- (Kevin OR Lee OR Andrea) W/25 (Dominance OR release OR Martin OR cut OR terminat* OR manager OR agent OR represent* OR resign* OR re-sign OR (let W/2 go) OR negot* OR releas* OR ditch OR fuck OR UFC)
- Jones
- Rose
- Evans
- Amanda
- Jackson
- Hernandez
- Charles
- Israel
- Chandler
- Davis
- Johnson
- Andre
- Graham
- Silva (==NOTE THAT BELOW PLAINTIFFS PROPOSE TO TIME-LIMIT SILVA TO JULY 1, 2017==)
- Derek OR Derrick
- Bob OR Crazybobcook
- Alexandr OR Alexandre OR Alexander
- Pat OR Pati OR Paddy OR Patrik OR Patty
- Randy
- Luke OR Lucas OR Luca OR Lutkus OR Lukasz OR Lucasz OR Luque
- Connor OR Conor
- Oscar OR Oskar
- Raquel
- Robbie
- Hunt
- Jimmy OR Jimmie
- Carlos
- Thompson
- Paulo
- **Joanna OR Joanne**
- **Michele**
- **Kamaru**
- **Rakic**

- **Romero**
- **Matthews**
- **Santos**
- **Garbrandt**
- **Nate OR Nathan\***
- **Zhang OR Weili**
- **Till**
- **Holly**
- **Joshua**
- **Anderson**
- **Geoff OR Geoffrey**
- **Costa**
- **DJ**
- **Ciryl**
- **Mackenzie**
- **Ramos**
- **Mitchell**
- **Dustin**
- **McGregor**
- **Jonny OR Johnny OR Johnathan OR Johnathon OR Jonathon**
- **Francis**
- **Gane\***
- **Cruz**
- **Darren OR Darin OR Deron**
- **Jury**
- **Covington**
- **Dias OR Diaz**
- **OSP**
- **Bisping**
- **Mohammad OR Mohammed OR Muhammad OR Muhammed**
- **Glover**
- **Edgar**
- **O'Malley**
- **Cormier**
- **Holloway**
- **Moreno**
- **Notorious**
- **Strickland**
- **Josh**

- **Ali**
- **Marcus OR Markes OR Markus**
- **Sterling or Stirling**
- **Henry**
- **Rhonda OR Ronda**
- **Brady**
- **Leon**
- **Pena**
- **Mauricio**
- **Edson**
- **Cory**
- **Quest OR Team Quest**
- **Tyson**
- **Alvarez**
- **Rousey**
- **Randy**
- **Holland**
- **Corey**
- **Ferguson**
- **Colby**
- **Gilbert OR Gilberto**
- **Brutal**
- **Cowboy**
- **Correia**
- **Magomed**
- **Daukaus**
- **Lemos**
- **Kattar**
- **Tate**
- **Jedrzejczyk**
- **Nurmagomedov**
- **Tatiana**
- **Barber**
- **Blachowicz**
- **Spider**
- **Stephens**
- **Miracle**
- **Johns**
- **Moraes**

- **TJ**
- **Usman**
- **Reyes**
- **Paige**
- **Cody**
- **Bones**
- **Oliveira**
- **Chambers**
- **Aldo**
- **Joaquin**
- **Barnett**
- **Choi**
- **Rockhold**
- **Whittaker**
- **Weidman**
- **Gustafsson**
- **Cyborg**
- **Miocic**
- **Uriah OR Urijah**
- **Andrei**
- **Teixeira**
- **Shogun**
- **Volkanovski**
- **Andrade**
- **Rothwell**
- **Raging***
- **Cerrone**
- **BMF**
- **Igor**
- **Faber**
- **Preux**
- **Aljamain**
- **Maia**
- **Gambit**
- **Georges**
- **Khabib**
- **Mickey**
- **Mayweather**
- **Nunes**

- **Stipe**
- **Cub**
- **Kelvin**
- **Marlon**
- **Maycee OR Macy**
- **Fedor**
- **Woodley**
- **Julianna OR Juliana**
- **Aspinall**
- **Swanson**
- **Zombie**
- **Marques OR Marquez**
- **Nogueira OR Nog**
- **Lawler**
- **Cain**
- **Guido OR Guida**
- **Adesanya**
- **Irene OR Irina**
- **Paddy**
- **Ortega**
- **Rogerio**
- **Valentina**
- **Kennedy**
- **Shevchenko**
- **Dariush**
- **Miesha**
- **Assuncao**
- **Esparza**
- **Oezdemir**
- **Fiziev**
- **Namajunas**
- **Brunson**

The other element-specific terms are:

- Exclusive
- Exclusivity
- Main Event
- Ice OR icing

- **(redlin\* OR revis\* OR mark up OR mark-up) AND (promo\* OR Bout)** ==**[NOTE PLAINTIFFS PROPOSE AN ALTERATION TO THIS TERM IN THE FOURTH PROPOSAL ELEMENT TO MAKE IT: (redlin\* OR revis\* OR mark up OR mark-up) AND (promotion\* OR Bout)]**==
- **(sunset OR terminate OR expire OR limit OR end) W/20 (agreement OR contract OR deal)**
- **Bench\***
- **Lion\***
- **Eagle OR EFC**
- **K1 OR K-1**
- **Glory**
- **K2**

*Third Proposal Element*: Other standalone fighter names and references and industry personnel also appear to generate a higher-than-expected volume of unique documents. As a result, Plaintiffs proposed to apply these terms only to the following custodians who have been involved with the UFC's fighter negotiations, matchmaking, compensation, and/or contracting: (1) Dana White; (2) Hunter Campbell; (3) Mick Maynard; (4) Sean Shelby; (5) Tracy Long. **Please note that where a term includes both the term below and other terms, *e.g.*, we propose to include "Garcia" in this set but not "garciafernie OR garciafire99," the omitted portion of the term should remain in the main search term set and the included portion should be run against only this group.** The terms subject to this proposal are:

- Josh
- Fernandez
- Allen
- Brad
- Jessica
- Courtney OR Cortney
- Christopher
- Julie
- Ashley
- Tyler
- Jose
- Lauren
- Robinson
- Karen
- Jake

- Martinez
- Carpenter
- Barry
- Walter
- Jay
- Douglas
- Jeffrey
- Petersen OR Peterson
- Stewart
- Foster
- Ivan
- Gonzalez
- "The Problem"
- Torres
- Darrick
- AJ OR "A.J."
- "Custom Made"
- Brunno OR Bruno OR Bruna
- Zhu
- Hardy
- Rick OR Ricky OR Ricci
- Khan
- Abu
- Cortes OR Cortez
- Danny
- Chase
- Sanchez
- Isabelle OR Isabel OR Isbell
- Hughes
- Todd
- Diego
- Casey
- Nolan
- Stephanie
- Lisa
- Emily
- Aspen
- "The Gift"
- "A-Train"

- Sascha
- Jeremy OR Jeremiah
- Julian
- Samuel OR Samantha
- Elise
- Warren
- "The Great"
- Erin
- Drew
- Aaron
- "The Answer"
- Klein OR Kline
- Tank
- Perez
- Gordon
- **Garcia**
- **Gavin**
- **Philip OR Philipe OR Phillip OR Phillipe OR Phillips**
- **Dylan**
- **Curran**
- **Ian**
- **Suarez**
- **Jamie**
- **Walker**
- **Lloyd**
- **Hot Sauce**
- **Bulldog**
- **The Animal**
- **Rico**
- **Melissa**
- **Clutch**
- **The Kid**
- **Erik**
- **Aquaman**
- **Chelsea**
- **Struve**
- **Jalin**
- **Aldana**
- **Ponzinibbio**

- **Cutelaba**
- **Megan**
- **Gagnon**
- **Sniper**
- **Hooker**
- **Ruthless**
- **Erin**
- **The Gentleman**
- **Grim**
- **Hawes**
- **Gabriel\* OR Gabi**
- **Laura**
- **Denis OR Dennis**
- **Meek**
- **Greene**
- **Alejandro**
- **Galore**
- **Ross**
- **Gamrot**
- **Movsar**
- **Tsarukyan**
- **Evloev**
- **Blanchfield**
- **Marcel OR Marcelo**
- **Bennett**
- **Krylov**
- **Luiz**
- **Dominguez**
- **Dwight**
- **Hulk**
- **McLaren**
- **Julia**
- **Jandiroba**
- **KB OR K.B.**
- **Brett**
- **Bueno**
- **Hubbard**
- **Myles**
- **Vinicius**

- **Mendes**
- **Kara-France**
- **Prodigy**
- **Dynamite**
- **Vitamin D**
- **Claudio**
- **Lethal**
- **Raul**
- **Ferreira**
- **Lim**
- **Savage**
- **Trey**
- **Omar**
- **Gibson**
- **Predator**
- **Alberto**
- **Miranda**
- **Oliver**
- **Benitez**
- **Ion**
- **Ji**
- **Lori**
- **Holmes**
- **Guitierrez**
- **Rosa OR Rosas**
- **Wellington**
- **Rivera**
- **Tuivasa**
- **Handsome**
- **Chikadze OR Chikedze**
- **Sousa OR Souza**
- **Fred**
- **Mitch**
- **Perry**
- **Springer**
- **Luis**
- **Lopes OR Lopez**
- **Bullet**
- **Liz**

- **Brendan**
- **Danielle**
- **Weaver**
- **Tanner**
- **Denise**
- **Alonso**
- **Turner**
- **Kyle**
- **Godzilla**
- **Rodrigo**
- **Parisian**
- **Superman**
- **Rios**
- **Alessio**
- **Murphy**
- **Nelson**
- **Henry**
- **Crispy**
- **Du**
- **Bobby**
- **Mason**
- **Jean**
- **Billy**
- **Crystal**
- **Parker**
- **Vanessa**
- **Monte OR Monty OR Montie OR Montey**
- **Barlow**
- **Shannon**
- **Alexa**
- **Vera**
- **Butcher**
- **Trailblazer**
- **Castiron OR Cast Iron**
- **Mota OR Motta**
- **Vicious**
- **Gamer**
- **Manuel**
- **Carla**

- **Murray**
- **Fernando**
- **Wolf**
- **Meyer**
- **Hannah**
- **C.J. OR CJ**
- **Morales**
- **Dawson**
- **Rodrigues OR Rodriguez**
- **Simpson**
- **Mara**
- **Beck**
- **Giles**
- **Blessed**
- **Eldar* OR Elder**
- **Albert**
- **Niklas OR Nikolas OR NikolAy OR Nik OR Niko OR Nico OR Nicco OR Nicolau OR Nickal OR Nicolas OR nikolasmottamma OR niklas@ctrlmstr.com OR d.nicolas OR nicolasdalby OR nikoprice56 OR niccomontano**
- **The Heat**
- **Bo**
- **Kang**
- **Rubenstein**
- **Gomes OR Gomez OR Gomis OR Gomi**
- **Prince**
- **Tucker**
- **Hurricane**
- **Gillian**
- **Eddie**
- **Bang**
- **Wang**
- **The Legend**
- **The Messenger**
- **Lord**
- **Fiona**
- **Sergei OR Sergey OR Serghei**
- **Ruby**
- **Nightmare**

- **The Gun**
- **Big Money**
- **Lance**
- **Swift**
- **Alessandro**
- **Bradley**
- **Ricardo**
- **Razor**
- **Rockstar**
- **Kai OR Kaiwen**
- **Yi**
- **Haddon**
- **Jenkins**
- **Karl**
- **Jacob**
- **Slick**
- **Sting**
- **Jasmine**
- **Nelson**
- **Trevin**
- **Ruiz**
- **Kirk**
- **Ange OR Angel OR Angela**
- **Ahmad**
- **Roberts**
- **Rafa OR Rafael OR Raphael**
- **Parkin**
- **Blake**
- **5 Star OR Five Star OR 5-Star OR Five-Star**
- **Killer**
- **Fish**
- **Spencer**
- **Hooper**
- **Kelley**
- **Jhouse**
- **Fiorot**
- **Singh**
- **Maurice**
- **Leo**

