**HAYES | WAKAYAMA | JUAN**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
5798 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
lkw@hwlawnv.com
cvlasic@hwlawnv.com
*Attorneys for Non-Party Seneca*
*Holdings, LLC dba HOLO Discovery*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR NON-PARTY SENECA HOLDINGS, LLC DBA HOLO DISCOVERY** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case as counsel for non-party Seneca Holdings, LLC dba HOLO Discovery ("HOLO"), and requests that all notices given or required to be given in this case, and all papers served in this case be given to and served upon:

///

///

///

///

///

///

Page 1 of 5

LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
HAYES WAKAYAMA JUAN
5798 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113
lkw@hwlawnv.com
cvlasic@hwlawnv.com

Dated this 27th day of March, 2026.

**HAYES | WAKAYAMA | JUAN**

By */s/    Charles M. Vlasic III, Esq.*
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
5798 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113
*Attorneys for Non-Party Seneca
Holdings, LLC dba HOLO Discovery*

**HAYES | WAKAYAMA | JUAN**
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2026, a true and correct copy of **NOTICE OF APPEARANCE AS COUNSEL FOR NON-PARTY SENECA HOLDINGS, LLC DBA HOLO DISCOVERY** was served via the CM/ECF electronic system upon all parties or persons requiring notice.

| | |
|---|---|
| Joseph Axelrad, Esq.<br>Sean M. Berkowitz, Esq.<br>Aaron T. Chiu, Esq.<br>David L. Johnson, Esq.<br>Danielle R. Leneck, Esq.<br>Robert B. Medina, Esq.<br>Hanna Nunez Tse, Esq.<br>Adam B Peterson, Esq.<br>Laura R. Washington, Esq.<br>Christopher S. Yates, Esq.<br>LATHAM & WATKINS<br>joseph.axelrad@lw.com<br>sean.berkowitz@lw.com<br>aaron.chiu@lw.com<br>david.johnson@lw.com<br>danielle.leneck@lw.com<br>robert.medina@lw.com<br>hanna.nuneztse@lw.com<br>adam.peterson@lw.com<br>laura.washington@lw.com<br>chris.yates@lw.com<br>*Attorneys for Denitza Batchvarova, Craig Borsari, Hunter Campbell, Peter Dropick, Endeavor Group Holdings, Inc., Lawrence Epstein, Tracy Long, Mick Maynard, Marc Ratner, Andrew Schleimer, Sean Shelby, TKO Group Holdings, Inc., TKO Operating Company, LLC, Dana White, Zuffa Parent, LLC., Zuffa, LLC* | William Joseph Bruckner, Esq.<br>Consuela Abotsi-Kowu, Esq.<br>Brian D. Clark, Esq.<br>Kyle J. Pozan, Esq.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>wjbruckner@locklaw.com<br>cmabotsi-kowu@locklaw.com<br>bdclark@locklaw.com<br>kjpozan@locklaw.com<br>*Attorneys for Tristan Connelly, Clarence Dollaway, Kajan Johnson* |
| Christopher Turtzo, Esq.<br>LITTLER MENDELSON, PC<br>turtzo@morrissullivanlaw.com<br>*Attorneys for Alana Costantino, Kyle Nicholson* | Benjamin D. Brown, Esq.<br>Daniel Gifford, Esq.<br>Richard A. Koffman, Esq.<br>Emily B. Marcus, Esq.<br>Daniel H Silverman, Esq.<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>bbrown@cohenmilstein.com<br>dgifford@cohenmilstein.com |

Page 3 of 5

HAYES | WAKAYAMA | JUAN
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

| | |
|---|---|
| | rkoffman@cohenmilstein.com<br>emarcus@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br>*Attorneys for Clarence Dollaway, Kajan Johnson* |
| Eric L. Cramer, Esq.<br>Joshua P. Davis, Esq.<br>Michael C. Dell'Angelo, Esq.<br>Kyla J. Gibboney, Esq.<br>Jeremy Gradwohl, Esq.<br>Patrick F. Madden, Esq.<br>Robert Charles Maysey, Esq.<br>BERGER MONTAGUE PC<br>ecramer@bergermontague.com<br>jdavis@bergermontague.com<br>mdellangelo@bergermontague.com<br>kgibboney@bergermontague.com<br>jgradwohl@bergermontague.com<br>pmadden@bergermontague.com<br>rmaysey@bm.net<br>*Attorneys for Tristan Connelly, Clarence Dollaway, Kajan Johnson* | Michael J. Gayan, Esq.<br>CLAGGETT & SYKES LAW FIRM<br>mike@claggettlaw.com<br>*Attorneys for Tristan Connelly, Kajan Johnson* |
| T. Brent Jordan, Esq.<br>Joseph R. Saveri, Esq.<br>Itak Moradi, Esq.<br>Kevin Rayhill, Esq.<br>Christopher K.L. Young, Esq.<br>JOSEPH SAVERI LAW FIRM LLP<br>tbjordan@saverilawfirm.com<br>jsaveri@saverilawfirm.com<br>imoradi@saverilawfirm.com<br>krayhill@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>*Attorneys for Tristan Connelly, Clarence Dollaway, Kajan Johnson* | Jerome Elwell, Esq.<br>WARNER ANGLE HALLAM JACKSON FORMANEK PLC<br>Jelwell@warnerangle.com<br>*Attorneys for Clarence Dollaway, Kajan Johnson* |
| Keely Perdue Chippoletti, Esq.<br>Peter S. Christiansen, Esq.<br>CHRISTIANSEN TRIAL LAWYERS<br>keely@christiansenlaw.com<br>pete@christiansenlaw.com<br>*Attorneys for Dominance MMA, LLC* | Benjamin Cabranes, Esq.<br>William A. Isaacson, Esq.<br>Agbeko C. Petty, Esq.<br>Jessica Phillips, Esq.<br>Yotam Barkai, Esq.<br>DUNN ISAACSON RHEE LLP<br>bcabranes@dirllp.com<br>wisaacson@dirllp.com<br>apetty@dirllp.com<br>jphillips@dirllp.com |

| | ybarkai@dirllp.com<br>*Attorneys for Endeavor Group Holdings, Inc., TKO Group Holdings, Inc., TKO Operating Company, LLC, Zuffa Parent, LLC., Zuffa, LLC* |
|---|---|
| Matthew Feeley, Esq.<br>NEVADA ATTORNEY GENERAL'S OFFICE<br>mfeeley@ag.nv.gov<br>*Attorneys for Nevada Athletic Commission* | Donald J. Campbell, Esq.<br>J Colby Williams, Esq.<br>CAMPBELL & WILLIAMS<br>djc@cwlawlv.com<br>jcw@cwlawlv.com<br>*Attorneys for Endeavor Group Holdings, Inc., TKO Group Holdings, Inc., TKO Operating Company, LLC, Zuffa Parent, LLC., Zuffa, LLC* |

_____
*/s/ Kay Shankle*
An employee of Hayes Wakayama Juan

HAYES | WAKAYAMA | JUAN
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047