# EXHIBIT A



# SAVERI
## LAW FIRM

550 CALIFORNIA STREET
SUITE 910
SAN FRANCISCO CA 94104

TEL 415.500.6800
FAX 415.395.9940

780 THIRD AVENUE
SUITE 1200
NEW YORK NY 10017

TEL 347.790.0069
FAX 347.790.0029

March 12, 2026

**Via Email**

Peter S. Christiansen
Keely Chippoletti
Christiansen Trial Lawyers
710 S 7th St Suite B,
Las Vegas, NV 89101
pete@christiansenlaw.com
keely@christiansenlaw.com

Re:    *Johnson, et al. v. Zuffa, LLC, et al.*, Case No. 2:21-cv-01189-RFB-BNW (D. Nev.)

       March 3, 2026 Order to Show Cause Hearing; ECF No. 192, Minutes of Proceedings

Dear Mr. Christiansen:

We write to follow up on the March 3, 2026 hearing before Judge Boulware regarding Plaintiffs' application for an order to show cause for contempt and for sanctions and the order of today.

## Device Disclosure

The Court's order requires Dominance to disclose by March 17, 2026, the models, phone numbers, and dates of usage for all personal and professional devices of the three custodians to which Dominance previously agreed Ali Abdelaziz, Firdaws Khalim, and Terrell Hunsinger Jr. This information should be provided for the entirety of the time period—2015 to present, the period specified in the subpoena.

In addition, Plaintiffs request the following in written response and by March 17, 2026 for each custodian:

1) Employment period or contract period (start and end date).
2) Email addresses, user names or social media handles.

Peter S. Christiansen
Keely Chippoletti
March 12, 2026
Page 2

3) The time period for which each device—e.g., desktops, laptops, tablets, mobile devices—used during the applicable period, with periods of use indicated for each device.

4) The applications on each device which contain discoverable ESI.

5) With respect to custodians, please confirm a litigation hold was issued, and if so, when.

6) With respect to each custodian—and respective device(s)—the status of collection of ESI.

**Production of ESI**

Per Court order (ECF No. 192), you are required to produce all responsive materials collected by HOLO to date no later than April 3, 2026. You represented at the hearing that as of March 3 that includes approximately 126,000 emails for Mr. Abdelaziz.

With respect to ESI other than Mr. Abdelaziz's emails, please provide us with an estimate of volume and status of collection. We demand that the collection and production of such other ESI occur on the same timing, i.e., by April 3. Please let us know if you disagree. If so, we will take it up with the Court.

With respect to the other agreed upon custodians, Firdaws Khalim and Terrell Hunsinger Jr., please advise of the status of the collection and production of their custodial ESI. In the alternative, state the basis for any failure to preserve, failure to to collect, and/or failure to produce their documents.

Given the delay in compliance, the Court has limited review to a review for privilege only. All non-privileged documents should be produced right away.

You represented unspecified difficulties ("hiccups") in connection with the production of ESI for Mr. Abdelaziz. Please provide us with a description right away of these difficulties, any other issues encountered, and how you intend to resolve or have resolved these issues. The Court shares our concerns about destruction or spoliation of responsive ESI. We seek assurances that no responsive ESI has been destroyed or is no longer obtainable.

Peter S. Christiansen
Keely Chippoletti
March 12, 2026
Page 3

Finally, please investigate and advise whether any previously identified potential custodians in Dominance's Draft Inventory of Potential Custodians, produced on October 6, 2025, or any other Dominance personnel, are in possession of any communications that Mr. Khalim or Mr. Hunsinger Jr. sent or received. Plaintiffs reserve their rights to amend their requests for custodians upon review and analysis of responsive documents and the results of your investigation and advisement.

Plaintiffs continue to reserve their right for sanctions or other relief resulting from Dominance's discovery conduct or misconduct.

We are available to confer as needed. Thank you.

Sincerely,

Joseph R. Saveri