Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile:  (415) 315-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>           Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES AS TO DOMINANCE MMA PER COURT ORDER ECF NO. 471** |

I, Joseph R. Saveri, hereby declare as follows:

I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Saveri Law Firm, LLP ("SLF"). I submit this declaration in support of Plaintiffs' Reply in Support of Motion for Attorneys' Fees and Expenses in the above-captioned action, *Kajan Johnson v. Zuffa, LLC*, Case No. 2:21-cv-01189 (D. Nev.) (the "Action"). I am fully familiar with the Action and have personal knowledge of or am sufficiently informed and can attest to the matters set forth herein.

1. Attached hereto as Exhibit A is a true and correct copy of a letter from Keely Chippoletti of Christiansen Trial Lawyers received in my office on April 3, 2026.

2. Attached hereto as Exhibit B is a true and correct copy of a letter from me to Peter Christiansen and Keely Chippoletti of Christiansen Trial Lawyers, sent on April 8, 2026.

3. Attached hereto as Exhibit C is a true and correct copy of a letter from Keely Chippoletti of Christiansen Trial Lawyers received in my office on April 16, 2026.

4. Since at least August 30, 2025, I have been actively involved in attempts by SLF to obtain documents responsive to Plaintiffs' subpoena to Dominance MMA, LLC ("Dominance"). This has included summarizing for co-counsel the August 28, 2025, hearing at which I argued on behalf of Plaintiffs' Motion to Compel, and engaging in discussions of strategy and timing with SLF attorneys T. Brent Jordan, Itak Moradi, and Kevin Rayhill relating to negotiations with Dominance counsel regarding custodians, scheduling of production, devices to be collected, deadlines, and other issues. I reviewed and revised Plaintiffs' Application for an Order to Show Cause and the Reply in support thereof, and Plaintiffs' Motion for Fees and the Reply in support thereof, as well as various correspondence with Dominance. I prepared for, traveled to and from, attended, and engaged in post mortems analysis of the March 3, 2026, Hearing relating to the Application for an Order to Show Cause. Throughout this time I have engaged with co-counsel to keep them apprised of ongoing developments relating to the Dominance subpoena, and with SLF attorneys.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 2nd day of April 2026 in San Francisco, California.

/s/ Joseph R. Saveri
Joseph R. Saveri

DECLARATION OF JOSEPH R. SAVERI ISO REPLY ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES