# **EXHIBIT A**



PETER S. CHRISTIANSEN
PETER J. CHRISTIANSEN
R. TODD TERRY

KEELY P. CHIPPOLETTI
ANDREW R. BROWN

April 3, 2026

*Via Email*:    jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

Joseph R. Saveri, Esq.
Kevin Rayhill, Esq.
Itak Moradi, Esq.
T. Brent Jordan, Esq.
Saveri Law Firm
550 California Street, Suite 910
San Francisco, CA 94104

> Re:    Dominance MMA, LLC
> *Kajan Johnson, et al. v. Zuffa, LLC, et al.*
> Case No. 2:21-cv-01189-RFB-BNW

Dear Counsel:

Pursuant to the Court's Orders at ECF Nos. 245 and 471, Dominance hereby makes its first production of documents collected by HOLO. The link below contains the production:

https://we.tl/t-CkrpA5QpuqQQq6sL

Password: 6jY*nkAf_i5606\F

As reflected in prior correspondence and discussions, HOLO collected approximately 126,000 documents from the email account of Ali Abdelaziz. Following the exclusion of documents predating January 1, 2015, de-duplication, and email threading, the review dataset was substantially reduced.

Dominance is producing documents from that dataset in this production and continues to review the remaining materials. A substantial portion of Mr. Abdelaziz's email collection remains under active review, along with materials collected from his iPhone and iPad and the email accounts of Firdaws Khalim and Terrell Hunsinger. As previously advised, these materials have been collected by HOLO and are being reviewed on an ongoing basis.

/ / /

/ / /

Saveri, Joseph R., Esq.
Rayhill, Kevin, Esq.
Moradi, Itak, Esq.
Jordan, T. Brent, Esq.
April 3, 2026
Page 2 of 2

Dominance is proceeding diligently and will continue to make productions on a rolling basis as additional responsive, nonprivileged materials are identified. Dominance expressly reserves all rights, including recovery of all fees and costs ordered by the Court, for which you have already acknowledged responsibility in your prior correspondence indicating payment of $10,000 would be forthcoming.

Sincerely,

CHRISTIANSEN TRIAL LAWYERS

PETER S. CHRISTIANSEN, ESQ.