# EXHIBIT C



PETER S. CHRISTIANSEN
PETER J. CHRISTIANSEN
R. TODD TERRY

KEELY P. CHIPPOLETTI
ANDREW R. BROWN

April 16, 2026

*Via Email*:    jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

Joseph R. Saveri, Esq.
Kevin Rayhill, Esq.
Itak Moradi, Esq.
T. Brent Jordan, Esq.
Saveri Law Firm
550 California Street, Suite 910
San Francisco, CA 94104

      Re:    Dominance MMA, LLC
              *Kajan Johnson, et al. v. Zuffa, LLC, et al.*
              Case No. 2:21-cv-01189-RFB-BNW

Dear Counsel:

    Pursuant to the Court's Orders at ECF Nos. 245 and 471, Dominance hereby makes its second production of documents collected by HOLO. The link below contains the production:

    https://we.tl/t-eKcBYq4ms03yYuDG

    Password: 2sHw6=7K+7Dv%2jN

    A substantial portion of Mr. Abdelaziz's email collection remains under active review, along with materials collected from his iPhone and iPad and the email accounts of Firdaws Khalim and Terrell Hunsinger. As previously advised, these materials have been collected by HOLO and are being reviewed on an ongoing basis.

    Dominance will continue to make productions on a rolling basis as additional responsive, nonprivileged materials are identified.

        Sincerely,

        CHRISTIANSEN TRIAL LAWYERS

        PETER S. CHRISTIANSEN, ESQ.