# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL PLAINTIFFS' MOTION TO CHALLENGE DEFENDANTS' PRIVILEGE DESIGNATIONS AND CERTAIN DOCUMENTS CITED IN SUPPORT THEREOF** |

# [PROPOSED] ORDER

This Court, having read and considered all papers submitted by Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc., in support of Defendants' Motion to Seal Plaintiffs' Motion To Challenge Defendants' Privilege Designations (Dkt. No. 507) And Certain Documents Cited In Support Thereof, hereby **GRANTS** the Motion.

**IT IS ORDERED THAT** the following documents shall be filed under seal:

- **Exhibit 6** (Dkt. No. 507-8), in full.

- **Exhibit 8** (Dkt. No. 507-10), redacted as follows:

    o All portions of phone numbers.

- **Exhibit 9** (Dkt. No. 507-11), redacted as follows:

    o All portions of phone numbers.

- **Exhibit 10** (Dkt. No. 507-12), redacted as follows:

    o All portions of phone numbers.

- **Exhibit 11** (Dkt. No. 507-13), redacted as follows:

    o All portions of phone numbers.

- **Exhibit 12** (Dkt. No. 507-14), redacted as follows:

    o All portions of phone numbers.

- **Exhibit 13** (Dkt. No. 507-15), in full.

- **Motion to Challenge** (Dkt. No. 507), redacted as follows:

    o Page 5, lines 5–7;

    o Page 6, lines 2–4, 11–12;

    o Page 11, lines 16–18, 20;

    o Page 12, lines 2, 5, n.8;

    o Page 15, line 3;

- o   Page 16, lines 16–17, 21–22; and

- o   Page 19, lines 16, 19–20

- o   Page 20, lines 1-2, 9

**IT IS SO ORDERED.**

Dated: _____                  _____
                                                       BRENDA WEKSLER
                                                       UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendants' Motion to Seal Plaintiffs' Motion To Challenge Defendants' Privilege Designations And Certain Documents Cited In Support Thereof was served on April 30, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Christopher S. Yates*
Christopher S. Yates (*Pro hac vice*) of
LATHAM & WATKINS LLP