# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**PLAINTIFFS' AND ENDEAVOR'S JOINT STATUS REPORT REGARDING SEARCH TERMS** |

Plaintiffs and Defendant Endeavor hereby submit this Joint Status Report to update the Court as to the status of their search term negotiations since the parties' last submission on May 11, 2026 (Dkt. 536).

**I.      Plaintiffs' Statement**

Plaintiffs have received Endeavor's hit reports that purport to show that Plaintiffs' narrowed proposal results in approximately 2.7 million documents. It is not clear how it is possible for Plaintiffs' prior proposal (which was narrowed substantially when provided to Endeavor on May 1 and clarified on May 8) generated just 5 million hits when applied to the over 30 prior custodians, yet when Endeavor runs the proposal as to a small subset of those same custodians (Emanuel, Whitesell, and Lublin) and adds just three additional individuals (Freidenberg, Rose, and Zussman), it could generate the reported volumes.

Nevertheless, Plaintiffs are reviewing the hit report and expect to provide Endeavor with proposed narrowing revisions to Plaintiffs' May 1 proposal prior to the May 18 status conference. Plaintiffs expect to address a significant majority of the terms that Endeavor has identified as problematic in its view.

Endeavor's counter proposal (driven by a singular focus on reducing the hit count) was achieved only by deleting thousands of Plaintiffs' proposed search terms. It remains inappropriate, even if they do add narrowed versions of 200 or so terms. Plaintiffs disagree that narrowing each of those terms is appropriate for narrowing, but propose revisions to the significant majority of them anyway.

Once Plaintiffs receive another hit report following their forthcoming proposal, Plaintiffs will be better-positioned to determine whether further narrowing can be productive. Plaintiffs are willing to take those steps, but are not willing to negotiate Endeavor's overly narrow, review volume outcome-focused subset of Plaintiffs' search terms.

**II.     Endeavor's Statement**

First, Endeavor has now finished migrating data to its system and thus has been able to provide more accurate hit reports.  Even after doing so, Plaintiffs' proposed terms still result in approximately 2.7 million documents.  This number reflects deduplication.  Nonetheless,

1

Endeavor is investigating whether it can thread search results or remove junk and spam email from the results, as Plaintiffs have requested, but remains concerned that doing so will not substantially ameliorate the burden of Plaintiffs' proposed terms. Regarding Plaintiff's claim that it is not clear how these results are possible, Endeavor is looking into this, but notes that the burden of Plaintiff's proposed terms stems largely from their length and use of common names and terms. In contrast, Endeavor's counterproposal results in approximately 450k documents, after deduplication—a number Endeavor still considers excessive, but which it will nonetheless commit to review in the interests of driving these discussions to a conclusion (subject to working with Plaintiffs to make any reasonable adjustments to reduce false hits).

Second, Endeavor remains willing to work with Plaintiffs to address their stated concerns with Endeavor's counterproposal. To that end, Endeavor is testing modifications to 200+ of Plaintiffs' proposed terms—each of which, as proposed, are either generic terms such as common names or words, or overly broad search strings, and each of which return over 10k documents (and in some instances, hundreds of thousands of documents each). Endeavor maintains that, as currently drafted, terms like these will result in an enormous volume of false hits and materially delay its review, but also is committed to trying to reach agreement with Plaintiffs, who have expressed a desire to run some version of these terms. Endeavor also understands Plaintiff is preparing an updated search-term proposal and will provide hit reports for that proposal, once received, as soon as it is able with a goal of driving these discussions to a conclusion. Given this ongoing and collaborative process, and that Endeavor is now able to provide more robust hit reports, Endeavor respectfully submits that the parties are not at impasse on this issue, and that it would be far more efficient to allow Plaintiffs and Endeavor a modest amount of additional time to reach a negotiated solution than to order Endeavor to proceed with Plaintiffs' proposed terms at this juncture.

2

Respectfully Submitted,

By: _s/ Patrick F. Madden_
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (*Pro Hac Vice*)
Kyla Gibboney (*Pro Hac Vice*)
Robert C. Maysey (*Pro Hac Vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 215-0962
jdavis@bm.net
kgibboney@bm.net
rmaysey@bm.net

*Counsel for Plaintiffs and the Proposed Classes*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
Daniel Gifford (*Pro hac vice)*
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

Dated:  May 15, 2026

By: _s/ Maaren A. Shah_
MAAREN A. SHAH (*Pro hac vice*)
maarenshah@quinnemanuel.com
ELLISON WARD MERKEL
(*Pro hac vice*)
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

KRISTIN N. TAHLER (*pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS *(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

RORY T. KAY (NV Bar No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (NV Bar No. 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

3

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (P*ro hac vice*)
Itak Moradi (*Pro hac vice)*
SAVERI LAW FIRM, LLP
550 California St., Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com


W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiffs and
the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and
the Proposed Class*

4