Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
edennis@mcdonaldcarano.com

Maaren A. Shah (*admitted pro hac vice*)
Sami Rashid (*admitted pro hac vice*)
Ellison Merkel (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Ave
New York, NY 10016
Telephone: (212) 849-7000
maarenshah@quinnemanuel.com
samirashid@quinnemanuel.com
ellisonmerkel@quinnemanuel.com

Kristin N. Tahler (*admitted pro hac vice*)
William R. Sears (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com
willsears@quinnemanuel.com

*Attorneys for Endeavor Group Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc., <br><br> Defendants. | Case No. 2:21-cv-01189-RFB-BNW <br><br><br> **NOTICE OF MANUAL FILING OF FORENSIC REPORTS UNDER ECF NO. 553** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Under LR IC 1-1(d), defendant Endeavor Group Holdings, Inc. ("Endeavor") submits this Notice to apprise the Court and the parties of Endeavor's submission of a flash drive ("Drive") containing the forensic reports prepared by e-discovery vendor Consilio relating to Mr. Jason Lublin and Mr. Patrick Whitesell, two custodians associated with Endeavor. This Drive is being submitted under the Court's May 18, 2026 minute order. *See* ECF Doc. No. 553. This Notice is supported by the concurrently filed Declaration of Lorraine Moise ("Moise Declaration").

Consistent with the Court's oral direction, Endeavor therefore submits the Drive (including the reports prepared by Consilio related to Mr. Lublin and Mr. Whitesell) under LR IC 1-1(d). Because the Consilio Reports are in Excel format and are not amenable to standard ECF filing, Endeavor is lodging them manually via flash drive with the Clerk's Office and providing courtesy copies to the Court and to Plaintiffs via FTP. To the extent the Drive contains confidential or other sensitive personal information of the custodians and Endeavor Group Holdings, Inc., Endeavor respectfully requests that the Court treat the Drive and its contents as confidential and under seal, and submits a concurrent Motion to Seal for that purpose. The Motion to Seal also requests the preservation of a redaction within the supporting Moise Declaration.

Dated this 1st day of June, 2026.

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)
rkay@mcdonaldcarano.com
edennis@mcdonaldcarano.com

Maaren A. Shah (*admitted pro hac vice*)
Sami Rashid (*admitted pro hac vice*)
Ellison Merkel (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
maarenshah@quinnemanuel.com
samirashid@quinnemanuel.com
ellisonmerkel@quinnemanuel.com

Kristin N. Tahler (*admitted pro hac vice*)
William R. Sears (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
kristintahler@quinnemanuel.com
willsears@quinnemanuel.com

*Attorneys for Endeavor Group Holdings, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2026, a true and correct copy of **NOTICE OF MANUAL FILING OF FORENSIC REPORTS UNDER ECF NO. 553** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: _/s/ Kimberly Kirn_
    An employee of McDonald Carano LLP

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

2