Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
edennis@mcdonaldcarano.com

Maaren A. Shah (*admitted pro hac vice*)
Sami Rashid (*admitted pro hac vice*)
Ellison Merkel (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Ave
New York, NY 10016
Telephone: (212) 849-7000
maarenshah@quinnemanuel.com
samirashid@quinnemanuel.com
ellisonmerkel@quinnemanuel.com

Kristin N. Tahler (*admitted pro hac vice*)
William R. Sears (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com
willsears@quinnemanuel.com

*Attorneys for Endeavor Group Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br><br>**DECLARATION OF LORRAINE MOISE IN SUPPORT OF DEFENDANT ENDEAVOR GROUP HOLDINGS, INC.'S NOTICE OF MANUAL FILING OF FORENSIC REPORTS UNDER ECF NO. 553** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

I, Lorraine Moise, hereby declare as follows:

1.    I am a Senior Manager of Digital Forensics and Services at Consilio LLC.  I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2.    I submit this declaration in support of Defendant Endeavor Group Holdings, Inc.'s Notice of Manual Filing of Forensic Reports Under ECF No. 553 (the "Notice of Manual Filing").

3.    Pursuant to the Court's instruction at the May 18, 2026 Status Conference, I prepared the forensic reports described in the Notice of Manual Filing for the mobile devices to which I was assigned.  Each report's "Installed Applications" section is derived directly from the device image and lists every application installed on the device as of the date of imaging; the "Communications Apps" section sets out the subset of those applications that my team identified as primarily intended for messaging purposes.  These applications include ███████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████ each to the extent they were present in a particular device.

4.    To identify the applications primarily intended for messaging, I started with the forensic tools' automated categorization of the installed applications—for example, Cellebrite's "Categories" function, which labels applications by type, such as "communication" or "business." That categorization does not, on its own, capture every messaging application, so my team also reviewed each device's complete inventory of installed applications, as set out in the report's "Installed Applications" section, and added any others we understood to have messaging functionality. Together, these steps identified the applications listed above, which we included in each report's "Communications Apps" section.

I declare under penalty of perjury that the foregoing is true and correct, under the laws of the United States of America. Executed this 1st day of June, 2026, in Grayslake, Illinois.

/s/ Lorraine Moise
Lorraine Moise

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1