WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (Pro hac vice)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

[Additional counsel listed on signature page]

*Attorneys for Defendants Zuffa, LLC, and TKO Operating Company, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**NOTICE OF DEFENDANTS ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S MANUAL FILING OF FLASH DRIVE** |

Under LR IA 10-4 and pursuant to the Court's May 18, 2026 Minute Order (Dkt. No. 553), defendants Zuffa, LLC and TKO Operating Company, LLC's (collectively, "Zuffa and TKO"), by and through their undersigned counsel, submit this Notice to apprise the Court and the parties of Zuffa and TKO's submission of a flash drive (the "Drive") containing forensic reports prepared by e-discovery vendor Consilio LLC ("Consilio") related to the Zuffa and TKO custodians.  The Drive contains the following sixteen exhibits, which are reports created by Consilio (Exhibits 1-16):

Exhibit 1 – Device Report on Craig Borsari's Apple iPhone 13 Pro Max;

Exhibit 2 – Device Report on Craig Borsari's Apple iPhone 16 Pro Max;

Exhibit 3 – Device Report on Peter Dropick's Apple iPhone 12 Pro Max;

Exhibit 4 – Device Report on Peter Dropick's Apple iPhone 15 Pro Max;

Exhibit 5 – Device Report on Lawrence Epstein's Apple iPhone 13 Pro Max;

Exhibit 6 – Device Report on Lawrence Epstein's Apple iPhone 16 Pro Max;

Exhibit 7 – Device Report on Reed Harris's Apple iPhone 11;

Exhibit 8 – Device Report on Marc Ratner's Apple iPhone 13 Pro;

Exhibit 9 – Device Report on Marc Ratner's Apple iPhone 16 Pro Max;

Exhibit 10 – Device Report on Marc Ratner's Apple iPhone 17 Pro Max;

Exhibit 11 – Device Report on Andrew Schleimer's Apple iPhone 12 Pro Max, Personal Device;

Exhibit 12 – Device Report on Andrew Schleimer's Apple iPhone 16 Plus;

Exhibit 13 – Device Report on Andrew Schleimer's Apple iPhone 12 Pro Max;

Exhibit 14 – Device Report on Mark Shapiro's Apple iPhone 14 Pro;

Exhibit 15 – Device Report on Mark Shapiro's Apple iPhone 16 Pro;

Exhibit 16 – Device Report on David Shaw's Apple iPhone 13 Pro Max;

Because the reports are Excel spreadsheets containing multiple worksheets, they are not conducive to e-filing.  Zuffa and TKO are therefore filing the Drive with the Clerk's Office and providing electronic courtesy copies to the Court and to Plaintiffs.

Dated: June 1, 2026

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel:  (202) 240-2900

YOTAM BARKAI (*Pro hac vice*)
ybarkai@dirllp.com
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

Respectfully Submitted,

*/s/ Christopher S. Yates*
CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

JOSEPH AXELRAD (*Pro hac vice*)
joseph.axelrad@lw.com
DANIELLE LENECK (*Pro hac vice*)
danielle.leneck@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing Defendants' Notice of Manual Filing of Flash Drive was served on June 1, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

> /s/ Christopher S. Yates
> Christopher S. Yates (*Pro hac vice*) of
> LATHAM & WATKINS LLP