FILED _____ RECEIVED
ENTERED _____ SERVED ON

05/29/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Johnson Et Al _____ ,
Plaintiff(s)

v.

Zuffa, Llc Dba Ultimate Fighting Champion ,
Defendant(s).

Case No.: 2:21cv1189 _____

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____ Alexandra Wilts _____ , request permission for live
(name of requestor)

remote public access to the civil proceeding set for _____ 6/3/2026 _____
(date)

at _____ 9.15am _____ before Judge _____ Richard Boulware _____ .
(time)                                           (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 5/29/2026 _____

Requestor's Full Name: Alexandra Wilts _____

Mailing Address: 26 O'Farrell Street, Suite 406 _____

_____

Telephone number: 202-679-5735 _____

E-mail address: alex.wilts@mlex.com _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice: This form and the information provided will be public record.*