WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (Pro hac vice)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

[Additional counsel listed on signature page]

*Attorneys for Defendants Zuffa, LLC, and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

KAJAN JOHNSON, CLARENCE DOLLOWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,

Defendants.

Case No.: 2:21-cv-01189-RFB-BNW

**DECLARATION OF LORRAINE MOISE IN SUPPORT OF DEFENDANTS' ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S SUPPLEMENTAL MANUAL FILING OF FLASH DRIVE**

I, Lorraine Moise, hereby declare as follows:

1.      I am a Senior Manager of Digital Forensics and Expert Services at Consilio LLC. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Defendants' Zuffa, LLC and TKO Operating Company, LLC's Supplemental Manual Filing of Flash Drive (the "Manual Filing").

3.      Pursuant to the Court's instruction at the May 18, 2026 Status Conference, for each mobile device for which I was assigned to prepare certain forensic reports (*see* Defendants' Manual Filing, Exhibits 1-16), my team only included mobile applications which we understand are primarily intended for messaging purposes.  These applications include ChatGPT, Discord, Emoji Me, EmojiBrowser,  Facebook Messenger, Gmail, GroupMe, Instagram, Life360, LinkedIn, Periscope, RedditApp, Signal, Snapchat, Skype, Skype4Life, SMS/MMS/iMessage (Native Messages), Tachyon (Google Meet), Teams, Threads, TikTok, Twitter, Viber, WatchChat, WeChat, WhatsApp, and Zoom, each to the extent they were present in a particular device.

4.      To determine whether an application is primarily intended for communication, I relied on Cellebrite's "Categories" function, which automatically identifies certain messaging and social media applications as "communication" applications.  However, as Cellebrite does not categorize certain applications as communication applications despite having some messaging functionality (*e.g.*, Zoom, which Cellebrite categorizes as "business"), my team also manually reviewed the lists of all installed applications in each device and identified additional applications we understand to have messaging functionality that could be used for business purposes.  We included all such applications in the "Communications Apps" in each of the reports we prepared.

I declare under penalty of perjury that the foregoing is true and correct, under the laws of the United States of America. Executed this 1st day of June, 2026, in Grayslake, Illinois.

/s/ *Lorraine Moise*
Lorraine Moise