**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Johnson, et al.
_____ ,
      Plaintiff(s)

v.

Zuffa, LLC dba Ultimate Fighting
Championship, et al.
_____ ,
      Defendant(s).

Case No.: 2:21-cv-01189-RFB-BNW

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, Clayton L. Wiggins _____ , request permission for live
      (name of requestor)

remote public access to the civil proceeding set for June 3, 2026 _____
                                            (date)

at 9:15 am _____ before Judge Richard Boulware _____ .
      (time)                                (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: June 2, 2026 _____

Requestor's Full Name: Clayton L. Wiggins _____

Mailing Address: 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304 _____

_____

Telephone number: 202.637.2200 _____

E-mail address: clayton.wiggins@lw.com _____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

_*Notice:_ _This form and the information provided will be public record._