**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-01189-RFB-BNW |
| Plaintiffs, | **PARTY REPRESENTATIVE REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |
| v. | |
| Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc., | |
| Defendants. | |

I, Courtney Braun, request permission for live remote public access to the civil proceeding set for June 15, 2026, at 3:00 p.m. before Judge Boulware. I am an employee and representative of party Endeavor Group Holdings, Inc, residing outside the State of Nevada. My contact information is contained in the below signature block. I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Dated this 10th day of June, 2026

> Courtney Braun | WME Group
> Chief Legal Officer
> cbraun@wmegrp.com
> T (310) 248-3071
> M (917) 331-4484
> 9601 Wilshire Blvd, 5th Floor
> Beverly Hills, CA 90210
> Endeavor Group Holdings, Inc.

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966