WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JASON HOUSE IN SUPPORT OF DEFENDANTS' ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFFS' ESI STATEMENT** |

I, Jason House, declare as follows:

1.     I am over 18 years old and have personal knowledge of the information in this declaration.  I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2.     I am an owner of Iridium Sports Agency, LLC, which I formed in 2009.  Since that time, I have served as an agent to various mixed martial artists located throughout the world who fight in various Combat Sports promotions, including Mixed Martial Arts ("MMA") promotions, such as the Ultimate Fighting Championship® ("UFC").  I presently represent in excess of 100 MMA fighters competing in numerous Combat Sports, including but not limited to the UFC, and estimate that I have represented that quantity of UFC fighters since approximately 2021.

3.     I have negotiated hundreds of UFC contracts and bout agreements on behalf of the fighters I represent.  The vast majority of these communications occur over the phone.  To that end, most of my fight and contract negotiations with UFC have occurred with either Sean Shelby or Mick Maynard.  For certain top ranked fighters in the UFC that I represent, I will typically negotiate those UFC contracts and bout agreements with Hunter Campbell.

4.     Throughout my career managing different fighters competing in the UFC, I have never negotiated a UFC contract or bout agreement with Dana White.  As such, I have never exchanged any messages with Dana White about UFC contracts, bout agreements, or fighter pay.

5.     I have never used any "ephemeral messaging app," *i.e.*, an app that automatically deletes messages once they are viewed, to communicate with anyone from UFC about UFC business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 18th day of June, 2026, in Las Vegas, Nevada.


/s/ ***Jason House***
Jason House

DECLARATION OF HOUSE ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

1