WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF MALKI KAWA IN SUPPORT OF DEFENDANTS' ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFFS' ESI STATEMENT** |

DECLARATION OF KAWA ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

CASE NO. 2:21-CV-01189-RFB-BNW

I, Malki Kawa, declare as follows:

1.     I am over 18 years old and have personal knowledge of the information in this declaration. I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2.     I am an owner of First Round Management, which I founded in 2008. Through First Round Management, I have served as an agent to many mixed martial artists across the world who fight in various Combat Sports promotions, including various Mixed Martial Arts ("MMA") promotions such as the Ultimate Fighting Championship® ("UFC").

3.     I have managed dozens of MMA fighters competing in UFC and, in that capacity, have negotiated hundreds of UFC contracts and bout agreements since 2008. The vast majority of these communications occur over the phone.

4.     Prior to the sale of UFC to WME-IMG, in 2016, I would generally negotiate UFC contracts and bout agreements with Joe Silva and Sean Shelby. For certain top ranked UFC fighters, however, I would occasionally negotiate their contracts and bout agreements with Dana White. After the sale of UFC to WME-IMG, in 2016, I would generally negotiate UFC contracts and bout agreements with Mick Maynard and Sean Shelby. And, from at least 2018 onward, when I would have to negotiate UFC contracts and bout agreements for a top-ranked fighter I represented, I would negotiate with Hunter Campbell.

5.     From 2018 forward, I do not recall any instance wherein I negotiated a UFC contract or bout agreement with Dana White, and I do not believe I exchanged any messages with him about negotiating UFC contracts, bout agreements, or fighter pay during this same time period. In fact, I have publicly stated that it is Hunter Campbell who runs the UFC's day-to-day business.

6.     I have never used any "ephemeral messaging app," *i.e.*, an app that automatically deletes messages once they are viewed, to communicate with anyone from UFC about UFC business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 19th day of June, 2026

/s/ *Malki Kawa*
Malki Kawa

DECLARATION OF KAWA ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

CASE NO. 2:21-CV-01189-RFB-BNW