WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF DAN LAMBERT IN SUPPORT OF DEFENDANTS' ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFFS' ESI STATEMENT** |

I, Dan Lambert, declare as follows:

1.      I am over 18 years old and have personal knowledge of the information in this declaration.  I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2.      I founded American Top Team in 2001, which is a renowned Mixed Martial Arts ("MMA") gym and fight team.  Since 2001, American Top Team has been the gym/team of hundreds of MMA fighters from across the world who have competed in a host of different Combat Sports promotions, including Mixed Martial Arts ("MMA") promotions, such as the Ultimate Fighting Championship® ("UFC").  As the owner of American Top Team, I have managed dozens of MMA fighters competing in numerous Combat Sports, including but not limited to the UFC and, in that capacity, have negotiated hundreds of UFC contracts and bout agreements.  The vast majority of these negotiations occur over the phone or in person.

3.      Prior to the sale of UFC to WME-IMG, in 2016, I would generally negotiate UFC contracts and bout agreements with Joe Silva and Sean Shelby.  For certain top ranked UFC fighters, however, I would occasionally negotiate their contracts and bout agreements with Dana White ("Mr. White").  After the sale of UFC to WME-IMG, I would generally negotiate UFC contracts and bout agreements with Mick Maynard and Sean Shelby.  And, from at least 2018 onward, when I would have to negotiate UFC contracts and bout agreements for a top-ranked fighter I represented, I would negotiate with Hunter Campbell.

4.      One of the UFC fighters I represented was Amanda Nunes.  I specifically recall that when I attempted to engage Mr. White to negotiate Amanda Nunes' fight against Cris Cyborg, Mr. White told me that he no longer does fight negotiations and that I would have to speak with Hunter Campbell.  Thus, I flew to Las Vegas to negotiate the fight with Hunter Campbell in person, and Amanda Nunes ultimately fought and defeated Cris Cyborg at UFC 232 on December 29, 2018. From my perspective, it appeared that after the sale of UFC to WME-IMG, Mick Maynard replaced Joe Silva, Dana White took over Lorenzo Fertitta's role, and Hunter Campbell took over Dana White's previous role.

5.      Dana White and I have a personal relationship and communicate with one another from time to time.  That said, from 2018 forward, I do not recall any instance wherein I negotiated a UFC contract or bout agreement with Dana White, and nor do I recall exchanging any messages with him about negotiating UFC contracts, bout agreements, or fighter pay during this same time period.  To the extent that any such communication did occur during that period with Dana White regarding the negotiation of a UFC contract or bout, it would have been the rare exception and not the rule.

6.      I have never used any "ephemeral messaging app," *i.e.*, an app that automatically deletes messages once they are viewed, to communicate with anyone from UFC about UFC business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 19th day of June, 2026

/s/ *Dan Lambert*
Dan Lambert

DECLARATION OF LAMBERT ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

2

CASE NO. 2:21-CV-01189-RFB-BNW