WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
BENJAMIN J. CABRANES (*Pro hac vice*)
bcabranes@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC, and
TKO Operating Company, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC., <br><br> Defendants. | Case No.: 2:21-cv-01189-RFB-BNW <br><br> **DECLARATION OF MICHAEL HOLPUCH IN SUPPORT OF DEFENDANTS ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFFS' ESI STATEMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF HOLPUCH ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

CASE NO. 2:21-CV-01189-RFB-BNW

I, Michael Holpuch, hereby declare as follows:

1.    I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.    I am a principal of Seneca Holdings, LLC d/b/a HOLO Discovery ("HOLO"), a Las Vegas-based provider of technology-enabled data services for law firms, corporations, and government entities.  HOLO's services specifically include the collection and processing of data for litigation matters.

3.    I have more than 20 years of software engineering experience and lead HOLO's technology division.  In that capacity, I routinely perform on-site data collections from mobile phone devices belonging to litigation custodians.

4.    HOLO was retained in the above-captioned matter by Defendants Zuffa and TKO, through one of its law firms, Campbell & Williams ("C&W"), to perform various data collections and related tasks.

**A.    iPhone 11's Status on Password Screen**

5.    On April 2, 2026, I met Colby Williams at the UFC's Las Vegas headquarters to collect data from a mobile device belonging to Denitza Batchvarova.  I met Mr. Williams and Ms. Batchvarova at the UFC offices at approximately 1 p.m., after which I began the collection of data from Ms. Batchvarova's phone.

6.    As the collection of Ms. Batchvarova's phone was concluding, Mr. Williams brought a different mobile device, an Apple iPhone 11 ("iPhone 11") to my attention and asked whether I could access the device through my laptop and Cellebrite software program in order to determine any identifying characteristics, such as its serial number, IMEI, or IMSI numbers.

7.    When I powered on the iPhone 11, the password screen appeared, i.e., the screen that permits a user to input the password to open the iPhone.  Since I was unaware of the password, I did not attempt to enter any password on the iPhone 11.

8.    Based on my experience, as well as my familiarity with Apple devices, I understand that entering the wrong code too many times can cause Apple devices to reset to factory settings

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF HOLPUCH ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

1

CASE NO. 2:21-CV-01189-RFB-BNW

[https://discussions.apple.com/thread/254271206], after which a screen appears that says "Hello." I further understand that a phone which is displaying a password screen has not been factory reset.

9.      On April 2, 2026, I distinctly recall that the password screen appeared when I powered up the iPhone 11, not the Hello screen.  As noted above, I did not enter a password because I did not know it.  I did not erase any data from this iPhone.

**B.      Device Name and Holo**

10.      On February 12, 2026, at UFC's offices in Las Vegas, Nevada, I was asked to connect to multiple, older mobile devices that I understood the Court ordered to be inspected in order to determine any identifying information.  These efforts were memorialized in a log that was filed with the Court.  *See* ECF No. 467.

11.      I subsequently learned that when the Court-appointed independent examiner performed inspections of the phones referenced in paragraph 10, two devices included "Holo" in the electronic device name.  Specifically, I understand that an Apple iPhone 7 was found to have the electronic name "Holos iPhone," and an Apple iPhone 6 was found to have the electronic name "Holo Discovery's iPhone."

12.      When an iPhone is connected to a computer with iTunes installed, it is possible that iTunes initiates a sync process that, by default, reassigns the iPhone's Device Name to conform to the format "[Local User Account Name]'s iPhone."  This naming derives from the local user account name configured on the host computer's operating system.

13.      I understand that this behavior is a documented function of Apple's iOS and macOS/Windows sync protocols and occurs automatically upon the initial pairing between the device and the computer.  I further understand that this issue is documented on the Apple support site, where users have reported the same or similar behavior. [https://discussions.apple.com/thread/8035027?sortBy=rank]

14.      I have also confirmed this behavior through my own replication testing.  As a result, it is my belief that when I connected the devices to HOLO's imaging laptop—which had "Holo" as the local user account name—and opened iTunes to create backups, iTunes automatically

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF HOLPUCH ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

2

CASE NO. 2:21-CV-01189-RFB-BNW

initiated a sync process that reassigned the specific devices' names to include "Holo." This occurred without any manual input or deliberate renaming on my part.

15.    At no point did I, or anyone at Holo Discovery, intentionally rename or alter the device names on these devices.

Michael Holpuch

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF HOLPUCH ISO ZUFFA AND TKO'S
OPPOSITION TO PLAINTIFFS' ESI STATEMENT

CASE NO. 2:21-CV-01189-RFB-BNW

3