*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

\* \* \*

| In re: Miscellaneous Zuffa Matters | |
|---|---|
| 2:21-cv-1189 Johnson et al. v Zuffa et al.,<br>2:25-cv-0946 Davis et al., v Zuffa et al.,<br>2:26-cv-0539 Costantino et al., v Zuffa et al., | MINUTES OF THE COURT<br><br>DATED: June 30, 2026 |

THE HONORABLE  **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK D. Smith                    COURT REPORTER   P. Eaker

LAW CLERK: Diego Quesada

COUNSEL FOR PLAINTIFFS:   21-cv-1189 (Johnson) and 25-cv-946 (Davis)  Michael Dell'Angelo, Patrick Madden, Michael Gayan and Joseph Saveri; Itak Moradi, Emily Marcus and Rob Maysey.
 26-cv-00539 (Costantino)– Garrett Broshuis, Will Lemkul joined by Shane Godfrey, IT;

COUNSEL FOR DEFENDANT(S):   21-cv-1189 (Johnson)  and 25-cv-946 (Davis) matters Zuffa/TKO  - Chris Yates, Colby Williams and Joseph Axelrod,  Bill Issacson, Samuel Mirkovich;
26-cv-00539 (Costantino) matter – Ralia Polechronis, Stacey Grigsby Zuffa/TKO
Counsel for Endeavor Defendants in all matters: Rory Kay,  Maaren Shah, Kristen Tahler, Gabriel Rosenblum and Sam Cleveland

MINUTES OF PROCEEDINGS: **Spoliation Hearing**

9:45 a.m. Court in session. The Court reviews the hearing schedule with parties.

9:52 a.m. Michael Maynard, Senior Vice President of Talent Relations UFC called forward, sworn and examined by the Court.

10:43 a.m. Court in recess.

11:05 a.m. Court in session; Mr Maynard retakes the witness stand and undergoes continued examination by the Court; Direct examination by Mr. Dell'Angelo

12:07 p.m. Court in recess.

1:03 p.m. Court in session; same participants present; Mr Maynard retakes the stand and direct examination continued by Mr Dell'Angelo; Exhibits 25, 42, 58, 60, 18,10, 12, 24 offered and received.

**In re: Zuffa Matters 6/30/2026 Spoliation Hearing**
**Page 2**

Cross examination by Mr Mirkovich, exhibits 37, 6, and 7 offered and received.

2:28 p.m.  Court in recess

2:37 p.m. Court in session; same participants; Mr Maynard remains on the stand re-direct by Mr Dell'Angelo; direct by Mr Broshuis; redirect by Ms. Ralia Polechronis. Witness excused. The Court and parties discuss remaining trial schedule.

2:59 p.m. Court in recess; parties to report tomorrow, 7/1/2026 at 10:30 a.m.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

By: *Darci Smith*
Darci Smith, Deputy Clerk

2