*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

* * *

| | |
|---|---|
| In re: Miscellaneous Zuffa Matters<br><br>2:21-cv-1189 Johnson et al. v Zuffa et al.,<br>2:25-cv-0946 Davis et al., v Zuffa et al.,<br>2:26-cv-0539 Costantino et al., v Zuffa et al., | MINUTES OF THE COURT<br><br>DATED: <u>July 1, 2026</u> |

THE HONORABLE  **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK <u>D. Smith</u>                COURT REPORTER  <u>P. Eaker</u>

LAW CLERK: <u>Diego Quesada</u>

COUNSEL FOR PLAINTIFFS:   <u>21-cv-1189 (Johnson) and 25-cv-946 (Davis)</u>  Michael Dell'Angelo, Patrick Madden, Michael Gayan and Itak Moradi, Emily Marcus and Rob Maysey.  <u>26-cv-00539 (Costantino)</u>– Garrett Broshuis and Pamela Yaacoub joined by Shane Godfrey, IT;

COUNSEL FOR DEFENDANT(S):   <u>21-cv-1189 (Johnson)  and 25-cv-946 (Davis) matters</u> Zuffa/TKO  - Chris Yates, Colby Williams, Joseph Axelrad annd  Bill Issacson <u>26-cv-00539 (Costantino) matter</u> – Ralia Polechronis, Stacy Grigsby and Yotam Barkai, Zuffa/TKO <u>Counsel for Endeavor Defendants in all matters: Rory Kay,  Maaren Shah, Kristen Tahler, Gabriel Rosenblum and Sam Cleveland</u>

MINUTES OF PROCEEDINGS: **Spoliation Hearing Day 4**

11:02 a.m. Court in session. Above counsel in attendance.

11:03 a.m. <u>Eric Wedin, Court Appointed Neutral Expert,</u> called forward and sworn; examination by the Court begins.

12:10 p.m. Court in recess.

12:17 p.m. Court in session with same participants; Mr Wedin retakes the stand and the examination by the Court continues.

12:56 p.m. Direct examination of Mr Wedin by Plaintiffs through Mr Madden.

1:10 p.m. Court in recess.

**In re: Zuffa Matters 7/1/2026 Spoliation Hearing**                                    **Page 2**

2:12 p.m.  Court in session for SEALED proceedings (later unsealed by the Court) concerning Mr Wedin's testimony as to the iPhone 11 pro. The Court proposes Mr Wedin be excused and his testimony and report be excluded.  The Court hears opinions and concerns of the parties. Mr Wedin's and the Defense Expert's reports are ORDERED Filed on the record under seal.  The Court advises counsel as to Orders to be issued from the bench.

2:57 p.m. SEALED proceedings end, and others allowed reentry to the Courtroom. Ms. Grigsby and Mr Williams join the proceedings. Mr Wedin recalled to the stand and given instructions by the Court.

For reasons stated on the record, incorporated by reference, <u>Mr Wedin is excused</u> as a Court Expert. <u>A more detailed minute order regarding these matters shall follow</u> at a later date.

3:01 p.m. Court in recess.

3:20 p.m. Court in session with same participants; remaining matters and tomorrow's schedule discussed. After discussion with counsel, **IT IS ORDERED that the previously sealed portion of today's transcript and minutes shall <u>*not*</u> be sealed, and all of today's matters shall be made public**.

3:48 p.m. Counsel excused to report tomorrow at 8:45 a.m. for a 9:00 start time.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

By: *Darci Smith*
Darci Smith, Deputy Clerk

2