*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

* * *

| | |
|---|---|
| In re: Miscellaneous Zuffa Matters<br><br>2:21-cv-1189 Johnson et al. v Zuffa et al.,<br>2:25-cv-0946 Davis et al., v Zuffa et al.,<br>2:26-cv-0539 Costantino et al., v Zuffa et al., | MINUTES OF THE COURT<br><br>DATED: <u>July 2, 2026</u> |

THE HONORABLE  **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK <u>D. Smith</u>                COURT REPORTER  <u>P. Eaker</u>

LAW CLERK: <u>Diego Quesada</u>

COUNSEL FOR PLAINTIFFS:  <u>21-cv-1189 (Johnson) and 25-cv-946 (Davis)</u>  Michael Dell'Angelo, Patrick Madden, Michael Gayan, Joseph Saveri, Itak Moradi, Emily Marcus and Rob Maysey.
 26-cv-00539 (Costantino)– Garrett Broshuis and Pamela Yaacoub joined by Shane Godfrey, IT;

COUNSEL FOR DEFENDANT(S):  <u>21-cv-1189 (Johnson)  and 25-cv-946 (Davis) matters</u> Zuffa/TKO  - Chris Yates, Colby Williams, Joseph Axelrad, Bill Issacson (a.m.) and Sam Mirkovich
26-cv-00539 (Costantino) matter – Ralia Polechronis, Stacy Grigsby and Yotam Barkai, Zuffa/TKO
<u>Counsel for Endeavor Defendants in all matters:</u> Rory Kay,  Maaren Shah, Kristen Tahler, Gabriel Rosenblum and Sam Cleveland

MINUTES OF PROCEEDINGS: **Spoliation Hearing Day 5**

9:10 a.m. Court in session.

9:15 a.m. <u>Sean Shelby, Senior Vice President of Talent Relations (matchmaker) UFC</u> called forward and sworn; examination by the Court.  Direct by Johnson/Davis Plaintiff through Mr. Dell'Angelo; Exhibits 61, 62 and 38 offered and received.

10:52 a.m. Court in recess

11:10 a.m. Court in session with same participants; <u>Direct of Mr Shelby continues</u> through Mr Dell'Angelo. Exhibit 16, 17, 71, 74, 13; Direct by Ms Yaacoub for Costantino Plaintiffs, <u>Cross </u>by Costantino Defendant through Ms Grigsby; Witness excused.

12:00 p.m. Court in recess.

**In re: Zuffa Matters 7/2/2026 Spoliation Hearing**                                      **Page 2**

1:10 p.m. Court in session; same participants present, absent Mr. Issacson. The Court and the Parties discuss missing discovery, the various types of missing communications, and the information requested by Plaintiffs.  Zuffa/TKO Defendants represent their position that most of the relevant discovery has already been provided, and state they can complete discovery as stated on the record, regarding the six categories, within 90 days in both the Davis and Johnson matters. Defendant Endeavor represents it can comply within 120 days. Costantino Plaintiffs request access to the Johnson/Davis discovery ("Fighter Discovery"). Defendants advise they will be filing a motion to compel arbitration, alongside responsive pleadings, in the coming weeks. The Court advises the Costantino Parties that it will issue a separate decision regarding Plaintiffs access to the Fighter Discover in the near future.

3:11 p.m. Court in recess.

3:36 p.m. Court in session; same participants. The Court addresses various outstanding motions across Johnson and Davis. Plaintiffs' Exhibit 18a offered as instructed by the Court during testimony of Michael Maynard; Received.

The Court sets this matter for a status conference on August 6, 2026, at 12:30 P.M. There, the Court shall continue to address discovery disputes and the ongoing spoliation proceedings in these matters.

4:03 p.m. Court in recess.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

By: *Darci Smith*
Darci Smith, Deputy Clerk