UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kajan Johnson, et al.                          )        Case # 21-cv-01189-RFB-BNW
                                               )
                                               )
                                               )        **VERIFIED PETITION FOR**
        Plaintiff(s),                          )        **PERMISSION TO PRACTICE**
                                               )        **IN THIS CASE ONLY BY**
    vs.                                        )        **ATTORNEY NOT ADMITTED**
Zuffa, LLC dba Ultimate Fighting               )        **TO THE BAR OF THIS COURT**
Chambpionship, et al.                          )        **AND DESIGNATION OF**
                                               )        **LOCAL COUNSEL**
                                               )
        Defendant(s).                          )
                                               )        FILING FEE IS $250.00

_____Dennie Zastrow_____, Petitioner, respectfully represents to the Court:
         (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                            Berger Montague PC
_____
                            (firm name)

with offices at _____1818 Market Street, Suite 3600_____,
                                    (street address)

_____Philadelphia_____, _____Pennsylvania_____, _____19103_____,
         (city)                      (state)                 (zip code)

____215-875-3000____, ____dzastrow@bergermontague.com____.
(area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs_____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___October 20, 2017___, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of __Pennsylvania__
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of PA | 10/20/2017 | 324267 |
| Eastern District of PA | 12/13/2017 | |
| Court of Appeals for the Eighth Circuit | 7/2/2025 | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _Pennsylvania_ )

COUNTY OF _Philadelphia_ )

_Dennie Zastrow_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_8th_ day of _July_, _2026_.

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
Ritamarie Daley, Notary Public
Philadelphia County
My Commission Expires November 4, 2029
Commission Number 1275625

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael J. Gayan___,

(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Claggett & Sykes, 4101 Meadows Lane, Suite 100___,

(street address)

___Las Vegas___, ___Nevada___, ___89107___,

(city)                    (state)              (zip code)

___702-333-7777___, ___mike@claggettlaw.com___.

(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael J. Gayan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.


*/s/ Kajan Johnson*
_____
(party's signature)

Kajan Johnson
_____
(type or print party name, title)


_____
(party's signature)


_____
(type or print party name, title)


**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.


*/s/ Michael J. Gayan*
_____
Designated Resident Nevada Counsel's signature

11135                          mike@claggettlaw.com
Bar number              Email address


APPROVED:

Dated: this __10__ day of _____July_____ , 20_26_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Dennie Benjiman Zastrow, Esq.*

#### DATE OF ADMISSION

*October 20, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 7, 2026**

Steven Rothermel, Esq.
Deputy Prothonotary