**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ______________________________, Plaintiff(s)<br><br>v.<br><br>______________________________, Defendant(s). | Case No.: ____________________<br><br>**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |

I, ______________________________ (name of requestor), request permission for live remote public access to the civil proceeding set for ______________________________ (date) at ______________ (time) before Judge ______________________________ (name of judge). I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: ______________________________

Requestor's Full Name: ______________________________

Mailing Address: ______________________________

______________________________

Telephone number: ______________________________

E-mail address: ______________________________

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR ON COURT'S WEBSITE TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
**Online submission at https://www.nvd.uscourts.gov/ipsf**

**Notice: Requests should be submitted 48 hours in advance of the scheduled hearing. This form and the information provided will be public record.*