**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**JOINT NOTICE IN RESPONSE TO ECF NO. 726 RE PENDING MOTIONS TO SEAL** |

Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly ("Plaintiffs") and Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants" and collectively with Plaintiffs, the "Parties"), submit this Joint Notice and Appendix A regarding the pending motions to seal in all related cases.

**A. Background and Contents of Submission**

On August 17, 2026, Hon. Magistrate Judge Weksler issued a Minute Order requiring the Parties to file a joint notice identifying which of sixteen[1] pending motions to seal listed are unopposed in the *Johnson* matter and the corresponding motions filed in the related matters,[2] and to file remaining oppositions by September 28, 2026. ECF No. 726. To assist the Court, the concurrently filed Appendix A sets forth:

- Each pending motion to seal (Column C);
- The currently sealed or redacted document(s) at issue in each motion (Columns E and F) as well as the public redacted versions, where applicable (Column G);
- A statement (Column H) identifying whether the each document identified in Columns E and F is:
    1. Unopposed;
    2. Subject to a redaction stipulation;
    3. Mooted by a separate filing; or
    4. Opposed; and
- A crosswalk for the related *Davis* and *Cirkunovs* dockets, where applicable (Columns I–L).

**B. Summary of Appendix A**

1. ECF No. 568: Opposed.
2. ECF No. 570: Opposed.

---

[1] It appears the Court inadvertently omitted ECF No. 589 from its Minute Order, which the parties include here.

[2] Although the Court's order applies to all three actions, the parties note that *Cirkunovs* is stayed pending appeal.

3. ECF No. 577: Opposed.
4. ECF No. 579: *Mooted by affirmative motions to seal at ECF Nos. 600 and 603*.
   ECF No. 589: Opposed.
5. ECF No. 591: Unopposed subject to stipulation.
6. ECF No. 600: Opposed.
7. ECF No. 603: Opposed.
8. ECF No. 607: *Mooted by affirmative motions to seal at ECF Nos. 627 and 628*.
9. ECF No. 617: Opposed.
10. ECF No. 625: Opposed.
11. ECF No. 627: Opposed.
12. ECF No. 628: Opposed.
13. ECF No. 638: *Mooted by affirmative motions to seal at ECF Nos. 658 and 659*.
14. ECF No. 636: *N/A; manual filing*.
15. ECF No. 658: Opposed.
16. ECF No. 659: Opposed.

As noted in prior Joint Notices (ECF Nos. 559, 695), notwithstanding any pending request to redact a phone number in full, the parties have conferred and agree that maintaining the last four digits of any telephone number on the public docket is appropriate. The Parties agree to abide by this stipulation in all future filings.

Dated: September 16, 2026

/s/ Christopher S. Yates
Christopher S. Yates

Christoper S. Yates (*Pro hac vice*)
Aaron T. Chiu (*Pro hac vice*)
**LATHAM & WATKINS LLP**
550 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 391-0600
chris.yates@lw.com
aaron.chiu@lw.com

Sean M. Berkowitz *(Pro hac vice)*
**LATHAM & WATKINS LLP**
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
sean.berkowitz@lw.com

Laura Washington (*Pro hac vice*)
Joseph Axelrad (*Pro hac vice*)
Danielle Leneck (*Pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
laura.washington@lw.com
joseph.axelrad@lw.com
danielle.leneck@lw.com

David L. Johnson (*Pro hac vice*)
david.johnson@lw.com
**LATHAM & WATKINS LLP**
555 11th Steet NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-1061

William A. Isaacson (*Pro hac vice*)
Jessica Phillips (*Pro hac vice*)
Agbeko Petty (*Pro hac vice*)
**DUNN ISAACSON RHEE LLP**
401 Ninth Street NW
Washington, DC 20004

Respectfully submitted,

/s/ Itak K. Moradi
Itak K. Moradi

Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
T. Brent Jordan (*pro hac vice)*
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone:(415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com
tbjordan@saverilawfirm.com

Eric L. Cramer (admitted pro hac vice)
Michael Dell'Angelo (admitted pro hac vice)
Patrick F. Madden (admitted pro hac vice)
**BERGER MONTAGUE, P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis (admitted pro hac vice)
**BERGER MONTAGUE, P.C.**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 906-0684
Facsimile: (215) 875-4604
jdavis@bm.net

Benjamin D. Brown (admitted pro hac vice)
Richard A. Koffman (admitted pro hac vice)
Daniel H. Silverman (admitted pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W., Suite 500, East

Tel: (202) 240-2900
wisaacson@dirllp.com
jphillips@dirllp.com
apetty@dirllp.com

Yotam Barkai (*Pro hac vice*)
**DUNN ISAACSON RHEE LLP**
11 Park Place
New York, NY 10007
Tel: (212) 389-9704
ybarkai@ dirllp.com

Samuel R. Mirkovich (No. 11662)
Philip R. Erwin (No. 11563)
**CAMPBELL & WILLIAMS**
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222
srm@cwlawlv.com
pre@cwlawlv.com

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

/s/ Maaren A. Shah
Maaren A. Shah

Maaren A. Shah *(Pro hac vice)*
Ellison W. Merkel*(Pro hac vice)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
maarenshah@quinnemanuel.com
ellisonmerkel@quinnemanuel.com

Kristin N. Tahler *(Pro hac vice)*
William R. Sears *(Pro hac vice)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

W. Joseph Bruckner (admitted pro hac vice)
Brian D. Clark (admitted pro hac vice)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle Pozan (admitted pro hac vice)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com

*Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, Tristan Connelly, and the Proposed Class*

Michael J. Gayan
**CLAGGETT & SYKES**
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Facsimile: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, Tristan Connelly, and the Proposed Class*

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
kristintahler@quinnemanuel.com
will.sears@quinnemanuel.com

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on September 16, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*<u>/s/ Itak K. Moradi</u>*
Joseph Saveri
SAVERI LAW FIRM, LLP