# APPENDIX A

| No. | Date of Motion to Seal (MTS) | *Johnson* MTS ECF No. | *Johnson* MTS Title | *Johnson* Sealed Document ECF No. | Sealed Document Title | *Johnson* Public-Redacted Document ECF No. | *Non-Moving Party Position Statement* | *Davis* MTS ECF No. | *Davis* Sealed Document ECF No. | *Cirkunovs* MTS ECF No. | *Cirkunovs* Sealed Document ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/1/2026 | 568 | Endeavor's MTS Forsensic Reports and Moise Declaration | 562 | Moise Declaration ISO Endeavor's Notice of Manual Filing of Forensic Reports | 561 | Opposed | 249 | 247 | N/A | N/A |
| | | | | 560 | Consilio Reports | N/A | Plaintiffs agree to redact all serial numbers, IMEI numbers, email addresses, and any other unique identifiers associated with the phones. | | | | |
| | | | | N/A | Future hearing transcripts that reference Consilio Reports or redacted portions of Moise Declaration | N/A | Opposed | | N/A | | |
| 2 | 6/1/2026 | 570 | Zuffa and TKO's MTS Exhs. 1-16 to Suppl Notice of Manual Filing | 563 | 16 Forensic Reports | N/A | Opposed; Plaintiffs agree to redact all serial numbers, IMEI numbers, email addresses, and any other unique identifiers associated with the phones only. | 251 | 245 | N/A | N/A |
| 3 | 6/2/2026 | 577 | Endeavor's MTS Endeavor's Status Report Concering Discovery Issues | 576 | Endeavor's Status Report Concerning Certain Discovery Issues | 575 | Opposed | N/A | N/A | N/A | N/A |
| 4 | 6/2/2026 | 579 | Pltfs' MTS Pltfs' Status Report re Preliminary Analysis of Collection Reports | 580 | Pltfs' Status Report re Analysis of Collection Reports Produced by Defs June 1, 2026 | 578 | *Mooted by affirmative motions to seal at ECF Nos. 600 and 603.* | N/A | N/A | N/A | N/A |
| | 6/8/2026 | 589 **Not listed in ECF 726 Order** | Zuffa and TKO's MTS Pltfs' Opposition to Motion to Compel Pltfs' Production in Resp to RFPs, Set 2 | 558 | Ex. A | 556-3 | Opposed | N/A | N/A | N/A | N/A |
| | | | | | Ex. B | 556-4 | Opposed | | | | |
| 5 | 6/8/2026 | 591 | Zuffa and TKO's MTS Notice of Filing of List of Phone Numbers Associated with Counsel Persuant to June 3, 2026 Order | 592 | Appendix A - List of Phone Numbers Associated with Counsel | 590-1 | Unopposed subject to phone number stipulation (complete redaction for outside counsel numbers) | 256 | 257 | N/A | N/A |
| 6 | 6/12/2026 | 600 | Endeavor's MTS Pltfs' Status Report re Preliminary Analysis of Collection Reports | 580 | Pltfs' Status Report re Analysis of Collection Reports Produced by Defs June 1, 2026 | 578 | Opposed | N/A | N/A | N/A | N/A |
| 7 | 6/12/2026 | 603 | Zuffa & TKO's MTS Pltfs' Status Report re Preliminary Analysis of Collection Reports | 580 | Pltfs' Status Report re Analysis of Collection Reports Produced by Defs June 1, 2026 | 578 | Opposed | N/A | N/A | N/A | N/A |
| | | | | | Pltfs' Statement of Missing Information for the Critical Custodians | 606 | | | | | |
| | | | | | Ex. 3 | 606-5 | | | | | |

