**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,

Defendants.

Case No.: 2:21-cv-01189-RFB-BNW

**PARTY REPRESENTATIVE REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Matthew D. Kaminer, request permission for live remote public access to the civil proceeding set for October 8/9th, 2026 at 9:00 a.m. before Judge Boulware. I am counsel for certain Defendants in this matter, residing outside the State of Nevada. My contact information is contained in the below signature block. I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Dated this 18th Day of September, 2026

*/s/ Matthew D. Kaminer*
MATTHEW D. KAMINER (Pro hac vice)
mkaminer@dirllp.com
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Tel: (212) 389-9706

*Attorney for Defendants Zuffa, LLC and TKO Operating Company, LLC*