Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT ZUFFA TO RESPOND TO INTERROGATORY NO. 12 OF PLAINTIFFS' THIRD SET OF INTERROGATORIES AND INTERROGATORY NO. 13 OF PLAINTIFFS' FOURTH SET OF INTERROGATORIES** |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

I, Michael Dell'Angelo, declare and state as follows:

1. I am an attorney at Berger Montague PC ("Berger Montague"), counsel for the proposed classes and all individual and representative plaintiffs, Kajan Johnson, Clarence Dollaway, and Tristan Connelly in *Johnson v. Zuffa, LLC*, No. 2:21-cv-01189-RFB, and Phil Davis in *Davis v. Zuffa, LLC*, No. 2:25-cv-00946-RFB (collectively, "Plaintiffs"). I am a member in good standing of the State Bar of New Jersey and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2. I make this Declaration in support of Plaintiffs' Motion to Compel Defendant Zuffa to Respond to Interrogatory No. 12 of Plaintiffs' Third Set of Interrogatories and Interrogatory No. 13 of Plaintiffs' Fourth Set of Interrogatories.

3. Attached as **Exhibit 1** is a true and correct copy of the September 18, 2026 Letter from Patrick Madden to Joseph Axelrad.

4. Attached as **Exhibit 2** is a true and correct copy of the September 24, 2026 e-mail from Patrick Madden.

5. Attached as **Exhibit 3** is a true and correct copy of the September 27, 2026 email from Patrick Madden.

6. Attached as **Exhibit 4** is a true and correct copy of Plaintiffs' Third Set of Interrogatories Directed to Defendant Zuffa, LLC, dated April 1, 2026.

7. Attached as **Exhibit 5** is a true and correct copy of Defendant Zuffa, LLC's Responses and Objections to Plaintiffs' Third Set of Interrogatories, dated May 1, 2026.

8. Attached as **Exhibit 6** is a true and correct copy of a document beginning with Bates number UFC-06004008.

9. Attached as **Exhibit 7** is a true and correct copy of Plaintiffs' Fourth Set of Interrogatories to Defendant Zuffa, LLC, dated June 24, 2026.

10. Attached as **Exhibit 8** is a true and correct copy of Defendant Zuffa, LLC's Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, dated July 24, 2026.

11. Attached as **Exhibit 9** is a true and correct copy of the September 29, 2026 Letter from Joseph Axelrad to Michael Dell'Angelo, Patrick Madden, and Eric Cramer.

12. Attached as **Exhibit 10** is a true and correct copy of a document beginning with Bates number UFC-06744346.

13. Attached as **Exhibit 11** is a true and correct copy of a document begging with Bates number UFC-06933014.

13. **Exhibit 12** is a true and correct copy of a video file labeled with Bates number UFC-06004013 and has been manually filed with the Court.

14. In addition to the meet and confer correspondence attached as Exhibits 1 to 3, and in effort to resolve this dispute without court intervention, Plaintiffs engaged Zuffa in good faith meet-and-confer teleconferences regarding its incomplete responses to Interrogatory Nos. 12 and 13 on August 18, 2026 and September 25, 2026. Plaintiffs were unable to obtain a commitment from Zuffa to supplement the responses at issue or otherwise resolve the dispute.

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration is executed at Philadelphia, Pennsylvania on September 30, 2026.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo