Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**INDEX OF EXHIBITS TO THE DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT ZUFFA TO RESPOND TO INTERROGATORY NO. 12 OF PLAINTIFFS' THIRD SET OF INTERROGATORIES AND INTERROGATORY NO. 13 OF PLAINTIFFS' FOURTH SET OF INTERROGATORIES** |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion to Compel Defendant Zuffa to Respond to Interrogatory No. 12 of Plaintiffs' Third Set of Interrogatories and Interrogatory No. 13 of Plaintiffs' Fourth Set of Interrogatories:

| Exhibit Number | Description |
|---|---|
| 1 | A true and correct copy of the September 18, 2026 Letter from Patrick Madden to Joseph Axelrad. |
| 2 | A true and correct copy of the September 24, 2026 e-mail from Patrick Madden. |
| 3 | A true and correct copy of the September 27, 2026 email from Patrick Madden. |
| 4 | A true and correct copy of Plaintiffs' Third Set of Interrogatories Directed to Defendant Zuffa, LLC, dated April 1, 2026. |
| 5 | A true and correct copy of Defendant Zuffa, LLC's Responses and Objections to Plaintiffs' Third Set of Interrogatories, dated May 1, 2026. |
| 6 | A true and correct copy of a document beginning with Bates number UFC-06004008. |
| 7 | A true and correct copy of Plaintiffs' Fourth Set of Interrogatories to Defendant Zuffa, LLC, dated June 24, 2026. |
| 8 | A true and correct copy of Defendant Zuffa, LLC's Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, dated July 24, 2026. |
| 9 | A true and correct copy of the September 29, 2026 Letter from Joseph Axelrad to Michael Dell'Angelo, Patrick Madden, and Eric Cramer. |
| 10 | A true and correct copy of a document beginning with Bates number UFC-06744346. |
| 11 | A true and correct copy of a document beginning with Bates number UFC-06933014. |

| Exhibit Number | Description |
|---|---|
| 12 | A true and correct copy of a document beginning with Bates number UFC-06004013 |

Dated: September 30, 2026

Respectfully Submitted,

By: /s/ Joseph R. Saveri
Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac vice)*
SAVERI LAW FIRM, LLP
550 California St., Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Class*

By: /s/ Michael Dell'Angelo
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

Joshua P. Davis (*Pro hac vice*)
Robert Maysey (*Pro hac vice)*
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com
Email: rmaysey@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
Daniel Gifford (*Pro hac vice)*
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

*Additional Counsel for Plaintiffs and the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Class*