# EXHIBIT 2

**From:** Patrick F. Madden
**To:** Danielle Leneck (LA); Joseph Axelrad (LA); Aaron Chiu (Bay Area); Chris Yates (Bay Area); William Isaacson; Jessica Phillips; Clayton Wiggins (DC); Jesus (Robert) Medina-Garcia (LA); Yotam Barkai; Gina Tercero (ATX); #C-M UFC JOHNSON - SENIOR - LW TEAM
**Cc:** #JohnsonUFC; QE-Endeavor-UFC
**Subject:** RE: Johnson v. Zuffa, LLC/Davis v. Zuffa, LLC - Meet and Confer Correspondence
**Date:** Thursday, September 24, 2026 11:24:58 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image819955.png
image197503.png
image211605.png
image289469.png
image256740.png
image540575.png
image918842.png

---

Counsel:

The UFC's letter last night well taken for several reasons.

First, as you know, Defendants separately wrote to Plaintiffs on the evening of Friday, September 18, 2026 demanding a written response on September 21, a religious holiday, despite having just contacted Plaintiffs days before to request that Plaintiffs amend the proposed September 21 deadline for Defendants' counter proposal on device data. When Plaintiffs noted that issue, Defendants moved their demanded response deadline to September 22. If Defendants believe that a Friday request for a response the following Tuesday after a long weekend is unreasonable, then Defendants' demand was in bad faith. Nevertheless, unlike Defendants, Plaintiffs provided a fulsome response to Defendants' inquiry by the apparent bad faith deadline. Defendants, for their part, both failed to comply with the same deadline and, even when responding a day later, still failed to provide a substantive response as requested.

Second, Defendants misstate the substance of what Plaintiffs requested by September 22. Specifically, the only information Plaintiffs requested by September 22 was (1) "a complete explanation of how this clearly incomplete and wrong interrogatory response [to Interrogatory No. 12] was compiled" and (2) "when the complete response will be provided." There is nothing unreasonable about that request on that timeline. Counsel prepared Zuffa's Interrogatory response, and while Zuffa has not verified any of its operative interrogatory responses as required by the Federal Rules—even after Plaintiffs raised that issue in connection with Defendants Second Amended Responses to Plaintiffs' First Set of Interrogatories on May 1, 2026 (***nearly five months ago***)—presumably counsel is in a position to answer how the Interrogatory response was

compiled with incorrect and incomplete information. For example, counsel would know why Zuffa's response ignored the April 1, 2026 demand that Zuffa identify the device and phone numbers for the three phones discussed in the Barstool podcast. Further, given that counsel for Zuffa was directed by the Court ***over four months ago*** to determine whether the -0082 number belonged to Mr. White or Ms. Durand (or someone else) (not to mention Plaintiffs since raising the issue in a filing, and Defendants' forensic examiner identifying the device as belonging to White), counsel for Zuffa should already be in a position to determine both the answer to the question of whose number that is and, if it is Mr. White's, why there has been no supplement to Interrogatory response (and when such supplement would be forthcoming). In short, none of those matters are new, and nearly all of the numbers and devices have been known to Defendants for weeks if not many months. Providing the requested explanation and a timeline for a supplemental response following a long weekend should not be a significant burden. There are relatively few individuals involved in obtaining the answers, all of whom are known and should easily be able to provide some or all of the information. Yet, Defendants have offered no answers whatsoever.

Third, the foregoing notwithstanding, still other events in this case should have put Defendants on notice that they needed to perform a more thorough investigation that would have put them in a position to answer these questions on the reasonable timeline Plaintiffs offered. For example, Plaintiffs issued an Interrogatory (Interrogatory No. 13) concerning the -0447 number for which Defendants have yet to provide a substantive response (despite serving objections on July 24, two months ago, and stating that they would investigate). The Court has also issued multiple Orders directing Defendants to identify all devices and phone numbers (business and personal). It defies reasonableness that Plaintiffs are in a position to continually identify undisclosed numbers and devices of Dana White that Defendants fail to themselves identify and disclose in violation of multiple Court Orders and Defendants' discovery obligations under the Federal Rules.

Notably, Defendants have already been sanctioned for failing to provide appropriate Interrogatory responses (after first refusing to provide a date by which those responses would be forthcoming months after the obligation to substantively respond accrued). Defendants' repeated misconduct in this regard is troubling and will be raised with the Court in the appropriate context.

Plaintiffs request that Defendants commit to providing a complete response to Plaintiffs' inquiry regarding Mr. White's additional phone(s) and numbers and a supplemental response to both Interrogatories 12 and 13 no later than September 25, 2026.

Plaintiffs reserve all rights and will seek appropriate relief from the Court absent a complete response.

**Patrick F. Madden** / *Shareholder (He/Him/His)*
215.875.3035 215.605.3237

BERGER MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

**From:** Danielle Leneck (LA) <danielle.leneck@lw.com>
**Sent:** Wednesday, September 23, 2026 6:35 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Joseph Axelrad (LA) <Joseph.Axelrad@lw.com>; Aaron Chiu (Bay Area) <Aaron.Chiu@lw.com>; Chris Yates (Bay Area) <Chris.Yates@LW.com>; William Isaacson <wisaacson@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Clayton Wiggins (DC) <Clayton.Wiggins@lw.com>; Jesus (Robert) Medina-Garcia (LA) <Robert.Medina-Garcia@lw.com>; Yotam Barkai <ybarkai@dirllp.com>; Gina Tercero (ATX) <Gina.Tercero@lw.com>; #C-M UFC JOHNSON - SENIOR - LW TEAM <UFCJOHNSONSENIOR.LWTEAM@lw.com>
**Cc:** #JohnsonUFC <johnsonufc@bergermontague.com>; QE-Endeavor-UFC <qe-endeavor-ufc@quinnemanuel.com>
**Subject:** RE: Johnson v. Zuffa, LLC/Davis v. Zuffa, LLC - Meet and Confer Correspondence

Counsel,

Please see the attached correspondence.

Regards,
Danielle

**Danielle R. Leneck**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5437
Email: danielle.leneck@lw.com
https://www.lw.com

---

**From:** Patrick F. Madden <pmadden@bergermontague.com>
**Sent:** Friday, September 18, 2026 8:59 PM

**To:** Joseph Axelrad (LA) <joseph.axelrad@lw.com>; Aaron Chiu (Bay Area) <aaron.chiu@lw.com>; Chris Yates (Bay Area) <chris.yates@lw.com>; William Isaacson <wisaacson@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Clayton Wiggins (DC) <clayton.wiggins@lw.com>; Danielle Leneck (LA) <danielle.leneck@lw.com>; Jesus (Robert) Medina-Garcia (LA) <robert.medina-garcia@lw.com>; Yotam Barkai <ybarkai@dirllp.com>
**Cc:** #JohnsonUFC <johnsonufc@bergermontague.com>; QE-Endeavor-UFC <qe-endeavor-ufc@quinnemanuel.com>
**Subject:** Johnson v. Zuffa, LLC/Davis v. Zuffa, LLC - Meet and Confer Correspondence

Counsel,

Please see the attached correspondence

**Patrick F. Madden** / *Shareholder (He/Him/His)*
215.875.3035 215.605.3237

BERGER MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
**-**External sender. Please use caution when clicking on any attachments or links****
-