# EXHIBIT 4

Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Classes*

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br>*Plaintiffs*,<br>v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>*Defendants*. | No.: 2:21-cv-01189-RFB<br><br>**PLAINTIFFS' THIRD SET OF INTERROGATORIES DIRECTED TO DEFENDANT ZUFFA, LLC** |

**PLAINTIFFS' THIRD SET OF INTERROGATORIES DIRECTED**
**TO DEFENDANT ZUFFA, LLC**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that Defendant Zuffa LLC answer each of the following interrogatories, under oath, within 30 days.

## I. DEFINITIONS

Unless otherwise stated, the Definitions from Plaintiffs' First Set of Interrogatories, served on January 17, 2025, and Plaintiffs' Second Set of Interrogatories, served on September 19, 2025, are all incorporated by reference as though fully set forth herein. In addition:

"**You**" or "**Your**" shall mean the responding Defendant, Zuffa LLC, its subsidiaries, departments, divisions, and/or affiliates, including without limitation any organization or entity which Zuffa LLC manages or controls, together with all present and former directors, officers, employees, agents, representatives or any persons acting or purporting to act on behalf of Zuffa LLC.

"**Custodian**" shall mean each and every Person and/or Employee identified in any version of Defendants' device disclosure list(s); each and every Person and/or Employee for whom Defendants proposed or agreed to search for and identify mobile devices used by, or belonging to, that Person and/or Employee; each and every Person and/or Employee identified in Your e-discovery vendors' (Consilio LLC, HOLO Discovery) collection logs, case logs, and/or phone acquisition forms (excluding e-discovery vendor personnel); each and every Subpoena Recipient identified in Plaintiffs' Motion for Sanctions (*Johnson* ECF No. 448); and, each and every additional Person and/or Employee encompassed by the Court's Orders that Defendants search for and identify and disclose mobile devices and mobile device data related to this litigation (*see*, *e.g*., ECF Nos. 202, 330).

## II. INSTRUCTIONS

1. Unless otherwise noted, these interrogatories require responses for the time period of July 1, 2015, to the present (the "**Relevant Time Period**").

2. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these Interrogatories shall be deemed to be continuing in nature so that, if You, Your directors, officers, employees, agents, representatives or any person acting on Your behalf subsequently discover or become aware of any

information that is responsive to these Interrogatories, You shall make such information available to Plaintiffs within seven (7) days of discovering or becoming aware of such information.

3. If You answer any interrogatory by reference to business records pursuant to Rule 33(d) of the Federal Rules of Civil Procedure and as the term "business record" is defined under the Federal Rules of Evidence, produce the business records and identify such documents by bates number, as well as the name of the employee certifying the documents as business records for purposes of answering the interrogatory.

4. Each interrogatory shall be answered separately and fully in writing under oath, unless it is objected to, in which event the objecting party shall state the reasons for objection and shall answer to the extent the Interrogatory is not objectionable.

5. The answers are to be signed by the person making them and the objections signed by the attorney making them.

## III. INTERROGATORIES

**INTERROGATORY NO. 12**: Identify and disclose all business and personal mobile devices used during the Relevant Time Period by each and every Custodian, and for each such device, identify:

a) the Custodian to whom the device belonged or was issued;

b) the phone number;

c) the device serial number;

d) the device IMEI number;

e) the device make and model;

f) the device operating platform (*e.g.*, iOS, etc.)

g) the device phone carrier(s) (*e.g.*, Verizon, AT&T, T-Mobile, etc.);

h) the dates and duration of use by the Custodian; and

i) all applications, including but not limited to Communications and/or other messaging applications, used by the Custodian.

Interrogatory No. 12 expressly encompasses, but is not limited to, the mobile devices and phone numbers used and/or referenced in UFC-06004008–UFC-06004010 and UFC-06004013, which are enclosed herewith.

Dated: April 1, 2026

Respectfully Submitted,

By: /s/ Michael Dell'Angelo

Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

Joshua P. Davis (*Pro hac vice*)
Robert Maysey (*Pro hac vice)*
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com
Email: rmaysey@bergermontague.com

*Counsel for Plaintiffs and the Proposed Classes*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
Daniel Gifford (*Pro hac vice)*
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac vice)*
JOSEPH SAVERI LAW FIRM, INC.
550 California St., Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Classes*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Third Set of Interrogatories Directed to Defendant, Zuffa LLC, were served via email on April 1, 2026 on counsel of record for Defendant, Zuffa LLC.

Dated: April 1, 2026

*s/ Michael Dell'Angelo*
Michael Dell'Angelo