# EXHIBIT 5
# FILED UNDER SEAL