# EXHIBIT 12
# FILED MANUALLY