Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br>Plaintiffs,<br>v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DEFENDANT ZUFFA TO RESPOND TO INTERROGATORY NO. 12 OF PLAINTIFFS' THIRD SET OF INTERROGATORIES AND INTERROGATORY NO. 13 OF PLAINTIFFS' FOURTH SET OF INTERROGATORIES** |
| PHIL DAVIS, *on behalf of himself and all others similarly situated*,<br>Plaintiff,<br>v.<br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>Defendants. | Case No.: 2:25-CV-00946-RFB-BNW |

Pending before the Court is Plaintiffs' Motion to Compel Defendant Zuffa to Respond to Interrogatory No. 12 of Plaintiffs' Third Set of Interrogatories and Interrogatory No. 13 of Plaintiffs' Fourth Set of Interrogatories. Having considered the papers submitted and any response thereto, the Court hereby **ORDERS** that the Motion to Compel is **GRANTED**, and Defendant Zuffa is to serve signed and verified supplemental responses to Interrogatory No. 12 of Plaintiffs' Third Set of Interrogatories and Interrogatory No. 13 of Plaintiffs' Fourth Set of Interrogatories .

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________________
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE