MAAREN A. SHAH *(Pro hac vice)*
maarenshah@quinnemanuel.com
ELLISON W. MERKEL *(Pro hac vice)*
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS *(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Tel: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
PHILIP R. ERWIN (No. 11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JOSEPH AXELRAD IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION NOS. 48-56 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

I, Joseph Axelrad, hereby declare as follows:

1. I am an attorney at Latham & Watkins LLP ("Latham"), and counsel of record for Defendants Zuffa, LLC and TKO Operating Company, LLC, (collectively, "Zuffa and TKO") in the above-captioned purported class action (the "Action"). I am a member in good standing of the bar of the State of California, and am admitted *pro hac vice* before this Court. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Motion to Compel Plaintiffs to Produce Documents in Response to Requests for Production (RFP's) Nos. 48-56. Through my work on this matter, I am familiar with the discovery requests, meet-and-confer correspondence, and other materials described below.

3. On March 2, 2026, Defendants served their Second Set of Requests for Production to Plaintiffs ("Second Set of RFPs"). Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Second Set of Requests for Production to Plaintiffs.

4. On April 1, 2026, Plaintiffs served their responses and objections to the Second Set of RFPs. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production.

5. On April 17, 2026, I met and conferred with Plaintiffs' counsel, concerning Plaintiffs' responses and objections to Defendants' Second Set of Requests for Production. On that call, Plaintiffs' counsel stated that RFP Nos. 48-56 did not seek relevant or discoverable information and stated that Plaintiffs would not be producing any documents or communications responsive to those requests. I explained that Defendants disagreed, would consider Plaintiffs' position, and reserved all rights.

6. On May 7, 2026, Defendants requested confirmation that Plaintiffs did not intend to update or otherwise supplement their certificate of interested parties. On May 15, 2026, Plaintiffs' counsel responded that he believed no supplement was required, but that Plaintiffs would confirm. Plaintiffs have not provided any further information. Attached hereto as **Exhibit**

**C** is a true and correct copy of this correspondence.

7. On May 8, 2026, Zuffa and TKO's counsel informed Plaintiffs' counsel via email that Defendants were continuing to consider Plaintiffs' positions on RFP Nos. 48-56 and reserved all rights. *See* Dkt. No. 534-16.

8. On September 14, 2026, I sent a letter to Plaintiffs' counsel, explaining that documents and communications responsive to RFP Nos. 48-56, which concern Plaintiffs' third-party litigation funders, are relevant to, among other issues, Named Plaintiffs' and Plaintiffs' counsels' adequacy to represent the putative *Johnson* class and Plaintiffs' recent assertions about their litigation costs. Attached hereto as **Exhibit D** is a true and correct copy of a September 14, 2026 letter from counsel for Defendants to counsel for Plaintiffs.

9. On September 15, 2026, Plaintiffs' counsel responded that Plaintiffs were standing on their objections and would not produce documents in response to RFP Nos. 48-56. Attached hereto as **Exhibit E** is a true and correct copy of a September 15, 2026 letter from counsel for Plaintiffs to counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct, under the laws of California. Executed this 30th day of September 2026, in Los Angeles, California.

*/s/ Joseph Axelrad*
JOSEPH AXELRAD (*Pro hac vice*)