# EXHIBIT C

**From:** Carvalho Anderson, Dixon (LA)
**Sent:** Friday, May 15, 2026 2:56 PM
**To:** Michael Dell'Angelo; Patrick F. Madden; Eric L. Cramer; Susan Leo; Joshua P. Davis; Benjamin Brown; Robert Maysey; Richard A. Koffman; Daniel Silverman; Danny Gifford; Joseph Saveri; Kevin Rayhill; Christopher Young; Itak Moradi; Joe Bruckner; Kyle Jacobsen
**Cc:** Axelrad, Joseph (LA); Yates, Chris (Bay Area); Berkowitz, Sean (CH); Chiu, Aaron (Bay Area); #C-M UFC JOHNSON - SENIOR - LW TEAM; ~Handy-Jones, Monique (SF); Ngo, My (SF); qe-endeavor-ufc@quinnemanuel.com; Johnson, David (DC); JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@cwlawlv.com; srm@cwlawlv.com; WIsaacson@dirllp.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al - Plaintiffs' Rule 7.1 Certificate

Thank you, Michael.

---

**From:** Michael Dell'Angelo <mdellangelo@bergermontague.com>
**Sent:** Friday, May 15, 2026 1:27 PM
**To:** Carvalho Anderson, Dixon (LA) <Dixon.CarvalhoAnderson@lw.com>; Patrick F. Madden <pmadden@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Susan Leo <sleo@bergermontague.com>; Joshua P. Davis <jdavis@bergermontague.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Robert Maysey <rmaysey@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Danny Gifford <dgifford@cohenmilstein.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>
**Cc:** Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; #C-M UFC JOHNSON - SENIOR - LW TEAM <UFCJOHNSONSENIOR.LWTEAM@lw.com>; Handy-Jones, Monique (SF) <Monique.Handy-Jones@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>; qe-endeavor-ufc@quinnemanuel.com; Johnson, David (DC) <David.Johnson@lw.com>; JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@cwlawlv.com; srm@cwlawlv.com; WIsaacson@dirllp.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al - Plaintiffs' Rule 7.1 Certificate

Dixon:

I believe it is correct that no supplement is required. However, we will confirm. Thank you for reupping the question.

Regards,

Michael

**Michael Dell'Angelo** / *Executive Shareholder & General Counsel*
215.875.3080 610.608.8766

BERGER | MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA PA 19103
101 LINDENWOOD DRIVE, SUITE 225
MALVERN, PA 19355

---

**From:** Dixon.CarvalhoAnderson@lw.com <Dixon.CarvalhoAnderson@lw.com>
**Sent:** Friday, May 15, 2026 4:17 PM
**To:** Patrick F. Madden <pmadden@bergermontague.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Eric L. Cramer <ecramer@bergermontague.com>; Susan Leo <sleo@bergermontague.com>; Joshua P. Davis <jdavis@bergermontague.com>; Benjamin Brown <bbrown@cohenmilstein.com>; Robert Maysey <rmaysey@bergermontague.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Danny Gifford <dgifford@cohenmilstein.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <imoradi@saverilawfirm.com>; Joe Bruckner <WJBruckner@Locklaw.com>; Kyle Jacobsen <kjacobsen@bergermontague.com>
**Cc:** Joseph.Axelrad@lw.com; Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; UFCJOHNSONSENIOR.LWTEAM@lw.com; Monique.Handy-Jones@lw.com; My.Ngo@lw.com; qe-endeavor-ufc@quinnemanuel.com; David.Johnson@lw.com; JPhillips@dirllp.com; BCabranes@dirllp.com; jcw@cwlawlv.com; srm@cwlawlv.com; WIsaacson@dirllp.com
**Subject:** RE: Johnson et al v. Zuffa, LLC et al - Plaintiffs' Rule 7.1 Certificate

Counsel,

Following up on my email from last week. Please let us know when we can expect a response.

Best,
Dixon

---

**From:** Carvalho Anderson, Dixon (LA)
**Sent:** Thursday, May 7, 2026 11:37 AM
**To:** 'pmadden@bergermontague.com' <pmadden@bergermontague.com>; 'mdellangelo@bergermontague.com' <mdellangelo@bergermontague.com>; 'ecramer@bergermontague.com' <ecramer@bergermontague.com>; 'sleo@bergermontague.com' <sleo@bergermontague.com>; 'jdavis@bergermontague.com' <jdavis@bergermontague.com>; 'bbrown@cohenmilstein.com' <bbrown@cohenmilstein.com>; 'rmaysey@bergermontague.com' <rmaysey@bergermontague.com>; 'rkoffman@cohenmilstein.com' <rkoffman@cohenmilstein.com>; 'dsilverman@cohenmilstein.com' <dsilverman@cohenmilstein.com>; 'dgifford@cohenmilstein.com' <dgifford@cohenmilstein.com>; 'jsaveri@saverilawfirm.com' <jsaveri@saverilawfirm.com>; 'krayhill@saverilawfirm.com' <krayhill@saverilawfirm.com>; 'cyoung@saverilawfirm.com' <cyoung@saverilawfirm.com>; 'imoradi@saverilawfirm.com' <imoradi@saverilawfirm.com>; 'WJBruckner@Locklaw.com' <WJBruckner@Locklaw.com>; 'kjacobsen@bergermontague.com' <kjacobsen@bergermontague.com>
**Cc:** Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; #C-M UFC JOHNSON - SENIOR - LW TEAM <UFCJOHNSONSENIOR.LWTEAM@lw.com>; Handy-Jones, Monique (SF) <Monique.Handy-Jones@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>; 'QE-Endeavor-UFC' <qe-endeavor-ufc@quinnemanuel.com>; Johnson, David (DC) <David.Johnson@lw.com>; 'JPhillips@dirllp.com' <JPhillips@dirllp.com>; 'BCabranes@dirllp.com' <BCabranes@dirllp.com>; 'jcw@cwlawlv.com' <jcw@cwlawlv.com>; 'srm@cwlawlv.com' <srm@cwlawlv.com>; 'WIsaacson@dirllp.com' <WIsaacson@dirllp.com>
**Subject:** RE: Johnson et al v. Zuffa, LLC et al - Plaintiffs' Rule 7.1 Certificate

