**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION NOS. 48-56** |

# [PROPOSED] ORDER

This Court, having read and considered all papers submitted by Defendants Zuffa, LLC TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants"), in support of their Motion to Compel Plaintiffs to Produce Documents in Response to Requests for Production Nos. 48-56, hereby **GRANTS** the Motion.

**IT IS ORDERED THAT**:

1. Within fourteen (14) days of the date of this Order, Plaintiffs must produce all documents and communications responsive to Defendants' Requests for Production Nos. 48-56.

2. If no such documents exist, Plaintiffs must so state in response to each of Requests for Production Nos. 48-56.

3. Plaintiffs must identify on a privilege log any responsive document withheld on privilege or work product grounds.

**IT IS SO ORDERED.**

Dated: ___________________________

_______________________________________
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE