MAAREN A. SHAH *(Pro hac vice)*
maarenshah@quinnemanuel.com
ELLISON W. MERKEL *(Pro hac vice)*
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS *(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Tel: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
PHILIP R. ERWIN (No. 11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JOSEPH AXELRAD IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION NOS. 10, 13 AND 25** |

I, Joseph Axelrad, hereby declare as follows:

1. I am an attorney at Latham & Watkins LLP ("Latham"), and counsel of record for Defendants Zuffa, LLC and TKO Operating Company, LLC, (collectively, "Zuffa and TKO") in the above-captioned purported class action (the "Action"). I am a member in good standing of the bar of the State of California, and am admitted *pro hac vice* before this Court. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Motion to Compel Plaintiffs to Produce Documents in Response to Requests for Production Nos. 10, 13 and 25.

3. Through my work in this Action, I am familiar with the discovery requests, meet and-confer correspondence, document productions, and other materials described below.

4. On September 11, 2026, Defendants sent Plaintiffs a letter identifying materials missing from their productions. Defendants explained that the missing materials are, at a minimum, responsive to RFP Nos. 10, 13, and 25. Defendants requested that Plaintiffs immediately produce all documents and communications relating to or generated through the Named Plaintiffs' use of commercial digital platforms, such as kajanjohnsonmma.com, Kajabi, YouTube, Instagram, Google Ads, and Meta Ads, through which the Named Plaintiffs promoted, marketed, sold, or distributed their services or other products that include any reference to the UFC. The letter to Plaintiffs identified specific categories of missing materials, including website content, transaction records, and financial statements. Defendants also asked whether Plaintiffs had collected, reviewed, or produced any of the requested materials. *See* Ex. Q.

5. On September 15, 2026, Plaintiffs responded but did not engage with the substance of Defendants' request. Plaintiffs stated that the matters raised in the letter were "wholly subsumed" by Defendants' pending motion to compel, and did not address Defendants' other requests for information. *See* Ex. R at 7.

6. On September 18, 2026, Defendants responded that the pending motion addresses Plaintiffs' failure to produce documents or communications from Signal, Telegram, or other

similar applications, and that the current request is distinct because it is focused on different materials from different sources, namely, commercial platforms used by Named Plaintiffs to advertise, promote, and sell their goods and services. Defendants again asked whether Plaintiffs had collected, reviewed, or produced any of the requested materials. *See id.* at 6.

7. On September 22, 2026, Plaintiffs responded that the dispute was "subsumed" by Defendants' pending motion to compel, that both motions were untimely, and that the materials were not discoverable because they are unrelated to the Named Plaintiffs' professional MMA careers. *See id.* at 1-3.

8. The parties met and conferred on September 25, 2026. Plaintiffs stated that the dispute was subsumed by the pending motion to compel, indicated they would not produce the requested materials, and declined to engage with Defendants on the relevance of the materials requested, except to argue that the materials were not discoverable because they did not relate to Named Plaintiffs' professional MMA careers.

9. Attached hereto as Exhibit A is a true and correct excerpted copy of the transcript generated by the YouTube video found at https://www.youtube.com/watch?v=RBJLFiw5FhE, last accessed on September 29, 2026.

10. Attached hereto as Exhibit B is a true and correct copy of Defendants' First Set of Requests for Production, dated October 13, 2023.

11. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production, dated November 13, 2023.

12. Attached hereto as Exhibit D is a true and correct copy of a Letter from Michael Dell'Angelo, dated September 2, 2026.

13. Attached hereto as Exhibit E is a true and correct copy of a document produced in this matter bearing the Bates stamp JOHNSONPLTFF120427.

14. Attached hereto as Exhibit F is a true and correct copy of a document produced in this matter bearing the Bates stamp JOHNSONPLTFF120820.

15. Attached hereto as Exhibit G is a true and correct copy of a document produced in

this matter bearing the Bates stamp JOHNSONPLTFF102264.

16. Attached hereto as Exhibit H is a true and correct copy of https://kajanjohnsonmma.com/, last accessed on September 29, 2026.

17. Attached hereto as Exhibit I is a true and correct copy of https://www.youtube.com/@CoachKajan/videos, last accessed on September 29, 2026.

18. Attached hereto as Exhibit J is a true and correct copy of https://www.instagram.com/kajanjohnsonmma?stkn=MTFtZ2hnYzFoa284ag%3D%3D, last accessed on September 29, 2026.

19. Attached hereto as Exhibit K is a true and correct copy of a document produced in this matter bearing the Bates stamp JOHNSONPLTFF102074.

20. Attached hereto as Exhibit L is a true and correct copy of a document produced in this matter bearing the Bates stamp JOHNSONPLTFF102120.

21. Attached hereto as Exhibit M is a true and correct copy of a document produced in this matter bearing the Bates stamp JOHNSONPLTFF101876.

22. Attached hereto as Exhibit N is a true and correct copy of https://pinnaclemma.gymdesk.com/instructors/bio/id/8755, last accessed on September 29, 2026.

23. Attached hereto as Exhibit O is a true and correct copy of https://budoburnaby.com/about/, last accessed on September 29, 2026.

24. Attached hereto as Exhibit P is a true and correct copy of https://www.cameo.com/cbdollaway, last accessed on September 29, 2026.

25. Attached hereto as Exhibit Q is a true and correct copy of a letter from Joseph Axelrad, dated September 11, 2026.

26. Attached hereto as Exhibit R is a true and correct copy of an email chain between Michael Dell'Angelo, Daniel Gifford and Dixon Carvalho Anderson, dated September 15, 2026 to September 22, 2026.

27. Attached hereto as Exhibit S is a true and correct copy of https://profightguide.www.tristargymwestcoast.com/, last accessed on September 29, 2026.

28. Attached hereto as Exhibit T is a true and correct copy of a Letter from Daniel Gifford, dated September 29, 2026.

I declare under penalty of perjury that the foregoing is true and correct, under the laws of California. Executed this 30th day of September 2026, in Los Angeles, California.

*/s/ Joseph Axelrad*
JOSEPH AXELRAD (*Pro hac vice*)