MAAREN A. SHAH *(Pro hac vice)*
maarenshah@quinnemanuel.com
ELLISON W. MERKEL *(Pro hac vice)*
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS *(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

RORY T. KAY (No. 12416)
rkay@mcdonaldcarano.com
EMILY M. DENNIS (No. 16396)
edennis@mcdonaldcarano.com
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Tel: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
PHILIP R. ERWIN (No. 11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION NOS. 10, 13 AND 25** |

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendants Zuffa, LLC and TKO Operating Company, LLC, Endeavor Group Holdings, Inc. (collectively, "Defendants") submit this Index of Exhibits in Support of Defendants' Motion to Compel Plaintiffs to Produce Documents in Response to Requests for Production Nos. 10, 13 and 25.

| EXHIBIT | **DESCRIPTIONS** |
|---|---|
| A. | Excerpt of the transcript generated by the YouTube video found at https://www.youtube.com/watch?v=RBJLFiw5FhE, last accessed on September 29, 2026 |
| B. | Defendants' First Set of Requests for Production, dated October 13, 2023 |
| C. | Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production, dated November 13, 2023 |
| D. | Letter from Michael Dell'Angelo, dated September 2, 2026 |
| E. | Document produced in this matter bearing the Bates stamp JOHNSONPLTFF120427 |
| F. | Document produced in this matter bearing the Bates stamp JOHNSONPLTFF120820 |
| G. | Document produced in this matter bearing the Bates stamp JOHNSONPLTFF102264 |
| H. | https://kajanjohnsonmma.com/, last accessed on September 29, 2026 |
| I. | https://www.youtube.com/@CoachKajan/videos, last accessed on September 29, 2026 |
| J. | https://www.instagram.com/kajanjohnsonmma?stkn=MTFtZ2hnYzFoa284ag%3D%3D, last accessed on September 29, 2026 |
| K. | Document produced in this matter bearing the Bates stamp JOHNSONPLTFF102074 |
| L. | Document produced in this matter bearing the Bates stamp JOHNSONPLTFF102120 |
| M. | Document produced in this matter bearing the Bates stamp JOHNSONPLTFF101876 |

| EXHIBIT | **DESCRIPTIONS** |
|---|---|
| N. | https://pinnaclemma.gymdesk.com/instructors/bio/id/8755, last accessed on September 29, 2026 |
| O. | https://budoburnaby.com/about/, last accessed on September 29, 2026 |
| P. | https://www.cameo.com/cbdollaway, last accessed on September 29, 2026 |
| Q. | Letter from Joseph Axelrad, dated September 11, 2026 |
| R. | Email chain between Michael Dell'Angelo, Daniel Gifford and Dixon Carvalho Anderson, dated September 15, 2026 to September 22, 2026 |
| S. | https://profightguide.www.tristargymwestcoast.com/, last accessed on September 29, 2026 |
| T. | Letter from Daniel Gifford, dated September 29, 2026 |