# EXHIBIT A

YouTube

Search

Sign in




## The Truth About Being a Pro UFC Fighter In 2026 #ufc #mma

Kajan Johnson MMA
116K subscribers

Subscribe

279 Share Save

### In this video

Chapters | Transcript

Search in video

18:50 exactly who I was and I was somebody else, maybe I would have wanted to do that. Maybe I would have taken the easy

18:56 money. Maybe if something bad enough happened in my fighting career, I'd be like, "Oh, dude, I just need I just need

19:02 like five grand right now." They're like, "Oh, well, I'll give you five grand if you just take this bag and drop it off to these guys that are coming out

19:08 **of the airport." Maybe I would have done that. The door is open, man. The door is open to literally whatever network you**

19:14 want. Can be open to highle businessmen. It can be open to to film and

19:19 television. It can be open to gangsters, drug dealers. So, you got to be super

19:24 careful. You got to be super strategic with how you move and who you entertained and who you surround

19:32 yourself with. Don't fall into that trap. All of those that I know that have fallen into that trap, it ends very

19:38 badly. Very, very badly. So, you got to be very, very, very careful. Nets, bro, you become an actual walking weapon. I

19:46 live in Canada. Maybe you're watching this and you live in the States. You're like, "I don't need a weapon. I got a

19:51 gun." We can't carry guns here, bro. We can't even carry knives. Like, literally, the only way that you can

19:56 walk around with a weapon is if you are a weapon. Lucky for me, I've been

20:01 weaponizing my body for the last 25 years. So if anything pops off, I'm way

20:07 more h way more capable of doing something about it, of protecting myself, of protecting my wife, of

English (auto-generated)




The Truth About Being a Pro UFC Fighter In 2026 #ufc #mma

Kajan Johnson MMA
116K subscribers

Subscribe

279 Share Save

In this video

Chapters Transcript

Search in video

27:18 only puts the good stuff on Facebook. Everybody knows that. But still, man, still when you when you can't afford a

27:23 car, you couldn't even afford gas for the car if you had one. You can't you could you dream of buying a house. Like

27:29 I live in Vancouver. It's like impossible still. And you see all these people that are doing these things. It

27:34 could be really disheartening, man. It can be really disheartening. So, if you want to do this as a career, you got to

27:40 be prepared for that. If you aren't willing to starve while everybody else is just living comfortably, or at least

27:47 most people are living comfortably. If you're not willing to do that, get out, man. This is not for you. Pro. You can

**27:56 make crazy amounts of money in a very short period of time if you are**

28:02 extremely lucky and extremely good. There's not a lot of other places you can do that. Like you can have one fight

28:09 and in that one fight you make millions of dollars. That doesn't happen many other places. Obviously that's a massive

28:16 win if you're capable of doing it. Most are not capable of doing it. But if you're capable of doing it, obviously

28:21 that's got to be a pro. For instance, my very first fight in the UFC, I had been

28:27 quite starved before. My very first fight in the UFC, I end up getting the bonus. So I made my fight purse. I lost.

28:34 So I only made like eight grand. And then I made another 50K on top of it for

28:40 getting Fight of the Night. That was more money than I ever made in my life. Like it was

English (auto-generated)

YouTube Search

Sign in




## The Truth About Being a Pro UFC Fighter In 2026 #ufc #mma

Kajan Johnson MMA
116K subscribers

Subscribe

279 Share Save

**In this video**

Chapters Transcript

Search in video

30:56 fighting. So, I just had to live off of that for like a year until I could fight

31:02 again, which is unfortunate because I could have actually bought Bitcoin or something, but I didn't. If I had bought

31:09 Bitcoin back then with that money, I wouldn't be talking to you.

