# EXHIBIT E

**From:** [redacted]
**To:** [redacted]
**Subject:** From Burns Lake - To The UFC
**Date:** Wed, 06 Nov 2024 01:15:05 +0000

View in Web Browser

## How did I make it to the UFC?

Well I got in through competing on The Ultimate Fighter. Although I didn't win the show, I still managed to impress the UFC enough to earn a contract. If you are looking to make it to the UFC or another major promotion here are a couple quick tips to get you started.

- Find a real fight gym to train at.

Make sure the gym you're working at has access to all fight disciplines. This makes it much easier on you having specialized training all in one gym with the same coaches

- Find a coach you can trust.

This means finding a coach who cares about you and who cares. about seeing you succeed. My first coaches threw me to the wolves early on and it obliterated my pro record, forcing me to grind twice as hard to make up for it. A good coach will take care of you and want you to be as prepared as possible by training you up intensely as an amateur and providing you as much competition and exposure to different fighters and fight styles possible before going pro, maintaining your record.

- Be smart about the road you take.

Focus on being the best fighter amongst your peers, then in your region, then country. Steal the best guys thunder and become the man yourself. You will be on the big promotions radar!

If you haven't already check out my video on youtube where I go more in depth!

**Watch Now!**

PS - If you want me in your corner 24/7 check out PRO FIGHT guide here

Use Code: "ILOVEFIGHTING"

Unsubscribe | Sent by Tristar Gym West Coast Pro Fight Guide
921 Clarke rd • Port Moody, BC • V3H1M1