# EXHIBIT F
# [FILED UNDER SEAL]