# EXHIBIT G
# [FILED UNDER SEAL]