# EXHIBIT H

START YOUR 2-WEEK TRIAL! JOIN NOW →

KAJAN JOHNSON MMA

HOME PROGRAMS ABOUT INSTRUCTORS MEMBERSHIPS SHOP BLOG CONTACT ONLINE COURSES

# FULL ACCESS. ZERO PRESSURE. **MONEY-BACK GUARANTEE.**

2 WEEKS. $49. START TODAY

Y HUMBLE. JOIN US. TRAIN HARD. STAY HUMBLE. JOIN US. TRAIN HARD. STAY HUMBLE. JOIN US. TRAIN HARD. STAY HUMBL

# Hard Training. Friendly People. Real MMA

I spent years fighting at the highest level in the UFC—and I built this gym to give people the kind of training that actually works. At Kajan Johnson MMA, we teach Jiu Jitsu, Muay Thai, boxing, and wrestling with real technique, real intensity, and zero ego. Whether you want to compete, get in shape, or just push yourself, you'll be surrounded by people who take the work seriously—but don't take themselves too seriously. If you're ready to train hard and be part of something real, this is your spot.



surrounded by people who take the work seriously—but don't take themselves too seriously. If you're ready to train hard and be part of something real, this is your spot.

AR FAMILY TODAY! JOIN THE TRISTAR FAMILY TODAY! JOIN THE TRISTAR FAMILY TODAY! JOIN THE TRISTAR FAMILY TODAY! JOIN THE TRI

# IF YOU WANT TO BE YOUR BEST, TRAIN WITH SOMEONE WHO'S BEEN THERE.

UFC VET. BJJ BLACK BELT. TAEKWONDO BLACK BELT. I BUILT THIS GYM TO GIVE YOU THE TRAINING I WISH I HAD COMING UP REAL TECHNIQUE, REAL WORK, NO EGO.

**Why KJ MMA? →**

**Let's Go! →**



# PROGRAMS THAT LEVEL YOU UP FAST!

Every class is designed to build real skill, real confidence, and real results. No fluff. Just training that works.



Learn real kickboxing from real fighters. Build power, sharpen your technique, and get in the best shape of your life. No experience needed.

Learn the ground game the right way. Our Jiu Jitsu program gives you real skills that work in competition and self defense. Whether you're new or experienced, our

Boxing is the foundation of every great striker. In our program, you'll build sharp hands, slick footwork, and real ring awareness. Every session is designed to



You don't need experience, just commitment. We'll take care of the rest. Real MMA, taught the right way, from day one.

**MMA**



Learn real kickboxing from real fighters. Build power, sharpen your technique, and get in the best shape of your life. No experience needed.

**KICKBOXING**



Learn the ground game the right way. Our Jiu Jitsu program gives you real skills that work in competition and self defense. Whether you're new or experienced, our coaches break down exactly what to do, why it works, and when to use it.

**JIU JITSU**



Boxing is the foundation of every great striker. In our program, you'll build sharp hands, slick footwork, and real ring awareness. Every session is designed to sharpen your timing, improve your cardio, and teach you how to box for real—not just hit pads.

**BOXING**



Tired of the same old workouts? Trade your treadmill for Thai pads and train with real female fighters. Our women's-only class blends powerful kickboxing with functional fitness to help you feel strong, confident, and capable—no experience needed.

**WOMEN'S KICKBOXING**



Learn real MMA in a safe, supportive environment built for teens. Develop striking, grappling, and self-defense skills while gaining confidence, discipline, and strength that carry over into every part of life.

**TEENS MMA**



Built just for kids, KaJanDo blends real MMA with the confidence, discipline, and respect parents want. Your child will learn striking, grappling, and self-defense in a fun, structured environment led by expert coaches.

**KIDS KAJANDO**




Train directly with Coach Kajan Johnson, a 40 fight veteran and former UFC fighter. These online courses give you real techniques, strategy, and conditioning that actually work in the cage. Learn from the source anytime, anywhere.

**ONLINE COURSES**

# Train Like a Fighter. Even If You're Not One Yet.

**2 WEEKS. $49. START TODAY**

Our YouTube gives you an inside look at real training, real fights, and what it actually takes to level up. No hype. No fluff. Just raw footage, expert breakdowns, and the mindset behind it all.

KAJAN JOHNSON MMA

HOME PROGRAMS ABOUT INSTRUCTORS MEMBERSHIPS SHOP BLOG CONTACT ONLINE COURSES

Our YouTube gives you an inside look at real training, real fights, and what it actually takes to level up. No hype. No fluff. Just raw footage, expert breakdowns, and the mindset behind it all.




Kajan Johnson MMA 116K Subscribe

**Works in MMA and on the Street #mma #bkb #streetfight**

Kajan Johnson MMA • 16 hours ago




Works in MMA and on the Street #mma #bkb #streetfight




3 Single Leg Takedowns On The Cage For MMA #mma #ufc




All MMA Wrestlers should think like this. #mma #ufc




MMA Wrestling must be Savage. #mma #ufc



Disrespect has consequences in MMA. #mma




MMA Fighters Need The RIGHT Information #mma #ufc #ufcfighter #fighttips #mmatips #mmafighter #mmako

Load More... Subscribe

Document title: Home - Kajan Johnson MMA
Capture URL: https://kajanjohnsonmma.com/
Capture timestamp (UTC): Mon, 28 Sep 2026 21:43:02 GMT

Kajan Johnson MMA 116K Subscribe

Works in MMA and on the Street #mma #bkb #streetfight

Kajan Johnson MMA • 16 hours ago




Works in MMA and on the Street #mma #bkb #streetfight




3 Single Leg Takedowns On The Cage For MMA #mma #ufc




All MMA Wrestlers should think like this. #mma #ufc




MMA Wrestling must be Savage. #mma #ufc



Disrespect has consequences in MMA. #mma




MMA Fighters Need The RIGHT Information #mma #ufc #ufcfighter #fighttips #mmatips #mmafighter #mmako

Load More... Subscribe

## FOLLOW US @KAJANJOHNSONMMA

tristargymwestcoast









Load More Follow on Instagram

# KAJAN JOHNSON MMA

HARD TRAINING. FRIENDLY PEOPLE. REAL MMA.

## 2 WEEKS. ALL ACCESS. ZERO RISK.

START MMA KICKSTARTER

HOME PROGRAMS BOOK A CLASS
ABOUT FAQS BLOG CONTACT

PRIVACY POLICY

Kajan Johnson MMA 2025 | All Rights Reserved.