# EXHIBIT I

YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.
Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC






# Kajan Johnson MMA

@CoachKajan • 116K subscribers • 791 videos

The #1 channel for MMA content on Youtube! My name is Kajan Johnson. I fought in the ...more

profightguide.www.tristargymwestcoast.com

Subscribe Community

Home Videos Shorts Live Playlists Posts

**Most MMA Beginners Train Wrong For Years**

34,480 views • 5mo ago

The TOP things that beginners do wrong in MMA...

Click here for my "MMA Basics Guide" ➡️
https://profightguide.www.tristargymw...
(Use code "JUSTTHEBASICS90" and save $180!!! Sale ends soon)
...
READ MORE

## Videos




MMA Single Leg Takedowns On The Wall (Use these 3) ...
2.4K 2d ago




The Truth About Being a Pro UFC Fighter In 2026 #ufc ...
12K 2w ago




Guillotine Choke VS Double Leg Takedown In MMA (Liv...
12K 3w ago




UFC Fighter VS Regular People: Take Me Down For ...
6.9K 1mo ago




UFC Fighter Destroys Trash Talking Troll
6.4K 2mo ago

## Shorts




Works in MMA and on the Street #mma #bkb...
2.4K views




All MMA Wrestlers should think like this. ...
16K views




MMA Wrestling must be Savage. #mma #ufc
9.2K views




Disrespect has consequences in MM...
2.3K views




MMA Fighters Need The RIGHT Information ...
3.3K views

## Posts

YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright Contact us Creators Advertise Developers

Terms Privacy Policy & Safety How YouTube works Test new features NFL Sunday Ticket

© 2026 Google LLC

https://profightguide.www.tristargymw...
(Use code "JUSTTHEBASICS90" and save $180!!! Sale ends soon)
...
READ MORE

## Videos




MMA Single Leg Takedowns On The Wall (Use these 3) ...
2.4K 2d ago




The Truth About Being a Pro UFC Fighter In 2026 #ufc ...
12K 2w ago




Guillotine Choke VS Double Leg Takedown In MMA (Liv...
12K 3w ago




UFC Fighter VS Regular People: Take Me Down For ...
6.9K 1mo ago




UFC Fighter Destroys Trash Talking Troll
6.4K 2mo ago

## Shorts




Works in MMA and on the Street #mma #bkb...
2.4K views




All MMA Wrestlers should think like this. ...
16K views




MMA Wrestling must be Savage. #mma #ufc
9.2K views




Disrespect has consequences in MM...
2.3K views




MMA Fighters Need The RIGHT Information ...
3.3K views

## Posts

Kajan Johnson MMA • 3 weeks ago
🚨What Are You Better At In MMA? We just tested which of these techniques works better in my beginner MMA class......
2.9K votes
Vote now
54 25

Kajan Johnson MMA • 1 month ago
🚨Do You Think You Could Take Me Down? I just challenged regular people at Kits beach to take me down for $100... See...
282 votes
Vote now
20 4

## Collaborations

Play all




Leg locks for KIDS? #kajando #leglock
Kajan Johnson MMA and KajanD...
3.4K 2mo ago

YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright Contact us Creators Advertise Developers
Terms Privacy Policy & Safety How YouTube works Test new features NFL Sunday Ticket

© 2026 Google LLC






Kajan Johnson MMA

...more

Home Videos

## Kajan Johnson MMA

### Description

The #1 channel for MMA content on Youtube! My name is Kajan Johnson. I fought in the UFC for a number of years against some of the top talent in the world (including Islam Makhachev), and have been a martial artist for over 20 years! I trained at Tristar Gym in Montreal under the great coach Firas Zahabi and along side UFC Champion Georges St. Pierre many years. Now, I'm here to share every thing I've learned with you here on this channel and in my upcoming course PRO FIGHT GUIDE. 🚨 Make sure to subscribe to catch our new vids first!

Make More Money as a Fighter! (Free Course)
https://profightguide.www.tristargymwestcoast.com/offers/LyJU3ZxK

🚨 Anti Wrestler Guide⬇️
https://profightguide.www.tristargymwestcoast.com/offers/eLQWMLcL

📣 Are you a gym owner? Book Me for Seminars! 🥋
📧 Reach out to me at tristargymwest@gmail.com ⬅️

🎯 If you want to learn from me DIRECTLY hit up www.tristargymwestcoast.com to book a FREE TRIAL and come on down!

### Links

PRO FIGHT GUIDE
profightguide.www.tristargymwestcoast.com

### More info

Sign in to see email address

www.youtube.com/@CoachKajan

Canada

Joined Nov 21, 2022

116K subscribers

791 videos

30,284,834 views

Share channel

rs

MMA...

