# EXHIBIT J

**kajanjohnsonmma** ···

Kajan Johnson MMA

**471** posts **3,614** followers **327** following

Sports & Fitness Instruction
Real Training. Friendly People. Real MMA.
MMA/Jiu Jitsu/Boxing/Muay Thai/
Kids, Teens & Women's Only Programs.
JOIN OUR... more
7759 Edmonds St, Burnaby, British Columbia V3N1B8
**Kajan Johnson MMA and 2 more**
**kajanjohnsonmma**

**Follow** **Message**



**Competiti...** **Kickboxing** **Coast Wre...** **Jiu Jitsu** **Kids MMA** **Boxing**



KAJAN JOHNSON MMA — DAILY CLASS SCHEDULE

| MON | TUE | WED | THU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|
| COACH KAJAN 4-5PM KIDS KajanDo | | COACH ERIC 12 - 1PM KICKBOXING | | COACH ERIC 12 - 1PM KICKBOXING | | COACH SAMMY 11AM - 12:00PM WOMEN'S ONLY KICKBOXING |
| COACH KAJAN 5-6PM TEENS MUAY THAI | COACH KAJAN 5 - 6PM BEGINNER MMA | COACH KAJAN 4-5PM KIDS KajanDo | COACH ROHAN 10 - 11AM WOMEN'S ONLY KICKBOXING | COACH KAJAN 4:15-5PM KajanDo MINIS | COACH LIAM 10 - 11AM KIDS KajanDo | COACH RYAN 12 - 1:00PM NO-GI JIU JITSU |
| COACH VINCE 6 - 7PM BEGINNER MUAY THAI | COACH JAMES 6 - 7PM NO GI JIU JITSU | COACH KAJAN 5-6PM TEENS NO GI JIU JITSU | COACH KAJAN 5 - 6PM BEGINNER MMA | COACH VINCE 5-6PM TEENS NO GI JIU JITSU | COACH KAJAN 11AM - 12PM TEENS BOXING | COACH RYAN 1:15 - 2:15PM BOXING |
| COACH KAJAN 7- 8:30PM NO-GI JIU JITSU | COACH KAJAN 7 - 8:30PM BOXING | COACH LIAM 6 - 7PM BEGINNER BOXING | COACH ROHAN 6 - 7PM BEGINNER NO-GI JIU JITSU | COACH KAJAN 6 -7:30PM WRESTLING | COACH KAJAN 12 - 1:30PM NO-GI JIU JITSU | |
| | | COACH KAJAN 7- 8:30PM MMA ALL LEVELS | COACH KAJAN 7 - 8:30PM MUAY THAI | COACH RYAN 7:30-8:30PM NO-GI JIU JITSU | COACH PAT 1:30 - 2:30PM KICKBOXING | |

























**Messages**




**profightguide** and **2 others** ···

**profightguide** 6w
🚨 Fighting Islam Makhachev Showed Me How Much Of MMA I Still Didn't Understand.

By the time I fought Islam, I was already a UFC fighter. I had years of experience, dozens of professional fights, and I had already spent a huge part of my life studying this sport.

But fighting someone at that level made me realize there were still layers to MMA I hadn't fully understood yet.

The timing. The positioning. The pressure. The way elite fighters create reactions, stay disciplined, and punish tiny mistakes before you even realize you made them

2.3K 31 23

August 12

Add a comment...

**More posts from profightguide**




**Collaborators**

| | | |
|---|---|---|
| **profightguide** | MMA Technique & Tips | Follow |
| **kajanjohnsonmma** | Kajan Johnson MMA | Follow |
| **kajanjohnsonofficial** | Kajan Johnson | Follow |


© 2026 Instagram from Meta

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/Db8uDW6n4CS/?utm_source=ig_web_copy_link&stkn=NTc4MTIwNjQ2YQ%3D%3D
Capture timestamp (UTC): Mon, 28 Sep 2026 23:14:19 GMT




**profightguide** and **2 others** ···

**profightguide** 6w
🚨 Fighting Islam Makhachev Showed Me How Much Of MMA I Still Didn't Understand.

By the time I fought Islam, I was already a UFC fighter. I had years of experience, dozens of professional fights, and I had already spent a huge part of my life studying this sport.

But fighting someone at that level made me realize there were still layers to MMA I hadn't fully understood yet.

The timing. The positioning. The pressure. The way elite fighters create reactions, stay disciplined, and punish tiny mistakes before you even realize you made them

2.3K 31 23

August 12

Add a comment...

**More posts from** profightguide




Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Muse Threads Contact Uploading & Non-Users

English © 2026 Instagram from Meta

Messages




**profightguide** and **2 others** ···

The timing. The positioning. The pressure. The way elite fighters create reactions, stay disciplined, and punish tiny mistakes before you even realize you made them.

That fight forced me to look at my own game differently.

And that became a pattern throughout my career. Every time I found better information, better coaching, or a deeper understanding of the game, I improved. Every time I thought hard work alone was enough, eventually something exposed what I was missing.

That's one of the biggest reasons I built Pro Fight Guide.

2.3K 31 23

August 12

Add a comment...

More posts from profightguide


















Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Muse Threads Contact Uploading & Non-Users

English © 2026 Instagram from Meta

Messages




**profightguide** and **2 others** ···

That's one of the biggest reasons I built Pro Fight Guide.

I wanted fighters to have access to the lessons, systems, mistakes, and knowledge that took me years to piece together, before a sparring session or a fight is the thing that finally shows them what they don't know.

You should never assume the information available in your gym is all the information you need.

Learn more here:
https://profightguide.www.tristargymwestcoast.com/getprofightguide
#mmafighter #mmatraining #mma #mma👊 #mmashouts #ufc229 #ufc #ufcfightnight #ufcfighter #ufcgym #trainhard #levelup

2.3K 31 23

August 12

Add a comment...

More posts from profightguide




















© 2026 Instagram from Meta

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/Db8uDW6n4CS/?utm_source=ig_web_copy_link&stkn=NTc4MTIwNjQ2YQ%3D%3D
Capture timestamp (UTC): Mon, 28 Sep 2026 23:03:53 GMT




**profightguide** and **2 others** ···

https://profightguide.www.tristargymwestcoast.com/getprofightguide
#mmafighter #mmatraining #mma #mma👊 #mmashouts #ufc229 #ufc #ufcfightnight #ufcfighter #ufcgym #trainhard #levelup #profightguide

**briantren** 6w
So satisfying
3 likes Reply

**juswhytee** 6w
Legendary
2 likes Reply

**itz_ransara** 6w
Thats why I say all the time islam is 5'11.5.Bro taller than 5'11

2.3K 31 23
August 12

Add a comment...

More posts from profightguide




Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Muse Threads Contact Uploading & Non-Users
English © 2026 Instagram from Meta

Messages