# EXHIBIT K
# [FILED UNDER SEAL]