# EXHIBIT L
# [FILED UNDER SEAL]