# EXHIBIT M
# [FILED UNDER SEAL]