# EXHIBIT N

# Tristan Connelly



Tristan "Boondock" Connelly is truly one of the great underdogs in MMA, and he is also a celebrated figure in Canadian combat sports. With experience at the highest levels of MMA, students at Pinnacle Combat Martial Arts Academy have the rare opportunity and distinct pleasure to rub shoulders with and learn from one of Canada's favorite UFC veterans.

Whether Tristan is teaching grappling, striking, or MMA, his students, even complete beginners, can rest assured that he is sharing techniques which work at the highest levels. Moreover, Tristan's classes are characterized by hard work and an atmosphere which builds camaraderie. Students also get to enjoy his signature sense of humour.

As a coach, a competitor, and a prominent Canadian MMA personality who finds himself highly sought after to run seminars throughout Canada, make it a point to catch Tristan's sessions each week at Pinnacle and join his legion of followers who also book him for private lessons to dramatically increase their development.

**TRISTAN CONNELLY**

PHONE

**6048369593**

ADDRESS

**12100 Vulcan Way**
**RICHMOND, BC V6V 1J8, CA**

EMAIL

**pinnaclevancity@gmail.com**
**Contact Us**




© PINNACLE MARTIAL ARTS ACADEMY

POWERED BY GYMDESK

# Tristan Connelly



TRISTAN CONNELLY

Tristan “Boondock” Connelly is truly one of the great underdogs in MMA, and he is also a celebrated figure in Canadian combat sports. With experience at the highest levels of MMA, students at Pinnacle Combat Martial Arts Academy have the rare opportunity and distinct pleasure to rub shoulders with and learn from one of Canada’s favorite UFC veterans.

Whether Tristan is teaching grappling, striking, or MMA, his students, even complete beginners, can rest assured that he is sharing techniques which work at the highest levels. Moreover, Tristan’s classes are characterized by hard work and an atmosphere which builds camaraderie. Students also get to enjoy his signature sense of humour.

As a coach, a competitor, and a prominent Canadian MMA personality who finds himself highly sought after to run seminars throughout Canada, make it a point to catch Tristan’s sessions each week at Pinnacle and join his legion of followers who also book him for private lessons to dramatically increase their development.

PHONE
6048369593

ADDRESS
12100 Vulcan Way
RICHMOND, BC V6V 1J8, CA

EMAIL
pinnaclevancity@gmail.com
Contact Us




© PINNACLE MARTIAL ARTS ACADEMY

POWERED BY GYMDESK