# EXHIBIT O

# INSTRUCTORS



**Michael Hansen Head Brazilian Jiu-Jitsu Instructor & Gym Owner**

Michael is one of the original founders of Budo Martial Arts and a 1st degree black belt in Brazilian Jiu-jitsu under Robert Drysdale. He has trained in both Brazilian Jiu-jitsu and Muay Thai Kickboxing since 2009, competing at the IBJJF World Masters, Pan American championships, and is a 2014 North American Grappling Association (NAGA) champion. He has been coaching for over 12 years, as well as training alongside some of the biggest names in Jiu-jitsu include Ricardo De La Riva, Rubens "Cobrinha"



**Josh Jauncey Head Kickboxing Instructor**

As of April 2023, Josh is the #3 ranked Glory kickboxing Lightweight in the world. He holds notable amateur kickboxing titles including the WKL Welterweight North American and Pacific Northwest championships along with a professional record of 31-11 with 15 KOs. Born in London, England, Jauncey moved to Canada at age three when his father, a successful fighter in his own right, opened a gym in British Columbia and started to train Josh. Fast forward to 2023, and Josh has followed



**Tristan Connelly Head MMA Instructor**

Tristan needs little introduction as most combat sports fans will recognize him from his three UFC appearances, most notably his Fight of the Night victory at UFC Fight Night 158 opposing Michel Perieira, ranked #15 in the world as of April 2023. Connelly has fought for MMA promotions including (but not limited) to the UFC, BFL, and RISE FC, the latter of which he earned the lightweight championship title via TKO. Born in Victoria, BC, he has spent his life dedicated to the West Coast martial arts scene, training for the past 18

alongside some of the biggest names in Jiu-jitsu include Ricardo De La Riva, Rubens "Cobrinha" Charles, and Roberto "Cyborg" Abreu. Michael has stood atop the podium numerous times, including the 2014 NAGA Portland championship, and two 2019 black belt titles – the IBJJF Seattle Open Masters featherweight championship and the IBJJF Portland Open featherweight championship. His extensive experience and leadership will surely aid the competitive team at Budo, help the recreational members attain their martial arts goals, and provide a safe, fun and productive space in the kids Jiu-jitsu & Kickboxing classes.

started to train Josh. Fast forward to 2023, and Josh has followed Vince Jauncey's example not only as a competitor but also as a dedicated coach, instructing students at gyms across the lower mainland including Budo kickboxing and jiu-jitsu. Josh has fought and trained with many of the world's greats in combat sports including pro bouts with Giorgio Petrosyan, Stoyan Koprivlenski, Hinata, and championship bouts with Sitthichai Sitsongpeenong and Tyjani Beztati. He has also spent extensive time training alongside Jose Aldo, and Andy Souwer. He owns a pro boxing record of 1-0, and his commitment to staying active with current techniques as well as traditional training strategies makes him a highly valuable aid for both competitive

spent his life dedicated to the West Coast martial arts scene, training for the past 18 years, fighting for the past 14, and coaching for the past 10. He offers a wealth of knowledge and experience for his students a to draw from. Connelly has countless accomplishments in his combat sports career, namely UFC Fight of the Night honors, the Rise FC Lightweight championship, the CageSport Lightweight championship, and the Unified MMA Lightweight championship. Suffice it to say, he brings a championship mentality to competitors and a fun educative experience for recreational practitioners.

times, including the 2014 NAGA Portland championship, and two 2019 black belt titles – the IBJJF Seattle Open Masters featherweight championship and the IBJJF Portland Open featherweight championship. His extensive experience and leadership will surely aid the competitive team at Budo, help the recreational members attain their martial arts goals, and provide a safe, fun and productive space in the kids Jiu-jitsu & Kickboxing classes.

instructing students at gyms across the lower mainland including Budo kickboxing and jiu-jitsu. Josh has fought and trained with many of the world's greats in combat sports including pro bouts with Giorgio Petrosyan, Stoyan Koprivlenski, Hinata, and championship bouts with Sitthichai Sitsongpeenong and Tyjani Beztati. He has also spent extensive time training alongside Jose Aldo, and Andy Souwer. He owns a pro boxing record of 1-0, and his commitment to staying active with current techniques as well as traditional training strategies makes him a highly valuable aid for both competitive and recreational members.

and experience for his students a to draw from. Connelly has countless accomplishments in his combat sports career, namely UFC Fight of the Night honors, the Rise FC Lightweight championship, the CageSport Lightweight championship, and the Unified MMA Lightweight championship. Suffice it to say, he brings a championship mentality to competitors and a fun educative experience for recreational practitioners.

Copyright © Budo Mixed Martial Arts - Burnaby. All Rights Reserved