# EXHIBIT P

cameo Categories For kids For business How it works Join as talent Search for Real Housewives Log in

Athletes > Mixed Martial Arts > CB Dollaway



**CB Dollaway**
Mixed Martial Artist













Only 9 left at this price!

| Price | Delivery | Reviews |
|---|---|---|
| $25+ | 24hr delivery | ★ 5.00 (2) |

Book a personal video $25+

Book a business video $250+

REASONS TO GET A VIDEO

Birthday · Fantasy sports · Pep talk · Roast · Advice · Question · Other

Whether it's a milestone birthday, an anniversary, or a long-awaited reunion, make it unforgettable with a one-of-a-kind Cameo video from CB Dollaway. You'll have the chance to customize your request for CB Dollaway, like asking them to mention inside jokes, share...

Read more

* Average video length: 00:16
* Last completed video: 09/30/2024

WHAT TO EXPECT

- Write a short set of instructions
- Get your video
- Share the magic

Money back guarantee

## Other ways to connect

Send a message $2.99

Follow for updates

## More about CB Dollaway

UFC MIDDLEWEIGHT/LHW -Finalist Ultimate Fighter Season 7 Director of MMA Relations @apemanstrong @vetsandadventures

Age: 43
Birthday: 08/10
Zodiac sign: Leo
Joined Cameo: May 20, 2019

UFC · Extreme Sports · Fitness · Mixed Martial Arts

Document title: CB Dollaway – Bio, Birthday, Age, Video | Cameo
Capture URL: https://www.cameo.com/cbdollaway
Capture timestamp (UTC): Wed, 30 Sep 2026 20:00:51 GMT

cameo Categories For kids For business How it works Join as talent Search for stand up Log in

Other ways to connect

Send a message $2.99

Follow for updates

## More about CB Dollaway

UFC MIDDLEWEIGHT/LHW -Finalist Ultimate Fighter Season 7 Director of MMA Relations @apemanstrong @vetsandadventures

Age: 43
Birthday: 08/10
Zodiac sign: Leo
Joined Cameo: May 20, 2019

UFC | Extreme Sports | Fitness | Mixed Martial Arts

## Recent reviews

★ 5.00 (2)

**Anonymous**
★★★★★
May 31, 2021 · Birthday
CB is awesome! Fast turn around and hit all the highlights.
Read more

**Anonymous**
★★★★★
August 4, 2020 · Birthday
Amazing! My husband loved it. He is still in shock. He kept asking me how I got CB to make him a video.
Read more

See all 2 reviews

## Promote your business with CB Dollaway

**Join our mailing list**
Be the first to know about the newest stars and best deals on Cameo

Enter your email

Emails subject to privacy policy

**Company**
About us
Team
Jobs
Blog
Press

**Support**
Help
Accessibility
Refunds & returns

**Shop**
Gift cards
For business
For kids

Join as talent | Become a partner

Download on the App Store | GET IT ON Google Play

© 2017-2026, Baron App, Inc. dba Cameo • Your Privacy Choices • Terms • Privacy

EN · United States · $ USD

Document title: CB Dollaway – Bio, Birthday, Age, Video | Cameo
Capture URL: https://www.cameo.com/cbdollaway
Capture timestamp (UTC): Wed, 30 Sep 2026 20:00:51 GMT