# EXHIBIT S

# PRO FIGHT GUIDE

UFC Veteran Kajan Johnson has created the most in-depth professional fight guide, tapping into his vast wealth of knowledge & experience and sharing it with all of you!




Access 450+ Exclusive MMA Lessons Now!

### FOR ALL LEVELS OF MMA FIGHTERS

## NEED TO LEARN THE BASICS?

FOR ALL LEVELS OF MMA FIGHTERS

# NEED TO LEARN THE BASICS? LOOKING TO LEARN ADVANCED FIGHT TECHNIQUES? WE'VE GOT A COURSE FOR YOU.

### 350+ MMA Video Lessons

Gain instant access to a massive library of over 350 instructional videos.

### 7+ MMA Fighting Courses

Organized into courses aimed to help you solve specific problems in MMA.

### Personalized Coaching

Free access to my private community & ask questions or receive personalized feedback.

Gain Access To Pro Fight Guide Now!

FEATURED COURSE

# ANTI WRESTLER GUIDE

### BECOME UNSTOPPABLE AGAINST WRESTLERS 72+ VIDEOS!

*"Put the odds in your favour against these MMA wrestlers."*




Stop Getting Smeshed Now!

Put the odds in your favour against these MMA wrestlers.




Stop Getting Smeshed Now!

# NEW COURSES ON SALE NOW!




























GET THEM ALL NOW FOR JUST $298.99/Year

## Monthly

# $99/m

Join At The Lowest Price!

- **MMA Basics Guide** (90+ vids) $199.99 Value
- **Anti-Wrestler Guide** (72+ Vids) $199.99 Value
- **Open Stance Guide** (99+ Vids) $199.99 Value
- **4+ More** MMA Courses
- Fighters Heaven (Private Community)

Access Now For Just $99/M

## Yearly (Save 75%)

# $298.99

Top features

- Everything Included In Monthly
- Billed Annually
- Bonus **MMA Conditioning Guide**
- Bonus **Fighters Money Guide**
- Access Live Q&A's In Fighters Heaven

Save 75% - $298/Year

## Lifetime (Best Value)

# $998.99

Top features

- **Lifetime Access** To All Content
- **Future updates** & expansions included
- **Private mastermind** access for elite coaching
- **Behind-the-scenes content** & sparring footage

Get Lifetime Access To All Content!

# MORE VALUE

FREE Online Starter Class

## Start MMA With Confidence!

FREE IN PERSON 7 DAY TRIAL

## JOIN TRISTAR WEST COAST GYM FOR FREE!

JOIN THE FREE COMMUNITY

## STAY UP TO DATE WITH KAJAN

- **Open Stance Guide** (99+ Vids) $199.99 Value
- **4+ More** MMA Courses
- Fighters Heaven (Private Community)

Access Now For Just $99/M

- Bonus **Fighters Money Guide**
- Access Live Q&A's In Fighters Heaven

Save 75% - $298/Year

- **Private mastermind** access for elite coaching
- **Behind-the-scenes content** & sparring footage

Get Lifetime Access To All Content!

# MORE VALUE

FREE Online Starter Class

## Start MMA With Confidence!

Start Online For Free

FREE IN PERSON 7 DAY TRIAL

## JOIN TRISTAR WEST COAST GYM FOR FREE!

In Person Free Trial

JOIN THE FREE COMMUNITY

## STAY UP TO DATE WITH KAJAN

Join Fighters Heaven

KAJAN JOHNSON MMA

GET THE PRO FIGHT GUIDE FIRST!

Name | Email | GO!

© 2026 TRISTAR GYM WEST COAST