# EXHIBIT T

COHENMILSTEIN

Cohen Milstein Sellers & Toll LLP
88 Pine Street, 14th Floor
New York, NY 10005
cohenmilstein.com

Daniel Gifford
**O:** 212.838.7797
**D:** 212.759.9645
dgifford@cohenmilstein.com

September 29, 2026

Maaren Shah
QUINN EMANUEL URQUHART & SULLIVAN, LLP
maarenshah@quinnemanuel.com

Jessica Phillips
DUNN ISAACSON RHEE LLP
jphillips@dirllp.com

Christopher S. Yates
LATHAM & WATKINS LLP
Chris.yates@lw.com

Samuel R. Mirkovich
CAMPBELL & WILLIAMS
srm@cwlawlv.com

Re: *Kajan Johnson, et al. v. Zuffa, LLC et al.*, No. 2:21-cv-01189-RFB-BNW (D. Nev.)

Dear Counsel:

Plaintiffs write in response to Defendants Zuffa, LLC and TKO Operating Company, LLC's September 24, 2026 letter regarding Plaintiffs' Seventh Production. Concurrently with this letter, Plaintiffs have produced an overlay of Plaintiffs' Seventh Production, which should be loaded keyed on Begin Bates. The password to download the production is: BlMbTOGUEVq4

The overlay addresses the following matters:

**"Empty" Metadata Fields:** "Conversation Index," "Confidentiality," and "File Name" were produced as blank due to an error in mapping native metadata fields to the appropriate database fields. These have been corrected in the overlay and are named, respectively, "Chat Conversation Index," "Confidential Designation," and "File Name."

Plaintiffs' original email collections were ingested in a format that did not retain "Message ID," "Sensitivity," and "Importance" data for most emails. Plaintiffs are in the process of reingesting these documents in a format that retains these fields and mapping the fields onto the preexisting collection and production. Plaintiffs will produce an updated DAT load file containing those fields once they are available. Finally, the blank "Redaction Stamps" field was inadvertently included, is not listed in the ESI Order, and has been removed from the overlay.

**Mapping of Metadata Fields:** The overlay includes all metadata fields from Plaintiffs' previous productions, named pursuant to those previous productions' conventions, and all

COHENMILSTEIN



additional fields the UFC has requested. The overlay removes all duplicate fields. The accompanying field crosswalk identifies each prior field name and the corresponding current, authoritative field name.

**Text Files**: The overlay contains searchable extracted text or OCR text files for all documents.

**Standalone Images**: As Plaintiffs have repeatedly made clear, Plaintiffs conducted a linear review of likely sources of relevant and responsive ESI, including the photographs file on each Plaintiff's cellphone. Accordingly, these documents were correctly produced as standalone images. Nor is the UFC's observation that a small number of the images contained in those photographs files consist of screenshots of social media posts relevant. To the extent a source of ESI contained documents that were relevant and responsive subject to Plaintiffs' Responses and Objections ("R&Os"), Plaintiffs produced those documents, regardless of their format, and Plaintiffs have no obligation under the ESI Order to create metadata fields that do not already exist. *See* ECF No. 115 at 13. Moreover, Plaintiffs have collected their social media accounts, are linearly reviewing those accounts, and will produce relevant and responsive documents subject to their R&Os to the extent any exist.

Sincerely,

Daniel Gifford