# EXHIBIT 5

Chat with [redacted]8666>
[redacted]8666Dana White [redacted]8842>

Earliest item: 2022-05-07 12:55:04
Latest item: 2022-05-07 12:55:04

**Saturday 07 May 2022**

Instant Message: Instagram
From 12:55:04
[redacted]8666

Jack Shore vs Ricky Simon, UFC London July 23rd, this fight is fireworks and the JSA are ready, let's make it 💣🔥

**End Thread**

Thread Statistics

| | Instant Message Count |
|---|---|
| 1 | |