McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
edennis@mcdonaldcarano.com

Maaren A. Shah (*admitted pro hac vice*)
Sami Rashid (*admitted pro hac vice*)
Ellison Merkel (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Ave
New York, NY 10016
Telephone: (212) 849-7000
maarenshah@quinnemanuel.com
samirashid@quinnemanuel.com
ellisonmerkel@quinnemanuel.com

Kristin N. Tahler (*admitted pro hac vice*)
William R. Sears (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com
willsears@quinnemanuel.com

*Attorneys for Endeavor Group Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KAJAN JOHNSON, CLARENCE DOLLAWAY, AND TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,

Defendants.

Case No.: 2:21-cv-01189-RFB-BNW

**ENDEAVOR GROUP HOLDINGS, INC.'S JOINDER TO ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S MOTION REGARDING THE PROCEDURAL FRAMEWORK FOR THE OCTOBER 8–9, 2026 EVIDENTIARY HEARING AND ANY FURTHER PROCEEDINGS REGARDING ALLEGED SPOLIATION**

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Defendant Endeavor Group Holdings, Inc. ("Endeavor") hereby joins the arguments and requests for relief in TKO/Zuffa's Motion Regarding the Procedural Framework for the October 8-9, 2026 Evidentiary Hearing and Any Further Proceedings Regarding Alleged Spoliation (the "Motion").

The October 8-9 hearing does not implicate Endeavor because Plaintiffs are not requesting that the forensic device protocol to be discussed at that hearing be applied to any Endeavor custodians, ECF No. 801 at 2 n.2 (confirming that Plaintiffs "removed Mark Shapiro's devices" from device list); ECF No. 712 at 2 n.3 (application of forensic protocol as to Mark Shapiro is "table[d]" and "withdrawn"). But as explained in Endeavor's contemporaneously filed status update, the forthcoming spoliation proceedings as to TKO/Zuffa have the potential to affect Endeavor, either legally, factually, or both. Endeavor thus plans to participate in those spoliation proceedings, as appropriate, and Endeavor joins in the relief requested in the Motion for the reasons explained in that filing.

Dated this 7th day of October, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

Maaren A. Shah (*admitted pro hac vice*)
Sami Rashid (*admitted pro hac vice*)
Ellison Merkel (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Ave
New York, NY 10016

Kristin N. Tahler (*admitted pro hac vice*)
William R. Sears (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017

*Attorneys for Endeavor Group Holdings, Inc.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2026, a true and correct copy of **ENDEAVOR GROUP HOLDINGS, INC.'S JOINDER TO ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S MOTION REGARDING THE PROCEDURAL FRAMEWORK FOR THE OCTOBER 8–9, 2026 EVIDENTIARY HEARING AND ANY FURTHER PROCEEDINGS REGARDING ALLEGED SPOLIATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

*/s/ Leah Jennings*
An employee of McDonald Carano LLP