**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>DEFENDANTS. | Case No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION NOS. 48-56 (ECF NO. 793)** |

I, Michael Dell'Angelo, declare and state as follows:

1. I am an attorney at Berger Montague PC ("Berger Montague"), counsel for the proposed classes and all individual and representative plaintiffs, Kajan Johnson, Clarence Dollaway, and Tristan Connelly in *Johnson v. Zuffa, LLC*, No. 2:21-cv-01189-RFB. I am a member in good standing of the State Bar of New Jersey and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Compel Plaintiffs to Produce Documents in Response to Requests for Production Nos. 48-56 (ECF No. 793).

3. Attached as **Exhibit 1** is a true and correct copy of the April 29, 2026 Letter from Michael Dell'Angelo to Joseph Axelrad and Max Shapiro.

4. Attached as **Exhibit 2** is a chart with the text of Defendants' Requests for Production Nos. 48 through 56 along with Plaintiffs' responses and objections to said Requests for Production.

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration is executed at Philadelphia, Pennsylvania on October 14, 2026.

/s/ Michael Dell'Angelo
Michael Dell'Angelo