# EXHIBIT 2

*Johnson v. Zuffa, LLC*, No. 2:21-cv-01189-RFB-BNW (D. Nev.)

## DEFENDANTS' REQUESTS FOR PRODUCTION NOS. 48–56 AND PLAINTIFFS' OBJECTIONS

| Request for Production (ECF No. 793-3 at 12–13) | Plaintiffs' Objections (ECF No. 793-4) |
| --- | --- |
| **RFP No. 48**<br><br>A copy of any engagement letter or other writing memorializing YOUR ARRANGEMENTS with any THIRD-PARTY sources of financial support for purposes of investigating, analyzing, addressing, or pursuing litigation based on the claims YOU allege against Defendants. | *ECF No. 793-4 at 27–28*<br><br>**(1)** Plaintiffs object to the terms "YOU" and "YOUR" to the extent that they include "all persons, including both legal and natural persons, acting or purporting to act on" behalf of each Plaintiff, including "managers, agents, representatives, and attorneys" of whose documents Plaintiffs do not have possession, custody or control.<br><br>**(2)** Plaintiffs further object to this Request insofar as the terms "YOU" and "YOUR" include Plaintiffs' "attorneys" and calls for production of privileged documents and/or work product, which are protected from disclosure and will not be produced.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br><br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 49**<br><br>DOCUMENTS sufficient to show the parameters of any funding ARRANGEMENT YOU have entered into with THIRD PARTIES, including DOCUMENTS sufficient to identify the PERSONS and/or entities | *ECF No. 793-4 at 28–29*<br><br>**(1)** Plaintiffs object to the term "YOU" to the extent that it includes "all persons, including both legal and natural persons, acting or purporting to act on" behalf of each Plaintiff, including "managers, agents, representatives, and attorneys" of whose |

| Request for Production (ECF No. 793-3 at 12–13) | Plaintiffs' Objections (ECF No. 793-4) |
|---|---|
| funding this ACTION, the nature of the funding ARRANGEMENT, and when the funding ARRANGEMENT commenced. | documents Plaintiffs do not have possession, custody or control.<br><br>**(2)** Plaintiffs further object to this Request insofar as the term "YOU" purports to include Plaintiffs' "attorneys" and calls for production of privileged documents and/or work product, which are protected from disclosure. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will produce no such documents.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br><br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 50**<br><br>All DOCUMENTS and COMMUNICATIONS exchanged between YOU and YOUR LITIGATION FUNDER to the ACTION or any potential LITIGATION FUNDER, including but not limited to any funding or potential funding of the ACTION, any analyses of YOUR claims, defenses, or strategies in this ACTION, and the expected timing or outcome of the ACTION. | *ECF No. 793-4 at 29*<br><br>**(1)** Plaintiffs object to the terms "YOU" and "YOUR" to the extent that they include "all persons, including both legal and natural persons, acting or purporting to act on" behalf of each Plaintiff, including "managers, agents, representatives, and attorneys" of whose documents Plaintiffs do not have possession, custody or control.<br><br>**(2)** Plaintiffs further object to this Request insofar as the terms "YOU" and "YOUR" include Plaintiffs' "attorneys" and calls for production of privileged documents and/or work product, which are protected from disclosure and will not be produced.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information |

| Request for Production (ECF No. 793-3 at 12–13) | Plaintiffs' Objections (ECF No. 793-4) |
|---|---|
| | that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br><br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 51**<br><br>All DOCUMENTS provided to any THIRD-PARTY LITIGATION FUNDER in connection with actual or potential funding of the ACTION, including but not limited to pitch decks, presentations, memoranda, case assessments, budgets, workplans, expert analyses, and damages models. | *ECF No. 793-4 at 29–30*<br><br>**(1)** Plaintiffs object to this Request as overbroad and unduly burdensome because it is not limited in scope to the Plaintiffs.<br><br>**(2)** Plaintiffs further object to this Request on the grounds that it calls for production of documents and information over which Plaintiffs do not have possession, custody or control.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br><br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 52**<br><br>All DOCUMENTS relating to due diligence conducted by any THIRD-PARTY LITIGATION FUNDER relating to the ACTION, including but not limited to LITIGATION FUNDER-generated analyses, reports, | *ECF No. 793-4 at 30–31*<br><br>**(1)** Plaintiffs object to this Request as overbroad and unduly burdensome because it is not limited in scope to the Plaintiffs.<br><br>**(2)** Plaintiffs further object to this Request on the grounds that it calls for production of |

