WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
PHILIP R. ERWIN (No. 11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JOSEPH AXELRAD IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ZUFFA TO RESPOND TO INTERROGATORY NO. 12 OF PLAINTIFFS' THIRD SET OF INTERROGATORIES AND INTERROGATORY NO. 13 OF PLAINTIFFS' FOURTH SET OF INTERROGATORIES** |

I, Joseph Axelrad, hereby declare as follows:

1. I am an attorney at Latham & Watkins LLP ("Latham"), and counsel of record for Defendants Zuffa, LLC ("Zuffa") and TKO Operating Company, LLC, in the above-captioned purported class action (the "Action"). I am a member in good standing of the bar of the State of California, and am admitted *pro hac vice* before this Court. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Compel Zuffa to Respond to Interrogatory No. 12 of Plaintiffs' Third Set of Interrogatories and Interrogatory No. 13 of Plaintiffs' Fourth Set of Interrogatories.

3. Through my work in this Action, I am familiar with the discovery requests, meet-and-confer correspondence, document productions, and other materials described below.

4. Zuffa requested records from AT&T regarding the -2660 phone number. On September 30, Zuffa served Plaintiffs with the responsive records received from AT&T, which showed that the -2660 number was in use from approximately 2018 through 2022.

5. Zuffa conducted a reasonable review of the text messages from a personal device associated with the -3855 and -0082 numbers. Following a review of the over 1,600 daily chat threads on the device, only one responsive message thread was identified, and it was produced on September 30.

6. Zuffa reviewed the text messages from the -0447 Samsung Galaxy S21 5G device and identified none that were responsive.

7. Based on its review of a representative sample of messages on the device, Zuffa understands the -6973 number is associated with a device used by Mr. White's assistant, not Mr. White.

8. Attached hereto as Exhibit A is a true and correct copy of a letter from Joseph Axelrad, dated September 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct, under the laws of California. Executed this 14th day of October 2026, in Los Angeles, California.

*/s/ Joseph Axelrad*
JOSEPH AXELRAD (*Pro hac vice*)