# EXHIBIT A

**Joseph Axelrad**
Direct Dial: +1.213.891.8002
joseph.axelrad@lw.com

10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500 Fax: +1.424.653.5501
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin Milan
Beijing Munich
Boston New York
Brussels Orange County
Chicago Paris
Dubai Riyadh
Düsseldorf San Diego
Frankfurt San Francisco
Hamburg Seoul
Hong Kong Silicon Valley
Houston Singapore
London Tel Aviv
Los Angeles Tokyo
Madrid Washington, D.C.

September 23, 2026

**VIA EMAIL**

Michael C. Dell'Angelo
Patrick Madden
Eric Cramer
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Re: *Johnson, et al. v. Zuffa, LLC, et al.*, No. 2:21-cv-01189 – Plaintiffs' September 18, 2026 Letter

Counsel:

We write on behalf of Defendants Zuffa, LLC and TKO Operating Company, LLC ("Defendants") in response to your letter sent in the early evening on Friday, September 18, 2026 regarding certain purported issues arising from Volume 51 of Defendants' document production and Defendants' response to Interrogatory No. 12.

As an initial matter, Defendants dispute Plaintiffs' characterization of the issues raised in the letter, including any suggestion that Defendants have concealed information or acted improperly in connection with Mr. White's phone numbers or devices. Defendants have at all times acted in good faith in responding to discovery in this matter.

With respect to the specific issues raised:

**Volume 51 Production**. Defendants are investigating the Instagram production and redaction, and will address the issues raised in your letter promptly. With respect to Plaintiffs' request for additional metadata regarding the Instagram production, Defendants have at all times complied with the obligations outlined in the parties' ESI Protocol (Dkt. No. 243) and have produced all available metadata for the Instagram messages (which were collected directly from Instagram's platform) in accordance with that Order.[1] To the extent Plaintiffs contend otherwise, you have not identified any specific metadata field required by the ESI Protocol that

[1] Defendants note that following Plaintiffs' reproduction of documents in response to Defendants' July 14 and August 31 letters detailing numerous and widespread concerns with, among other issues, the lack of metadata that accompanied Plaintiffs' first six productions of documents, an initial review of Plaintiffs' reproduction has revealed that many of the flaws still remain.

LATHAM & WATKINS LLP

Defendants have failed to produce. Nonetheless, Defendants are available to meet and confer on this issue.

**Supplemental Response to Interrogatory No. 12**. Defendants are investigating the matters Plaintiffs have raised concerning Mr. White's phone numbers and associated devices, including the -2660 number, as well as the questions regarding the devices referenced in the Barstool podcast. Defendants are also investigating the issues raised regarding the -0447, -0082, and -0005 numbers. Defendants will supplement their response to Interrogatory No. 12 as appropriate based on the findings of this investigation.

* * * * *

Defendants object to Plaintiffs' demand for a response by September 22, 2026, as your letter was sent in the evening of a Friday before a weekend that included a holiday for multiple attorneys and because the breadth of issues Plaintiffs have raised requires adequate time to investigate. Defendants will endeavor to respond as expeditiously as practicable.

Defendants reserve all rights.

Respectfully,

*/s/ Joseph Axelrad*
Joseph Axelrad
of LATHAM & WATKINS LLP

cc: Counsel of Record