**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF DANIEL H. SILVERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL COMPLETE RESPONSES TO ENDEAVOR'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS, AND DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (ECF NO. 788)** |

I, Daniel H. Silverman, declare and state as follows:

1. I am a Partner at the law firm Cohen Milstein Sellers and Toll LLP, counsel for Plaintiffs in the above-captioned matters. I am a member in good standing of the District of Columbia Bar, the State Bar of Massachusetts, and the State Bar of New York and have been admitted to this Court *pro hac vice*. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Compel Complete Responses to Endeavor's First Set of Interrogatories and First Set of Requests for Production of Documents, and Defendants' Third Set of Requests for Production of Documents.

3. Attached hereto as Exhibit 1 is a true and correct copy of a December 19, 2022 Signal message between Hunter Campbell and Reed Harris (UFC-06622678). (Filed under seal.)

4. Attached hereto as Exhibit 2 is a true and correct copy of an October 12, 2022 Signal message between Hunter Campbell and Reed Harris (UFC-06648307). (Filed under seal.)

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Second Amended and Supplemental Answers to Endeavor's First Interrogatories.

6. Attached hereto as Exhibit 4 is a true and correct copy of Endeavor's September 25, 2026 letter from Sam Cleveland to Michael Dell'Angelo.

7. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Responses and Objections to Endeavor's First RFPs.

8. Attached hereto as Exhibit 6 is a true and correct copy of a September 27-30, 2026 email exchange between Dixon Carvalho Anderson and Daniel Gifford.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2026.

<u>*/s/ Daniel H. Silverman*</u>
Daniel H. Silverman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: +1 (617) 858-1990
Email: dsilverman@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Classes*