# EXHIBIT 1

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**