# EXHIBIT 2

## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER