# EXHIBIT 6

**Archived:** Wednesday, October 14, 2026 10:53:38 AM
**From:** Dixon.CarvalhoAnderson@lw.com
**Sent:** Wednesday, September 30, 2026 9:17:30 PM
**To:** Daniel Gifford Michael Dell'Angelo Patrick Madden Benjamin D. Brown Robert Maysey dzastrow@bergermontague.com Diane Werwinski Richard A. Koffman Daniel Silverman Joseph Saveri Kevin Rayhill Christopher Young Itak Moradi Amara Getzell Bruckner, W. Joseph Pozan, Kyle J. amraak@locklaw.com Hope, Ruth
**Cc:** Chris.Yates@LW.com Sean.Berkowitz@lw.com Aaron.Chiu@lw.com David.Johnson@lw.com Laura.Washington@lw.com UFCJOHNSONSENIOR.LWTEAM@lw.com Gina.Tercero@lw.com WIsaacson@dirllp.com JPhillips@dirllp.com APetty@dirllp.com BCabranes@dirllp.com ybarkai@dirllp.com MKaminer@dirllp.com JHoldip@dirllp.com srm@cwlawlv.com pre@cwlawlv.com mts@cwlawlv.com rkay@mcdonaldcarano.com edennis@mcdonaldcarano.com maarenshah@quinnemanuel.com samirashid@quinnemanuel.com ellisonmerkel@quinnemanuel.com kristintahler@quinnemanuel.com willsears@quinnemanuel.com qe-endeavor-ufc@quinnemanuel.com
**Subject:** RE: 21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC et al - 3rd Set RFPs
**Importance:** Normal
**Sensitivity:** None

---

Daniel,

We disagree that we have not made a good faith effort to meet and confer. On Sunday, we asked Plaintiffs to provide their availability to meet and confer. Over the ensuing three days, despite a follow up request from us, Plaintiffs have repeatedly refused to do so. Plaintiffs' refusal will be noted in Defendants' motion.

Best,
Dixon

---

**From:** Daniel Gifford <dgifford@cohenmilstein.com>
**Sent:** Wednesday, September 30, 2026 4:46 PM
**To:** Carvalho Anderson, Dixon (LA) <Dixon.CarvalhoAnderson@lw.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick Madden <pmadden@bergermontague.com>; Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert Maysey <rmaysey@bergermontague.com>; dzastrow@bergermontague.com; Diane Werwinski <dwerwinski@bergermontague.com>; Richard A. Koffman <RKoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <IMoradi@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Bruckner, W. Joseph <wjbruckner@locklaw.com>; Pozan, Kyle J. <kjpozan@locklaw.com>; amraak@locklaw.com; Hope, Ruth <rhope@locklaw.com>
**Cc:** Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Johnson, David (DC) <David.Johnson@lw.com>; Washington, Laura (LA) <Laura.Washington@lw.com>; #C-M UFC JOHNSON - SENIOR - LW TEAM <UFCJOHNSONSENIOR.LWTEAM@lw.com>; Tercero, Gina (ATX) <Gina.Tercero@lw.com>; WIsaacson@dirllp.com; JPhillips@dirllp.com; APetty@dirllp.com; BCabranes@dirllp.com; ybarkai@dirllp.com; MKaminer@dirllp.com; JHoldip@dirllp.com; srm@cwlawlv.com; pre@cwlawlv.com; mts@cwlawlv.com; rkay@mcdonaldcarano.com; edennis@mcdonaldcarano.com; maarenshah@quinnemanuel.com; samirashid@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; kristintahler@quinnemanuel.com; willsears@quinnemanuel.com; qe-endeavor-ufc@quinnemanuel.com
**Subject:** RE: 21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC et al - 3rd Set RFPs

Dixon:

