Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br>*Plaintiffs*,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>*Defendants*. | No.: 2:21-cv-01189-RFB<br><br>**MOTION FOR LEAVE TO SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL COMPLETE RESPONSES TO ENDEAVOR'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS, AND DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (ECF NO. 788)** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule IA 10-5(a) and the Amended Protective Order entered in this action on March 17, 2026 (*Johnson*, ECF No. 475), Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly (hereinafter "Plaintiffs") hereby move this Court for leave to lodge under seal 2 exhibits to Plaintiffs' Opposition to Defendants' Motion to Compel Complete Responses to Endeavor's First Set of Interrogatories and First Set of Requests for Production of Documents, and Defendants' Third Set of Requests for Production of Documents, as set forth in the accompanying Declaration of Daniel H. Silverman.

Under Section 14.3 of the Amended Protective Order:

> In the event that any Receiving Party's briefs, memoranda, discovery requests, requests for admission or other papers of any kind which are served or filed shall include another Producing Party's or Producing Non-Party's designated "CONFIDENTIAL" or "HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information, the papers shall be appropriately designated pursuant to paragraph 5.2. Documents, papers and transcripts filed with the court which contain any other Producing Party or Producing Non-Party's designated "CONFIDENTIAL" or "HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information shall be accompanied by a motion for leave to lodge such information under seal with the Court. Redacted versions of these papers shall be publicly filed. If the materials were designated by a Party, within 10 days of the materials being lodged with the Court, that Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority.

(ECF No. 475).

The documents referenced below have been designated or refer to materials which have been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants. Plaintiffs do not agree with these designations. Based solely on the requirements of the Protective Order, the Parties seek to lodge under seal:

- Ex. 1 (UFC-06622678)
- Ex. 2 (UFC-06648307)

Dated: October 14, 2026

Respectfully submitted,

/s/ Joseph R. Saveri

Joseph R. Saveri (admitted *pro hac vice*)
Chris Young (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Itak Moradi (admitted *pro hac vice*)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com

W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle Pozan (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@locklaw.com

*Attorneys for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

/s/ Daniel H. Silverman

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Daniel Gifford (admitted *pro hac vice*)
Emily Marcus (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL, LLP**
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com
dgifford@cohenmilstein.com
emarcus@cohenmilstein.com

Michael Dell'Angelo (admitted *pro hac vice*)
Eric L. Cramer (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bergermontague.com
mdellangelo@bergermontague.com
pmadden@bergermontague.com

Joshua P. Davis (admitted *pro hac vice*)
Robert C. Maysey (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile: (215) 875-4604
jdavis@bergermontague.com
rmaysey@bergermontague.com

*Attorneys for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

Michael J. Gayan
**CLAGGETT & SYKES**
4101 Meadows Lane, Ste. 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Fax: (702) 655-3763

*Liaison Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on October 14, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Joseph R. Saveri*
Joseph R. Saveri