***UNITED STATES DISTRICT COURT***

***DISTRICT OF NEVADA***

* * *

In re: Miscellaneous Zuffa Matters

2:21-cv-1189 Johnson et al. v Zuffa et al.,
2:25-cv-0946 Davis et al., v Zuffa et al.,

MINUTES OF THE COURT

DATED: October 9, 2026

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK C. Torres COURT REPORTER P. Eaker

LAW CLERK: Jadyn Tiong

COUNSEL FOR PLAINTIFFS: 21-cv-1189 (Johnson) and 25-cv-946 (Davis) Michael Dell'Angelo, Patrick Madden, Michael Gayan, Itak Moradi, Robert Maysey, and Emily Marcus
26-cv-00539 (Costantino)– Devin Dippold joined by Shane Godfrey, IT;

COUNSEL FOR DEFENDANT(S): 21-cv-1189 (Johnson) and 25-cv-946 (Davis) matters
Zuffa/TKO - Chris Yates, Sam Mirkovich, Aaron Chiu, , Joseph Axelrad, Danielle Leneck, Max Shapirom Matt Kaminer, and Dixon Carvalho-Anderson
26-cv-00539 (Costantino) matter – Sam Mirkovich
Counsel for Endeavor Defendants in all matters: Rory Kay, Maaren Shah, Ellison Merkel, Gabriel Rosenblum, Kristen Tahler, and Sam Cleveland

MINUTES OF PROCEEDINGS: **Spoliation Hearing Day 7 – 10/9/2026**

10:08 a.m. Court in session. Above participants in attendance. The Court returns both experts Dr. Joseph Greenfield and Adam Hart to the stand(s) to discuss the collaboration proposal that was submitted to the court, and they are reminded they are still under oath.

IT IS ORDERED, the experts shall create a report regarding their joint analysis within 45 days. A Status Check hearing is SET for November 12, 2026, at 1:00 p.m. Both experts may appear virtually at this hearing. The Parties shall submit a Joint Status Report to the court by November 9, 2026, regarding disputed issues that need to be resolved. This report is limited to 10 pages. A final Spoliation Hearing is set for January 8, 2027 for this group of custodians. The time is to be determined, and counsel may discuss coordinating a new date to secure the appearance of all parties. The Parties and experts shall submit by January 4, 2027, their final reports including their findings.

IT IS FURTHER ORDERED by January 15, 2027, Plaintiff may file a motion for sanctions not exceeding 50 pages. A response will be due 2 weeks after the filing of that motion and may not exceed 50

pages. Defendants must file jointly and may confer as to the division of pages. A reply will be due two weeks after the filing of a response and may not exceed 25 pages.

11:24 Court in recess

12:02 p.m. Court in session.

12:42 p.m. Court adjourn.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**
*Chantal Torres*
Chantal Torres, Deputy Clerk