**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**PARTY REPRESENTATIVE REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |

I, Emily Marcus, request permission for live remote public access to the civil proceeding set for November 12, 2026 at 1:00 p.m. before Judge Boulware. I am counsel for Plaintiffs in this matter, residing outside the State of Nevada. My contact information is contained in the below signature block. I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Dated: November 2, 2026

Respectfully Submitted,

By: <u>*/s/ Emily Marcus*</u>
Emily Marcus (*Pro hac vice)*
**COHEN MILSTEIN SELLERS & TOLL, LLP**
199 Water Street, 21st Fl
New York, NY 10038
Telephone: (212) 838-7797
Facsimile : (202) 408-4699
emarcus@cohenmilstein.com

*Counsel for Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly and the Proposed Class*