McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,

Defendants.

Case No. 2:21-cv-01189-RFB-BNW

**PARTY REPRESENTATIVE REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Courtney Braun, request permission for live remote public access to the civil proceedings set for November 12, 2026 at 1:00 p.m. before Judge Boulware. I am an employee and representative of party Endeavor Group Holdings, Inc, residing outside the State of Nevada. My contact information is contained in the below signature block. I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Dated this 2nd day of November, 2026

Courtney Braun | WME Group
Chief Legal Officer
cbraun@wmegrp.com
T (310) 248-3071
M (917) 331-4484
9601 Wilshire Blvd, 5th Floor
Beverly Hills, CA 90210
Endeavor Group Holdings, Inc.