Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE GRAY MAYNARD FOR KAJAN JOHNSON AS A NAMED PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pending before the Court is Plaintiffs' Motion to Substitute Gray Maynard for Kajan Johnson as a Named Plaintiff and for Leave to File Second Amended Complaint. Having considered the papers submitted and any response thereto, the Court hereby **ORDERS** that the Motion to Substitute Gray Maynard for Kajan Johnson as a Named Plaintiff and for Leave to File Second Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that Kajan Johnson is withdrawn as a named plaintiff and proposed class representative in this action. This withdrawal is without prejudice to Mr. Johnson's rights as a member of the proposed classes, and his claims are not dismissed.

**IT IS FURTHER ORDERED** that Gray Maynard is substituted for Kajan Johnson as a named plaintiff and proposed class representative.

**IT IS FURTHER ORDERED** that Plaintiffs are granted leave to file the Second Amended Complaint attached as Exhibit 1 to the Motion.

**IT IS FURTHER ORDERED** that Plaintiffs shall file the Second Amended Complaint within seven (7) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________________
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE