Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br>*Plaintiffs*,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>*Defendants*. | No.: 2:21-cv-01189-RFB<br><br>**PLAINTIFFS' MOTION TO SEAL PORTIONS OF EXHIBIT 13 SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE GRAY MAYNARD FOR KAJAN JOHNSON AS A NAMED PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule IA 10-5(a), Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly (hereinafter "Plaintiffs") hereby move this Court for an order to seal Exhibit 13 in support of Plaintiffs' motion to substitute Plaintiffs and for leave to file a Second Amended Complaint.

The Ninth Circuit applies the "good cause" standard to motions to seal documents related to non-dispositive, procedural filings not "directly relevant to the merits of the case." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006). Discovery is generally non-dispositive, and therefore subject to the "good cause" analysis as "only tangentially related [] to the underlying cause of action" and implicate only the "private interests of the litigants," rather than the public's right of access. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1098 (9th Cir. 2016) (internal citations omitted). Protecting personal privacy interests is "good cause" for sealing. *Kamakana*, 447 F.3d at 1179; *In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1120 (9th Cir. 2012).

Here, good cause exists to seal the unredacted version of Exhibit 13. Exhibit 13 is a copy of Defendants' Second Set of Requests for Admission, Nos. 9–153, propounded on Plaintiffs Johnson, Dollaway, and Connelly on October 28, 2026. Plaintiffs seek only to redact discrete compensation information related to bouts fought by the three currently named Plaintiffs, *i.e.*, amounts received for payments and bonuses, as set forth in Requests for Admission Nos. 23–27; 63–66; 117; 120; 122; 123. This information reflects the Plaintiffs' individual finances and professional earnings, which they have a legitimate privacy interest in keeping confidential. Public disclosure would unnecessarily expose sensitive private details without advancing the public's understanding of the issues before the Court. Courts in this circuit recognize that individual salary and compensation information warrant protection. *Lovejoy v. Transdev Servs., Inc.*, No. 23-CV-00380-AJB-MMP, 2024 WL 4941022, at *2 (S.D. Cal. Dec. 2, 2024) (finding request to seal targeted salary information meets the heightened compelling reasons standard); *Ehret v. Uber Techs., Inc.*, No. 14-CV-00113-EMC, 2015 WL 12977024, at *2 (N.D. Cal. Dec. 2, 2015) (finding that individual earnings concern privacy interests). Further, this information continues to be sensitive in the years following Plaintiffs' provision of services, as it continues to have potential to impact or influence negotiation of present and future

employment. Finally, Plaintiffs' proposed redactions are narrowly tailored to protect legitimate privacy interests and leave the remainder of the record publicly accessible.

Plaintiffs thus respectfully request that the Court grant their motion to seal Exhibit 13.

Dated: November 10, 2026

Respectfully submitted,

By: /s/ Joseph R. Saveri
Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac vice*)
SAVERI LAW FIRM, LLP
550 California St., Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: +1 (612) 596-4001
Email: wjbruckner@locklaw.com
Email: bdclark@locklaw.com

Kyle Pozan (*Pro hac vice*)
Consuela M. Abotsi-Kowu (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark St., Suite 700
Chicago, IL 60610
Telephone: +1 (312) 205-8968
Email: kjpozan@locklaw.com
Email: cmabotsi-kowu@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Class*

By: /s/ Michael Dell'Angelo
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

Joshua P. Davis (*Pro hac vice*)
Robert Maysey (*Pro hac vice*)
BERGER MONTAGUE PC
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com
Email: rmaysey@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
Daniel Gifford (*Pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

*Additional Counsel for Plaintiffs and the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Plaintiffs' Motion To Seal Portions Of Exhibit 13 Submitted In Support Of Plaintiffs' Motion to Substitute Gray Maynard for Kajan Johnson as a Named Plaintiff and for Leave to File Second Amended Complaint was served on November 10, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Joseph R. Saveri*
Joseph R. Saveri
Saveri Law Firm, LLP