**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kajan Johnson et al.,
Plaintiff(s)

v.

Zuffa, LLC et al.,
Defendant(s).

Case No.: 2:21-cv-01189-RFB-BNW

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Edward Vidri (name of requestor), request permission for live remote public access to the civil proceeding set for November 12, 2026 (date) at 1:00 p.m. PT (time) before Judge Richard F. Boulware II (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: November 12, 2026

Requestor's Full Name: Edward Vidri

Mailing Address: 523 Pepper Dr.

El Cajon, CA 92021

Telephone number: (619) 569-7347

E-mail address: ed@thecornerview.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR ON COURT'S WEBSITE TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
**Online submission at https://www.nvd.uscourts.gov/ipsf**

**Notice: Requests should be submitted 48 hours in advance of the scheduled hearing. This form and the information provided will be public record.*