Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 1818
Philadelphia, PA 19103
(215) 875-3000
mdellangelo@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | No.: 2:21-cv-01189-RFB<br><br>**DECLARATION OF MICHAEL DELL'ANGELO PURSUANT TO LOCAL RULE 26-6(c) IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY DIRECTED TO KAJAN JOHNSON PENDING RESOLUTION OF PLAINTIFFS' MOTION TO SUBSTITUTE** |

I, Michael Dell'Angelo, declare as follows:

1. I am an attorney at Berger Montague PC, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. On October 26, November 3, and November 9, 2026, counsel for Plaintiffs met and conferred with counsel for Endeavor Group Holdings, Inc. regarding Mr. Johnson's withdrawal or substitution as a named plaintiff.

3. On November 11, 2026, I wrote to counsel for all Defendants to request a meet and confer regarding a stay of discovery directed to Mr. Johnson pending the Court's ruling on ECF No. 856. A true and correct copy of that email is attached as Exhibit 1. No Defendant responded to that request.

4. At the November 12, 2026 status conference, I advised the Court that Plaintiffs had requested a meet and confer and had not received a response, and I raised Plaintiffs' request for a stay of discovery directed to Mr. Johnson. Counsel for Zuffa and TKO and counsel for Endeavor each stated their opposition on the record. *See* ECF No. 864 at 50:2–55:2.

5. On November 16, 2026, counsel for Endeavor requested a two-week extension of Endeavor's deadlines to respond to Plaintiffs' requests for admission and requests for production. On November 18, 2026, I responded, noting that Plaintiffs' request to meet and confer regarding a stay of discovery directed to Mr. Johnson had received no response and proposing that Endeavor and all Plaintiffs mutually suspend their respective discovery obligations to one another. A true and correct copy of that email exchange is attached as Exhibit 2. As of the date of this declaration, no Defendant has agreed to stay discovery directed to Mr. Johnson.

6. On November 18, 2026, I responded to a letter from counsel for Endeavor regarding various discovery issues in which I again offered to meet and confer regarding the status of Endeavor's discovery requests. A true and correct copy of that letter is attached as Exhibit 3.

7. Despite these good-faith efforts, the parties were unable to resolve this dispute without Court intervention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2026, at Philadelphia, Pennsylvania.

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo