# EXHIBIT 1

**From:** Michael Dell"Angelo
**To:** Amara Getzell; William Isaacson; Jessica Phillips; Chris.Yates@lw.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Laura.Washington@lw.com; Joseph.Axelrad@lw.com; David.Johnson@lw.com; Clayton.Wiggins@lw.com; Max.Shapiro@lw.com; Adam.Peterson@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; My.Ngo@lw.com; APetty@dirllp.com; BCabranes@dirllp.com; jcw@cwlawlv.com; srm@cwlawlv.com; Danielle.Leneck@lw.com; Quinlan.Cummings@lw.com; Gina.Tercero@lw.com; maarenshah@quinnemanuel.com; samirashid@quinnemanuel.com; kristintahler@quinnemanuel.com; willsears@quinnemanuel.com; rkay@mcdonaldcarano.com; edennis@mcdonaldcarano.com
**Cc:** Itak Moradi; Joseph Saveri; Kevin Rayhill; T.Brent Jordan; Patrick F. Madden; Ahmari Johnson; Diane Werwinski; Danny Gifford; Mike Gayan; Melisa Pytlik
**Subject:** RE: Johnson v. Zuffa, No. 2:21-cv-01189 - Service of Sealed Documents
**Attachments:** image001.png

---

Counsel:

Considering Plaintiffs' Motion to Substitute Gray Maynard for Kajan Johnson as a Named Plaintiff and for Leave to File Second Amended Complaint filed today, please let us know whether Defendants will agree to suspend Mr. Johnson's obligation to respond to discovery pending a resolution of Plaintiffs' motion. If any Defendant is unwilling to agree, please confirm your availability to meet and confer in person on November 12th following the status conference in Las Vegas.

Michael

---

**From:** Amara Getzell <agetzell@saverilawfirm.com>
**Sent:** Tuesday, November 10, 2026 7:10 PM
**To:** William Isaacson <wisaacson@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Chris.Yates@lw.com; Sean.Berkowitz@lw.com; Aaron.Chiu@lw.com; Laura.Washington@lw.com; Joseph.Axelrad@lw.com; David.Johnson@lw.com; Clayton.Wiggins@lw.com; Max.Shapiro@lw.com; Adam.Peterson@lw.com; Mairin.McQueen@lw.com; Hanna.NunezTse@lw.com; Monique.Handy-Jones@lw.com; My.Ngo@lw.com; APetty@dirllp.com; BCabranes@dirllp.com; jcw@cwlawlv.com; srm@cwlawlv.com; Danielle.Leneck@lw.com; Quinlan.Cummings@lw.com; Gina.Tercero@lw.com; maarenshah@quinnemanuel.com; samirashid@quinnemanuel.com; kristintahler@quinnemanuel.com; willsears@quinnemanuel.com; rkay@mcdonaldcarano.com; edennis@mcdonaldcarano.com
**Cc:** Itak Moradi <imoradi@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; T.Brent Jordan <Tbjordan@saverilawfirm.com>; Patrick F. Madden <pmadden@bergermontague.com>; Jeremy Gradwohl <jgradwohl@bergermontague.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Ahmari Johnson <ajohnson@saverilawfirm.com>; Diane Werwinski <dwerwinski@bergermontague.com>; Danny Gifford <dgifford@cohenmilstein.com>; Mike Gayan <mike@claggettlaw.com>; Melisa Pytlik <melisa@claggettlaw.com>
**Subject:** Johnson v. Zuffa, No. 2:21-cv-01189 - Service of Sealed Documents

Counsel:

Attached please find the sealed version of Exhibit 13 to Plaintiffs' Motion to Substitute Gray Maynard for Kajan Johnson as a Named Plaintiff and for Leave to File Second Amended Complaint, filed under seal at ECF No. 859.

Thank you,
Amara

**Amara Getzell**
Case Manager

550 California Street, Suite 910
San Francisco, CA 94104
**T** 415.500.6800 x908
**F** 415.395.9940

***-**External sender. Please use caution when clicking on any attachments or links*****
-