WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
PHILIP R. ERWIN (No. 11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**DECLARATION OF JOSEPH AXELRAD IN SUPPORT OF ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT AND DISMISS PLAINTIFF KAJAN JOHNSON AND ADD GRAY MAYNARD AS A PLAINTIFF** |

I, Joseph Axelrad, hereby declare as follows:

1. I am an attorney at Latham & Watkins LLP ("Latham"), and counsel of record for Defendants Zuffa, LLC and TKO Operating Company, LLC, (collectively, "Zuffa and TKO") in the above-captioned purported class action (the "Action"). I am a member in good standing of the bar of the State of California, and am admitted *pro hac vice* before this Court. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Zuffa, LLC and TKO Operating Company, LLC's Opposition to Plaintiffs' Motion to Amend Complaint and Dismiss Plaintiff Kajan Johnson and Add Gray Maynard as a Plaintiff (Dkt. No. 856) (the "Motion").

3. Through my work in this Action, I am familiar with the docket, discovery requests and responses, productions, and other materials described below.

4. Plaintiff Kajan Johnson filed this Action on June 23, 2021. Dkt. No. 1. Johnson has been the lead named plaintiff in this Action since that date, including in the operative Amended Complaint. Dkt. No. 118.

5. Over the five years this Action has been pending, Johnson, who resides in Canada, has traveled from Canada to Las Vegas to attend numerous hearings in this Action. Throughout that period, Plaintiffs have pursued extensive discovery from Defendants in Johnson's name.

6. Gray Maynard is not presently a party to this Action. To my knowledge, no party has served or taken any discovery from Mr. Maynard in this Action.

7. Johnson competed in the UFC from February 26, 2014 to October 10, 2018. He appeared in four bouts during the class period, each of which took place outside the United States—specifically in Canada, England, and Russia. None of Johnson's opponents in these bouts was from the United States.

8. Based on my review of Johnson's UFC contracts and Zuffa's records produced in this Action, none of the contract provisions Johnson challenges in this Action, including the Champion's Clause, the Right to Match, and the Retirement Clause, was ever applied to Johnson.

After Johnson's release, the UFC did not prevent him from signing with another promoter.

9. After his UFC release, Johnson competed as a professional boxer. In 2025, he competed for the Abbotsford Fight League (AFL) promotion.

10. In response to Plaintiffs' discovery requests, including those served in Johnson's name, Defendants reviewed tens of millions of pages of documents and have produced over 1.3 million documents encompassing 6.9 million pages. By contrast, Johnson himself produced only 11,522 documents in this Action.

11. In this matter, Plaintiffs have demanded discovery from Defendants regarding a variety of topics including but not limited to: the merits of the case, market definition, contracts, and alleged injury, as well as the preservation and loss of ephemeral messages.

12. Attached hereto as **Exhibit 1** is a true and correct copy of the webpage with url: https://boxrec.com/en/box-pro/388094, last accessed on November 23, 2026. This shows that Johnson competed in a boxing match in May 2025.

13. Attached hereto as **Exhibit 2** is a true and correct excerpt of the transcript generated by the Instagram Reel video with url: https://www.instagram.com/reel/DaO6jlkoPdt/, last accessed on November 24, 2026. In it, Johnson states, "UFC is DONE-ZO bro."

14. Attached hereto as **Exhibit 3** is a true and correct excerpt of the transcript generated by the TikTok video with url: https://www.tiktok.com/@realbjjnews/video/7657422113690668318, last accessed on November 23, 2026. In it, Johnson states, "I'm telling you, this next lawsuit, which is Johnson versus Zuffa, yes, that Johnson, Kajan Johnson . . . we're gonna win."

15. Attached hereto as **Exhibit 4** is a true and correct excerpt of the transcript generated by the Instagram Reel video with url: https://www.instagram.com/reel/DaRnmB5IME2/, last accessed on November 23, 2026. In it, Johnson states, "this UFC lawsuit is a goddamn rollercoaster," and "I cannot wait to see what he has to say." Based on my review of the video, I understand Johnson to be referring to Sean Shelby in this statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of November 2026, in Los Angeles, California.

*/s/ Joseph Axelrad*
JOSEPH AXELRAD (*Pro hac vice*)