WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

SAMUEL R. MIRKOVICH (No. 11662)
srm@cwlawlv.com
PHILIP R. ERWIN (No. 11563)
pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01189-RFB-BNW<br><br>**INDEX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT AND DISMISS PLAINTIFF KAJAN JOHNSON AND ADD GRAY MAYNARD AS A PLAINTIFF** |

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendants Zuffa, LLC and TKO Operating Company, LLC (collectively, "Zuffa and TKO") submit this Index of Exhibits in support of Zuffa, LLC and TKO Operating Company, LLC's Opposition to Plaintiffs' Motion to Amend Complaint and Dismiss Plaintiff Kajan Johnson and Add Gray Maynard as a Plaintiff.

| EXHIBIT | DESCRIPTIONS |
|---|---|
| 1. | Webpage with url: https://boxrec.com/en/box-pro/388094, last accessed on November 23, 2026 |
| 2. | Excerpt of the transcript generated by the Instagram Reel video with url: https://www.instagram.com/reel/DaO6jlkoPdt/, last accessed on November 24, 2026 |
| 3. | Excerpt of the transcript generated by the TikTok video with url: https://www.tiktok.com/@realbjjnews/video/7657422113690668318, last accessed on November 23, 2026 |
| 4. | Excerpt of the transcript generated by the Instagram Reel video with url: https://www.instagram.com/reel/DaRnmB5IME2/, last accessed on November 23, 2026 |