# EXHIBIT 1

BoxRec shop wiki forum lang login

search name or ID# BoxRec+ ratings schedule results date champions people events clubs titles score p4p






# Kajan Johnson

box-pro

| 2 | 1 | 0 |
|---|---|---|
| 0 KOs | 0 KOs | |

| | |
|---|---|
| division | Super Middle |
| status | inactive |
| bouts | 3 |
| rounds | 14 |
| KOs | 0% |
| career | 2007-2025 |
| debut | 2007-03-23 |

| | |
|---|---|
| ID# | 388094 |
| sex | male |
| nationality | Canada |
| height | 5′ 11″ / 180cm |
| residence | Prince George, British Columbia, Canada |

unsubscribed

follow 1 followers

wiki






## Box-Pro 3 Bouts

| date | | w-l-d | last 6 | | result | stars | |
|---|---|---|---|---|---|---|---|
| May 2025 | Ari Ashari | 0 2 0 | ●● | AG Rec Centre, Abbotsford, British Columbia | W | | event bout wiki |
| Jul 2007 | Andy Mavros | 2 0 0 | ●● | River Rock Casino, Richmond, British Columbia | L | | event bout wiki |
| Mar 2007 | Rob Stowell | 9 24 1 | ●●●●●● | Deerfoot Inn & Casino, Calgary, Alberta | W | | event bout wiki |

Pro Debut for Johnson

©BoxRec is the official record keeper for 622 combat sports authorities worldwide, it is not under direct control of any single authority. Data may be incomplete/inaccurate.

Editors About Contact Help Terms Privacy Policy

Document title: BoxRec: Kajan Johnson
Capture URL: https://boxrec.com/en/box-pro/388094
Capture timestamp (UTC): Mon, 23 Nov 2026 17:53:58 GMT




# Kajan Johnson

box-pro

| 2 | 1 | 0 |
|---|---|---|
| 0 KOs | 0 KOs | |



| | |
|---|---|
| division | Super Middle |
| status | inactive |
| bouts | 3 |
| rounds | 14 |
| KOs | 0% |
| career | 2007-2025 |
| debut | 2007-03-23 |

| | |
|---|---|
| ID# | 388094 |
| sex | ♂ male |
| nationality | Canada |
| height | 5′ 11″ / 180cm |
| residence | Prince George, British Columbia, Canada |

unsubscribed

follow 1 followers

wiki




## Box-Pro 3 Bouts

| date | | w-l-d | last 6 | | result | stars | |
|---|---|---|---|---|---|---|---|
| May 2025 | Ari Ashari | 0 2 0 | ●● | AG Rec Centre, Abbotsford, British Columbia | W | | event bout wiki |
| Jul 2007 | Andy Mavros | 2 0 0 | ●● | River Rock Casino, Richmond, British Columbia | L | | event bout wiki |
| Mar 2007 | Rob Stowell | 9 24 1 | ●●●●●● | Deerfoot Inn & Casino, Calgary, Alberta | W | | event bout wiki |

Pro Debut for Johnson

©BoxRec is the official record keeper for 622 combat sports authorities worldwide, it is not under direct control of any single authority. Data may be incomplete/inaccurate.



Document title: BoxRec: Kajan Johnson
Capture URL: https://boxrec.com/en/box-pro/388094
Capture timestamp (UTC): Mon, 23 Nov 2026 17:53:58 GMT