# EXHIBIT 2

Instagram

Log In Sign Up




kajanjohnsonofficial • Follow
Original audio

kajanjohnsonofficial 20w
The game is about to change.

The UFC will never be the same.

They have been caught.

Busted.

Justice will be served.

And it will be sweet.

#ufc #ufclawsuit #mma

articpast80 15w
If you sue them they are probably going to make it where you can't ever talk or claim UFC again

2.5K 296

June 30

Log in to like or comment.