# EXHIBIT 3

https://www.tiktok.com/@realbjjnews/video/7657432113690668318

TikTok

Search

For You
Shop
Explore
Following
Short dramas
LIVE
Upload
Profile
More

Log in

Company
Program
Terms & Policies
© 2026 TikTok




BJJNEWS · 7-1

Kajan Johnson is feeling confident in his class action lawsuit against the UFC. Cung Le vs Zuffa managed to secure nearly 400 million dollars from the UFC. Will the UFC finally be forced to reform their business practices? #ufc_mma_sport #ufc #mma

less

95
9
8
Share

Get Coins
Get App

https://www.tiktok.com/@realbjjnews/video/7657422113690668318

TikTok

Search

For You

Shop

Explore

Following

Short dramas

LIVE

Upload

Profile

More

Log in

Company

Program

Terms & Policies

© 2026 TikTok




BJJNEWS · 7-1

Kajan Johnson is feeling confident in his class action lawsuit against the UFC. Cung Le vs Zuffa managed to secure nearly 400 million dollars from the UFC. Will the UFC finally be forced to reform their business practices? #ufc_mma_sport #ufc #mma

less

95

9

8

Share

Get Coins

Get App

https://www.tiktok.com/@realbjjnews/video/7657422113690668318

TikTok

Search

For You
Shop
Explore
Following
Short dramas
LIVE
Upload
Profile
More

Log in

Company
Program
Terms & Policies
© 2026 TikTok

Get Coins Get App




BJJNEWS · 7-1

Kajan Johnson is feeling confident in his class action lawsuit against the UFC. Cung Le vs Zuffa managed to secure nearly 400 million dollars from the UFC. Will the UFC finally be forced to reform their business practices? #ufc_mma_sport #ufc #mma

less

95
9
8
Share

https://www.tiktok.com/@realbjjnews/video/7657422113690668318

TikTok

Search

For You
Shop
Explore
Following
Short dramas
LIVE
Upload
Profile
More

Log in

Company
Program
Terms & Policies
© 2026 TikTok

Get Coins
Get App




BJJNEWS · 7-1

Kajan Johnson is feeling confident in his class action lawsuit against the UFC. Cung Le vs Zuffa managed to secure nearly 400 million dollars from the UFC. Will the UFC finally be forced to reform their business practices? #ufc_mma_sport #ufc #mma

less

95
9
8
Share

https://www.tiktok.com/@realbjjnews/video/7657422113690668318

TikTok

Search

For You
Shop
Explore
Following
Short dramas
LIVE
Upload
Profile
More

Log in

Company
Program
Terms & Policies
© 2026 TikTok




95
9
8
Share

Get Coins
Get App