# EXHIBIT 4

https://www.instagram.com/reel/DaRpmB5IME2/

Instagram

Log In Sign Up




kajanjohnsonofficial • Follow
Original audio

kajanjohnsonofficial 20w
This UFC lawsuit is a rollercoaster.

Court is combat.

Very rarely do you win a fight without taking a couple punches.

Today we got hit in the face.

The expert witness screwed up

And now it's gonna be a lot longer before we win.

But we will still win.

#ufclawsuit #ufc #mma

401 25

July 1

Log in to like or comment.

Instagram

Log In Sign Up




kajanjohnsonofficial • Follow
Original audio

kajanjohnsonofficial 20w
This UFC lawsuit is a rollercoaster.

Court is combat.

Very rarely do you win a fight without taking a couple punches.

Today we got hit in the face.

The expert witness screwed up

And now it's gonna be a lot longer before we win.

But we will still win.

#ufclawsuit #ufc #mma

401 25

July 1

Log in to like or comment.

https://www.instagram.com/reel/DaRnmB5IME2/

Instagram

Log In Sign Up




kajanjohnsonofficial • Follow
Original audio

kajanjohnsonofficial 20w
This UFC lawsuit is a rollercoaster.

Court is combat.

Very rarely do you win a fight without taking a couple punches.

Today we got hit in the face.

The expert witness screwed up

And now it's gonna be a lot longer before we win,

But we will still win.

#ufclawsuit #ufc #mma

401 25

July 1

Log in to like or comment.