# Exhibit 2

Defendants Zuffa, LLC and TKO Operating Company, LLC's Second Set of Interrogatories

Exhibit 2

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

[Additional counsel listed on signature page]

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,

Defendants.

Case No.: 2:21-cv-01189-RFB-BNW

**DEFENDANTS ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S SECOND SET OF INTERROGATORIES**

## SECOND SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Zuffa, LLC, and TKO Operating Company, LLC, hereby request that Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly individually answer fully in writing and under oath the following interrogatories ("Interrogatories") within thirty (30) days of service.[1]

## DEFINITIONS

For the purposes of these Requests, the following definitions shall apply:

1. "**Communication**" means, without limitation, oral or written communications of any kind, such as (but not limited to) electronic communications, direct communications through social media (INCLUDING direct messaging, instant messaging, chatting or emailing within a social media platform), facsimiles, telephone communications, correspondence, exchange of written or recorded information, or face-to-face meetings.

2. "**Date**" means the exact day, month, and year, if ascertainable, or the best available approximation, including any relationship to other known events (designate whether exact or approximate).

3. "**Person**" means, without limitation, any natural **Person**, corporation, partnership, limited liability company, proprietorship, joint venture, trust, association, government entity, group, or other form of legal entity.

4. "**You**," "**Your**," or "**Yourself**" means Kajan Johnson, Clarence Dollaway, Tristan Connelly, and all **Persons**, including both legal and natural **Persons**, acting or purporting to act on their/his behalf, including managers, agents, representatives, and attorneys.

## INSTRUCTIONS

1. Unless otherwise stated, the time period covered by these Interrogatories is January 1, 2016 through the present.

2. The following rules of construction shall be applied herein: (1) the words "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the Requests inclusive

[1] Defendants reserve the right to serve identical interrogatories upon Plaintiff Phil Davis in *Davis v. Zuffa, LLC, et al.*, 2:25-cv-00946-RFB-BNW.

rather than exclusive; (2) the singular includes the plural and vice-versa; and (3) the words "any," "all," "each" and "every" all include any, all, each and every.

3. Defendants hereby request that, after answering these Interrogatories, **You** supplement or correct any responses later learned to be incomplete or incorrect immediately upon learning that a prior response is incomplete or incorrect.

4. All information requested herein is to be set forth if it is in the possession or control of, or is available or accessible to **You** or any of **Your** agents, consultants, counsel, investigators, representatives, or any other **Person** or **Persons** acting for **You** on **Your** behalf.

5. If **You** cannot answer certain of the following Interrogatories in full after exercising due diligence to secure the information to do so, answer to the extent possible and explain **Your** inability to provide a complete answer. State whatever information or knowledge **You** have about the unanswered portion of any Interrogatory.

6. If **You** withhold any information called for by an Interrogatory based on a claim of privilege, set forth the nature of the claimed privilege and the nature of the information with respect to which it is claimed.

7. To the extent that any Request is objected to, set forth all reasons for the objection. If **You** object to part of any Interrogatory, answer the balance of the Interrogatory.

8. Failure to provide information in response to these Interrogatories will be deemed a waiver of **Your** right to produce such evidence at trial. Defendants reserve the right to move to preclude the introduction of any evidence not produced in response to these Interrogatories.

## INTERROGATORIES

### INTERROGATORY NO. 3:

Identify and disclose all business and personal mobile devices **You** used between January 1, 2016 through the present, and for each such device, identify: (a) the person to whom the device belonged or was issued; (b) the phone number; (c) the device serial number; (d) the device IMEI number; (e) the device make and model; (f) the device operating platform (e.g., iOS, etc.); (g) the device phone carrier(s) (*e.g.*, Verizon, AT&T, T-Mobile, etc.); (h) the Date and duration of **Your**

use; and (i) all applications, including but not limited to **Communications** and/or other messaging applications, **You** used on the device.

Dated: May 19, 2026

Respectfully Submitted,


/s/ *Christopher S. Yates*
CHRISTOPHER S. YATES
(*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU
(*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

SEAN M. BERKOWITZ
*(Pro hac vice)*
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

JOSEPH AXELRAD
(*Pro hac vice*)
joseph.axelrad@lw.com
DANIELLE LENECK
(*Pro hac vice*)
danielle.leneck@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500

WILLIAM A. ISAACSON
(*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS
(*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY
(*Pro hac vice*)
apetty@dirllp.com
BENJAMIN CABRANES
(*Pro hac vice*)
bcabranes@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222


*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants Zuffa, LLC and TKO Operating Company, LLC's Second Set of Interrogatories was served upon counsel for Plaintiffs via email on May 19, 2026.

/s/ *My Ngo*
My Ngo