# Exhibit 3

Defendants Zuffa, LLC and TKO Operating Company, LLC's Amended First Set of Interrogatories

Exhibit 3

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

[Additional counsel listed on signature page]

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,

Defendants.

Case No.: 2:21-cv-01189-RFB-BNW

**DEFENDANTS ZUFFA, LLC AND TKO OPERATING COMPANY, LLC'S AMENDED FIRST SET OF INTERROGATORIES**

## AMENDED FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Zuffa, LLC, and TKO Operating Company, LLC, hereby request that Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly individually answer fully in writing and under oath the following Interrogatories ("Requests") within thirty (30) days of service.[1]

## DEFINITIONS

For the purposes of these Requests, the following definitions shall apply:

1. "**Action**" means *Johnson et al. v. Zuffa, LLC et al.*, No. 2:21-cv-01189-RFB-BNW.

2. "**Agreement**" or "**Contract**" means any oral or written contract, arrangement or understanding, whether formal or informal, between two or more persons, together with all modifications and amendments thereto.

3. "**Bout**" means a contest between two **Athletes** engaged in a **Combat Sport**.

4. **"Class Period"** refers to the class period set forth in *Johnson et al. v. Zuffa, LLC et al.*, No. 2:21-cv-01189-RFB-BNW, namely, July 1, 2017, to present.

5. "**Combat Sport**" means any competitive contact sport involving the use of any one or a combination of martial arts, including, but not limited to, **Mixed Martial Arts**, boxing, wrestling, judo, kickboxing, jiu-jitsu, muay thai, bare knuckle fighting, grappling, cage fighting, pankration, vale tudo, sambo, sanshou, sanda, and taekwondo.

6. "**Combat Sports Event**" means one or more **Combat Sports Bouts** presented by a **Promoter** before a live audience and/or for **Broadcast.**

7. "**Combat Sports Industry**" means the business of promoting **Combat Sports Events** to generate revenues and ticket sales, as well as ancillary activities such as: the sale or distribution of live and taped video programming via television, the Internet or other means of distribution, video-on-demand, merchandise (videos, DVDs, video games, apparel, hats, sporting equipment, etc.), event and fighter **Sponsorships**, and the licensing of **Combat Sports**-related intellectual property rights, including copyright, trademark, and individual identity rights.

---

[1] Defendants reserve the right to serve identical interrogatories upon Plaintiff Phil Davis in *Davis v. Zuffa, LLC, et al.*, 2:25-cv-00946-RFB-BNW.

8. "**Date**" means the exact day, month, and year, if ascertainable, or the best available approximation, including any relationship to other known events (designate whether exact or approximate).

9. "**Identify**" means:

a. When used with reference to an individual **Person**, organization, corporation, or association, to state the full name, home and work addresses, e-mail address, home and business telephone numbers, present or last known position, and business affiliation both in the past and at the time said Interrogatory or subpart thereof is being responded to;

b. In the case of a **Communication**, to state its **Date**, type (e.g., telephone conversation or discussion), the place where it occurred, the **Identity** of the **Person** who made the **Communication**, the **Identity** of the **Person** who received the **Communication**, the **Identity** of each other **Person** present when it was made, and the subject matter discussed;

c. In the case of a **Document**, to state the **Date** it was created, its author, the signatory, if different, the addressee, the recipient of all copies, the type of **Document** (e.g., chart, memorandum, letter, or other written document) and its present or last known custodian;

d. In the case of an **Agreement**, to state its **Date**, the place where it occurred, the **Identity** of all **Persons** who were parties to the **Agreement**, the **Identity** of each **Person** who has knowledge of the **Agreement** and all other **Persons** present when it was made, and the subject matter of the **Agreement**;

e. In the case of an act, event, thing or occurrence, to state a detailed description, including complete references to **Date**, place, and **Person(s)** involved; the nature and substance of all conversation or oral **Communications** occurring during, or in connection with the act, transaction, occurrence, dealing or instance or reflecting the act transaction, occurrence, dealing or instance;

f. In all other circumstances, to state with specificity the information called for including the **Date**, location, **Identity** of the **Person(s)** involved and all other relevant information.

10. "**Mixed Martial Arts**" or "**MMA**" means a competitive individual sport in which competitors are allowed to use interdisciplinary forms of martial arts, including but not limited to jiu-jitsu, judo, karate, boxing, kickboxing, grappling, taekwondo, and/or wrestling, in a **Bout**.

11. "**Other Promoter**" or "**Other Promotion**" means any **Promoter** or **Promotion** that is not the **UFC**.

