MAAREN A. SHAH *(Pro hac vice)*
maarenshah@quinnemanuel.com
ELLISON W. MERKEL *(Pro hac vice)*
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

KRISTIN N. TAHLER (*Pro hac vice*)
kristintahler@quinnemanuel.com
WILLIAM R. SEARS *(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

Rory T. Kay (NSBN 12416)
rkay@mcdonaldcarano.com
Emily M. Dennis (NSBN 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**ENDEAVOR'S MOTION TO SEAL PORTIONS OF ENDEAVOR'S OPPOSITION TO PLAINTIFFS' MOTION TO SUBSTITUTE GRAY MAYNARD FOR KAJAN JOHNSON AS A NAMED PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 10-5(a) and Section 14.3 of this Court's Amended Protective Order, ECF No. 475 §14.3, Endeavor Group Holdings, Inc., through its undersigned counsel, hereby moves this Court for an order to seal references to Plaintiffs' confidential information referenced in Endeavor's Opposition to Plaintiffs' Motion to Substitute Gray Maynard for Kajan Johnson as a Named Plaintiff and for Leave to File Second Amended Complaint ("Opposition"), specifically any reference to the confidential information that is already filed under seal or which the Parties have sought to have sealed in any publicly filed documents.

Under this Court's Amended Protective Order, when a filing party files a document containing confidential information of another party, that document "shall be accompanied by a motion for leave to lodge such information under seal with the Court." ECF No. 475 §14.3. "[W]ithin 10 days of the materials being lodged with the Court, t[he] Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." ECF No. 475 §14.3.

Endeavor moves to apply targeted redactions to portions of the Opposition that reference documents Plaintiffs have designated as "CONFIDENTIAL" or "HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order. *See* ECF No. 794, Exs. 11, 12; 616-4; 616-6; 616-7; 616-8; 616-9; 616-11; 616-12; 616-13; 616-14; 616-15; 616-16; 616-17; 711-5; 711-15; 711-16; 711-17. Accordingly, Defendants previously filed these exhibits under seal. ECF Nos. 617, 710, 795. Endeavor has redacted references to this confidential information in its present Opposition, pursuant to the Amended Protective Order so the appropriate party may move to seal their contents should they see fit. Endeavor does not oppose the sealing of this material.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

For the reasons above, Endeavor respectfully requests that the Court grant its Motion to Seal the documents described herein.

Dated: November 24, 2026

Respectfully Submitted,

By: /s/ *Maaren A. Shah*
MAAREN A. SHAH *(Pro hac vice)*
maarenshah@quinnemanuel.com
ELLISON W. MERKEL*(Pro hac vice)*
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

KRISTIN N. TAHLER *(Pro hac vice)*
kristintahler@quinnemanuel.com
WILLIAM R. SEARS *(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

Rory T. Kay (NSBN 12416)
rkay@mcdonaldcarano.com
Emily M. Dennis (NSBN 16396)
edennis@mcdonaldcarano.com
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2026, a true and correct copy of **ENDEAVOR'S MOTION TO SEAL PORTIONS OF ENDEAVOR'S OPPOSITION TO PLAINTIFFS' MOTION TO SUBSTITUTE GRAY MAYNARD FOR KAJAN JOHNSON AS A NAMED PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Sam Cleveland*
Sam Cleveland