- **JJ**
- **Li**
- **Murray**
- **Timothy**
- **Waters**
- **Garry**
- **Cameron**
- **Khaos OR Chaos**
- **Wade**
- **Collin OR Colin**
- **Matrix**
- **Tommy**
- **Porter**
- **Montana**
- **Dakota**
- **Cunningham**
- **Marvin**
- **Lenny**
- **Carl**
- **Owen**
- **Salvador**
- **O'Brien**
- **Trevor**
- **Tucker**
- **Michal OR Michel**
- **Vicente**
- **Dragon**
- **Roman**
- **Shore**
- **Anton**
- **Wright**
- **Rowe**
- **Maria**
- **Knight**
- **Chan**
- **Butler**
- **Levi OR Levy**
- **Amir**
- **Mario**

- **Kara**
- **Fran**
- **Powell**
- **Rubin**
- **Preston**
- **Harrison**
- **Funky**
- **Castro**
- **Bono**
- **Reese OR Rhys OR Reece**
- **Daniela**
- **Freeman**
- **Val**
- **Cynthia**
- **Kurt**
- **Wu**
- **Clarke**
- **Potter**
- **Rocky**
- **Feldman**
- **Stephane OR Stefan OR Stefano**
- **Shelton**
- **Devin**
- **Arnold**
- **Dani**
- **Molina**
- **Fletcher**
- **Evil**
- **Garrett**
- **Pedro**
- **Jesus**
- **Jorge**
- **Malcom**
- **Willis**
- **Almeida**
- **Gerald**
- **Colleen**
- **Leonardo**
- **Marion**

- **Emmett**
- **McGhee OR McGee**
- **Jamal OR Jamall**
- **Jeffrey**
- **Kayla**
- **Arroyo**
- **Miguel**
- **Calvin**
- **Psycho**
- **Ninja**
- **The Brazilian**
- **Cristian**
- **Gore**
- **The Rebel**
- **Tango**
- **Mendez OR Javier**
- **Freestyle**
- **Bryce**
- **Ortiz**
- **Gracie**
- **The Pit**
- **Julio**
- **Desmond**
- **The Beast**
- **Rani OR Raoni OR Ronnie OR Ronny OR ronnietheheat**
- **Ramirez**

*Fourth Proposal Element*: Plaintiffs have analyzed other search term strings and believe they may be capturing non-responsive materials. As a result, Plaintiffs identify the terms at issue and the proposed revision as follows:

- (analys* OR consultant OR report OR review OR white paper OR investigation OR study OR examination OR review OR competit*) W/15 ((martial W/3 art*) OR MMA OR (Combat W/3 Sport*) OR fight* OR market OR share)
  - PROPOSAL: Plaintiffs propose to amend this term to require "UFC" to also appear in the document, making the revised term:
    - UFC AND ((analys* OR consultant OR

report OR review OR white paper OR investigation OR study OR examination OR review OR competit*) W/15 ((martial W/3 art*) OR MMA OR (Combat W/3 Sport*) OR fight* OR market OR share))

- (promotion* OR bout OR fighter OR athlete OR letter) W/15 (rights OR contract OR agreement OR deal)
  - PROPOSAL: Plaintiffs propose to remove "OR letter" from the string, making the revised term:
    - (promotion* OR bout OR fighter OR athlete) W/15 (rights OR contract OR agreement OR deal)

- (sunset OR terminate OR expire OR limit OR end) W/30 (agreement OR contract OR deal)
  - PROPOSAL: Plaintiffs propose to narrow the range of intervening words, making the revised term:
    - (sunset OR terminate OR expire OR limit OR end) W/20 (agreement OR contract OR deal)

- (Kevin OR Lee OR Andrea) W/40 (Dominance OR release OR Martin OR cut OR terminat* OR manager OR agent OR represent* OR resign* OR re-sign OR (let W/2 go) OR negot* OR releas* OR ditch OR fuck OR UFC)
  - PROPOSAL: Plaintiffs propose to narrow the range of intervening words, making the revised term:
    - (Kevin OR Lee OR Andrea) W/25 (Dominance OR release OR Martin OR cut OR terminat* OR manager OR agent OR represent* OR resign* OR re-sign OR (let W/2 go) OR negot* OR releas* OR ditch OR fuck OR UFC)

- **distribut* W/65 (UFC AND (event OR fight OR program OR broadcast OR (fighter W/10 rank) OR champion* OR title OR contend*))**
  - **PROPOSAL: Plaintiffs propose to narrow the range of intervening words based on the tabling of related issues in the First Proposed Element and eliminate**

certain of the terms, making the revised term:
- **distribut\* W/40 (UFC AND ((fighter W/10 rank) OR champion\* OR title OR contend\*))**

- **"(redlin\* OR revis\* OR mark up OR mark-up) AND (promo\* OR Bout)."**
  - **PROPOSAL: Plaintiffs propose to change "promo\*" to "promotion\*" making the revised term:**
    - **"(redlin\* OR revis\* OR mark up OR mark-up) AND (promotion\* OR Bout)."**

*Fifth Proposal Element*: Plaintiffs suspect that the term "Nakisa or Bidarian" may be capturing a significant volume of materials relating to Bidarian's employment at the UFC. Plaintiffs propose to apply this search term exclusively to documents dated after January 1, 2020.

Relatedly, Plaintiffs suspect that the term "Silva" may be capturing custodial materials relating to custodian and former matchmaker Joe Silva during his time at UFC. Plaintiffs propose to apply "Silva" as a search term exclusively to documents dated after July 1, 2017.

*Sixth Proposal Element*: in Plaintiffs' review of existing productions, it appears that the term "Cowan" is likely capturing a substantial volume of materials relating to a specific UFC employee that are not necessarily relevant to this case. As a result, Plaintiffs propose to remove "Cowan" from the search term proposal.

**Similarly, we believe "Brianna" may be hitting on materials relating to a UFC employee and thus propose to withdraw and remove the term "Brianna" from the proposal.**

*Seventh Proposal Element*: Plaintiffs propose to eliminate the term "Media rights AND UFC." This term added nothing to the review volume because it was entirely subsumed within one of the broadcast agreement terms Plaintiffs propose to table. Eliminating the term from the proposal is consistent with the first revision listed above.

*Eighth Proposal Element*: Plaintiffs propose to eliminate a few additional terms that appear

to overlap with other terms (including terms we are otherwise trying to narrow) while adding little benefit. Thus, Plaintiffs propose to eliminate the following terms as well:

- Paddy
- "Michael Johnson"
- "Ricky Simon"
- "Evans-Smith"
- "Miles Johns"
- **"Russian Ronda"**
- **"Gabriella"**

Relatedly, Plaintiffs note that "Derrick" is a standalone term in two places. Plaintiffs had a search term "Derrick OR lderrick37" as well as a term aggregating various spellings of the name (e.g., Derek, Derrick, Darrick). Plaintiffs have proposed narrowing the various spellings of Derrick above, and propose to drop "Derrick" from the term "Derrick OR lderrick37" so as to achieve the benefits of the proposed narrowing.

**Similarly, there are two term entries that include the standalone term "Ronda." There's "Randa OR Ronda OR stephanierondabjj" and there's "Rani OR Raoni OR Ronnie OR Ronny OR ronnietheheat OR Rhonda OR Ronda." In the Second Proposal Element, Plaintiffs propose pulling out "Rhonda OR Ronda" from the latter term. Plaintiffs propose here to remove "OR Ronda" from the term "Randa OR Ronda OR stephanierondabjj," making that term "Randa OR stephanierondabjj."**

**There are also two term entries with the name "Javier": "Javier OR javierskillsetmgmt" and "Mendez OR Javier." We propose to limit the latter term in the Third Proposal Element. We propose further to remove "Javier" from "Javier OR javierskillsetmgmt" making that term just "javierskillsetmgmt."**

**We have a term for "redlin* AND (promotion* OR Bout)" as well as a term that we propose to treat in the Second and Fourth Proposal Elements "(redlin* OR revis* OR mark up OR mark-up) AND (promo* OR Bout)." Because these terms overlap entirely, we propose to remove "redlin* AND (promotion* OR Bout)" from the proposal.**

_**Ninth Proposal Element**_: **Plaintiffs propose to eliminate the following terms:**

- **Wonder**
- **Globo**
- **POWERSLAP**
- **Stitch**
- **Sportsnet**

*Tenth Proposal Element*: **Plaintiffs have proposed a handful of terms relating to key financial, corporate, and strategy issues. Plaintiffs believe that Defendants' overbreadth contentions can be mitigated by restricting the custodial collections against which these terms are run. As a result, Plaintiffs propose to run these search terms only against the following custodial files: (1) Dana White; (2) Hunter Campbell; (3) Ike Lawrence Epstein; (4) Andrew Schleimer; (5) Denitza Batchvarova; (6) David Avery; (7) Seth Zaslow; (8) Ari Emanuel; (9) Patrick Whitesell; (10) Mark Shapiro; and (11) Jason Lublin:**

- **J.P. OR JP OR jpmchase.com OR jpmorgan.com**
- **AbuDhabi OR Mubadala OR Flash**
- **Silver Lake OR silverlake.com OR SLP**
- **(barrier\* OR obstacl\* OR obstruction\* OR imped\* OR discourage OR slow OR block OR delay OR deter\* OR prevent\* OR retard\* OR restrain OR stop) W/10 (entr\* OR enter OR compet\* OR foothold OR business OR MMA OR industry OR promot\* OR market OR expan\*)**
- **Goldman OR goldmansachs.com OR GS**
- **((presentation OR prospectus OR proposal OR offer\*) W/10 (acquire OR acquisition OR share\* OR debt OR invest\*)) AND (MMA OR mixed martial arts OR Promoter\* OR promotion\* OR UFC OR TKO OR fight\* OR talent\* OR athlete\* OR bout\* OR event\* OR Promote\*)**
- **((distribution OR license) W/5 (deal OR contract OR agreement))**
- **Attorney General OR AG**
- **(minutes OR agenda OR presentation OR PowerPoint OR slide OR notes OR agreement OR resolution) W/20 (board OR directors OR BOD)**
- **(financial W/3 (report OR data OR results OR statement OR update OR information OR projection))**
- **Kohlberg Kravis Roberts OR KKR OR kkr.com**
- **bankofamerica.com OR bofa.com OR BOA OR BAML**
- **(credit W/3 (assessment OR report OR opinion OR request OR metric))**
- **Citi OR CitiGroup OR citi.com OR Citibank**
- **Barclays OR barclays.com**
- **Secretary of State OR SOS**

- Raine
- morganstanley.com
- HSBC
- RBC OR rbccm.com
- Moody's OR Moody OR Moodys.com
- data room
- Public Investment Fund OR PIF
- FTC
- DOJ
- (department W/3 justice)
- MSD
- (Confidential Information w/3 mem*) OR CIM
- Credit Suisse OR credit-suisse.com
- Merrill Lynch OR ml.com

*Eleventh Proposal Element*: **Plaintiffs have proposed numerous terms that address competition, the relevant markets, Defendants' market power in markets, compensation strategies and comparators, and other business strategy specific to fights and contracting practices. Plaintiffs propose to apply the below terms to only the following individuals: (1) Dana White; (2) Hunter Campbell; (3) Ike Lawrence Epstein; (4) Andrew Schleimer; (5) Denitza Batchvarova; (6) Sean Shelby; (7) Mick Maynard; (8) Tracy Long; (9) Deborah Cook; (10) David Avery; (11) Ari Emanuel; (12) Patrick Whitesell; (13) Mark Shapiro; (14) Jason Lublin; and (15) Seth Zaslow.**

- **(Ultimate Fighting Championship OR UFC OR mixed martial arts OR MMA) W/30 (baseball OR MLB OR basketball OR NBA OR football OR NFL OR WWE OR World Wrestling Entertainment OR boxing OR IBF OR WBA OR WBC OR WBO)**
- **UFC AND ((analys\* OR consultant OR report OR review OR white paper OR investigation OR study OR examination OR review OR competit\*) W/15 ((martial W/3 art\*) OR MMA OR (Combat W/3 Sport\*) OR fight\* OR market OR share))**
- **Apex W/40 (strateg\* OR event OR bout OR fight\* OR agreement OR purpose OR contract OR comp OR gate OR purse OR revenue\* OR cost\* OR expense OR profit\* OR loss\* OR P&L OR balance sheet OR analys\* OR pro forma OR valuation OR apprais\* OR budget OR obligat\*)**
- **(Fight Pass OR fightpass.com) W/25 (content OR strateg\* OR market\* OR sell\* OR analys\* OR perform\* OR project\* OR revenue OR profit OR agreement OR contract OR card)**