# APPENDIX A

| No. | Date of Motion to Seal (MTS) | *Johnson* MTS ECF No. | *Johnson* MTS Title | *Johnson* Sealed Document ECF No. | Sealed Document Title | *Johnson* Public-Redacted Document ECF No. | *Non-Moving Party Position Statement* | *Davis* MTS ECF No. | *Davis* Sealed Document ECF No. | *Cirkunovs* MTS ECF No. | *Cirkunovs* Sealed Document ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 6/12/2026 | 607 | Pltfs' MTS Pltfs' Statement of Missing Information for the Critical Custodians | 608 | Ex. 4 | 606-6 | *Mooted by affirmative motions to seal at ECF Nos. 627 and 628.* | 264 | 265 | N/A | N/A |
| | | | | | Ex. 5 | 606-7 | | | | | |
| | | | | | Ex. 6 | 606-8 | | | | | |
| | | | | | Ex. 7 | 606-9 | | | | | |
| | | | | | Ex. 8 | 606-10 | | | | | |
| | | | | | Ex. 9 | 606-11 | | | | | |
| | | | | | Ex. 10 | 606-12 | | | | | |
| | | | | | Ex. 11 | 606-13 | | | | | |
| | | | | | Ex. 12 | 606-14 | | | | | |
| | | | | | Ex. 13 | 606-15 | | | | | |
| | | | | | Ex. 14 | 606-16 | | | | | |
| | | | | | Ex. 15 | 606-17 | | | | | |
| | | | | | Ex. 16 | 606-18 | | | | | |
| 9 | 6/19/2026 | 617 | Endeavor's MTS Response to Pltfs' Statement of Missing Information for the Critical Custodians | 616 | Endeavor's Response to Pltfs' Statement of Missing Information for the Critical Custodians | 615 | Opposed | N/A | N/A | N/A | N/A |
| | | | | | Ex. 1 | 615-1 | Opposed | | | | |
| | | | | | Ex. 2 | 615-2 | Opposed | | | | |
| | | | | | Ex. 3 | 615-3 | Opposed | | | | |
| | | | | | Ex. 4 | 615-4 | Parties agree to partial sealing: redact computer code on -18130. | | | | |
| | | | | | Ex. 5 | 615-5 | Opposed | | | | |
| | | | | | Ex. 6 | 615-6 | Parties agree to partial sealing: redact PHI concerning child information | | | | |
| | | | | | Ex. 7 | 615-7 | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 8 | 615-8 | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 9 | 615-9 | Parties agree to partial sealing: redact PHI concerning sensitive events | | | | |
| | | | | | Ex. 10 | 615-10 | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 11 | 615-11 | Plaintiffs did not file a motion to seal this exhibit but proposed limited redactions to the same document in MTS at ECF No. 723. | | | | |
| | | | | | Ex. 12 | 615-12 | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 13 | 615-13 | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 14 | 615-14 | Plaintiffs did not file a motion to seal this exhibit but proposed limited redactions to the same document in MTS at ECF No. 723. | | | | |
| | | | | | Ex. 15 | 615-15 | Plaintiffs did not file a motion to seal this exhibit but proposed limited redactions to the same document in MTS at ECF No. 723. | | | | |