Counsel,

Resending as I received a bounce back from several recipients. Plaintiffs filed the attached certificate of interested parties following the filing of the original complaint in *Johnson*. Plaintiffs amended their complaint in December 2023 to name a new defendant but did not supplement their certificate at that time. Can Plaintiffs confirm that the original statement contained in the attached remains true and no supplement is required to comply with FRCP 7.1(b)(2) and LR 7.1-1(c)? Specifically, the attached states, "Plaintiffs . . . certify that there are no known interested parties other than those participating in the case and the members of the putative class who are absent and unnamed."

Best,
Dixon

---

**From:** Carvalho Anderson, Dixon (LA)
**Sent:** Thursday, May 7, 2026 10:32 AM
**To:** 'Patrick F. Madden pmadden@bergermontague.com' <Patrick F. Madden pmadden@bergermontague.com>; 'Michael Dell'Angelo mdellangelo@bergermontague.com' <Michael Dell'Angelo mdellangelo@bergermontague.com>; 'Eric L. Cramer ecramer@bergermontague.com' <Eric L. Cramer ecramer@bergermontague.com>; 'Susan Leo sleo@bergermontague.com' <Susan Leo sleo@bergermontague.com>; 'Joshua P. Davis jdavis@bergermontague.com' <Joshua P. Davis jdavis@bergermontague.com>; 'Benjamin Brown bbrown@cohenmilstein.com' <Benjamin Brown bbrown@cohenmilstein.com>; 'Robert Maysey rmaysey@bergermontague.com' <Robert Maysey rmaysey@bergermontague.com>; 'Richard A. Koffman rkoffman@cohenmilstein.com' <Richard A. Koffman rkoffman@cohenmilstein.com>; 'Daniel Silverman dsilverman@cohenmilstein.com' <Daniel Silverman dsilverman@cohenmilstein.com>; 'Danny Gifford dgifford@cohenmilstein.com' <Danny Gifford dgifford@cohenmilstein.com>; 'Joseph Saveri jsaveri@saverilawfirm.com' <Joseph Saveri jsaveri@saverilawfirm.com>; 'Kevin Rayhill krayhill@saverilawfirm.com' <Kevin Rayhill krayhill@saverilawfirm.com>; 'Christopher Young cyoung@saverilawfirm.com' <Christopher Young cyoung@saverilawfirm.com>; 'Itak Moradi imoradi@saverilawfirm.com' <Itak Moradi imoradi@saverilawfirm.com>; 'Joe Bruckner WJBruckner@Locklaw.com' <Joe Bruckner WJBruckner@Locklaw.com>
**Cc:** Axelrad, Joseph (LA) <Joseph.Axelrad@lw.com>; Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; #C-M UFC JOHNSON - SENIOR - LW TEAM <UFCJOHNSONSENIOR.LWTEAM@lw.com>; Handy-Jones, Monique (SF) <Monique.Handy-Jones@lw.com>; Ngo, My (SF) <My.Ngo@lw.com>; QE-Endeavor-UFC <qe-endeavor-ufc@quinnemanuel.com>; Johnson, David (DC) <David.Johnson@lw.com>; 'JPhillips@dirllp.com' <JPhillips@dirllp.com>; 'BCabranes@dirllp.com' <BCabranes@dirllp.com>; 'jcw@cwlawlv.com' <jcw@cwlawlv.com>; 'srm@cwlawlv.com' <srm@cwlawlv.com>; 'WIsaacson@dirllp.com' <WIsaacson@dirllp.com>
**Subject:** Johnson et al v. Zuffa, LLC et al - Plaintiffs' Rule 7.1 Certificate

Counsel,

Plaintiffs filed the attached certificate of interested parties following the filing of the original complaint in *Johnson*. Plaintiffs amended their complaint in December 2023 to name a new defendant but did not supplement their certificate at that time. Can Plaintiffs confirm that the original statement contained in the attached remains true and no supplement is required to comply with FRCP 7.1(b)(2) and LR 7.1-1(c)? Specifically, the attached states, "Plaintiffs . . . certify that there are no known interested parties other than those participating in the case and the members of the putative class who are absent and unnamed."

Best,
Dixon

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
**-***External sender. Please use caution when clicking on any attachments or links***** -