31:15 Like honestly, Alli's laughing behind the camera if you can't hear, but bro, I I would not be talking to you because I

31:22 would not be trying to strategize how to build an empire because I will be set for life. Now, that's not the only con

31:28 that's associated with that, though, cuz as I've said already, like most people never even get that. Most people never

31:34 **even make it to the UFC, which is the only place that you can actually make that kind of money like that. Most**

31:40 people are stuck before they ever get to the top level of like international or national competition. They never even

31:46 make it there. Okay? So, most people that fight never actually make any real

31:52 money. Most people just get brain damage and stay broke. Maybe they end up paying

31:57 into fighting more than they actually get out of it because you got to pay for medicals, you got to pay for food, you

32:02 got to pay for injuries, you got to pay for everything, man. It's everything. So, most don't get it. And those that do

32:09 get it, like, yeah, you're making all that money like this, but it's not actually like this, right? Because it

32:16 took me before I made that bonus. That was like my 14th year of fighting, I

English (auto-generated)




The Truth About Being a Pro UFC Fighter In 2026 #ufc #mma

Kajan Johnson MMA
116K subscribers

Subscribe

279 Share Save

**In this video**

Chapters Transcript

Search in video

38:01 That's all weight classes combined. 600. When I was fighting in the UFC at lightweight, there were 120

38:08 lightweights. So, for me, getting into the lightweight division, it was packed. They didn't really want any more

38:13 lightweights. There's too many people. It's so hard to get in. Especially if

38:18 you're in one of those divisions, like featherweight right now, bantamweight right now, welterweight right now. If

38:25 you're a heavyweight or you're 115 lb girl or 125 lb guy, it's not as hard,

38:32 but it's still harder than the NHL. It's still harder than the NBA. More people get into either of those leagues

38:38 year-over-year than into the UFC. And a lot of the people that are going in are

38:44 from a couple different countries in a lot of those other sports, right? UFC is completely global. Like how many

38:51 Japanese people are in the NHL? How many Brazilians play in the NBA, bro? It's

38:57 like very, very few, if any. I don't know those sports well enough, but very, very few. There are people from

39:03 everywhere, everywhere in the world that you're competing against. And the amount of spots to get into a weight class is a

39:10 couple per year, and nobody even knows how to get in. It's such a minefield to

39:16 navigate. If you can figure that out, it's so easy to go into business. It's

39:22 so easy to get into literally anything else because the amount of people that are trying to get in, the amount of

39:28 spots that are open versus the amount of people that are trying to get in, it's just way better ratio. It's just way

English (auto-generated)




**In this video**

Chapters | **Transcript**

Search in video

39:03 everywhere, everywhere in the world that you're competing against. And the amount of spots to get into a weight class is a

39:10 couple per year, and nobody even knows how to get in. It's such a minefield to

39:16 navigate. If you can figure that out, it's so easy to go into business. It's

39:22 so easy to get into literally anything else because the amount of people that are trying to get in, the amount of

39:28 spots that are open versus the amount of people that are trying to get in, it's just way better ratio. It's just way

39:33 **easier. It's so much easier to do business. I'm now in business. It's way**

39:39 easier. And business is hard, but it's way easier than fighting. It's just way easier. If you can fight, if you can

39:45 learn all of the things that you need to learn in order to be a successful fighter, you can do anything in the

39:51 world. The con of that, 99.765%

39:57 of people never make it. They never learn. They never do all the things. They never get into the UFC. They never

40:03 become anything. They spend 15 years trying and then they're just done. And

40:08 no one even knows who they are. They spent every single ounce of energy,

40:14 every single ounce of brain power that they could muster grinding, starving,

40:19 breaking, bleeding, sweating for over a decade. And no one will ever know. No

40:25 one will even care if you don't make it into the UFC. And I I I really know this

40:31 because I it took me a long time to get in. If you don't make it into the UFC, no one even cares that you're a fighter

English (auto-generated)

**The Truth About Being a Pro UFC Fighter In 2026 #ufc #mma**

Kajan Johnson MMA
116K subscribers

Subscribe

279 | Share | Save