$180!!! Sale ends

## Videos



MMA Single Leg Takedo... On The Wall (Use these 3...
2.4K 2d ago

...ter VS Regular ... ake Me Down For ...
...mo ago
11:00

UFC Fighter Destroys Trash Talking Troll
6.4K 2mo ago
8:51

## Shorts



Works in MMA and on the Street #mma #bkb...
2.4K views

All MMA Wrestlers should think like this. ...
16K views

MMA Wrestling must be Savage. #mma #ufc
9.2K views

Disrespect has consequences in MM...
2.3K views

MMA Fighters Need The RIGHT Information ...
3.3K views

## Posts

Document title: Kajan Johnson MMA - YouTube
Capture URL: https://www.youtube.com/@CoachKajan
Capture timestamp (UTC): Mon, 28 Sep 2026 21:45:37 GMT

YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright Contact us Creators Advertise Developers

Terms Privacy Policy & Safety How YouTube works Test new features NFL Sunday Ticket

© 2026 Google LLC






# Kajan Johnson MMA

@CoachKajan • 116K subscribers • 791 videos

The #1 channel for MMA content on Youtube! My name is Kajan Johnson. I fought in the ...more

profightguide.www.tristargymwestcoast.com

Subscribe Community

Home Videos Shorts Live Playlists Posts

Latest Popular Oldest




MMA Single Leg Takedowns On The Wall (Use these 3) #mma #ufc
2.4K 2d ago




The Truth About Being a Pro UFC Fighter In 2026 #ufc #mma
12K 2w ago




Guillotine Choke VS Double Leg Takedown In MMA (Live Study & Challenge) #ufc #mma
12K 3w ago




UFC Fighter VS Regular People: Take Me Down For $100 Challenge (Gone Wrong)
6.9K 1mo ago




UFC Fighter Destroys Trash Talking Troll
6.4K 2mo ago




UFC Lessons I Wish I Learned Earlier
8.2K 3mo ago




Clinch For MMA Bag Work Drills (Develop a DEADLY Clinch)
3.3K 3mo ago




How To Build A Better Gas Tank Than Everyone Else In MMA...
11K 4mo ago




First Fight First Knockout | UFC Fighter Breaks Down NASTY Amateur KO
1.1K 4mo ago









YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**

- Shopping
- Music
- Movies & TV
- Show more

**More from YouTube**

- Try Premium for $0
- YouTube TV
- YouTube Music
- YouTube Kids

Report history

About Press Copyright Contact us Creators Advertise Developers

Terms Privacy Policy & Safety How YouTube works Test new features NFL Sunday Ticket

© 2026 Google LLC




Why Did Khamzat Chimeav LOSE To Sean Strickland At UFC 328?
▷ 1.6K 4mo ago




Amateur MMA Loss... What Went Wrong? Live breakdown
▷ 1K 4mo ago




UFC Prospects Need To Hear This
▷ 963 4mo ago




INSANE Knockout In Pro MMA Debut | UFC Fighter Reaction
▷ 787 4mo ago




FAKE Boxing Coach Gets EXPOSED By UFC Fighter
▷ 1.8K 4mo ago




#1 Problem UFC Fighters Must Solve
▷ 2.2K 5mo ago




How Anyone Can Develop KO Punch Power For MMA (Full Guide)
▷ 8K 5mo ago




How to Win The Dogfight From Overhook (Underhook / Whizzer Position) | MMA & BJJ
▷ 2.3K 5mo ago




Most MMA Beginners Train Wrong For Years
▷ 34K 5mo ago




Stop Getting Taken Down In MMA (Without Sprawling)
▷ 3.4K 5mo ago




Getting Ignored By Your Coach? Do This...
▷ 2.7K 6mo ago




Will You Make The UFC Faster By LEAVING Your Hometown? #ufcfighter
▷ 2.1K 6mo ago




What To Do If You Get KNOCKED OUT In MMA
▷ 2.4K 7mo ago




Never Do These Things While Rolling or Sparring | BJJ or MMA Gym Etiquette
▷ 3.5K 7mo ago




Addressing HATE Comments on Primal Kombat Grappling
▷ 1.6K 7mo ago








YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers
Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket
© 2026 Google LLC

Home Videos Shorts Live Playlists Posts




Trying My WEIRD New MMA Style VS PRO Fighters In Malaysia! Primal Kombat ...
4K 7mo ago




UFC Fighter VS Malaysian National Champ... In Malaysia! (No YouTubers are doing this)
4K 7mo ago




I Tried My WEIRD New Grappling Style VS BJJ Black Belts!!!
11K 8mo ago




10 Hacks MMA Fighters NEED In 2026
13K 8mo ago




The #1 Strategy For Getting Off The Ground In MMA
2.7K 9mo ago




A Harsh Truth About MMA Fighting
26K 9mo ago




Islam Makhachev vs Jack Della Maddalena UFC 322 Film Study & Prediction
1.7K 10mo ago




Nobody In MMA Is Does This Anymore...
4.2K 10mo ago




Addressing the 1-Star Review & The Problem No One Wants to Talk About in MMA.
5.6K 10mo ago