| Request for Production (ECF No. 793-3 at 12–13) | Plaintiffs' Objections (ECF No. 793-4) |
|---|---|
| risk assessments, memoranda, or summaries relating to case merits, damages, liability, or defenses. | documents and information over which Plaintiffs do not have possession, custody or control.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br><br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 53**<br><br>All DOCUMENTS relating to any control, approval, consent, or veto rights held or asserted by any THIRD-PARTY LITIGATION FUNDER over YOUR litigation strategy, retention of experts, settlement strategy, settlement authority or thresholds, appeal decisions, or budget allocations. | *ECF No. 793-4 at 31–32*<br><br>**(1)** Plaintiffs object to the term "YOUR" to the extent that it includes "all persons, including both legal and natural persons, acting or purporting to act on" behalf of each Plaintiff, including "managers, agents, representatives, and attorneys" of whose documents Plaintiffs do not have possession, custody or control.<br><br>**(2)** Plaintiffs further object to this Request insofar as the term "YOUR" includes Plaintiffs' "attorneys" and calls for production of privileged documents and/or work product, which are protected from disclosure and will not be produced. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will produce no such documents.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible |

| Request for Production (ECF No. 793-3 at 12–13) | Plaintiffs' Objections (ECF No. 793-4) |
|---|---|
| | evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 54**<br>All DOCUMENTS and COMMUNICATIONS relating to any actual or potential conflict of interest arising from any funding ARRANGEMENT, including any disclosures to the COURT and any consents or waivers obtained relating to those conflicts. | *ECF No. 793-4 at 32*<br>**(1)** Plaintiffs object to this Request as overbroad, vague, and unduly burdensome because it is not limited in scope to the Plaintiffs.<br>**(2)** Plaintiffs further object to this Request on the grounds that it calls for production of documents and information over which Plaintiffs do not have possession, custody or control.<br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will not produce documents that are subject to a privilege or protection.<br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 55**<br>All DOCUMENTS and COMMUNICATIONS governing YOUR interaction with YOUR THIRD-PARTY LITIGATION FUNDER(S), including but not limited to any internal or external ethical guidelines or confidentiality agreements invoked in connection with the ACTION. | *ECF No. 793-4 at 33*<br>**(1)** Plaintiffs object to the term "YOUR" to the extent that it includes "all persons, including both legal and natural persons, acting or purporting to act on" behalf of each Plaintiff, including "managers, agents, representatives, and attorneys" of whose documents Plaintiffs do not have possession, custody or control.<br>**(2)** Plaintiffs further object to this Request insofar as the term "YOUR" includes |

| **Request for Production (ECF No. 793-3 at 12–13)** | **Plaintiffs' Objections (ECF No. 793-4)** |
|---|---|
| | Plaintiffs' "attorneys" and calls for production of privileged documents and/or work product, which are protected from disclosure and will not be produced. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(3)** Plaintiffs object to this Request on the grounds it seeks documents and information protected by the attorney-client privilege and/or work product doctrine, and to the extent that it calls for a response that is, itself, work product. Plaintiffs will produce no such documents.<br><br>**(4)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence. In considering the proportionality of this Request, the burden of the discovery on Plaintiffs plainly outweighs any potential benefit to Defendants.<br><br>**(5)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |
| **RFP No. 56**<br><br>All DOCUMENTS governing YOUR fee agreement(s) and arrangements with counsel in connection with the ACTION. | *ECF No. 793-4 at 33–34*<br><br>**(1)** Plaintiffs object to this Request on the grounds it seeks documents protected by the attorney-client privilege or work product doctrine, including (but not limited to) attorney-client agreements and/or communications related to the provision of legal services. Plaintiffs will produce no such documents. Plaintiffs will not produce documents that are subject to a privilege or protection.<br><br>**(2)** Plaintiffs object to this Request to the extent that it seeks documents or information that are not relevant to any claim or defense of any party, not proportional to the needs of this litigation, and not reasonably calculated to lead to the discovery of admissible evidence.<br><br>**(3)** Plaintiffs object to this Request because it appears calculated to harass Plaintiffs.<br><br>Plaintiffs will not produce documents or information in response to this Request. |