Please provide us the date on which you believe we met and conferred on Defendants' Third RFPs, as well as the

substance and outcome of that meet and confer. Plaintiffs offered to meet and confer on Defendants' Third RFPs nearly three months ago and have no record of any correspondence responding to that offer. Defendants' failure to pursue these RFPs until the eve of their deadline to move to compel—and their apparently inaccurate representation that any negotiations had occurred—make plain that their intent is not to negotiate in good faith but instead to bring yet another dispute to the Court without satisfying the requirements of the Federal Rules. Plaintiffs note, moreover, that Defendants have still not provided any correspondence describing their position or the basis for their demand that Plaintiffs provide "all nonprivileged documents responsive to Defendants' Third Set of RFPs" notwithstanding their R&Os, which would prevent any eleventh-hour meet and confer from being productive.

Plaintiffs disagree that the parties are at impasse on Defendants' Third RFPs. Instead, Defendants' failure to pursue their RFPs or engage in a good-faith meet-and-confer process over the last three months has prevented the parties from meaningfully negotiating Plaintiffs' objections and reaching resolution before the substantial completion deadline. If Defendants choose to file a motion to compel notwithstanding this posture, Plaintiffs reserve all rights to oppose that motion as filed in violation of Rule 37(a)(1)'s good-faith conferral requirement.

**Daniel Gifford**
Associate
COHENMILSTEIN

**Cohen Milstein Sellers & Toll LLP**
88 Pine Street
New York, NY 10005
direct 212.838.7797 | mobile

website | map

*This e-mail was sent from Cohen Milstein Sellers & Toll LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*

---

**From:** Dixon.CarvalhoAnderson@lw.com <Dixon.CarvalhoAnderson@lw.com>
**Sent:** Tuesday, September 29, 2026 8:19 PM
**To:** Daniel Gifford <dgifford@cohenmilstein.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick Madden <pmadden@bergermontague.com>; Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert Maysey <rmaysey@bergermontague.com>; dzastrow@bergermontague.com; Diane Werwinski <dwerwinski@bergermontague.com>; Richard A. Koffman <RKoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <IMoradi@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Bruckner, W. Joseph <wjbruckner@locklaw.com>; Pozan, Kyle J. <kjpozan@locklaw.com>; amraak@locklaw.com; Hope, Ruth <rhope@locklaw.com>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; David.Johnson@lw.com; Laura.Washington@lw.com; UFCJOHNSONSENIOR.LWTEAM@lw.com; Gina.Tercero@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; APetty@dirllp.com; BCabranes@dirllp.com; ybarkai@dirllp.com; MKaminer@dirllp.com; JHoldip@dirllp.com; srm@cwlawlv.com; pre@cwlawlv.com; mts@cwlawlv.com; rkay@mcdonaldcarano.com; edennis@mcdonaldcarano.com; maarenshah@quinnemanuel.com; samirashid@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; kristintahler@quinnemanuel.com; willsears@quinnemanuel.com; qe-endeavor-ufc@quinnemanuel.com
**Subject:** RE: 21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC et al - 3rd Set RFPs

Daniel,

We disagree that the parties have not previously met and conferred on this matter. Regardless, we made ourselves available to meet and confer yesterday and today and are available at your convenience to meet and confer this evening or tomorrow. If you are refusing to meet and confer, we take that to mean the parties are at

an impasse and will let the Court decide the issue.