12. "**Person**" means, without limitation, any natural **Person**, corporation, partnership, limited liability company, proprietorship, joint venture, trust, association, government entity, group, or other form of legal entity.

13. "**Promoter**" or "**Promotion**" means any **Person** or entity that arranges professional sporting or entertainment events for profit, including, but not limited to, any **Combat Sports**, football, track and field, baseball, basketball, soccer, theatrical performances, cinematic performances, or musical performances, together with all current and former directors, officers, employees, agents, representatives or any **Persons** acting or purporting to act on behalf of such **Person** or entity.

14. "**UFC**" means the Ultimate Fighting Championship and Zuffa, LLC.

15. "**You**," "**Your**," or "**Yourself**" means Kajan Johnson, Clarence Dollaway, Tristan Connelly, and all **Persons**, including both legal and natural **Persons**, acting or purporting to act on their/his behalf, including managers, agents, representatives, and attorneys.

## INSTRUCTIONS

1. Unless otherwise stated, the time period covered by these Interrogatories is July 1, 2017, to present.

2. The following rules of construction shall be applied herein: (1) the words "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the Requests inclusive rather than exclusive; (2) the singular includes the plural and vice-versa; and (3) the words "any," "all," "each" and "every" all include any, all, each and every.

3. Defendants hereby request that, after answering these Interrogatories, **You** supplement or correct any responses later learned to be incomplete or incorrect immediately upon learning that a prior response is incomplete or incorrect.

4. All information requested herein is to be set forth if it is in the possession or control of, or is available or accessible to **You** or any of **Your** agents, consultants, counsel, investigators, representatives, or any other **Person** or **Persons** acting for **You** on **Your** behalf.

5. If **You** cannot answer certain of the following Interrogatories in full after exercising due diligence to secure the information to do so, answer to the extent possible and explain **Your** inability to provide a complete answer. State whatever information or knowledge **You** have about the unanswered portion of any Interrogatory.

6. If **You** withhold any information called for by an Interrogatory based on a claim of privilege, set forth the nature of the claimed privilege and the nature of the information with respect to which it is claimed.

7. To the extent that any Request is objected to, set forth all reasons for the objection. If **You** object to part of any Interrogatory, answer the balance of the Interrogatory.

8. Failure to provide information in response to these Interrogatories will be deemed a waiver of **Your** right to produce such evidence at trial. Defendants reserve the right to move to preclude the introduction of any evidence not produced in response to these Interrogatories.

## **INTERROGATORIES**

### **INTERROGATORY NO. 1:**

**Identify** every offer of employment, **Bout**, or promotional **Agreement** that **You** received from any **Promoter** of **Combat Sports**, including any **MMA Promotion** company other than the **UFC**, during the **Class Period**, and for each: (a) **Identify** the **Promoter** of **Combat Sports** that extended the offer; (b) **Identify** the city and country in which the headquarters of the **Promoter** of **Combat Sports** that extended the offer is located; (c) **Identify** the **Date** of each offer; (d) state the all forms of compensation offered for win/show, including but not limited to the amount of monetary compensation offered; (e) state the number of **Bouts** each offer required and/or the term length of each offer; (f) **Identify** the country/countries in which the **Bout(s)** would take place; and

(g) state whether **You** accepted or rejected each offer, and the reasons for such acceptance or rejection.

**INTERROGATORY NO. 2:**

Describe in detail the process by which **You** negotiated each **Agreement You** had or have with the **UFC** or any **Other Promoter** of **Combat Sports**, including any other **MMA Promotion** company, including: (a) whether **You** were represented by a manager, agent, or attorney; (b) the identity of any such representative; (c) the initial terms offered by the **UFC** or **Other Promoter**; (d) any counteroffers **You** made; (e) the final terms agreed upon; (f) the duration of negotiations; and (g) any and all individuals involved in and/or present during any phase of the negotiations.

Dated: May 7, 2026

Respectfully Submitted,

/s/ Christopher S. Yates

CHRISTOPHER S. YATES
(*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU
(*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

SEAN M. BERKOWITZ
*(Pro hac vice)*
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

JOSEPH AXELRAD
(*Pro hac vice*)
joseph.axelrad@lw.com
DANIELLE LENECK
(*Pro hac vice*)
danielle.leneck@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500

WILLIAM A. ISAACSON
(*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS
(*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY
(*Pro hac vice*)
apetty@dirllp.com
BENJAMIN CABRANES
(*Pro hac vice*)
bcabranes@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC and TKO Operating Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants Zuffa, LLC and TKO Operating Company, LLC's Amended First Set of Interrogatories was served upon counsel for Plaintiffs via email on May 7, 2026.

/s/ *Danielle Leneck*
Danielle Leneck