- (competitor* OR Competition) AND (MMA OR UFC OR PFL OR promotion OR protmoter OR mixed martial arts OR fight* OR athlete* OR talent*)
- Market W/10 (shar* OR division OR competit* OR positioning OR segment OR target OR challenge)
- (NFL OR NHL OR MLB OR Canadian Football League OR arena League OR CFL) AND (pay OR compensation OR wage OR revenue* OR compensate OR payment OR athlete* OR fighter* OR talent OR structure OR competition OR competitor*)
- (Market OR Compar* OR relative) W/5 (size OR entry OR commerce OR business OR sales OR profit* OR viewers)
- (mobility OR switch* OR move OR fighter compensation) W/40 (impact* OR effect* OR influence* OR result* OR outcome*)
- PPV AND (Bout OR Points OR payment OR compensat* OR pay)
- (compensat* OR pay OR wage*) AND (UFC OR Zuffa OR TKO) AND (fighter* OR talent OR athlete*)
- ((fighter OR promotional OR terms) W/5 (contract OR agreement)) AND (mobil* OR compensat* OR purse OR salar* OR pay OR compet* OR (sign W/10 (promoter OR promotion OR produc*)))
- rank* W/30 (fighter* OR criteria OR factor* OR bout OR headlin* OR consider* OR formula OR FightMatrix OR Fight Matrix OR Tapology OR compen* OR pay OR purse OR salary OR contract OR agreement OR deal OR Re-sign OR extend OR overrated OR underrated OR match* OR event)
- (Comp OR compensation OR purse OR bonus) W/20 (promo* OR bout)
- Minor League OR Triple-A OR Triple A OR AAA
- MVP
- (professional W/2 (sports OR football OR boxing OR mma OR Baseball OR Hockey OR tennis))
- (talent OR athlete* OR fighter*) W/5 (compen* OR earn* OR pay*)
- (match w/10 comp*)
- (salar* OR compensat* OR bonus* OR pay OR payout* OR award* OR reimburse* OR loan OR advance OR fee* OR distribut* OR dividend* OR benefit*) W/3 package
- negotiat* W/25 (promo* OR bout OR contract)
- (compet* W/5 (org* OR Promot* OR league*))
- CID W/5 (request* OR response* OR Government OR justice)
- (retain W/10 (champ* OR fighter* OR athlete* OR talent*))
- confidential information presentation OR CIP
- (competit* W/2 (analysis OR landscape OR positioning))

- (fighter OR athlete) AND (switch OR transition OR move OR leave) AND (UFC OR Zuffa) AND (require* OR obligat* OR term OR prevent)
- (control W/5 (fighter* OR athlete* OR talent* OR content*))
- Fury
- (fighter OR talent OR athlete) W/5 (roster OR analysis OR assessment)
- (contract OR agreement) AND (bind* OR restrict* OR prevent OR block) AND (fighter OR athlete OR talent OR bout)
- (right W/2 match) OR RTM OR matching period OR ((match W/5 offer) AND (contract OR agreement))
- (fight* W/5 (union* OR assoc*))
- (long W/2 term) W/5 (contract* OR agreement* OR deal)
- mercer.com OR (Mercer W/3 (LLC OR US)) OR MarshMcLennan OR (Marsh W/3 McLennan)
- Spearhead
- (market W/10 (power OR MMA))
- (Le OR Fitch OR Quarry OR Vera OR Vazquez OR Kingsbury) W/8 (lawsuit OR case OR action OR litigation OR complaint OR order OR opinion OR filing)
- (long-term OR long term OR (right W/5 offer)) W/10 (bout OR agreement OR contract OR deal)
- ((Endeavor OR EDR) W/10 (distribut* OR produc*)) AND ((UFC OR Zuffa OR TKO) W/10 (fight OR event OR bout OR match))
- (judgment W/3 shar*) OR (joint W/3 (defense OR indemni* OR liab*) OR D&O OR "Directors and Officers")
- (licens* W/10 (athletic commission OR control board))
- ((market W/2 compet*) OR SWOT OR (strength* W/5 weakness* W/5 opportunit* W/5 threat*)) AND (MMA OR mixed martial arts OR Zuffa OR UFC OR TKO)
- (market W/10 (research OR analysis OR evaluation OR assessment OR trend OR insights OR dynamics OR forecast OR projections OR outlook OR growth OR report OR presentation OR SWOT)) AND (MMA OR mixed martial arts)
- (McGregor AND (comp OR compensat* OR gate OR purse OR revenue* OR cost* OR expense OR balance sheet OR profit* OR loss* OR P&L))
- McGregor AND (Mayweather OR Money Team OR Showtime OR CBS OR Viacom OR Paramount OR National Amusements)
- (contract W/2 negotiat*)
- Saudi
- Legacy

- **Graham**
- **Deloitte**
- **Sherman**
- **Elite**
- **Glenn**
- **Vince**
- **FightMetric OR Fight Metric**
- **(promotion\* OR bout OR fighter OR athlete) W/15 (rights OR contract OR agreement OR deal)**
- **Extreme**
- **Cage Warriors OR CW OR CWFC**
- **Damon**
- **(exten\* OR toll\*) W/10 (notice OR agreement OR contract)**

**Finally, _Twelfth Proposal Element_: Plaintiffs propose to assert the following term against only the following custodians: (1) Dana White; (2) Hunter Campbell; (3) Ike Lawrence Epstein; (4) Andrew Schleimer; (5) Denitza Batchvarova; (6) Deborah Cook; (7) Craig Borsari; (8) Peter Dropick; (9) David Shaw; (10) David Avery; (11) Ari Emanuel; (12) Patrick Whitesell; (13) Mark Shapiro; (14) Jason Lublin; and (15) Seth Zaslow.**

- **UFC AND (produc\* W/10 (event OR bout OR fight OR broadcast OR match\* OR cost\* OR expense\* OR PPV OR pay-per-view OR venue OR agreement OR contract))**

If there are any challenges to the hit report running, please let us know.

**Patrick F. Madden** / _Shareholder (He/Him/His)_

📞215.875.3035    📱215.605.3237



📍1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

**From:** Robert.Medina-Garcia@lw.com <Robert.Medina-Garcia@lw.com>
**Sent:** Friday, March 13, 2026 11:00 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Joseph.Axelrad@lw.com;
Aaron.Chiu@lw.com; Chris.Yates@LW.com; wisaacson@dirllp.com; jphillips@dirllp.com;
Adam.Peterson@lw.com; jcw@cwlawlv.com; Hanna.NunezTse@lw.com; Danielle.Leneck@lw.com;

Clayton.Wiggins@lw.com; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Quinlan.Cummings@lw.com; Max.Shapiro@lw.com; My.Ngo@lw.com
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Patrick,

Please find attached a revised hit report applying Plaintiffs' March 9, 2026 modifications. Defendants also answer Plaintiffs' March 9 questions below in blue.

Defendants disagree that any filing regarding the status of the parties' search term negotiations is due March 26. *See* Dkt No. 471. However, to avoid a needless dispute and in the interest of cooperation, Defendants are willing to provide a written update to the Court by that date, limited to no more than two pages per side, summarizing the status of the search term negotiations.

With respect to Defendants' search term counter proposal, we do not agree that basing our proposal on Plaintiffs' terms is improper, nor are we aware of any requirement that Defendants conduct an independent review of documents as a prerequisite for formulating search terms. Nonetheless, to keep this process moving constructively, Defendants will provide their counter proposal and supporting hit report by March 20 as requested.

Please see below for a slightly revised schedule, with changes since our last email noted in red.

| Deadline | Event |
|---|---|
| ~~March 3, 2026~~ | ~~Plaintiffs propose first set of search term modifications~~ |
| ~~March 6, 2026~~ | ~~Defendants provide first modified hit report~~ |
| ~~March 9, 2026~~ | ~~Plaintiffs propose second set of search term modifications~~ |
| ~~March 13, 2026~~ | ~~Defendants provide second modified hit report~~ |
| March 16, 2026 | Plaintiffs propose third set of search term modifications |
| March 20, 2026 | Defendants provide third modified, final hit report |
| March 20, 2026 | Defendants provide counter proposal search terms and hit report |

| March 26, 2026 | Parties submit their positions to the Court regarding their proposed search terms in Joint Status Report to be no longer than two pages per party. |
|---|---|
| April 14, 2026 | Parties submit their positions to the Court in Joint Status Report (as ordered by the Court in Dkt. 471). |

Thanks,

Robert

**Robert Medina**

**LATHAM & WATKINS** LLP

355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560

D: +1.213.891.8572

---

**From:** Patrick F. Madden <pmadden@bergermontague.com>

**Sent:** Thursday, March 12, 2026 6:37 PM

**To:** Medina-Garcia, Robert (LA) <Robert.Medina-Garcia@lw.com>; Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; wisaacson@dirllp.com; jphillips@dirllp.com; Peterson, Adam (LA) <Adam.Peterson@lw.com>; jcw@cwlawlv.com; Nunez Tse, Hanna (Bay Area) <Hanna.NunezTse@lw.com>; Leneck, Danielle (LA) <Danielle.Leneck@lw.com>; Wiggins, Clayton (DC) <Clayton.Wiggins@lw.com>; bcabranes@dirllp.com

**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Cummings, Quinlan (LA) <Quinlan.Cummings@lw.com>; Shapiro, Max (LA) <Max.Shapiro@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>

**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel,

Plaintiffs do not agree to the proposed process set out in Defendants' March 11 email as it is inconsistent with what the parties agreed and proposed to the Court.

Plaintiffs appreciate Defendants' commitment to providing a second modified hit report on March 13, and Plaintiffs can propose the agreed third set of modifications on March 16 as you set out. Plaintiffs further appreciate that Defendants agree to provide the final hit report on

Plaintiffs' proposal by March 20.

Following that process, Plaintiffs believe it is appropriate to abide by the parties' agreement and commitment to the Court to provide an update on the parties' efforts by March 26. Based on the parties' agreement and commitment to the Court and the Court's Order, Plaintiffs believe a joint filing on March 26 to provide the promised update to the Court should be followed by further discussions (assuming the parties do not reach agreement by March 26) and that the parties would then provide a further update to the Court with the April 14 status report.

We note that on December 4, 2025, the Court asked that Defendants provide the type of proposal that your schedule below contemplates. However, Defendants failed to provide what the Court asked necessitating the Court's suggestion that Plaintiffs narrow their search terms following the January 6 and March 3 hearings and the associated agreed processes which the Court endorsed. As a result, Plaintiffs have already exhausted numerous rounds of unilateral cuts with limited visibility into the underlying document set.

Plaintiffs are willing to discuss and consider Defendants' counter proposal, including by incorporating aspects of it into Plaintiffs' forthcoming proposal. However, that requires Defendants to make their counter proposal **now**.  There is no reason for Defendants to wait to disclose their own proposal until after yet another of Plaintiffs' unilateral efforts, unless Defendants' sole goal is just to propose something that is less than what Plaintiffs propose without tethering such proposal to the underlying document set. If Defendants' search terms are merely derived from a cutting down of Plaintiffs' terms and not based on a review of the underlying documents to properly target responsive materials and exclude non-responsive materials, then Defendants' proposal is improper anyway. Please let us know if Defendants intend to review the underlying documents to target responsive materials and to exclude non-responsive materials as part of their new proposal.

If Defendants have a principled set of search terms they believe are appropriate based on the underlying document set, please share them now with a hit report so that Plaintiffs may consider them in Plaintiffs' efforts to craft an appropriate proposal. If Defendants, instead, are just going to propose cutting Plaintiffs' terms, Defendants should make those proposals now as well so that Plaintiffs may consider those proposals for Plaintiffs' final proposal.

Finally, Plaintiffs propose that the March 20, 2026 deadline be the deadline for the final hit report for Plaintiffs' search term proposal and for Defendants' final counter proposal and hit report. If no agreement can be reached, the parties can then prepare a joint filing articulating their positions by March 26, 2026 as promised to the Court and then update the Court again on

April 14 if the parties are able to make any further headway.

If Defendants insist on withholding their search term proposal and hit report, the parties can address that on March 26 in the filing. If Defendants refuse to participate in the previously promised update on March 26, please let us know that as well.