# APPENDIX A

| No. | Date of Motion to Seal (MTS) | *Johnson* MTS ECF No. | *Johnson* MTS Title | *Johnson* Sealed Document ECF No. | Sealed Document Title | *Johnson* Public-Redacted Document ECF No. | *Non-Moving Party Position Statement* | *Davis* MTS ECF No. | *Davis* Sealed Document ECF No. | *Cirkunovs* MTS ECF No. | *Cirkunovs* Sealed Document ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ex. 16 | 615-16 | Plaintiffs did not file a motion to seal this exhibit but proposed limited redactions to the same document in MTS at ECF No. 723. | | | | |
| | | | | | Ex. 17 | 615-17 | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 18 | 615-18 | Plaintiffs agree to redact IMEI & serial nos. | | | | |
| | | | | | Ex. 19 | 615-19 | Opposed | | | | |
| 10 | 6/19/2026 | 625 | Zuffa & TKO's MTS Opposition to Pltfs' Statement of Missing Information for the Critical Custodians | 624 | Zuffa & TKO's Opposition to Pltfs' Statement of Missing Information for the Critical Custodians | 618 | Opposed | 273 | 272 | N/A | N/A |
| | | | | | Ex. 1 | 619-2 | Parties agree to partial sealing: PII and email addresses. | | | | |
| | | | | | Ex. 2 | | Parties agree to partial sealing: redact computer code on -18130. | | | | |
| | | | | | Ex. 3 | | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 4 | | Plaintiffs did not file a motion to seal this exhibit but proposed limited redactions to the same document in MTS at ECF No. 723. | | | | |
| | | | | | Ex. 5 | | Parties agree to partial sealing: redact PHI concerning child information | | | | |
| | | | | | Ex. 6 | | Parties agree to partial sealing: redact PHI concerning sensitive events | | | | |
| | | | | | Ex. 7 | | Opposed | | | | |
| | | | | | Ex. 8 | | Opposed | | | | |
| | | | | | Ex. 9 | | Unopposed subject to phone number stipulation/personal emails stipulation | | | | |
| | | | | | Ex. 10 | | Opposed | | | | |
| | | | | | Ex. 11 | | Opposed | | | | |
| | | | | | Ex. 12 | | Opposed | | | | |
| | | | | | Ex. 13 | | Plaintiffs will seek leave to file descriptions of PHI on -27168 to -27170, to which Defendants do not stipulate. Parties agree to redact email address on -27176. | | | | |
| | | | | | Ex. 14 | | Opposed | | | | |
| | | | | | Ex. 15 | | Plaintiffs will seek leave to file descriptions of PHI on -47349 to -47357, to which Defendants do not stipulate. | | | | |
| | | | | | Ex. 16 | | Unopposed subject to redaction of PII. | | | | |
| | | | | | Ex. 17 | | Opposed | | | | |
| | | | | | Ex. 18 | | Opposed | | | | |
| | | | | | Ex. 19 | | Opposed | | | | |
| | | | | | Ex. 20 | | Opposed | | | | |
| | | | | | Ex. 21 | | N/A; no affirmative motion filed. To be unsealed. | | | | |
| | | | | | Ex. 22 | | Opposed | | | | |

**APPENDIX A**

| No. | Date of Motion to Seal (MTS) | *Johnson* MTS ECF No. | *Johnson* MTS Title | *Johnson* Sealed Document ECF No. | Sealed Document Title | *Johnson* Public-Redacted Document ECF No. | *Non-Moving Party Position Statement* | *Davis* MTS ECF No. | *Davis* Sealed Document ECF No. | *Cirkunovs* MTS ECF No. | *Cirkunovs* Sealed Document ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ex. 23 | | Opposed | | | | |
| | | | | | Ex. 24 | | Opposed | | | | |
| | | | | | Ex. 25 | | Opposed | | | | |
| | | | | | Ex. 26 | | Opposed | | | | |
| | | | | | Ex. 27 | | Opposed | | | | |
| | | | | | Ex. 28 | | Opposed | | | | |
| | | | | | Ex. 29 | | Opposed | | | | |
| | | | | | Ex. 30 | | Opposed | | | | |
| | | | | | Ex. 31 | | Opposed | | | | |
| | | | | | Ex. 32 | | Plaintiffs will seek leave to file affirmative motion to seal. Defendants reserve all rights to respond once filed. | | | | |
| 11 | 6/22/2026 | 627 | Endeavor's MTS Pltfs' Statement of Missing Information for the Critical Custodians | 608 | Pltfs' Statement of Missing Information for the Critical Custodians | 606 | Plaintiffs agree re Endeavor's proposed redactions to pp. 27 and 28 of Plaintiffs Statement of Missing information. Plaintiffs do not agree to the redaction on p. 31, n.31. | 275 | 265 | N/A | N/A |
| | | | | | Ex. 6 | 606-8 | Opposed | | | | |
| | | | | | Ex. 8 | 606-10 | Opposed | | | | |
| 12 | 6/22/2026 | 628 | Zuffa & TKO's MTS Pltfs' Statement of Missing Information for the Critical Custodians | 608 | Pltfs' Statement of Missing Information for the Critical Custodians | 606 | Opposed; Plaintiffs agree to the proposed redactions on pp. 27, 31 only. | 276 | 265 | N/A | N/A |
| | | | | | Ex. 3 | 606-5 | Opposed; Plaintiffs agree to redact all serial numbers and IMEI numbers only. | | | | |
| | | | | | Ex. 4 | 606-6 | Opposed | | | | |
| | | | | | Ex. 6 | 606-8 | Opposed | | | | |
| | | | | | Ex. 7 | 606-9 | Opposed; Plaintiffs agree to redact the first text from Mark Shapiro at 17:10:04 only. | | | | |
| | | | | | Ex. 9 | 606-11 | Opposed | | | | |
| | | | | | Ex. 10 | 606-12 | Opposed | | | | |
| | | | | | Ex. 11 | 606-13 | Opposed | | | | |
| | | | | | Ex. 12 | 606-14 | Opposed | | | | |
| | | | | | Ex. 13 | 606-15 | Opposed | | | | |
| | | | | | Ex. 14 | 606-16 | Opposed; Plaintiffs agree to redact the first text at 02:02:01 only. | | | | |
| | | | | | Ex. 15 | 606-17 | Opposed | | | | |
| | | | | | Ex. 16 | 606-18 | *N/A; manual filing* | | | | |
| 13 | 6/26/2026 | 638 | Pltfs' MTS Portions of and Exhibits ISO Pltfs' Reply ISO Statement Regarding Missing Information for the Critical Custodians | 639 | Pltfs' Reply ISO Pltfs' Statement Regarding Missing Information for the Critical Custodians | 637 | *Mooted by affirmative motions to seal at ECF Nos. 658 and 659.* | 282 | 283 | N/A | N/A |
| | | | | | Ex. 4A | 637-6 | | | | | |
| | | | | | Ex. 5 | 637-7 | | | | | |
| | | | | | Ex. 6 | 637-8 | | | | | |
| | | | | | Ex. 7 | 637-9 | | | | | |
| | | | | | Ex. 8 | 637-10 | | | | | |
| | | | | | Ex. 9 | 637-11 | | | | | |