5 Reasons Why I Hate The UFC
21K 10mo ago




What To Do Immediately After You WIN an MMA Fight
3.2K 11mo ago




If This Is You DO NOT Become an MMA Fighter #ufcfighter #mma
94K 11mo ago




What To Do If You LOSE a Fight In MMA
2.2K 11mo ago




Don't Quit Fighting Before You Watch This.
8.5K 1y ago




Why Your Butterfly Guard Fails
2.1K 1y ago

YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping
Music
Movies & TV
Show more

More from YouTube

Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Home | Videos | Shorts | Live | Playlists | Posts

▷ 2.2K 11mo ago
▷ 8.5K 1y ago
▷ 2.1K 1y ago




SECRET MMA Grappling System That Finished EVERYONE!
▷ 2.4K 1y ago




How Did Khamzat Chimeav DESTROY Dricus Du Plessis So EASILY!? UFC 319 Full Fight ...
▷ 15K 1y ago




How Wrestling Saved My MMA Career
▷ 11K 1y ago




I Failed At Fighting Until I Learned How To Do This...
▷ 103K 1y ago




🔴 One CRITICAL Skill MMA Fighters Must Have in 2025
▷ 3.9K 1y ago




Secrets to DOMINATE The MMA Clinch
▷ 2.5K 1y ago




POST FIGHT UPDATE: What's Happening Now!?
▷ 1.7K 1y ago




Why Training "Harder" Won't Make You "Better"
▷ 2.6K 1y ago




My Secret To Being FEARLESS In Fights
▷ 3.1K 1y ago




FULL FIGHT: Kajan Johnson Returns VS Ari Ashari | Pro Boxing Fight
▷ 4.3K 1y ago




Why MMA Fighters Are Doing It Wrong
▷ 2.5K 1y ago




UFC Fighter To Pro Boxing | Kajan Johnson
▷ 1.2K 1y ago




🚨The Harsh Truth About My IMPOSSIBLE Comeback Fight At Age 41




Learn This Nasty Boxing Combo To K*LL On The Inside




UFC Fighter VS Pro Boxer INTENSE Sparring!
▷ 4K 1y ago

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

The Harsh Truth About My IMPOSSIBLE Comeback Fight At Age 41
4.3K 1y ago

Learn This Nasty Boxing Combo To K*LL On The Inside
4K 1y ago

UFC Fighter VS Pro Boxer INTENSE Sparring!
4K 1y ago




MMA Wrestling Is NOT "Wrestling" 3 Reasons Why
9.5K 1y ago




Ex UFC Fighter Turns To Pro Boxing.
1.7K 1y ago




Who wants to FIGHT!?
2.1K 1y ago




Do This For More Power
1.6K 1y ago




5 Jabs You Should Probably Know For MMA | Coach Kajan
2.5K 1y ago




How To Shadow Box For MMA | Coach Kajan Johnson #mma #shadowboxing #mmaskill...
4.4K 1y ago




Why YOUR Jiu Jitsu Game Is TRASH | Coach Kajan Johnson #bjj #jiujitsu ...
3.6K 1y ago




Kajan Johnson PRIMAL KOMBAT GRAPPLING (PKG) Highlight Reel
3.6K 1y ago




Trying Weird NEW Moves In A Black Belt BJJ Tournament | Coach Kajan Johnson #bjj ...
5.7K 1y ago




Overcoming Fear & Hesitation In MMA | Coach Kajan Johnson #mma #mmacoach ...
2.2K 1y ago




Dr. Anthony Chaffee Explains The Carnavoire Diet To Me | Coach Kajan ...
1.8K 1y ago




How To 10x Your Fight IQ For MMA | Coach Kajan Johnson #mma #ufc ...
16K 1y ago









YouTube
Search
Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.
Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Home Videos Shorts Live Playlists Posts




My Weird New Boxing Defence | Coach Kajan Johnson #mma #boxing #ufc ...
3.7K 1y ago




My Weird New Stance For MMA | Coach Kajan Johnson | Primal Kombat Striking ...
4.7K 1y ago




*PROOF* BJJ Is Not The ONLY Way! Jiu Jitsu vs Primal Kombat Grappling | Coach ...
2.3K 1y ago




Carnivore Diet For MMA? INSANE Results | Coach Kajan Johnson #carnivorediet #mm...
4.2K 1y ago




How To Secure Takedowns Like Khabib In MMA #legwrap | Coach Kajan Johnson ...
1.4K 1y ago




How is Dricus SO GOOD? Du Plessis vs Strickland Breakdown | Coach Kajan ...
3.2K 1y ago




A Huge Issue In Females MMA That Nobody Talks About... | Coach Kajan Johnson #mm...
1.5K 1y ago




What's The BEST Way to Cut Weight... Bath or Sauna? | Coach Kajan Johnson #mma #ufc ...
5.1K 1y ago




The Most Disrespectful Submission In MMA & Grappling | Coach Kajan Johnson #mma ...
1.5K 1y ago




Denis Kang INSANE Old School MMA Fights | Canadian MMA Legend Breakdown | Coach ...
1K 1y ago