Best,
Dixon

---

**From:** Daniel Gifford <dgifford@cohenmilstein.com>
**Sent:** Tuesday, September 29, 2026 2:07 PM
**To:** Carvalho Anderson, Dixon (LA) <Dixon.CarvalhoAnderson@lw.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick Madden <pmadden@bergermontague.com>; Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert Maysey <rmaysey@bergermontague.com>; dzastrow@bergermontague.com; Diane Werwinski <dwerwinski@bergermontague.com>; Richard A. Koffman <RKoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <IMoradi@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Bruckner, W. Joseph <wjbruckner@locklaw.com>; Pozan, Kyle J. <kjpozan@locklaw.com>; amraak@locklaw.com; Hope, Ruth <rhope@locklaw.com>
**Cc:** Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; Johnson, David (DC) <David.Johnson@lw.com>; Washington, Laura (LA) <Laura.Washington@lw.com>; #C-M UFC JOHNSON - SENIOR - LW TEAM <UFCJOHNSONSENIOR.LWTEAM@lw.com>; Tercero, Gina (ATX) <Gina.Tercero@lw.com>; WIsaacson@dirllp.com; JPhillips@dirllp.com; APetty@dirllp.com; BCabranes@dirllp.com; ybarkai@dirllp.com; MKaminer@dirllp.com; JHoldip@dirllp.com; srm@cwlawlv.com; pre@cwlawlv.com; mts@cwlawlv.com; rkay@mcdonaldcarano.com; edennis@mcdonaldcarano.com; maarenshah@quinnemanuel.com; samirashid@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; kristintahler@quinnemanuel.com; willsears@quinnemanuel.com; qe-endeavor-ufc@quinnemanuel.com
**Subject:** RE: 21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC et al - 3rd Set RFPs

Counsel:

Plaintiffs served our Responses and Objections to Defendants' Third Set of RFPs on July 10—over eleven weeks ago—offering to meet and confer. It is our understanding that Defendants never followed up on the RFPs in any form. Your statement that "Defendants still do not have an answer from Plaintiffs as to whether they intend to produce all nonprivileged documents responsive to Defendants' Third Set of RFPs" is inaccurate, as Defendants never asked. To the extent Defendants had concerns about Plaintiffs' R&Os, they should have raised them weeks ago, not on the eve of the substantial completion deadline.

Best,

**Daniel Gifford**
Associate
COHENMILSTEIN

Cohen Milstein Sellers & Toll LLP
88 Pine Street
New York, NY 10005
direct 212.838.7797 | mobile

website | map

*This e-mail was sent from Cohen Milstein Sellers & Toll LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*

---

**From:** Dixon.CarvalhoAnderson@lw.com <Dixon.CarvalhoAnderson@lw.com>
**Sent:** Sunday, September 27, 2026 11:37 PM
**To:** Daniel Gifford <dgifford@cohenmilstein.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick Madden <pmadden@bergermontague.com>; Benjamin D. Brown <bbrown@cohenmilstein.com>; Robert Maysey

<rmaysey@bergermontague.com>; dzastrow@bergermontague.com; Diane Werwinski <dwerwinski@bergermontague.com>; Richard A. Koffman <RKoffman@cohenmilstein.com>; Daniel Silverman <dsilverman@cohenmilstein.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Itak Moradi <IMoradi@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Bruckner, W. Joseph <wjbruckner@locklaw.com>; Pozan, Kyle J. <kjpozan@locklaw.com>; amraak@locklaw.com; Hope, Ruth <rhope@locklaw.com>
**Cc:** Chris.Yates@LW.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; David.Johnson@lw.com; Laura.Washington@lw.com; UFCJOHNSONSENIOR.LWTEAM@lw.com; Gina.Tercero@lw.com; WIsaacson@dirllp.com; JPhillips@dirllp.com; APetty@dirllp.com; BCabranes@dirllp.com; ybarkai@dirllp.com; MKaminer@dirllp.com; JHoldip@dirllp.com; srm@cwlawlv.com; pre@cwlawlv.com; mts@cwlawlv.com; rkay@mcdonaldcarano.com; edennis@mcdonaldcarano.com; maarenshah@quinnemanuel.com; samirashid@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; kristintahler@quinnemanuel.com; willsears@quinnemanuel.com; qe-endeavor-ufc@quinnemanuel.com
**Subject:** 21-cv-01189-RFB-BNW Johnson et al v. Zuffa, LLC et al - 3rd Set RFPs

Counsel,

Defendants still do not have an answer from Plaintiffs as to whether they intend to produce all nonprivileged documents responsive to Defendants' Third Set of RFPs. Please let us know if you intend to do so, and if not, when you are available to meet and confer tomorrow to discuss.

Best,
Dixon

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.