**Patrick F. Madden** / *Shareholder (He/Him/His)*

📞215.875.3035   ▢ 215.605.3237

 

📍1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Robert.Medina-Garcia@lw.com <Robert.Medina-Garcia@lw.com>
**Sent:** Wednesday, March 11, 2026 9:10 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Joseph.Axelrad@lw.com; Aaron.Chiu@lw.com; Chris.Yates@LW.com; wisaacson@dirllp.com; jphillips@dirllp.com; Adam.Peterson@lw.com; jcw@cwlawlv.com; Hanna.NunezTse@lw.com; Danielle.Leneck@lw.com; Clayton.Wiggins@lw.com; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Quinlan.Cummings@lw.com; Max.Shapiro@lw.com; My.Ngo@lw.com
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel,

Thanks for your email.  We anticipate having a revised hit report and answers to your questions by end of week.  As we continue with search term modifications, Defendants propose the following schedule.  Please let us know if Plaintiffs agree.

| Deadline | Event |
|---|---|
| ~~March 3, 2026~~ | ~~Plaintiffs propose first set of search term modifications~~ |
| ~~March 6, 2026~~ | ~~Defendants provide first modified hit report~~ |
| ~~March 9, 2026~~ | ~~Plaintiffs propose second set of search term modifications~~ |
| March 13, 2026 | Defendants provide second modified hit report |

| March 16, 2026 | Plaintiffs propose third set of search term modifications |
| March 20, 2026 | Defendants provide third modified, final hit report |
| March 26, 2026 | Defendants provide counter proposal search terms and hit report |
| April 14, 2026 | Parties submit their positions to the Court in Joint Status Report (as ordered by the Court in Dkt. 471). |

Thanks,

Robert

**Robert Medina**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.8572

---

**From:** Patrick F. Madden <pmadden@bergermontague.com>
**Sent:** Monday, March 9, 2026 1:31 PM
**To:** Medina-Garcia, Robert (LA) <Robert.Medina-Garcia@lw.com>; Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; wisaacson@dirllp.com; jphillips@dirllp.com; Peterson, Adam (LA) <Adam.Peterson@lw.com>; jcw@cwlawlv.com; Nunez Tse, Hanna (Bay Area) <Hanna.NunezTse@lw.com>; Leneck, Danielle (LA) <Danielle.Leneck@lw.com>; Wiggins, Clayton (DC) <Clayton.Wiggins@lw.com>; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Cummings, Quinlan (LA) <Quinlan.Cummings@lw.com>; Shapiro, Max (LA) <Max.Shapiro@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel,

Plaintiffs have reviewed your email and hit report. We have a few questions and some further revisions:

**First**, in Defendants' March 6 email, Defendants state that "as Defendants have ingested data into their workspace since Defendants' last January 28, 2026 hit report (including the entirety

of the electronic Fighter File), the size of the 'main' searchable set has increased[.]" As we understand the current hit report, the "main" searchable set to which it applies includes 9,781,584 documents, whereas the prior searchable set included 9,684,325 documents (reflecting an increase of 97,259 documents). Plaintiffs would like to understand this further:

- Plaintiffs understand Defendants' production of 131,849 documents in Vol 035 to have come from the Fighter Files. Is that accurate? From Defendants' electronic Fighter File, correct.
- Is Defendants' Fighter File Production complete? Defendants' electronic Fighter File, correct.
- Was that production set of 131,849 documents derived from the 136,573 documents on which Plaintiffs' Fighter Files search terms hit (with families)? The production was derived from the entire electronic Fighter File (without search terms). Defendants excluded documents already produced, explaining the delta.
- If the Volume 035 production is a complete production from the Fighter Files, why are those materials in the searchable set at all? Can Defendants' further hit reports omit this segregable population of documents already reviewed and produced? Plaintiffs had yet to specify whether the searchable set should include produced or reviewed documents. Defendants thus indicated at every turn the number of documents reviewed from each searchable set. To avoid confusion, Defendants have excluded documents already produced or reviewed from the March 13, 2026 hit report.
- Defendants appear to suggest that materials other than "the entirety of the electronic Fighter File" have been ingested and included in the searchable set. What other materials have been included? Indeed, on January 29, Defendants reported that the Fighter Files included 91,564 documents that were not otherwise in the searchable set. What accounts for the other ~6,000 documents? To avoid confusion, Defendants have excluded documents already produced or reviewed from the March 13, 2026 hit report. Defendants have ingested a number of documents since the beginning of the parties' January 2026 hit report negotiations, explaining the increase.

**Second**, Defendants' January 28, 2026 hit report showed 3,587 hits for "Custom Made." Yet, Defendants' March 6, 2026 hit report shows 170,110 hits for "Custom Made." What accounts for this dramatic increase in hits for a single term? Plaintiffs have included a revision for that term anyway (see infra) but would like to understand what caused this increase. Defendants' prior hit report considered the word "Made" a stop word, which Defendants' vendor has since adjusted.

**Third**, Plaintiffs seek further understanding as to Defendants' counting of documents that have already been reviewed. Plaintiffs note that the number of "Documents Already Reviewed" decreased over the course of January. The issue may be definitional. When Defendants report "Documents Already Reviewed," is the overall set of documents (for which "Documents Already Reviewed" is a subset) the "main" searchable set or the set comprising the search term hits w/families? For example, between January 9 and January 28, the reported Documents Already Reviewed declined from 321,728 to 319,953. Is that reflective of the reduction in documents hit by Plaintiffs' search term revisions? Or is there another explanation? The likely explanation is that a reduction in hit counts resulted in a reduction of documents reviewed.

**Fourth**, Plaintiffs request clarification of whether the 378,290 documents "Already Reviewed or Produced" as reported in the March 6, 2026 hit report has been deduced from the 6,648,592 "Hits+Family" count or whether the reviewable set is the delta between 378,290 and the 6,648,592 results of the search term proposal. The latter. To avoid confusion, Defendants excluded documents already produced or reviewed from the March 13, 2026 hit report.

**In addition to those questions, Plaintiffs make the following new search term proposal.** This proposal overlaps with the prior proposal, but it is not identical because Plaintiffs have adjusted the proposal to ensure that named Plaintiff "Davis" is also run against the strategy personnel from the prior proposal. Otherwise, all the prior proposals are the same and Plaintiffs restate them here for clarity. All new additions to the prior proposal are in **bold** font, and Plaintiffs highlight the "Davis" change and a few others for clarity:

**First Proposal Element:** As noted in the January 30, 2026 Joint Status Report (at 5, n.5), Plaintiffs' prior proposal includes two terms targeted at the UFC's broadcast deals. These two terms are:

- (Broadcast* OR stream* OR Pay-per-view OR PPV OR pay per view OR media) W/25 (deal OR agreement OR Contract OR meet* OR rights)
- (ESPN OR BAMTech OR Disney OR Prime OR Amazon OR Disney OR paramount* OR fox OR DAZN OR Netflix OR NBC* OR HBO OR Cox OR Comcast OR Xfinity OR Time Warner OR Viacom) W/40 (negotiat* OR deal OR agreement OR Contract OR meet* OR media rights)

**Plaintiffs understand from their conversation with Defendants on March 3, that Defendants have central files that contain materials relating to *both* consummated and unconsummated broadcast deals and the negotiations thereof since July 1, 2015. Thus, Plaintiffs propose to table the above two**

**terms as well as the additional two terms below that relate to such deals:**

- **distribut\* W/65 (UFC AND (event OR fight OR program OR broadcast OR (fighter W/10 rank) OR champion\* OR title OR contend\*))**
- **((distribution OR license) W/5 (deal OR contract OR agreement))**

**Second Proposal Element:** Plaintiffs have proposed a handful of terms relating to key UFC fighters and industry persons as well as terms relating to specific elements of Plaintiffs' claims that Plaintiffs cannot forgo. However, Plaintiffs believe that Defendants' overbreadth contentions can be mitigated by restricting the custodial collections against which these terms are run. As a result, Plaintiffs propose to run these search terms only against the following custodial files: (1) Dana White; (2) Hunter Campbell; (3) Mick Maynard; (4) Sean Shelby; (5) Tracy Long; (6) Denitza Batchvarova; (7) Ari Emanuel; (8) Patrick Whitesell; (9) Mark Shapiro. These individuals are responsible for business strategy for the three defendants and/or fighter negotiations, matchmaking, compensation, and/or contracting for the UFC.  The fighter name terms for this proposal are:

- (Kevin OR Lee OR Andrea) W/40 (Dominance OR release OR Martin OR cut OR terminat\* OR manager OR agent OR represent\* OR resign\* OR re-sign OR (let W/2 go) OR negot\* OR releas\* OR ditch OR fuck OR UFC) **(NOTE THAT PLAINTIFFS PROPOSE TO NARROW THE RANGE *INFRA*)**
- Jones
- Rose
- Evans
- Amanda
- Jackson
- Hernandez
- Charles
- Israel
- Chandler
- **Davis**
- **Johnson**
- **Andre**
- **Graham**
- **Silva (NOTE THAT BELOW PLAINTIFFS PROPOSE TO TIME-LIMIT SILVA TO JULY 1, 2017)**
- **Derek OR Derrick**
- **Bob OR Crazybobcook**
- **Alexandr OR Alexandre OR Alexander**

- **Pat OR Pati OR Paddy OR Patrik OR Patty**
- **Randy**
- **Luke OR Lucas OR Luca OR Lutkus OR Lukasz OR Lucasz OR Luque**
- **Connor OR Conor**
- **Oscar OR Oskar**
- **Raquel**
- **Robbie**
- **Hunt**
- **Jimmy OR Jimmie**
- **Carlos**
- **Thompson**
- **Paulo**

The other element-specific terms are:

- Exclusive
- Exclusivity
- Main Event
- **Ice OR icing**

**Third Proposal Element**: Other standalone fighter names and references and industry personnel also appear to generate a higher-than-expected volume of unique documents. As a result, Plaintiffs proposed to apply these terms only to the following custodians who have been involved with the UFC's fighter negotiations, matchmaking, compensation, and/or contracting: (1) Dana White; (2) Hunter Campbell; (3) Mick Maynard; (4) Sean Shelby; (5) Tracy Long. The terms subject to this proposal are:

- Josh
- Fernandez
- Allen
- Brad
- Jessica
- Courtney OR Cortney
- Christopher
- Julie
- Ashley
- Tyler
- Jose
- Lauren

- Robinson
- Karen
- Jake
- Martinez
- Carpenter
- Barry
- Walter
- Jay
- Douglas
- Jeffrey
- Petersen OR Peterson
- Stewart
- Foster
- Ivan
- Gonzalez
- "The Problem"
- Torres
- **Darrick**
- **AJ OR "A.J."**
- **"Custom Made"**
- **Brunno OR Bruno OR Bruna**
- **Zhu**
- **Hardy**
- **Rick OR Ricky OR Ricci**
- **Khan**
- **Abu**
- **Cortes OR Cortez**
- **Danny**
- **Chase**
- **Sanchez**
- **Isabelle OR Isabel OR Isbell**
- **Hughes**
- **Todd**
- **Diego**
- **Casey**
- **Nolan**
- **Stephanie**
- **Lisa**
- **Emily**

- **Aspen**
- **"The Gift"**
- **"A-Train"**
- **Sascha**
- **Jeremy OR Jeremiah**
- **Julian**
- **Samuel OR Samantha**
- **Elise**
- **Warren**
- **"The Great"**
- **Erin**
- **Drew**
- **Aaron**
- **"The Answer"**
- **Klein OR Kline**
- **Tank**
- **Perez**
- **Gordon**

**Fourth Proposal Element**: Plaintiffs have analyzed other search term strings and believe they may be capturing non-responsive materials. As a result, Plaintiffs identify the terms at issue and the proposed revision as follows:

- (analys* OR consultant OR report OR review OR white paper OR investigation OR study OR examination OR review OR competit*) W/15 ((martial W/3 art*) OR MMA OR (Combat W/3 Sport*) OR fight* OR market OR share)
  - PROPOSAL: Plaintiffs propose to amend this term to require "UFC" to also appear in the document, making the revised term:
    - UFC AND ((analys* OR consultant OR report OR review OR white paper OR investigation OR study OR examination OR review OR competit*) W/15 ((martial W/3 art*) OR MMA OR (Combat W/3 Sport*) OR fight* OR market OR share))

- (promotion* OR bout OR fighter OR athlete OR letter) W/15 (rights OR contract OR agreement OR deal)

- o PROPOSAL: Plaintiffs propose to remove "OR letter" from the string, making the revised term:
  - (promotion* OR bout OR fighter OR athlete) W/15 (rights OR contract OR agreement OR deal)

- **(sunset OR terminate OR expire OR limit OR end) W/30 (agreement OR contract OR deal)**
  - o **PROPOSAL: Plaintiffs propose to narrow the range of intervening words, making the revised term:**
    - **(sunset OR terminate OR expire OR limit OR end) W/20 (agreement OR contract OR deal)**

- **(Kevin OR Lee OR Andrea) W/40 (Dominance OR release OR Martin OR cut OR terminat* OR manager OR agent OR represent* OR resign* OR re-sign OR (let W/2 go) OR negot* OR releas* OR ditch OR fuck OR UFC)**
  - o **PROPOSAL: Plaintiffs propose to narrow the range of intervening words, making the revised term:**
    - **(Kevin OR Lee OR Andrea) W/25 (Dominance OR release OR Martin OR cut OR terminat* OR manager OR agent OR represent* OR resign* OR re-sign OR (let W/2 go) OR negot* OR releas* OR ditch OR fuck OR UFC)**

**Fifth Proposal Element**: Plaintiffs suspect that the term "Nakisa or Bidarian" may be capturing a significant volume of materials relating to Bidarian's employment at the UFC. Plaintiffs propose to apply this search term exclusively to documents dated after January 1, 2020.