# APPENDIX A

| No. | Date of Motion to Seal (MTS) | *Johnson* MTS ECF No. | *Johnson* MTS Title | *Johnson* Sealed Document ECF No. | Sealed Document Title | *Johnson* Public-Redacted Document ECF No. | *Non-Moving Party Position Statement* | *Davis* MTS ECF No. | *Davis* Sealed Document ECF No. | *Cirkunovs* MTS ECF No. | *Cirkunovs* Sealed Document ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ex. 10 | 637-12 | | | | | |
| | | | | | Ex. 11 | 637-13 | | | | | |
| | | | | | Ex. 12 | 637-14 | | | | | |
| 14 | 6/26/2026 | 636 | Zuffa & TKO's MTS re Manual Fiilng | 634 | Corrected Manual Filing of Holo/Consilio Forensic Device Excel Reports (28 Reports for 28 Phones) | N/A | *N/A; manual filing* | N/A | N/A | N/A | N/A |
| 15 | 7/6/2026 | 658 | Endeavor's MTS Pltfs' Reply ISO Statement Regarding Missing Information for the Critical Custodians | 639 | Pltfs' Reply ISO Pltfs' Statement Regarding Missing Information for the Critical Custodians | 637 | Opposed | 294 | 283 | N/A | N/A |
| | | | | | Ex. 11 | 637-13 | Opposed | | | | |
| | | | | | Ex. 12 | 637-14 | Opposed | | | | |
| 16 | 7/6/2026 | 659 | Zuffa & TKO's MTS Pltfs' Reply ISO Statement Regarding Missing Information for the Critical Custodians | 639 | Pltfs' Reply ISO Pltfs' Statement Regarding Missing Information for the Critical Custodians | 637 | Opposed | 295 | 283 | N/A | N/A |
| | | | | | Ex. 4 | 637-6 | Opposed | | | | |
| | | | | | Ex. 5 | 637-7 | Opposed | | | | |
| | | | | | Ex. 6 | 637-8 | Opposed | | | | |
| | | | | | Ex. 7 | 637-9 | Opposed | | | | |
| | | | | | Ex. 8 | 637-10 | Opposed | | | | |
| | | | | | Ex. 9 | 637-11 | Opposed | | | | |
| | | | | | Ex. 10 | 637-12 | Plaintiffs agree to redact first text at 04:31:52 because it contains PHI. | | | | |