How To Deal With Injuries As An MMA Fighter In The UFC | Coach Kajan Johnson ...
1.8K 1y ago




How Many Amateur MMA Fights Do You Need Before Turning Pro? | Coach Kajan ...
8.2K 1y ago




Islam Makhachev vs Arman Tsarukyan UFC Full Fight Breakdown UFC 311 preview | ...
1.1K 1y ago




Why Winning Is GUARANTEED For My MMA Fight Team Long Term | Coach Kajan ...
1.7K 1y ago




My MMA Coach Was Such A BEAST! | Bill Mahood Breakdown | Coach Kajan Johnson...
1.1K 1y ago









YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC




Don't Pick Your Weight Class Based Off Of This | Coach Kajan Johnson #mma ...
▷ 6.7K 1y ago




How To Improve At MMA Faster Than Everyone Else | Coach Kajan Johnson UFC ...
▷ 59K 1y ago




3 EASY JUDO Takedowns For MMA Fighting | Coach Kajan Johnson #mma #ufc #fighttip...
▷ 3.7K 1y ago




How to ACTUALLY Make it to the UFC In 2025 | Coach Kajan Johnson #mmafighttip...
▷ 4.7K 1y ago




What Level Of Jiu Jitsu Do You Need To Compete In The UFC | Coach Kajan Johnso...
▷ 9.7K 1y ago




The EASIEST Back Escape You've NEVER Heard Of In MMA & BJJ | Coach Kajan ...
▷ 3.6K 1y ago




🚨The SCIENCE Of Cutting Off The Cage In MMA Fighting | Coach Kajan Johnson ...
▷ 1.5K 1y ago




How To KNOCKOUT MMA Wrestlers With Knees | Coach Kajan Johnson #mma ...
▷ 1.8K 1y ago




3 Wrestling Hacks That Will INSTANTLY Make Your MMA Takedowns x10 BETTER | ...
▷ 3.4K 1y ago




🚨WATCH OUT! My MMA FIGHT TEAM Just BODIED 4 People! (We Won Every Fight) ...
▷ 1K 1y ago




Make Your Spinning Back Kick SO GOOD You Literally END People! Coach Kajan Johnson...
▷ 9.4K 1y ago




Jon "Bones" Jones OUTSMARTS Karate Master Lyoto Machida | FULL FIGHT ...
▷ 582 1y ago




Super Easy Judo Takedown For MMA | Coach Kajan Johnson #mmafighttips #mma ...
▷ 3.5K 1y ago




Jon Jones DESTROYS Shogun & Wins UFC Championship | FULL FIGHT | Coach Kajan ...
▷ 558 1y ago




JON "BONES" JONES Only Loss In The UFC | Full Fight Breakdown | Coach Kajan Johnso...
▷ 1.6K 1y ago

YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Home Videos Shorts Live Playlists Posts

▷ 3.5K 1y ago
▷ 558 1y ago
▷ 1.6K 1y ago




Handling AGGRESSIVE Behaviour at CLOSE RANGE | Street Fight & Self Defence | Coac...
▷ 2.6K 1y ago




Escape The Dagestan Handcuff/Leg Ride Trap in MMA! Anti-Wrestling 101 | Coach ...
▷ 4.8K 1y ago




Darce Choke MUST KNOW Technique For MMA and BJJ | Coach Kajan Johnson #mm...
▷ 3K 1y ago




How To Use TEEP Kicks To Set Up DEADLY Strikes In MMA | Coach Kajan Johnson ...
▷ 5.1K 1y ago




How To Set Up Double Leg Takedowns With Punches In MMA | Coach Kajan Johnson ...
▷ 2.1K 1y ago




Roundhouse Kicks BEST Targets For MMA Fighting | Coach Kajan Johnson #mma
▷ 7.6K 1y ago




ATTACK From Clamp Guard In MMA! Omoplata Attack | Coach Kajan Johnson ...
▷ 1.8K 1y ago




Fix Your Triangle Choke! Super Simple Triangle Choke For Beginners | Coach Kaja...
▷ 2.1K 1y ago




Weird New Anti-Leg Lock Trick To SHUT DOWN Leg Lockers! Coach Kajan Johnson ...
▷ 8.2K 1y ago




I Just Discovered Something CRAZY! Primal Kombat Grappling Update | Coach Kajan ...
▷ 1.7K 1y ago




The 3 BEST Counter Punches From Open Stance | Coach Kajan Johnson #mcgregor ...
▷ 2.6K 1y ago




Secrets To Fighting Southpaws in MMA | Coach Kajan Johnson
▷ 3K 2y ago




FAST 5 Minute MMA Conditioning Burnout! (Improves gas tank instantly) | Coach Kajan...