**Relatedly, Plaintiffs suspect that the term "Silva" may be capturing custodial materials relating to custodian and former matchmaker Joe Silva during his time at UFC. Plaintiffs propose to apply "Silva" as a search term exclusively to documents dated after July 1, 2017.**

**Sixth Proposal Element**: in Plaintiffs' review of existing productions, it appears that the term "Cowan" is likely capturing a substantial volume of materials relating to a specific UFC employee that are not necessarily relevant to this case. As a result, Plaintiffs propose to remove "Cowan" from the search term proposal.

**Seventh Proposal Element**: Plaintiffs propose to eliminate the term "Media rights AND UFC." This term added nothing to the review volume because it was entirely subsumed within one of the broadcast agreement terms Plaintiffs propose to table. Eliminating the term from the proposal is consistent with the first revision listed above and will enable the parties potentially to identify other terms that could be revised to enhance the targeting of Plaintiffs' proposed protocol.

**Eighth Proposal Element: Plaintiffs propose to eliminate a few additional terms that appear to overlap with other terms (including terms we are otherwise trying to narrow) while adding little benefit. Thus, Plaintiffs propose to eliminate the following terms as well in order to better understand the impact of including the remaining terms:**

- **Paddy**
- **"Michael Johnson"**
- **"Ricky Simon"**
- **"Evans-Smith"**
- **"Miles Johns"**

**Relatedly, Plaintiffs note that "Derrick" is a standalone term in two places. Plaintiffs had a search term "Derrick OR lderrick37" as well as a term aggregating various spellings of the name (e.g., Derek, Derrick, Darrick). Plaintiffs have proposed narrowing the various spellings of Derrick above, and propose to drop "Derrick" from the term "Derrick OR lderrick37" so as to achieve the benefits of the proposed narrowing.**

Please let us know when you can get us a revised search term hit report so that we can determine whether there are other areas that narrowing the terms could be effective.

**Patrick F. Madden** / *Shareholder (He/Him/His)*
215.875.3035    215.605.3237

 

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Robert.Medina-Garcia@lw.com <Robert.Medina-Garcia@lw.com>
**Sent:** Friday, March 6, 2026 4:35 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Joseph.Axelrad@lw.com; Aaron.Chiu@lw.com; Chris.Yates@LW.com; wisaacson@dirllp.com; jphillips@dirllp.com; Adam.Peterson@lw.com; jcw@cwlawlv.com; Hanna.NunezTse@lw.com; Danielle.Leneck@lw.com; Clayton.Wiggins@lw.com; bcabranes@dirllp.com
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>; Quinlan.Cummings@lw.com; Max.Shapiro@lw.com; My.Ngo@lw.com
**Subject:** RE: UFC - Further Document Search Protocol Proposal

Counsel,

Please find attached a combined hit report, including each of the four independent hit reports, applying Plaintiffs' requested March 2, 2026 modifications. Defendants ran the "main" hit report against each of the custodians and sources listed in Defendants' January 28, 2026 email to Plaintiffs, expanded to the present. Defendants also ran the other hit reports against the specific custodians and/or parameters that Plaintiffs requested below. We note that (1) as Defendants have ingested data to their workspace since Defendants' last January 28, 2026 hit report (including the entirety of the electronic Fighter File), the size of the "main" searchable set has increased, (2) we excluded the same file types Plaintiffs previously requested to be excluded across all hit reports, and (3) we did not run the search terms against undated files, as Plaintiffs requested a time period of July 1, 2015 through the present.

Best,
Robert


**Robert Medina**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.8572

**From:** Patrick F. Madden <pmadden@bergermontague.com>
**Sent:** Monday, March 2, 2026 1:56 PM
**To:** Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Medina-Garcia, Robert (LA) <Robert.Medina-Garcia@lw.com>; William Isaacson <wisaacson@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Peterson, Adam (LA) <Adam.Peterson@lw.com>; Colby Williams <jcw@cwlawlv.com>; Nunez Tse, Hanna (Bay Area) <Hanna.NunezTse@lw.com>; Leneck, Danielle (LA) <Danielle.Leneck@lw.com>; Wiggins, Clayton (DC) <Clayton.Wiggins@lw.com>; Benjamin Cabranes <bcabranes@dirllp.com>
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Itak Moradi <imoradi@saverilawfirm.com>; Danny Gifford <dgifford@cohenmilstein.com>; Emily Marcus <emarcus@cohenmilstein.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Mike Gayan <mike@claggettlaw.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle J. Pozan <kjpozan@locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>
**Subject:** UFC - Further Document Search Protocol Proposal

Counsel:

As you know, the Court has ordered Plaintiffs to "be prepared to present another proposal for narrowing the general search terms that will be used for discovery in this case" at tomorrow's hearing. ECF No. 440. Although the Minute Order contemplates Plaintiffs' presenting a proposal tomorrow, we believe it productive to share this proposal in advance. Plaintiffs' proposal is as follows:

Plaintiffs have identified seven categories of changes to Plaintiffs' prior proposal which, if addressed, should substantially reduce the overall review set. Collectively, these seven changes address terms that appear to hit on at least 1.1 million unique documents and unique family documents, based on Defendants last hit report. By implementing these changes, we believe (1) a substantial proportion of those unique documents will be excluded from the review set; (2) an unknown additional volume of documents that are affected by multiple of these search terms will be excluded from the review set, and; (3) a further hit report supplied following these changes may indicate still more areas for reductions based on disproportionate volumes of unique document hits. As a result, following implementation of the below changes, Plaintiffs request a further hit report to evaluate whether still more progress could be realized. The seven proposed changes are as follows.

**First**, as noted in the January 30, 2026 Joint Status Report (at 5, n.5), Plaintiffs' prior proposal includes two terms targeted at the UFC's broadcast deals. These two terms are:

- (Broadcast* OR stream* OR Pay-per-view OR PPV OR pay per view OR media) W/25 (deal OR agreement OR Contract OR meet* OR rights)
- (ESPN OR BAMTech OR Disney OR Prime OR Amazon OR Disney OR paramount* OR fox OR DAZN OR Netflix OR NBC* OR HBO OR Cox OR Comcast OR Xfinity OR Time Warner OR Viacom) W/40 (negotiat* OR deal OR agreement OR Contract OR meet* OR media rights)

The first of these terms results in nearly 1.1 million hits with families and the second nearly 550,000 hits with families. Plaintiffs propose to table these two search terms and not apply them to the corpus provided that (1) Defendants locate central files containing negotiations materials (including communications, deal points memoranda and diligence materials, drafts/redlines of deals) and a complete set of the final broadcast agreements, and (2) Defendants can isolate these materials using the storage structure of their central files (e.g., folders dedicated to each deal). Plaintiffs would reserve all rights to determine that the materials in the central file production are insufficient, but the parties could later negotiation narrowed terms and/or sources of ESI to address whatever deficiency persists. Please confirm that one or more Defendants maintain central files (e.g., the "espn file" referred to in UFC-04298608; UFC-04314853; UFC-04374809; UFC-04486448) relating to the broadcast deals in place since July 1, 2015 for purposes of evaluating this proposal.

**Second**, Plaintiffs have proposed a handful of terms relating to key UFC fighters as well as terms relating to specific elements of Plaintiffs' claims that Plaintiffs cannot forgo. However, Plaintiffs believe that Defendants' overbreadth contentions can be mitigated by restricting the custodial collections against which these terms are run. As a result, Plaintiffs propose to run these search terms only against the following custodial files: (1) Dana White; (2) Hunter Campbell; (3) Mick Maynard; (4) Sean Shelby; (5) Tracy Long; (6) Denitza Batchvarova; (7) Ari Emanuel; (8) Patrick Whitesell; (9) Mark Shapiro. These individuals are responsible for fighter negotiations, matchmaking, compensation, and/or contracting, as well as strategy for the three defendants.  The fighter name terms for this proposal are:

- (Kevin OR Lee OR Andrea) W/40 (Dominance OR release OR Martin OR cut OR terminat* OR manager OR agent OR represent* OR resign* OR re-sign OR (let W/2 go) OR negot* OR releas* OR ditch OR fuck OR UFC)
- Jones
- Rose
- Evans
- Amanda
- Jackson
- Hernandez

- Charles
- Israel
- Chandler

The other element-specific terms are:

- Exclusive
- Exclusivity
- Main Event

**Third**, other standalone fighter names also appear to generate a higher-than-expected volume of unique documents. As a result, Plaintiffs proposed to apply these terms only to the following custodians who have been involved with fighter negotiations, matchmaking, compensation, and/or contracting: (1) Dana White; (2) Hunter Campbell; (3) Mick Maynard; (4) Sean Shelby; (5) Tracy Long. The terms subject to this proposal are:

- Josh
- Davis
- Fernandez
- Allen
- Brad
- Jessica
- Courtney OR Cortney
- Christopher
- Julie
- Ashley
- Tyler
- Jose
- Lauren
- Robinson
- Karen
- Jake
- Martinez
- Carpenter
- Barry
- Walter
- Jay
- Douglas
- Jeffrey

- Petersen OR Peterson
- Stewart
- Foster
- Ivan
- Gonzalez
- "The Problem"
- Torres

**Fourth**, Plaintiffs have analyzed two other search term strings and believe they may be capturing non-responsive materials. As a result, Plaintiffs identify the terms at issue and the proposed revision as follows:

- (analys* OR consultant OR report OR review OR white paper OR investigation OR study OR examination OR review OR competit*) W/15 ((martial W/3 art*) OR MMA OR (Combat W/3 Sport*) OR fight* OR market OR share)
  - PROPOSAL: Plaintiffs propose to amend this term to require "UFC" to also appear in the document, making the revised term:
    - UFC AND ((analys* OR consultant OR report OR review OR white paper OR investigation OR study OR examination OR review OR competit*) W/15 ((martial W/3 art*) OR MMA OR (Combat W/3 Sport*) OR fight* OR market OR share))
- (promotion* OR bout OR fighter OR athlete OR letter) W/15 (rights OR contract OR agreement OR deal)
  - PROPOSAL: Plaintiffs propose to remove "OR letter" from the string, making the revised term:
    - (promotion* OR bout OR fighter OR athlete) W/15 (rights OR contract OR agreement OR deal)

**Fifth,** Plaintiffs suspect that the term "Nakisa or Bidarian" may be capturing a significant volume of materials relating to Bidarian's employment at the UFC. Plaintiffs propose to apply this search term exclusively to documents dated after January 1, 2020.

**Sixth**, in Plaintiffs' review of existing productions, it appears that the term "Cowan" is likely capturing a substantial volume of materials relating to a specific UFC employee that are not

necessarily relevant to this case. As a result, Plaintiffs propose to remove "Cowan" from the search term proposal.