Try This OLD SCHOOL Conditioning Routine For MMA Fighters | Coach Kajan Johnson




How To FINISH The Arm Triangle Choke In MMA | Coach Kajan Johnson

YouTube Search Sign in

Home | Videos | Shorts | Live | Playlists | Posts

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Shopping
- Music
- Movies & TV
- Show more

More from YouTube

- Try Premium for $0
- YouTube TV
- YouTube Music
- YouTube Kids

Report history

About Press Copyright Contact us Creators Advertise Developers

Terms Privacy Policy & Safety How YouTube works Test new features NFL Sunday Ticket

© 2026 Google LLC

FAST 5 Minute MMA Conditioning Burnout! (Improves gas tank instantly) | Coach Kajan...
2.2K 2y ago

Try This OLD SCHOOL Conditioning Routine For MMA Fighters | Coach Kajan Johnson
2.5K 2y ago

How To FINISH The Arm Triangle Choke In MMA | Coach Kajan Johnson
1.5K 2y ago




Easy Tips To SHUT DOWN Grappling For Strikers NEW To MMA LIVE Q&A | Coach ...
1.4K 2y ago




Returning To The UFC or Combat Sports? Community Q&A Coach Kajan Johnson
838 2y ago




Nobody Talks About This SECRET Liver Punch in MMA! Coach Kajan Johnson
2.5K 2y ago




Where Should You LOOK While Fighting!? (3 Places) | Coach Kajan Johnson
1.7K 2y ago




3 Ways To Make Feints More Believable In MMA | Coach Kajan Johnson
4.8K 2y ago




#1 Grappling Ruleset For COMBAT! Primal Kombat Grappling Ruleset Explained...
2.2K 2y ago




My WEIRD Grappling Outfit Explained... | Coach Kajan Johnson
2.7K 2y ago




Confidence In MMA | Coach Kajan Johnson #mma #confidence
1.1K 2y ago




The NEXT Female MMA Champion - Ridham Kaur | Coach Kajan Johnson
1.8K 2y ago




3 Ways I Use Hooks Against SOUTHPAWs In MMA! Coach Kajan Johnson
2.3K 2y ago




Improve ALL Your Chokes INSTANTLY With This Triangle Theory | Coach Kajan Johnso...
3.8K 2y ago




Why Are MMA Fighters SO Broke!? | Coach Kajan Johnson
2K 2y ago









YouTube

Sign in

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**

- Shopping
- Music
- Movies & TV
- Show more

**More from YouTube**

- Try Premium for $0
- YouTube TV
- YouTube Music
- YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Home | Videos | Shorts | Live | Playlists | Posts




I Tried My Weird Jiu Jitsu Style Again... I Didn't Think THIS Would Happen! Full Matc...
▷ 4.4K 2y ago




Did My WEIRD Grappling Style FINALLY Get Exposed!? No-Gi Jiu Jitsu Tournament | ...
▷ 10K 2y ago




I Will EXTERMINATE All Leg Lockers From Jiu-Jitsu | Weigh-in for Battle Mats 8 Man ...
▷ 5.9K 2y ago




This ONE Concept Will Change How You Grapple Forever | Coach Kajan Johnson
▷ 6.3K 2y ago




Why Does Cub Swanson Fight With His Hands DOWN!? And Why Does It Work? UF...
▷ 2.2K 2y ago




Training My WEIRD New Grappling Style For My Next No-Gi Tournament | Coach Kajan ...
▷ 7.5K 2y ago




The Truth About My WEIRD New Grappling Style | Coach Kajan Johnson
▷ 66K 2y ago




Trying My Weird Grappling Style in a Jiu Jitsu Gi Black Belt Absolute Tournament | Kajan ...
▷ 130K 2y ago




Trying My WEIRD Jiu-Jitsu Style At 10th Planet Las Vegas! Coach Kajan Johnson
▷ 29K 2y ago




How To PROPERLY Escape An Armbar In MMA | Coach Kajan Johnson
▷ 2.1K 2y ago




What You Didn't Notice about Islam Makhachev's SICK Darce Choke Finish VS ...
▷ 54K 2y ago




Exposing Islam Makhachev's #1 WEAKNESS | UFC 302 Makhachev vs Poirier Preview ...
▷ 1.2K 2y ago




This MMA Conditioning Routine Will UNLOCK Your Gas Tank! | Coach Kajan Johnson ...
▷ 6.3K 2y ago




MMA Heavy Bag Drill For Distance Management | Coach Kajan Johnson
▷ 2.2K 2y ago




3 Ways to DOMINATE Backside Body Lock in MMA Fighting | Coach Kajan Johnson
▷ 1.3K 2y ago










Document title: Kajan Johnson MMA - YouTube
Capture URL: https://www.youtube.com/@CoachKajan/videos
Capture timestamp (UTC): Mon, 28 Sep 2026 22:21:59 GMT

YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping
Music
Movies & TV
Show more

More from YouTube

Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC




This JUDO Throw For MMA Is SICK!!! (TRY IT TODAY!)
▷ 5.3K 2y ago




BFL 80 My Fighters INSANE CHAMPIONSHIP FIGHT!!! Coach Kajan Johnson Vlog (Full ...
▷ 1.3K 2y ago