**Seventh**, Plaintiffs propose to eliminate the term "Media rights AND UFC." This term added nothing to the review volume because it was entirely subsumed within one of the broadcast agreement terms Plaintiffs propose to table. Eliminating the term from the proposal is consistent with the first revision listed above and will enable the parties potentially to identify other terms that could be revised to enhance the targeting of Plaintiffs' proposed protocol.

Please let us know if you agree to apply this set of proposals or at least are willing to provide the resulting hit report and review population resulting from these proposals.

**Patrick F. Madden** / *Shareholder (He/Him/His)*

☎ 215.875.3035    ☐ 215.605.3237

 

📍 1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
-**External sender. Please use caution when clicking on any attachments or links**
-
-**External sender. Please use caution when clicking on any attachments or links**
-
-**External sender. Please use caution when clicking on any attachments or links**
-
-**External sender. Please use caution when clicking on any attachments or links** -

 **Consilio**

## Search Hit Report

| Keyword | Hits | | | | Family Documents | | Unique Documents | | | Unique Family Documents | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Doc Count | % of Docs | % of Hit Docs | Size (GB) | Doc Count | Size (GB) | Doc Count | % of Term Hits | Size (GB) | Doc Count | Size (GB) |
| ((agreement OR contract) W/5 language) AND (promo* OR bout) AND (Clause OR right) | 5,467 | 0.02% | 0.58% | 6.63 | 14,407 | 19.33 | 389 | 7.12% | 0.14 | 357 | 0.08 |
| ((distribution OR license) W/5 (deal OR contract OR agreement)) | 68,180 | 0.28% | 7.21% | 79.19 | 133,107 | 169.19 | 21,384 | 31.36% | 15.99 | 18,226 | 6.62 |
| ((Endeavor OR EDR) W/10 distribut*) AND ((UFC OR Zuffa OR TKO) W/5 (fight OR event OR bout OR match)) | 6,165 | 0.03% | 0.65% | 13.51 | 16,098 | 36.37 | 290 | 4.70% | 0.28 | 366 | 0.31 |
| ((fight* OR bout) W/5 (deal OR promo* OR bout) AND (Title Challenge OR championship defense) | 7,173 | 0.03% | 0.76% | 5.95 | 24,356 | 23.27 | 338 | 4.71% | 0.15 | 362 | 0.06 |
| ((fighter OR promotional OR terms) W/5 (contract OR agreement)) AND (mobil* OR compensat* OR purse OR salar* OR pay OR compet* OR (sign W/3 (promoter OR promotion OR produc*))) | 171,271 | 0.70% | 18.11% | 193.74 | 355,543 | 419.79 | 15,691 | 9.16% | 6.92 | 18,062 | 8.63 |
| ((market W/2 compet*) OR SWOT OR (strength* W/5 weakness* W/5 opportunit* W/5 threat*)) AND (MMA OR mixed martial arts OR Zuffa OR UFC OR TKO) | 5,026 | 0.02% | 0.53% | 6.21 | 9,337 | 14.98 | 211 | 4.20% | 0.13 | 249 | 0.14 |
| ((presentation OR prospectus OR proposal OR offer*) W/5 (acquire OR acquisition OR share* OR debt OR invest*)) W/5 (MMA OR mixed martial arts OR Promoter* OR promotion* OR UFC OR TKO OR fight* OR talent* OR athlete* OR bout* OR event* OR Promote*) | 2,384 | 0.01% | 0.25% | 2.67 | 5,140 | 7.95 | 858 | 35.99% | 0.41 | 889 | 0.35 |
| (alternative OR independent) W/5 MMA W/5 (promot* OR league OR organization) | 142 | 0.00% | 0.02% | 0.19 | 600 | 0.56 | 9 | 6.34% | 0.01 | 20 | 0.01 |
| (analys* OR strateg* OR study OR paper OR research) W/20 ((extend OR restrict OR strateg* OR purpose OR advantage) AND ((promotional OR ancillary) W/5 agreement)) | 91 | 0.00% | 0.01% | 0.43 | 383 | 0.84 | 25 | 27.47% | < 0.01 | 96 | 0.01 |
| (barrier* OR obstacl* OR obstruction* OR imped* OR discourage OR slow OR block OR delay OR deter* OR prevent* OR retard* OR restrain OR stop) W/3 (entr* OR enter* OR compet* OR foothold OR business OR MMA OR | 96,667 | 0.40% | 10.22% | 116.95 | 225,811 | 265.4 | 10,576 | 10.94% | 4.18 | 16,183 | 6.47 |
| (barrier* OR obstacle*) W/3 (Grow* OR High) | 1,428 | 0.01% | 0.15% | 2.89 | 3,276 | 7.32 | 244 | 17.09% | 0.12 | 267 | 0.14 |
| (Broadcast* OR Distrib* OR Pay-per-view OR PPV OR pay per view OR media rights OR negotiat* OR deal OR agreement OR Contract OR meet*) W/15 (TVA OR Spectrum OR Showtime OR showtimeppv OR Spike OR G4 | 29,426 | 0.12% | 3.11% | 31.94 | 50,973 | 73.86 | 10,296 | 34.99% | 4.67 | 11,829 | 6.38 |
| (Crush OR Schmitt OR (Jeffrey W/3 Aronson)) AND (trial OR testify OR testimony OR witness OR depose OR deposition OR attorney OR lawyer OR court* OR appear OR subpoena OR judge OR jury) | 3,058 | 0.01% | 0.32% | 6.4 | 8,446 | 15.72 | 500 | 16.35% | 0.29 | 748 | 0.42 |
| (champio* W/2 clause) | 392 | 0.00% | 0.04% | 0.38 | 784 | 0.88 | 18 | 4.59% | < 0.01 | 19 | < 0.01 |
| (Class W/2 action) | 30,840 | 0.13% | 3.26% | 35.01 | 78,645 | 88.8 | 3,230 | 10.47% | 1.27 | 3,961 | 2.5 |
| (Comp OR compensation OR purse OR bonus) W/5 (promo* OR bout) | 87,596 | 0.36% | 9.26% | 114.57 | 185,832 | 232.2 | 7,310 | 8.35% | 3.24 | 10,593 | 5.28 |
| (compensat* OR pay OR wage*) W/10 ((UFC OR Zuffa OR TKO) AND (fighter OR talent OR athlete*)) | 75,122 | 0.31% | 7.94% | 90.42 | 163,479 | 182.87 | 674 | 0.90% | 0.36 | 687 | 0.48 |
| (compet* W/3 (org* OR Promot* OR league*)) | 38,783 | 0.16% | 4.10% | 80.74 | 104,814 | 167.72 | 3,966 | 10.23% | 2.2 | 4,789 | 2.97 |
| (competit* W/2 (analysis OR landscape OR positioning)) | 9,057 | 0.04% | 0.96% | 11.96 | 18,298 | 28.78 | 2,729 | 30.13% | 1.62 | 3,092 | 2.25 |
| (competitor* OR Competition) W/3 (MMA OR UFC OR PFL) | 37,769 | 0.16% | 3.99% | 77.48 | 97,636 | 155.67 | 1,697 | 4.49% | 1.41 | 2,072 | 2.13 |
| (Confidential Information W/3 mem*) OR CIM | 4,347 | 0.02% | 0.46% | 8.55 | 10,480 | 18.71 | 1,678 | 38.60% | 2.22 | 1,803 | 1.18 |
| (contract OR agreement) W/3 (bind* OR restrict* OR prevent OR block) AND (fighter OR athlete OR talent OR bout) | 17,485 | 0.07% | 1.85% | 37.87 | 51,414 | 103.87 | 500 | 2.86% | 0.22 | 636 | 0.33 |
| (contract W/2 negotiat*) | 8,473 | 0.03% | 0.90% | 8.41 | 19,087 | 23.62 | 0 | 0.00% | < 0.01 | 0 | < 0.01 |
| (control W/10 (title* OR rank* OR stats OR statistic* OR belt OR champion)) | 3,598 | 0.01% | 0.38% | 5.07 | 10,270 | 15.55 | 845 | 23.49% | 0.58 | 1,115 | 1.06 |
| (control W/5 (fighter* OR athlete* OR talent* OR content*)) | 29,820 | 0.12% | 3.15% | 69.3 | 80,564 | 139.37 | 2,702 | 9.06% | 1.37 | 3,207 | 1.92 |
| (credit W/3 (assessment OR report OR opinion OR request OR metric)) | 10,425 | 0.04% | 1.10% | 7.66 | 37,521 | 33.99 | 3,790 | 36.35% | 1.2 | 4,236 | 1.6 |
| (department W/3 justice) OR DOJ | 33,318 | 0.14% | 3.52% | 19.32 | 60,418 | 48.27 | 11,902 | 35.72% | 4.18 | 12,842 | 4.91 |
| (event strategy W/20 (promoter* OR promotion)) | 38 | 0.00% | 0.00% | 0.01 | 71 | 0.03 | 10 | 26.32% | < 0.01 | 11 | < 0.01 |
| (exten* OR toll*) W/5 (notice OR agreement OR contract) | 111,751 | 0.46% | 11.81% | 141.09 | 242,778 | 304.53 | 12,227 | 10.94% | 5.36 | 12,123 | 4.44 |
| (Fight Pass OR ((UFC OR Zuffa OR TKO) W/10 streaming service)) W/10 (Endeavor OR EDR) | 4,171 | 0.02% | 0.44% | 9.42 | 8,952 | 21.4 | 1,407 | 33.73% | 2.03 | 1,694 | 2.43 |
| (fight* W/5 (union* OR assoc*)) | 68,424 | 0.28% | 7.23% | 89.36 | 159,748 | 182.75 | 1,996 | 2.92% | 1.36 | 2,194 | 1.37 |
| (fighter OR athlete OR talent) W/5 ((contract OR agreement) AND (transfer OR buy OR sell OR release OR extend)) | 735 | 0.00% | 0.08% | 1.54 | 1,958 | 3.02 | 10 | 1.36% | 0.01 | 8 | 0.03 |
| (fighter OR athlete) AND (switch OR transition OR move OR leave) AND (UFC OR Zuffa) AND (require* OR obligat* OR term OR prevent) | 63,199 | 0.26% | 6.68% | 110.87 | 145,971 | 235.14 | 10,466 | 16.56% | 6.34 | 12,116 | 8.17 |
| (fighter OR talent OR athlete) W/5 (roster OR analysis OR assessment) | 16,407 | 0.07% | 1.73% | 18.99 | 31,624 | 46.21 | 6,773 | 41.28% | 4.44 | 8,738 | 6.45 |
| (financial W/3 (report OR data OR results OR statement OR update OR information OR projection)) | 77,535 | 0.32% | 8.20% | 65.17 | 164,416 | 172.54 | 29,279 | 37.76% | 13.83 | 34,009 | 15.95 |
| (identity W/2 right*) | 1,800 | 0.01% | 0.19% | 1.35 | 9,166 | 8.18 | 105 | 5.83% | 0.05 | 133 | 0.08 |
| (investor W/3 presentation) | 3,801 | 0.02% | 0.40% | 7.89 | 6,233 | 13.75 | 1,667 | 43.86% | 2.96 | 1,573 | 0.88 |
| (judgment W/3 shar*) OR (joint W/3 (defense OR indemni* OR liab*) OR D&O OR "Directors and Officers") | 5,655 | 0.02% | 0.60% | 5.65 | 16,921 | 18.74 | 392 | 6.93% | 0.14 | 475 | 0.15 |
| (Le OR Fitch OR Quarry OR Vera OR Vazquez OR Kingsbury) W/8 (lawsuit OR case OR action OR litigation OR complaint OR order OR opinion OR filing) | 16,621 | 0.07% | 1.76% | 21.67 | 40,148 | 48.2 | 1,157 | 6.96% | 0.47 | 1,254 | 0.66 |
| (licens* W/5 (athletic commission OR control board)) | 64,327 | 0.26% | 6.80% | 79.78 | 143,446 | 158.28 | 332 | 0.52% | 0.2 | 503 | 0.36 |
| (long W/2 term) W/3 (contract* OR agreement* OR deal) | 14,219 | 0.06% | 1.50% | 17.47 | 26,386 | 40.07 | 1,191 | 8.38% | 0.5 | 1,440 | 0.72 |
| (long-term OR long term OR (right W/5 offer)) W/5 (bout OR agreement OR contract OR deal) | 12,310 | 0.05% | 1.30% | 14.71 | 23,499 | 35.07 | 757 | 6.15% | 0.31 | 802 | 0.32 |
| (lose OR lost OR left OR went) W/5 (fighter OR athlete OR talent) W/5 (keep OR retain OR control) | 5 | 0.00% | 0.00% | 0.01 | 7 | 0.06 | 1 | 20.00% | < 0.01 | 1 | < 0.01 |