Escape the Dagestan Leg Wrap! Coach Kajan Johnson MMA Fighting
▷ 3.9K 2y ago




NEVER Get HEEL HOOKED Again! WATCH THIS If You Hate Heel Hookers (MMA/BJJ)
▷ 1.9K 2y ago




Cage Wrestling Takedowns For MMA Wrestlers MUST KNOW! (3 Options)
▷ 2.7K 2y ago




They Will NEVER Escape Your Crucifix If You Do This
▷ 1.9K 2y ago




Secrets To DEVASTATING Ground And Pound From FULL MOUNT | Coach Kajan Johnson
▷ 5.9K 2y ago




Epic Lion Fight To See Who's King! UFC Fighter Reaction
▷ 836 2y ago




Analyzing Alex Pereira's DEADLY Left Hook Until I Find His Secret...
▷ 13K 2y ago




Alex Pereira SLEPT Jamahal Hill Full Breakdown | Coach Kajan Johnson ...
▷ 4.7K 2y ago




Alex Pereira's WEIRD Calf Kick Breakdown | Coach Kajan Johnson
▷ 17K 2y ago




ESCAPE Half Guard In MMA Without Getting SMASHED! (Full Guide) | Coach Kajan ...
▷ 3.3K 2y ago




He JUDO FLIPPED a COP For SNACKS!? UFC FIGHTER BREAKDOWN Real Life Grappling
▷ 1.3K 2y ago




Bears Know GRAPPLING!? UFC Fighter Breaks down INSANE BEAR FIGHT!!!
▷ 2.1K 2y ago




This Knot Will NEVER Come Undone!
▷ 844 2y ago

YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Home Videos Shorts Live Playlists Posts

▷ 1.3K 2y ago
▷ 2.1K 2y ago




Secret to Punching HARDER in MMA!? | Coach Kajan Johnson #mma #fighttips ...
▷ 5.9K 2y ago




How Does a Gorilla ACTUALLY Fight!? #100menvs1gorilla
▷ 3.4K 2y ago




How to BLOCK The 1 2 3 In MMA Fighting | Coach Kajan Johnson
▷ 13K 2y ago




3 EASY Ways to SHUT DOWN Hip Heists In MMA Fighting | Coach Kajan Johnson
▷ 1.4K 2y ago




Trying My WEIRD Jiu Jitsu Style In a TOURNAMENT!?
▷ 103K 2y ago




The #1 MOST Important CORE/AB Exercise For ANY Martial Art #mma
▷ 9.1K 2y ago




3 EASY Ways To Chain Failed WRESTLING Takedowns For MMA and BJJ | Coach Kaja...
▷ 4.3K 2y ago




This Stance Is IMPOSSIBLE To Take Down!? Live Rolls*
▷ 3.7K 2y ago




This NEW Jiu Jitsu Guard is UNCONTROLLABLE!!! Corpse Guard!!! (it ...
▷ 5.1K 2y ago




3 Wrestling Mistakes EVERY Beginner Makes
▷ 8.8K 2y ago




Conor McGregor's Anti Wrestling masterclass UFC 189 McGregor vs Mendes
▷ 2.7K 2y ago




How to Know If You Are Ready For Your First MMA Fight?
▷ 8.4K 2y ago




3 Mistakes Beginner Boxers Make!
▷ 2.3K 2y ago




5 Sneaky Jab Counters For MMA Fighting | Coach Kajan Johnson




3 COMMON Mistakes EVERY Jiu Jitsu Beginner Makes

YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

3 Mistakes Beginner Boxers Make!
2.3K 2y ago

5 Sneaky Jab Counters For MMA Fighting | Coach Kajan Johnson
2.6K 2y ago

3 COMMON Mistakes EVERY Jiu Jitsu Beginner Makes
3.7K 2y ago




I FINALLY Found The SECRET To Defending a LOCKED Double Leg Takedown
5.4K 2y ago




Jon Jones Crawling Could Actually Work In A UFC FIGHT!? Coach Kajan Johnson ...
1.1K 2y ago




Dricus Du Plessis DESTROYS Entire Gracie Barra Team
123K 2y ago




Sean Strickland DESTROYS Abus Magomedov
1.2K 2y ago




Why is Dricus Du Plessis's WEIRD STYLE So Good? UFC 297 Breakdown
2.5K 2y ago




How to ACTUALLY SMASH Like a Savage | Coach Kajan Johnson
2K 2y ago




Solo Mobility Exercises For Jiu-Jitsu | Coach Kajan Johnson
1.6K 2y ago




Why I Waited to Have Kids Till AFTER FIGHTING | Coach Kajan Johnson
1.4K 2y ago




Avoid Being a BROKE FIGHTER In 2026 | MMA Money Hacks
11K 2y ago




The EASIEST, CHEAPEST, HEALTHIEST Diet For MMA Fighters!
66K 2y ago




5 Low Kick Strategies For MMA Fighting | Coach Kajan Johnson
4.4K 2y ago




How to Beat a Taller Sparring Opponent | Coach Kajan Johnson
3.5K 2y ago









YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.
Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers
Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket
© 2026 Google LLC