## Search Hit Report

| Search | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (main W/2 compet*) | 2,087 | 0.01% | 0.22% | 3.58 | 4,086 | 7.74 | 595 | 28.51% | 0.52 | 643 | 0.53 |
| (Margin W/2 analys*) | 1,185 | 0.00% | 0.13% | 1.15 | 4,226 | 4.43 | 444 | 37.47% | 0.38 | 488 | 0.45 |
| (Market OR Compar* OR relative) W/3 (size OR entry OR commerce OR business OR sales OR profit* OR viewers) | 36,436 | 0.15% | 3.85% | 48.52 | 72,607 | 116.53 | 13,977 | 38.36% | 9 | 16,028 | 12.74 |
| (market W/3 (power OR MMA)) | 3,635 | 0.01% | 0.38% | 3.79 | 6,568 | 9.22 | 466 | 12.82% | 0.34 | 531 | 0.56 |
| (market W/5 (research OR analysis OR evaluation OR assessment OR trend OR insights OR dynamics OR forecast OR projections OR outlook OR growth OR report OR presentation OR SWOT)) AND (MMA OR mixed martial arts) | 7,412 | 0.03% | 0.78% | 18.57 | 20,778 | 52.13 | 408 | 5.50% | 0.53 | 533 | 0.74 |
| (match W/3 comp*) | 4,481 | 0.02% | 0.47% | 7.71 | 9,476 | 18.68 | 1,548 | 34.55% | 1 | 1,799 | 0.88 |
| (Match* W/2 clause) | 324 | 0.00% | 0.03% | 0.32 | 650 | 0.72 | 108 | 33.33% | 0.03 | 119 | 0.03 |
| (McGregor W/10 (comp OR compensat* OR gate OR purse OR revenue* OR cost* OR expense OR balance sheet OR profit* OR loss* OR P&L)) | 3,919 | 0.02% | 0.41% | 6.63 | 10,331 | 19.36 | 814 | 20.77% | 0.49 | 1,089 | 0.74 |
| (minutes OR agenda OR presentation OR PowerPoint OR slide OR notes OR agreement OR resolution) W/5 (board OR directors OR BOD) | 22,592 | 0.09% | 2.39% | 21.17 | 49,992 | 55.21 | 9,693 | 42.90% | 5.68 | 10,393 | 5.52 |
| (mobility OR switch* OR move OR fighter compensation) W/5 (impact* OR effect* OR influence* OR result* OR outcome*) | 5,874 | 0.02% | 0.62% | 5.37 | 10,331 | 12.73 | 2,788 | 47.46% | 1.51 | 3,171 | 1.93 |
| (mobility W/5 restrict*) AND (contract OR agreement) | 113 | 0.00% | 0.01% | 0.24 | 265 | 0.51 | 3 | 2.65% | < 0.01 | 4 | < 0.01 |
| (nevada W/3 court*) | 4,292 | 0.02% | 0.45% | 3.41 | 9,781 | 10.46 | 1,631 | 38.00% | 0.71 | 2,379 | 1.62 |
| (professional W/2 (sports OR football OR boxing OR mma OR Baseball OR Hockey OR tennis)) | 71,212 | 0.29% | 7.53% | 108.48 | 153,698 | 228.38 | 21,133 | 29.68% | 9.37 | 17,047 | 13.66 |
| (promotion* OR bout OR fighter OR athlete) W/3 (rights OR contract OR agreement OR deal) | 215,679 | 0.89% | 22.80% | 208.59 | 308,827 | 326.56 | 78,093 | 36.21% | 49.49 | 52,613 | 17.6 |
| (recogniz* W/5 (brand AND MMA)) | 93 | 0.00% | 0.01% | 0.49 | 346 | 1.3 | 3 | 3.23% | 0.01 | 3 | 0.02 |
| (redlin* OR revis* OR mark up OR mark-up) W/3 (promo* OR Bout) | 4,543 | 0.02% | 0.48% | 4.37 | 9,123 | 9.14 | 369 | 8.12% | 0.21 | 411 | 0.23 |
| (retain W/5 (champ* OR fighter* OR athlete* OR talent*)) | 33,240 | 0.14% | 3.51% | 69.56 | 91,952 | 142.71 | 2,529 | 7.61% | 1.04 | 2,648 | 1.3 |
| (right to first offer OR right of first offer OR ROFO) AND (bout W/5 (contract OR agreement)) | 160 | 0.00% | 0.02% | 0.37 | 676 | 1.31 | 0 | 0.00% | < 0.01 | 0 | < 0.01 |
| (right W/2 match) OR RTM OR matching period OR ((match W/5 offer) AND (contract OR agreement)) | 27,318 | 0.11% | 2.89% | 66.88 | 74,016 | 128.11 | 1,467 | 5.37% | 0.7 | 1,573 | 0.86 |
| (salar* OR compensat* OR bonus* OR pay OR payout* OR award* OR reimburse* OR loan OR advance OR fee* OR distribut* OR dividend* OR benefit*) W/3 package | 11,902 | 0.05% | 1.26% | 13.92 | 24,888 | 38.87 | 4,867 | 40.89% | 1.97 | 5,642 | 2.5 |
| (side W/2 letter) | 8,876 | 0.04% | 0.94% | 5.78 | 17,910 | 14.82 | 3,544 | 39.93% | 1.38 | 3,218 | 0.62 |
| (sunset OR terminate OR expire OR limit OR end) W/5 (agreement OR contract OR deal) | 143,199 | 0.59% | 15.14% | 157.85 | 312,000 | 354.49 | 19,920 | 13.91% | 7.48 | 21,807 | 8.27 |
| (talent OR athlete* OR fighter*) W/3 (compen* OR earn* OR pay*) | 114,880 | 0.47% | 12.14% | 124.64 | 232,191 | 262.32 | 15,738 | 13.70% | 6.79 | 15,735 | 8.91 |
| (UFC OR Ultimate Fighting Championship OR purchase) W/5 (Semaphore OR SEG OR Meyerowitz OR Art Davie OR Rorion OR WOW Promotions OR John Milius) | 622 | 0.00% | 0.07% | 1 | 1,169 | 2.39 | 265 | 42.60% | 0.05 | 292 | 0.07 |
| (UFC OR Zuffa) W/5 (production OR produce OR produced) W/10 (cost* OR expense* OR budget* OR P&L OR gate OR venue) | 8,273 | 0.03% | 0.87% | 10.36 | 18,586 | 28.93 | 2,718 | 32.85% | 1.36 | 3,691 | 1.87 |
| (Ultimate Fighting Championship OR UFC OR mixed martial arts OR MMA) W/5 (baseball OR MLB OR basketball OR NBA OR football OR NFL OR WWE OR World Wrestling Entertainment OR boxing OR IBF OR WBA OR WBC OR WBO) W/5 (pay OR compensation OR wage OR revenue* OR compensate OR payment OR athlete* OR fighter* OR talent OR structure OR competition OR competitor*) | 7,113 | 0.03% | 0.75% | 9.07 | 15,310 | 21.43 | 1,871 | 26.30% | 0.93 | 2,079 | 1.16 |
| 15 U.S.C. § 18a OR Public Law 94-435 OR Pub. L. No. 94-435 | 97 | 0.00% | 0.01% | 0.14 | 275 | 0.45 | 0 | 0.00% | < 0.01 | 0 | < 0.01 |
| 559-224-8100 | 1 | 0.00% | 0.00% | < 0.01 | 1 | < 0.01 | 1 | 100.00% | < 0.01 | 1 | < 0.01 |
| Absolute Championship OR ACA OR ACB | 8,136 | 0.03% | 0.86% | 12.49 | 18,774 | 30.64 | 3,322 | 40.83% | 1.16 | 3,808 | 1.64 |
| AbuDhabi OR Mubadala | 14,077 | 0.06% | 1.49% | 12.47 | 24,316 | 29.45 | 7,664 | 54.44% | 2.4 | 8,768 | 2.82 |
| American Top Team OR ATT | 15,616 | 0.06% | 1.65% | 21.11 | 36,131 | 48.77 | 8,295 | 53.12% | 4.02 | 10,947 | 6.4 |
| Apex W/5 (strateg* OR event OR bout OR fight* OR agreement OR purpose OR contract OR comp OR gate OR purse OR revenue* OR cost* OR expense OR profit* OR loss* OR P&L OR balance sheet OR analys* OR pro forma | 32,683 | 0.13% | 3.45% | 30.5 | 88,911 | 73.26 | 22,800 | 69.76% | 8.21 | 42,505 | 14.8 |
| arbitrat* OR covered claim OR (waiv* W/5 (class OR mass OR representative OR collective)) | 110,143 | 0.45% | 11.64% | 126.82 | 252,926 | 291.13 | 8,119 | 7.37% | 2.77 | 9,107 | 3.1 |
| Australian Fighting Championship OR AFC | 8,980 | 0.04% | 0.95% | 14.52 | 18,156 | 31.55 | 4,013 | 44.69% | 2.13 | 4,643 | 2.83 |
| AXS TV OR AXSTV | 1,551 | 0.01% | 0.16% | 1.5 | 3,156 | 2.8 | 479 | 30.88% | 0.54 | 661 | 0.42 |
| Bare Knuckle OR bareknucklefc | 1,251 | 0.01% | 0.13% | 2.01 | 2,613 | 4.67 | 525 | 41.97% | 0.3 | 612 | 0.42 |
| barrier* W/3 (entry OR expansion) | 4,356 | 0.02% | 0.46% | 7.45 | 8,972 | 17.9 | 0 | 0.00% | < 0.01 | 0 | < 0.01 |
| Bellator OR BFC | 12,263 | 0.05% | 1.30% | 13.67 | 25,871 | 35.3 | 3,231 | 26.35% | 1.28 | 3,561 | 1.78 |
| bloodyelbow.com OR Bloody Elbow | 1,263 | 0.01% | 0.13% | 1.53 | 1,961 | 3.66 | 461 | 36.50% | 0.19 | 509 | 0.28 |
| British Association OR BAMMA | 602 | 0.00% | 0.06% | 0.64 | 2,418 | 1.56 | 137 | 22.76% | 0.05 | 153 | 0.08 |
| CID W/5 (request* OR response* OR Government OR justice) | 1,953 | 0.01% | 0.21% | 0.73 | 2,562 | 1.26 | 1,479 | 75.73% | 0.53 | 1,675 | 0.54 |
| Civil Investigative Demand | 4,060 | 0.02% | 0.43% | 5.24 | 15,415 | 21.73 | 12 | 0.30% | < 0.01 | 22 | 0.01 |
| cockfighting OR no holds barred OR unified rules | 31,195 | 0.13% | 3.30% | 67.8 | 86,808 | 135.87 | 1,790 | 5.74% | 0.6 | 2,495 | 0.96 |
| confidential information presentation OR CIP | 2,948 | 0.01% | 0.31% | 6.22 | 9,353 | 14.97 | 1,501 | 50.92% | 1.52 | 2,179 | 1.24 |
| Connelly | 5,542 | 0.02% | 0.59% | 9.44 | 13,159 | 24.36 | 2,394 | 43.20% | 1.18 | 2,995 | 1.63 |
| counterprogram* OR counter-program OR counter program OR counter programming OR counter-programming | 958 | 0.00% | 0.10% | 0.84 | 1,543 | 1.65 | 433 | 45.20% | 0.26 | 472 | 0.25 |