Home Videos Shorts Live Playlists Posts




Parents Who Think MMA is "Too Dangerous"
2.7K 2y ago




3 DIFFERENT Triangle Chokes For MMA | Coach Kajan Johnson #mma #trianglechoke
1.4K 2y ago




NO HANDS Jiu Jitsu Rolling | Coach Kajan Johnson
1.3K 2y ago




Shavkat Rakhmonov's WEIRD Clinch Head positioning | UFC 296 Technique Breakdown
2.6K 2y ago




Is Shavkat Rakhmonov the NEXT UFC Welterweight Champion? UFC 296 ...
1.6K 2y ago




Why was Colby Covington SO BAD? UFC 296 What REALLY Happened?
1.2K 2y ago




Bryce Mitchell Knocked OUT COLD! The WORST KO I've ever seen UFC 296
5.1K 2y ago




INSANE Street Beef KO's UFC Fighter Reacts! | Coach Kajan Johnson #mma #streetbeef
984 2y ago




Anti-Wrestling Counter to Single Legs in MMA
2.4K 2y ago




360 Degree Fighting Stance! #mma #mmafighter
1.6K 2y ago




DESTROY Thai Fighters With a SPINNING BACK KICK! Step by Step Tutorial
1.5K 2y ago




Bounce Back From Losses in MMA or Life | Coach Kajan Johnson #mma #motivation ...
644 2y ago




Don't Block Your Face When Mounted! 2 Minutes of Mount Escapes
1.8K 2y ago




UFC Fighter Judges How Good Andrew Tate is at Fighting | Coach Kajan Johnson
2.6K 2y ago




MMA Fans Have a Serious Problem...
1.9K 2y ago









YouTube Search Sign in

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.
Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Home Videos Shorts Live Playlists Posts




3 Ways to use Side Kicks to Set Up Attacks In MMA Fighting
2.2K 2y ago




My LAST UFC Fight | Anti-Wrestling Masterclass Against Rustam Khabilov | ...
7.4K 2y ago




This Head Kick Is So SNEAKY Its Called "The Money Maker"!! Stephen Wonderboy ...
2.4K 2y ago




I Was Wrong About the LEFT HOOK!? *FULL RANT*
918 2y ago




Anti-Wrestling SHARK TANK | Defending Takedowns for 3 Mins Straight
1.4K 2y ago




Do MMA Fighters Need Strength and Conditioning Training?
4K 2y ago




Breaking down Islam Makhachev's INSANE Head Kick KO at UFC 294 VS Volkanovski! ...
18K 2y ago




What Really Happened When I Fought Islam Makhachev?
5.8K 2y ago




My Fight AGAINST UFC CHAMP Islam Makhachev Full Breakdown | Coach Kajan ...
49K 2y ago




Islam Makhachev vs Alexander Volkanovski 1 Full Fight Breakdown! UFC 294 Prediction
1.1K 2y ago




Khamzat Chimaev DESTROYING OPPONENTS While Taking NO DAMAGE Fir...
2.7K 2y ago




Why Do Wrestlers Dominate In MMA?
16K 2y ago




The PROBLEM With Heavyweights in MMA Fighting | Why are Heavyweight Fighters SO...
3.8K 2y ago




The 4 Building Blocks of MMA | What you need to Become a COMPLETE MMA Fighter...
12K 2y ago




Why TAEKWONDO Will NOT Work in a REAL FIGHT! Taekwondo Blocking EXPOSED!
6.4K 3y ago

YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping
Music
Movies & TV
Show more

More from YouTube

Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

▷ 3.8K 2y ago

▷ 12K 2y ago

▷ 6.4K 3y ago




Wrestlers HATE This Punch! Coach Kajan Johnson
▷ 5.5K 3y ago




3 Ways to MINIMIZE DAMAGE From Punches and Avoid Getting KO'd in a FIGHT!
▷ 3K 3y ago




I tried Sean Stricklands WEIRD defense during LIVE SPARRING at Tristar Gym West ...
▷ 2.3K 3y ago




Finish a Fight in 30 Seconds or LESS! 4 Ways
▷ 2.1K 3y ago




FIGHTING For Total Beginners For MMA and Self Defence in 12 Minutes
▷ 4K 3y ago




Sean Strickland's INSANE Defense vs Adesanya Breakdown! How He Never Got ...
▷ 59K 3y ago




3 Ways to Make MORE MONEY As An MMA Fighter in 2024
▷ 2K 3y ago




3 Strikes Every Grappler MUST Know BEFORE they Fight!
▷ 1.2K 3y ago




Who Was The TOUGHEST FIGHTER I Fought in the UFC!? (It's not Islam Makhachev)
▷ 2.3K 3y ago




3 Things Nobody Tells You BEFORE You Start Fighting!
▷ 5.7K 3y ago




The WORST Injury I Had FIGHTING in the UFC
▷ 729 3y ago




How To Land a PERFECT Counter Punch | Coach Kajan Johnson
▷ 1.9K 3y ago




Why Do Some Fighters Have DEATH TOUCH KO Power?