# Search Hit Report

| Term | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DBO Partners OR dbopartners.com | 349 | 0.00% | 0.04% | 0.45 | 730 | 0.84 | 248 | 71.06% | 0.29 | 223 | 0.12 |
| Deep W/5 (MMA OR compet* OR mixed martial arts OR fight* OR athlete* OR talent* OR bout) | 4,268 | 0.02% | 0.45% | 6.47 | 9,487 | 16.83 | 1,478 | 34.63% | 0.88 | 1,815 | 1.39 |
| distribut* W/5 (UFC AND (event OR fight OR program OR broadcast OR (fighter W/10 rank) OR champion* OR title OR contend*)) | 13,053 | 0.05% | 1.38% | 23.83 | 33,573 | 57.87 | 1,751 | 13.41% | 3.4 | 2,538 | 6.5 |
| Dolloway | 288 | 0.00% | 0.03% | 0.53 | 522 | 1.17 | 44 | 15.28% | 0.01 | 38 | 0.01 |
| dominancemma.com OR dominance.documents | 233 | 0.00% | 0.02% | 0.17 | 385 | 0.3 | 131 | 56.22% | 0.03 | 129 | 0.03 |
| Endeavor Asset Acquisition | 124 | 0.00% | 0.01% | 0.14 | 245 | 0.3 | 2 | 1.61% | < 0.01 | 2 | < 0.01 |
| event strategy W/15 (promoter OR promotion) | 24 | 0.00% | 0.00% | 0.01 | 49 | 0.02 | 0 | 0.00% | < 0.01 | 0 | < 0.01 |
| exclusive W/3 (agreement OR contract OR deal) | 17,490 | 0.07% | 1.85% | 16.5 | 35,488 | 43.15 | 5,526 | 31.60% | 2.52 | 5,704 | 2.5 |
| Extreme Fighting Championship | 507 | 0.00% | 0.05% | 0.83 | 1,678 | 2.21 | 16 | 3.16% | 0.01 | 15 | 0.02 |
| Federal Trade Commission | 13,692 | 0.06% | 1.45% | 8.36 | 41,859 | 35.92 | 1,141 | 8.33% | 0.4 | 1,192 | 0.43 |
| Fight of the night OR FOTN | 30,251 | 0.12% | 3.20% | 61.08 | 67,988 | 113.26 | 2,803 | 9.27% | 0.91 | 3,361 | 1.2 |
| Fighter Cost | 165 | 0.00% | 0.02% | 0.39 | 429 | 0.87 | 24 | 14.55% | < 0.01 | 22 | < 0.01 |
| Fitch Ratings OR fitchratings.com | 1,273 | 0.01% | 0.13% | 0.75 | 2,142 | 1.92 | 316 | 24.82% | 0.11 | 316 | 0.13 |
| Flash Entertainment | 1,458 | 0.01% | 0.15% | 2.66 | 3,984 | 8.5 | 583 | 39.99% | 0.39 | 786 | 0.54 |
| frmmexico.com | 137 | 0.00% | 0.01% | 0.07 | 200 | 0.12 | 85 | 62.04% | 0.03 | 88 | 0.04 |
| Glory Kickboxing | 1,209 | 0.00% | 0.13% | 1.33 | 3,733 | 3.66 | 391 | 32.34% | 0.09 | 658 | 0.2 |
| Heavy-Handed | 1,299 | 0.01% | 0.14% | 1.25 | 1,999 | 2.59 | 583 | 44.88% | 0.29 | 706 | 0.47 |
| Hony Capital | 298 | 0.00% | 0.03% | 0.25 | 434 | 0.57 | 222 | 74.50% | 0.06 | 264 | 0.07 |
| house.gov | 633 | 0.00% | 0.07% | 0.38 | 1,110 | 0.82 | 346 | 54.66% | 0.13 | 419 | 0.19 |
| industrialsclub | 221 | 0.00% | 0.02% | 0.08 | 300 | 0.12 | 93 | 42.08% | 0.02 | 95 | 0.01 |
| Jungle OR junglefc.com OR junglefc.com.br | 14,920 | 0.06% | 1.58% | 16.78 | 30,221 | 40.9 | 8,574 | 57.47% | 5.55 | 11,589 | 10.34 |
| Kajan W/2 Johnson | 3,177 | 0.01% | 0.34% | 2.33 | 7,585 | 5.5 | 679 | 21.37% | 0.16 | 875 | 0.18 |
| Lender presentation OR Lender Update | 2,413 | 0.01% | 0.26% | 3.3 | 4,413 | 6.42 | 1,124 | 46.58% | 1.27 | 1,130 | 0.96 |
| Leveraged Finance | 5,872 | 0.02% | 0.62% | 5.1 | 7,867 | 8.36 | 3,325 | 56.62% | 2.07 | 2,746 | 1.27 |
| LFA OR LFC | 11,904 | 0.05% | 1.26% | 20.14 | 24,214 | 34.52 | 5,961 | 50.08% | 4.33 | 7,113 | 6.55 |
| Market W/5 (shar* OR division OR competit* OR positioning OR segment OR target OR challenge) | 62,432 | 0.26% | 6.60% | 62.42 | 128,552 | 146.62 | 24,295 | 38.91% | 14.34 | 28,338 | 20.02 |
| MFC OR maximumfighting.com | 1,016 | 0.00% | 0.11% | 4.86 | 4,106 | 10.59 | 197 | 19.39% | 0.34 | 348 | 0.65 |
| Minor League OR Triple-A OR Triple A OR AAA | 24,995 | 0.10% | 2.64% | 32.62 | 54,145 | 82.12 | 10,156 | 40.63% | 5.4 | 11,929 | 8.12 |
| Mixed Martial Arts Athletes Association OR MMAAA | 52 | 0.00% | 0.01% | 0.13 | 116 | 0.39 | 21 | 40.38% | 0.01 | 20 | < 0.01 |
| Monopoly OR Monopsony OR Antitrust | 44,788 | 0.18% | 4.73% | 27.19 | 76,891 | 64.8 | 13,227 | 29.53% | 4.77 | 13,970 | 5.36 |
| NCFC OR North County Fight Club | 189 | 0.00% | 0.02% | 0.38 | 402 | 0.73 | 11 | 5.82% | < 0.01 | 11 | < 0.01 |
| negotiat* W/3 (promo* OR bout OR contract) | 11,010 | 0.05% | 1.16% | 11.66 | 24,580 | 32.34 | 461 | 4.19% | 0.17 | 500 | 0.23 |
| nolimitboxing.com.au OR nolimitmanagement.com.au | 314 | 0.00% | 0.03% | 0.31 | 494 | 0.99 | 154 | 49.04% | 0.05 | 159 | 0.04 |
| ONE Championship OR ONE FC OR ONEFC OR One Fighting Championship OR OFC | 9,834 | 0.04% | 1.04% | 16.73 | 23,453 | 38.18 | 3,609 | 36.70% | 2.48 | 5,871 | 3.87 |
| Phil W/2 Davis | 1,301 | 0.01% | 0.14% | 1.94 | 5,094 | 5.12 | 96 | 7.38% | 0.13 | 147 | 0.22 |
| PPV W/5 (Bout OR Points OR payment OR compensat* OR pay) | 21,608 | 0.09% | 2.28% | 26.36 | 70,616 | 84.81 | 3,675 | 17.01% | 3.05 | 4,663 | 4.11 |
| premerger OR pre-merger | 1,133 | 0.00% | 0.12% | 1.26 | 2,739 | 3.88 | 279 | 24.62% | 0.08 | 330 | 0.11 |
| Professional Fighters League OR PFL | 10,628 | 0.04% | 1.12% | 10.02 | 21,318 | 25.11 | 2,764 | 26.01% | 0.85 | 2,950 | 1.07 |
| promotion clause AND (contract OR agreement) AND ((attend OR cooperate OR assist OR promote) W/5 (fight OR bout OR event OR broadcast OR conference)) | 9 | 0.00% | 0.00% | 0.01 | 36 | 0.04 | 0 | 0.00% | < 0.01 | 0 | < 0.01 |
| Prospect Fighting Championships OR PFC | 734 | 0.00% | 0.08% | 2.46 | 2,828 | 5.9 | 221 | 30.11% | 0.22 | 351 | 0.41 |
| Public Investment Fund OR PIF | 10,785 | 0.04% | 1.14% | 7.76 | 14,480 | 15.66 | 5,461 | 50.64% | 1.91 | 5,688 | 1.73 |
| Quest OR Team Quest OR teamquestmanagement | 26,721 | 0.11% | 2.82% | 30.91 | 46,542 | 68.11 | 14,900 | 55.76% | 8.85 | 17,608 | 13.83 |
| rank* W/5 (fighter* OR criteria OR factor* OR bout OR headlin* OR consider* OR formula OR FightMatrix OR Fight Matrix OR Tapology OR compen* OR pay OR purse OR salary OR contract OR agreement OR deal OR Re-sign OR ... | 22,900 | 0.09% | 2.42% | 22.61 | 51,093 | 65.96 | 10,540 | 46.03% | 6.69 | 12,256 | 11.19 |
| redlin* W/10 (promotion* OR Bout) | 265 | 0.00% | 0.03% | 0.11 | 498 | 0.18 | 33 | 12.45% | 0.01 | 31 | 0.01 |
| rivalsports.com.au | 564 | 0.00% | 0.06% | 0.43 | 803 | 0.68 | 224 | 39.72% | 0.11 | 243 | 0.14 |
| savagemma.com | 321 | 0.00% | 0.03% | 0.22 | 416 | 0.29 | 151 | 47.04% | 0.03 | 152 | 0.02 |
| senate.gov | 2,319 | 0.01% | 0.25% | 1.06 | 3,063 | 1.64 | 1,642 | 70.81% | 0.6 | 1,821 | 0.56 |
| Si Tendangan Maut OR STM | 1,617 | 0.01% | 0.17% | 3.93 | 3,520 | 8.93 | 475 | 29.38% | 0.41 | 667 | 0.88 |



**Search Hit Report**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSL OR sslturku | 3,038 | 0.01% | 0.32% | 8.66 | 7,917 | 20.96 | 1,201 | 39.53% | 0.97 | 1,489 | 1.34 |
| SuckerPunch OR Sucker Punch OR suckerpunchent.com | 11,583 | 0.05% | 1.22% | 7.82 | 17,894 | 12.49 | 6,058 | 52.30% | 2.03 | 6,270 | 1.9 |
| TikTok W/15 (chat OR direct message OR DM OR private message OR reached out OR negotiat* OR manager OR agent OR fighter*) | 2,412 | 0.01% | 0.25% | 2.29 | 3,638 | 5.03 | 1,268 | 52.57% | 0.71 | 1,465 | 1.07 |
| tkocombatsports.com | 736 | 0.00% | 0.08% | 0.6 | 1,004 | 0.74 | 429 | 58.29% | 0.09 | 415 | 0.07 |
| Top Rank | 5,235 | 0.02% | 0.55% | 5.18 | 8,704 | 12.24 | 2,103 | 40.17% | 0.93 | 2,301 | 1.01 |
| topteamaustralia.com.au | 417 | 0.00% | 0.04% | 0.4 | 544 | 0.53 | 212 | 50.84% | 0.02 | 214 | 0.02 |
| Triple Threat | 1,624 | 0.01% | 0.17% | 2.24 | 3,413 | 5.9 | 730 | 44.95% | 0.36 | 949 | 0.57 |
| UFD OR ufd-gym.de OR ufc-gym.de | 784 | 0.00% | 0.08% | 1.76 | 1,643 | 3.07 | 400 | 51.02% | 0.19 | 427 | 0.31 |
| Ultimate Challenge OR UCMMA | 604 | 0.00% | 0.06% | 1.25 | 1,819 | 3.04 | 141 | 23.34% | 0.09 | 185 | 0.15 |
| unfair labor practice | 1,122 | 0.00% | 0.12% | 1.26 | 3,172 | 4.02 | 74 | 6.60% | 0.02 | 85 | 0.02 |
| warriorcampfitness OR Warriors Boxing OR warriorsboxing.com | 148 | 0.00% | 0.02% | 0.61 | 317 | 1.48 | 20 | 13.51% | 0.01 | 11 | < 0.01 |
| wmmsport OR wmsports.com.br | 984 | 0.00% | 0.10% | 1.11 | 1,651 | 1.96 | 326 | 33.13% | 0.31 | 383 | 0.46 |
| World Series of Fighting OR WSOF OR WSF | 1,986 | 0.01% | 0.21% | 3.19 | 5,511 | 7.46 | 383 | 19.28% | 0.22 | 528 | 0.28 |



## Search Hit Report

| Total Docs Hit | Total Size of Docs Hit (GB) | Total Docs Hit with Family | Total Size with Family (GB) |
|---|---|---|---|
| 945,967 | 683.83 | 1,324,509 | 1118.91 |