My Student Just Did This...
▷ 1.4K 3y ago




Does Jiu Jitsu Work In a Street Fight? Should you go to the ground in the streets!?

YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
Try Premium for $0
YouTube TV
YouTube Music
YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

Why Do Some Fighters Have DEATH TOUCH KO Power?
▷ 2.5K 3y ago

My Student Just Did This...
▷ 1.4K 3y ago

Does Jiu Jitsu Work In a Street Fight? Should you go to the ground in the streets!?
▷ 2.1K 3y ago




High Elbow Guillotine Choke SECRETS | Coach Kajan Johnson #mma ...
▷ 5K 3y ago




Muay Thai OR Taekwondo Which Has BETTER KICKS!? Kicking comparison for ...
▷ 2.2K 3y ago




How much MONEY I made for my FIRST UFC fight?
▷ 6.1K 3y ago




Do THIS To Make it to the UFC FAST! Step by Step Guide
▷ 9.5K 3y ago




Could an Average Joe BEAT a UFC Champ?
▷ 739 3y ago




Weight Cutting KEYS for MMA fighters (Have the easiest weight cut ever!)
▷ 2K 3y ago




What's the Better MMA Base? Striking or Grappling
▷ 4.7K 3y ago




5 Signs Your Gym is a McDojo!
▷ 15K 3y ago




5 Ways to tell if your sparring partner is SUPER GOOD #mma #ufc
▷ 783 3y ago




How to Wrap Hands For MMA | Coach Kajan Johnson
▷ 613 3y ago




The Ethnicity Factor in MMA EXPLAINED Black, Asain, White, Indigenous genetics in ...
▷ 24K 3y ago




5 Ways to Spot a Bad Coach in MMA Fighting
▷ 6.6K 3y ago









YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Shopping
- Music
- Movies & TV
- Show more

More from YouTube

- Try Premium for $0
- YouTube TV
- YouTube Music
- YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC



The Secret to Life After Fighting
2.6K 3y ago



How To Spot The NEXT UFC Champion
486 3y ago



Georges St. Pierre is NOT HUMAN! My Personal Experience Training With the GOA...
618 3y ago



How to Throw the Perfect KO Cross (Step by Step Guide) | Coach Kajan Johnson
2.1K 3y ago



Throw The PERFECT SideKick to The KNEE In MMA!
3.2K 3y ago



Live Muay Thai Sparring | TEEP Attacks and Strategies
943 3y ago



How To Recover From a Knockout Loss! Coach Kajan Johnson
1.4K 3y ago



MMA Fight Weaponry | Mastering the Muay Thai TEEP
3.8K 3y ago



How To Never Get Knocked Out! Coach Kajan Johnson
1.2K 3y ago



Going Back to HIGHSCHOOL after my First PRO FIGHT
842 3y ago



My First Pro MMA Fight At 17 Years Old With 2 MONTHS OF TRAINING!!! *INSANE STORY*
1.6K 3y ago



Anti-Wrestling 101 Using the GUARD in MMA
4.3K 3y ago



Why MMA Fighting Is 90% Mental
8.2K 3y ago



Kajan Johnson SMASHING his students in Jiu Jitsu
4.3K 3y ago



What is the TRUE Purpose of Martial Arts? | Coach Kajan Johnson
822 3y ago








YouTube Search Sign in

Home Videos Shorts Live Playlists Posts

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Shopping
- Music
- Movies & TV
- Show more

More from YouTube

- Try Premium for $0
- YouTube TV
- YouTube Music
- YouTube Kids

Report history

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy
Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC




How To Recover From a Knockout Loss! Coach Kajan Johnson
1.4K 3y ago




MMA Fight Weaponry | Mastering the Muay Thai TEEP
3.8K 3y ago




How To Never Get Knocked Out! Coach Kajan Johnson
1.2K 3y ago




Going Back to HIGHSCHOOL after my First PRO FIGHT
842 3y ago




My First Pro MMA Fight At 17 Years Old With 2 MONTHS OF TRAINING!!! *INSANE STORY*
1.6K 3y ago




Anti-Wrestling 101 Using the GUARD in MMA
4.3K 3y ago




Why MMA Fighting Is 90% Mental
8.2K 3y ago




Kajan Johnson SMASHING his students in Jiu Jitsu
4.3K 3y ago




What is the TRUE Purpose of Martial Arts? | Coach Kajan Johnson
822 3y ago




Why the HELL does Jon Jones ALWAYS win?!
6.9K 3y ago




How To BEAT a Highschool BULLY! Coach Kajan Johnson
1K 3y ago




How I would beat Islam Makhachev!
1.5K 3y ago




Stand Like a Champ: The Ultimate MMA Fighting Stance Tutorial!
39K 3y ago




5 Reasons Why Islam Makhachev Is SO GOOD
13K 3y ago